## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| City of Port Isabel, *et al*. | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Nos. 23-1174, *et al*. |
| | ) | (consolidated) |
| Federal Energy Regulatory | ) | |
| Commission, | ) | |
| Respondent. | ) | |

## CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), the provisions of 28 U.S.C. § 2112, and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby certifies that the materials listed and described below are:  (1) the order complained of, "Order on Remand and Amending Section 7 Certificate," 183 FERC ¶ 61,046, issued April 21, 2023, in *Rio Grande LNG, LLC & Rio Bravo Pipeline Company, LLC*, FERC Docket Nos. CP16-454, CP16-455 and CP20-481; and (2) the complete record upon which such order was entered.

The materials listed below are the record of Commission proceedings following the Commission's filing of the Amended Certified Index to the Record in D.C. Circuit No. 20-1045 on May 11, 2020, which is attached and incorporated herein by reference.  The numbering of this index is a continuation of the

previously-filed index in D.C. Circuit No. 20-1045.  Commissioner Danly has

indicated that he will be issuing, at a later date, a separate statement to accompany

his vote on Item No. 3080, Order Addressing Arguments Raised on Rehearing in

*Rio Grande LNG, LLC*, 185 FERC ¶ 61,080 (2023).  When that statement issues,

the Commission will file a supplement to this index to the record and include a

copy of that statement.

**Record
Item No.**   __Description__

**Docket Nos. CP16-454, CP16-455 and CP20-481**

1350.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  01/27/2020
          Accession No.:  20200127-5010
          Description:  Rio Grande LNG, LLC Submits Response to Jan. 8,
          2020 Data Request under CP16-454.

1351.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  01/27/2020
          Accession No.:  20200127-5011
          Description:  Rio Grande LNG, LLC Submits Response to Jan. 8,
          2020 Data Request under CP16-454.

1352.     Filed By: Rio Grande LNG, LLC
          Filed Date:  01/31/2020
          Accession No.:  20200131-5276
          Description:  Rio Grande LNG, LLC Submits Monthly Status Report
          No. 2 under CP16-454.

1353.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  02/03/2020
          Accession No.:  20200203-5045
          Description:  Rio Grande LNG, LLC submits Implementation Plan
          Vol. 5 under CP16-454.

1354.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  02/03/2020
          Accession No.:  20200203-5046
          Description:  Rio Grande LNG, LLC submits Implementation Plan
          Vol. 5 under CP16-454.

1355.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  02/14/2020
          Accession No.:  20200214-5202
          Description:  Rio Grande LNG, LLC Submits Responses to Jan. 31,
          Feb. 3 and Feb. 5, 2020 Data Requests under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

1356.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/14/2020
Accession No.:  20200214-5203
Description:  Rio Grande LNG, LLC Submits Responses to Jan. 31, Feb. 3 and Feb. 5, 2020 Data Requests under CP16-454.

1357.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/14/2020
Accession No.:  20200214-5045
Description:  Rio Grande LNG, LLC Submits Response to Jan. 31, 2020 data request under CP16-454.

1358.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/14/2020
Accession No.:  20200214-5046
Description:  Rio Grande LNG, LLC Submits Response to Jan. 31, 2020 data request under CP16-454.

1359.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/14/2020
Accession No.:  20200214-5047
Description:  Rio Grande LNG, LLC Submits Response to Feb. 5, 2020 Data Request under CP16-454.

1360.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/14/2020
Accession No.:  20200214-5048
Description:  Rio Grande LNG, LLC Submits Response to Feb. 5, 2020 Data Request under CP16-454.

1361.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/21/2020
Accession No.:  20200221-5009
Description:  Rio Grande LNG, LLC Submits ERP Update under CP16-454.

**Record
Item No.**       **Description**

1362.        Filed By:  Rio Grande LNG, LLC
             Filed Date:  02/21/2020
             Accession No.:  20200221-5010
             Description:  Rio Grande LNG, LLC Submits ERP Update under
             CP16-454.

1363.        Filed By:  Rio Grande LNG, LLC
             Filed Date:  02/25/2020
             Accession No.:  20200225-5108
             Description:  Rio Grande LNG, LLC Files Response to Data Request
             under CP16-454.

1364.        Filed By:  Rio Grande LNG, LLC
             Filed Date:  02/25/2020
             Accession No.:  20200225-5109
             Description:  Rio Grande LNG, LLC Files Response to Data Request
             under CP16-454.

1365.        Filed By:  Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  02/25/2020
             Accession No.:  20200225-5026
             Description:  Rio Grande LNG, LLC, et al. Submit Update to Federal
             and State Authorizations under CP16-454, et al.

1366.        Filed By:  Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  02/27/2020
             Accession No.:  20200227-5272
             Description:  Rio Grande LNG, LLC, et al. Submits Response to Data
             Request under CP16-454, et al.

1367.        Filed By:  Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  02/27/2020
             Accession No.:  20200227-5273
             Description:  Rio Grande LNG, LLC, et al. Submits Response to Data
             Request under CP16-454, et al.

**Record**
**Item No.**   **Description**

1368.   Filed By:  Rio Grande LNG, LLC
Filed Date:  02/28/2020
Accession No.:  20200228-5337
Description:  Rio Grande LNG, LLC Files Monthly Status Report No. 3 under CP16-454.

1369.   Filed By:  Rio Grande LNG, LLC
Filed Date:  03/06/2020
Accession No.:  20200306-5047
Description:  Rio Grande LNG, LLC Submits Supplemental Information on Status of Federal Authorizations under CP16-454.

1370.   Issued By:  Office of Energy Projects
Filed Date:  03/06/2020
Accession No.:  20200306-3076
Description:  Letter order granting Rio Grande LNG, LLC's November 22, 2019 et al., as supplemented on January 6, 22, and 27, 2020, requests to proceed with Implementation Plan Volumes 1 through 4, etc. for the Rio Grande LNG Project under CP16-454, et al.

1371.   Filed By:  Rio Grande LNG, LLC
Filed Date:  03/11/2020
Accession No.:  20200311-5054
Description:  Rio Grande LNG, LLC Submits Response to March 2, 2020 Data Request under CP16-454.

1372.   Filed By:  Rio Grande LNG, LLC
Filed Date:  03/11/2020
Accession No.:  20200311-5055
Description:  Rio Grande LNG, LLC Submits Response to March 2, 2020 Data Request under CP16-454.

1373.   Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  03/13/2020
Accession No.:  20200313-5187
Description:  Request for Substitution of Counsel and Notice of Change to Service List under CP16-455, et al.

5

| Record Item No. | Description |
|---|---|

1374.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/20/2020
Accession No.:  20200320-5207
Description:  Rio Grande LNG, LLC Submits USACE Real Estate
Outgrant under CP16-454.

1375.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/20/2020
Accession No.:  20200320-5208
Description:  Rio Grande LNG, LLC Submits USACE Real Estate
Outgrant under CP16-454.

1376.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/25/2020
Accession No.:  20200325-5095
Description:  Rio Grande LNG, LLC submits Implementation Plan
Vol. 6 under CP16-454.

1377.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/25/2020
Accession No.:  20200325-5096
Description:  Rio Grande LNG, LLC submits Implementation Plan
Vol. 6 under CP16-454.

1378.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/25/2020
Accession No.:  20200325-5097
Description:  Rio Grande LNG, LLC submits Implementation Plan
Vol. 6 under CP16-454.

1379.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/27/2020
Accession No.:  20200327-5266
Description:  Rio Grande LNG, LLC Files Monthly Status Report No.
4 under CP16-454.

| Record Item No. | Description |
|---|---|

1380.      Filed By: Individual No Affiliation
Filed Date: 04/02/2020
Accession No.: 20200402-5090
Description: Comment of Kenneth Teague under CP16-454.

1381.      Filed By: Sierra Club
Filed Date: 04/14/2020
Accession No.: 20200414-5153
Description: Petition for Review filed in U.S. Court of Appeals for the Fifth Circuit of the Sierra Club and Defenders of Wildlife under CP16-454. (no Case No.).

1382.      Filed By: Rio Grande LNG, LLC
Filed Date: 04/15/2020
Accession No.: 20200415-5171
Description: Volume No. 6, Final Design General, Supplement 1 of Rio Grande LNG, LLC under CP16-454.

1383.      Filed By: Rio Grande LNG, LLC
Filed Date: 04/15/2020
Accession No.: 20200415-5172
Description: Volume No. 6, Final Design General, Supplement 1 of Rio Grande LNG, LLC under CP16-454.

1384.      Filed By: Rio Grande LNG, LLC
Filed Date: 04/24/2020
Accession No.: 20200424-5166
Description: Monthly Status Report No. 05, April 2020, Rio Grande LNG, LLC under CP16-454.

1385.      Filed By: Rio Grande LNG, LLC
Filed Date: 05/11/2020
Accession No.: 20200511-5011
Description: IP Volume 6 - Supplement 2 - Rio Grande LNG, LLC under CP16-454.

| Record Item No. | Description |
|---|---|

1386.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  05/11/2020
          Accession No.:  20200511-5012
          Description:  IP Volume 6 - Supplement 2 - Rio Grande LNG, LLC
          under CP16-454.

1387.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  05/20/2020
          Accession No.:  20200520-5080
          Description:  Rio Grande LNG, LLC submits Emergency Response
          Plan Update under CP16-454.

1388.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  05/20/2020
          Accession No.:  20200520-5158
          Description:  Rio Grande LNG, LLC Submits Response to May 12,
          2020 Data Request under CP16-454.

1389.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  05/20/2020
          Accession No.:  20200520-5159
          Description:  Rio Grande LNG, LLC Submits Response to May 12,
          2020 Data Request under CP16-454.

1390.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  05/29/2020
          Accession No.:  20200529-5254
          Description:  Monthly Status Report No. 06, May 2020 of Rio Grande
          LNG, LLC under CP16-454.

1391.     Filed By:  Federal Energy Regulatory Commission
          Filed Date:  06/11/2020
          Accession No.:  20200611-4003
          Description:  Amended Certified Index to the Record re Vecinos para
          el Bienestar de la Comunidad Costera, et al. v. Federal Energy
          Regulatory Commission (United States Court of Appeals for the
          District of Columbia Circuit) No. 20-1045 under PF15-20 et al.

| **Record Item No.** | **Description** |
|---|---|

1392.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  06/16/2020
Accession No.:  20200616-5023
Description:  Rio Bravo Pipeline Company, LLC submits its
Abbreviated Application for an Amendment to the Certificate of
Public Convenience and Necessity and for Related Authorizations for
its Rio Bravo Pipeline Project under CP20-481.

1393.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  06/16/2020
Accession No.:  20200616-5024
Description:  Rio Bravo Pipeline Company, LLC submits its
Abbreviated Application for an Amendment to the Certificate of
Public Convenience and Necessity and for Related Authorizations for
its Rio Bravo Pipeline Project under CP20-481.

1394.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  06/16/2020
Accession No.:  20200616-5025
Description:  Rio Bravo Pipeline Company, LLC submits its
Abbreviated Application for an Amendment to the Certificate of
Public Convenience and Necessity and for Related Authorizations for
its Rio Bravo Pipeline Project under CP20-481.

1395.    Filed By:  Rio Grande LNG, LLC
Filed Date:  06/22/2020
Accession No.:  20200622-5142
Description:  Supplemental/Additional Information - Filing Desc.: IP
Volume 6 - Supplement 3 - Rio Grande LNG, LLC under CP16-454.

1396.    Filed By:  Rio Grande LNG, LLC
Filed Date:  06/22/2020
Accession No.:  20200622-5141
Description:  Supplemental/Additional Information -Filing Desc.: IP
Volume 6 - Supplement 3 - Rio Grande LNG, LLC under CP16-454.

**Record**
**Item No.**　　　**Description**

1397.　　Filed By:  Rio Bravo Pipeline Company, LLC
　　　　Filed Date:  06/23/2020
　　　　Accession No.:  20200623-5192
　　　　Description:  Rio Bravo Pipeline Company, LLC submits
　　　　supplemental information under Docket No. CP20-481.

1398.　　Issued By:  Secretary Of The Commission, FERC
　　　　Filed Date:  06/25/2020
　　　　Accession No.:  20200625-3044
　　　　Description:  Notice of Rio Bravo Pipeline Company, LLC's
　　　　06/16/2020 filing of an application for authority to amend its order
　　　　issued by the Commission on November 22, 2019, in Docket No.
　　　　CP16-455-000.

1399.　　Filed By:  Individual No Affiliation
　　　　Filed Date:  06/26/2020
　　　　Accession No.:  20200626-5079
　　　　Description:  Motion to Intervene of John Young under CP20-481.

1400.　　Filed By:  Rio Grande LNG, LLC
　　　　Filed Date:  06/26/2020
　　　　Accession No.:  20200626-5184
　　　　Description:  Monthly Status Report No. 07, June 2020 of Rio Grande
　　　　LNG, LLC under CP16-454.

1401.　　Filed By:  Rio Grande LNG, LLC
　　　　Filed Date:  06/26/2020
　　　　Accession No.:  20200626-5247
　　　　Description:  Rio Grande LNG, LLC Submits Response to June 25,
　　　　2020 Data Request under CP16-454.

1402.　　Filed By:  Rio Grande LNG, LLC
　　　　Filed Date:  06/26/2020
　　　　Accession No.:  20200626-5248
　　　　Description:  Rio Grande LNG, LLC Submits Response to June 25,
　　　　2020 Data Request under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

1403.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/01/2020
Accession No.:  20200701-5513
Description:  Rio Grande LNG, LLC Submits Response to June 30,
2020 Data Request under CP16-454.

1404.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/01/2020
Accession No.:  20200701-5514
Description:  Rio Grande LNG, LLC Submits Response to June 30,
2020 Data Request under CP16-454.

1405.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/07/2020
Accession No.:  20200707-5140
Description:  IP Volume 6 - Supplement 4 of Rio Grande LNG, LLC
under CP16-454.

1406.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/07/2020
Accession No.:  20200707-5141
Description:  IP Volume 6 - Supplement 4 of Rio Grande LNG, LLC
under CP16-454.

1407.    Filed By:  Individual No Affiliation
Filed Date:  07/09/2020
Accession No.:  20200709-5169
Description:  Motion to Intervene of Mary A. Branch under CP20-
481.

1408.    Issued By:  Office of Energy Projects
Filed Date:  07/10/2020
Accession No.:  20200710-3034
Description:  Letter requesting Rio Grande LNG, LLC to file response
to data request within 5 days re the privilege designation for the Rio
Grande LNG Project under CP16-454.

11

| Record Item No. | Description |
| --- | --- |

1409.    Filed By:  Individual No Affiliation
         Filed Date:  07/10/2020
         Accession No.:  20200710-5008
         Description:  Comment of John Young re critiquing Rio Bravo
         Pipeline Company, LLC, 06-23-2020 Notice of Application to Amend
         under CP20-481.

1410.    Filed By:  Individual No Affiliation
         Filed Date:  07/10/2020
         Accession No.:  20200710-5009
         Description:  Comment of John Young re now owned by Enbridge
         and proceeding under CP20-481-000 with a 07-16-2020 filing
         deadline for intervenor status under CP16-455.

1411.    Filed By:  Individual No Affiliation
         Filed Date:  07/13/2020
         Accession No.:  20200713-5217
         Description:  Comment of Mary A. Branch in Docket(s)/Project(s)
         CP20-481-000.

1412.    Filed By:  Rio Grande LNG, LLC
         Filed Date:  07/14/2020
         Accession No.:  20200714-5128
         Description:  Response to July 10, 2020, Request for Supplemental
         Information for Rio Grande LNG, LLC under CP16-454.

1413.    Filed By:  City of South Padre Island, Texas
         Filed Date:  07/15/2020
         Accession No.:  20200715-5066
         Description:  Motion to Intervene of City of South Padre Island, Texas
         - During the April 17, 2019, City Council meeting, Council voted to
         continue its opposition to LNG development at the Port of
         Brownsville, Texas under CP20-481.

**Record
Item No.**    **Description**

1414.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  07/15/2020
Accession No.:  20200715-5087
Description:  Rio Bravo Pipeline Company, LLC submits an updated
list of affected landowners under CP20-481.

1415.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  07/15/2020
Accession No.:  20200715-5088
Description:  Rio Bravo Pipeline Company, LLC submits an updated
list of affected landowners under CP20-481.

1416.    Filed By:  Rio Grande LNG Gas Supply, LLC, Rio Grande LNG,
LLC
Filed Date:  07/16/2020
Accession No.:  20200716-5105
Description:  Motion to Intervene of Rio Grande LNG Gas Supply,
LLC and Rio Grande LNG, LLC under CP20-481.

1417.    Filed By:  Sierra Club
Filed Date:  07/16/2020
Accession No.:  20200716-5148
Description:  Protest and Motion to Intervene of Sierra Club, Vecinos
para el Bienestar de la Comunidad Costera, Shrimpers and Fishermen
of the RGV, the Carrizo Comecrudo Tribe of Texas, and Save RGV
from LNG under CP20-481.

1418.    Filed By:  Individual No Affiliation
Filed Date:  07/16/2020
Accession No.:  20200716-5156
Description:  Comment of John Young under CP20-481.

1419.    Filed By:  Individual No Affiliation
Filed Date:  07/16/2020
Accession No.:  20200716-5157
Description:  Motion to Intervene of Maria Galasso under CP20-481.

**Record**
**Item No.**       **Description**

1420.       Filed By:  Individuals No Affiliation
            Filed Date:  07/16/2020
            Accession No.:  20200716-5163
            Description:  Comment of Rebekah Hinojosa, Claudia Michelle
            Serrano, Samantha Herrera, Ameera Khan, Andrea Juarez, Calista
            Robledo, Angie Reyes, Alyssa Tharp, Joliene Mahan, Selina Herrera
            and Robert Christopher Basaldu under CP20-481.

1421.       Filed By:  Individual No Affiliation
            Filed Date:  07/17/2020
            Accession No.:  20200717-5000
            Description:  Comment of Jim Chapman in Docket(s)/Project(s)
            CP20-481-000. Submission Date: 7/16/2020.

1422.       Filed By:  Individual No Affiliation
            Filed Date:  07/17/2020
            Accession No.:  20200717-5002
            Description:  Comment of Mary A. Branch in Docket(s)/Project(s)
            CP20-481-000. Submission Date: 7/16/2020.

1423.       Filed By:  Save RGV from LNG
            Filed Date:  07/21/2020
            Accession No.:  20200721-5059
            Description:  Comments of Patrick Everitt and 17 individuals under
            CP20-481.

1424.       Issued By:  Secretary Of The Commission, FERC
            Filed Date:  07/28/2020
            Accession No.:  20200728-4001
            Description:  Notice of Intent to Prepare an Environmental
            Assessment for the Proposed Rio Bravo Pipeline Project Amendment,
            and Request for Comments on Environmental Issues re Rio Bravo
            Pipeline Company, LLC under CP20-481.

| Record Item No. | Description |
|---|---|

1425.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5167
Description:  Comment of Jose Garcia re Save RGV from LNG under CP20-481.

1426.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5168
Description:  Comment of Kathryn Narvaez re Save RGV from LNG under CP20-481.

1427.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5169
Description:  Comment of Save RGV from LNG under CP20-481.

1428.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5171
Description:  Comment of Sabrina Perez re Save RGV from LNG under CP20-481.

1429.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5172
Description:  Comment of Rick Rodriguez re Save RGV from LNG under CP20-481.

1430.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5174
Description:  Comment of Save RGV from LNG under CP20-481.

**Record
Item No.**    **Description**

1431.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5149
Description:  Comment of Save RGV from LNG under CP20-481.

1432.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5151
Description:  Comment of Marisol Cervantes re Save RGV from LNG under CP20-481.

1433.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5159
Description:  Comment of Cynthia Cochran re Save RGV from LNG under CP20-481.

1434.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5160
Description:  Comment of Maria Galasso re Save RGV from LNG under CP20-481.

1435.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5161
Description:  Comment of Antonio Garcia re Save RGV from LNG under CP20-481.

1436.    Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5162
Description:  Comment of Save RGV from LNG under CP20-481.

**Record
Item No.**       **Description**

1437.       Filed By:  Save RGV from LNG
            Filed Date:  07/28/2020
            Accession No.:  20200728-5163
            Description:  Comment of Terence Garrett re Save RGV from LNG
            under CP20-481.

1438.       Filed By:  Save RGV from LNG
            Filed Date:  07/28/2020
            Accession No.:  20200728-5164
            Description:  Comment of Deborah Gilkey re Save RGV from LNG
            under CP20-481.

1439.       Filed By:  Save RGV from LNG
            Filed Date:  07/28/2020
            Accession No.:  20200728-5176
            Description:  Comment of Save RGV from LNG under CP20-481.

1440.       Filed By:  Save RGV from LNG
            Filed Date:  07/28/2020
            Accession No.:  20200728-5178
            Description:  Comment of Save RGV from LNG under CP20-481.

1441.       Filed By:  Save RGV from LNG
            Filed Date:  07/28/2020
            Accession No.:  20200728-5179
            Description:  Comment of Theresa Speck re Save RGV from LNG
            under CP20-481.

1442.       Filed By:  Save RGV from LNG
            Filed Date:  07/28/2020
            Accession No.:  20200728-5180
            Description:  Comment of Save RGV from LNG under CP20-481.

**Record
Item No.**     **Description**

1443.     Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5181
Description:  Comment of Katherine Vig re Save RGV from LNG
under CP20-481.

1444.     Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5182
Description:  Comment of Save RGV from LNG under CP20-481.

1445.     Filed By:  Save RGV from LNG
Filed Date:  07/28/2020
Accession No.:  20200728-5150
Description:  Comment of John Burlette re Save RGV from LNG
under CP20-481.

1446.     Filed By:  Rio Grande LNG, LLC
Filed Date:  07/31/2020
Accession No.:  20200731-5285
Description:  Monthly Status Report No. 08, July 2020 of Rio Grande
LNG, LLC under CP16-454.

1447.     Filed By: Rio Bravo Pipeline Company, LLC
Filed Date:  07/31/2020
Accession No.:  20200731-5342
Description:  Answer of Rio Bravo Pipeline Company, LLC to
comments and protests under CP20-481.

1448.     Filed By:  Individual No Affiliation
Filed Date:  08/10/2020
Accession No.:  20200810-5002
Description:  Comment of David A. Burkart in Docket(s)/Project(s)
CP20-481-000.  Submission Date: 8/8/2020.

**Record
Item No.**          **Description**

1449.          Filed By:  Rio Grande LNG, LLC
               Filed Date:  08/12/2020
               Accession No.:  20200812-5132
               Description:  Rio Grande LNG, LLC Submits Response to August 5,
               2020 Data Request under CP16-454.

1450.          Filed By:  Rio Grande LNG, LLC
               Filed Date:  08/12/2020
               Accession No.:  20200812-5133
               Description:  Rio Grande LNG, LLC Submits Response to August 5,
               2020 Data Request under CP16-454.

1451.          Filed By:  Rio Grande LNG, LLC
               Filed Date:  08/12/2020
               Accession No.:  20200812-5139
               Description:  IP Volume 6 - Supplement 5 of Rio Grande LNG, LLC
               under CP16-454.

1452.          Filed By:  Rio Grande LNG, LLC
               Filed Date:  08/12/2020
               Accession No.:  20200812-5140
               Description:  IP Volume 6 - Supplement 5 of Rio Grande LNG, LLC
               under CP16-454.

1453.          Issued By:  Office of Energy Projects
               Filed Date:  08/13/2020
               Accession No.:  20200813-3023
               Description:  Letter order approving Rio Grande LNG, LLC's
               04/15/2020 and supplemented on 05/11/2020 et al., design change
               proposals as summarized in Final Design Supplement 1 of
               Implementation Plan Volume 6 for the Rio Grande LNG Project under
               CP16-454.

**Record
Item No.**     __Description__

1454.     Issued By:  Office Of Energy Market Regulation
Filed Date:  08/13/2020
Accession No.:  20200813-3027
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to
file a response to data request within 5 days to assist in FERC's
analysis of the certificate application under CP20-481.

1455.     Filed By:  Individual No Affiliation
Filed Date:  08/13/2020
Accession No.:  20200813-5048
Description:  Comment of Cory Wimberly in Docket(s)/Project(s)
CP20-481-000.

1456.     Filed By:  Individual No Affiliation
Filed Date:  08/13/2020
Accession No.:  20200813-5055
Description:  Comment of Rolando Borrayo in Docket(s)/Project(s)
CP20-481-000.

1457.     Filed By:  Individual No Affiliation
Filed Date:  08/13/2020
Accession No.:  20200813-5056
Description:  Comment of Michelle Piette in Docket(s)/Project(s)
CP20-481-000.

1458.     Filed By:  Individual No Affiliation
Filed Date:  08/13/2020
Accession No.:  20200813-5059
Description:  Comment of Marianne Poythress in Docket(s)/Project(s)
CP20-481-000.

1459.     Filed By:  Individual No Affiliation
Filed Date:  08/13/2020
Accession No.:  20200813-5083
Description:  Comment of Frank Hobin in Docket(s)/Project(s) CP20-
481-000.

**Record
Item No.**      **Description**

1460.      Filed By:  Individual No Affiliation
           Filed Date:  08/14/2020
           Accession No.:  20200814-5024
           Description:  Comment of John Young under CP20-481.

1461.      Filed By:  Individual No Affiliation
           Filed Date:  08/14/2020
           Accession No.:  20200814-5122
           Description:  Comment of Karen L. Holleschau in Docket(s)/
           Project(s) CP20-481-000.

1462.      Filed By:  Individual No Affiliation
           Filed Date:  08/14/2020
           Accession No.:  20200814-5150
           Description:  Comment of LaVida Williams-Jud in Docket(s)/
           Project(s) CP20-481-000.

1463.      Issued By:  Secretary Of The Commission, FERC
           Filed Date:  08/14/2020
           Accession No.:  20200814-3006
           Description:  Notice of Schedule for Environmental Review of the Rio
           Bravo Pipeline Project Amendment re Rio Bravo Pipeline Company,
           LLC under CP20-481.

1464.      Filed By:  Rio Grande LNG, LLC
           Filed Date:  08/14/2020
           Accession No.:  20200814-5095
           Description:  IP Volume 6 - Supplement 6 of Rio Grande LNG, LLC
           under CP16-454.

1465.      Filed By:  Rio Grande LNG, LLC
           Filed Date:  08/14/2020
           Accession No.:  20200814-5096
           Description:  IP Volume 6 - Supplement 6 of Rio Grande LNG, LLC
           under CP16-454.

| Record Item No. | Description |
|---|---|

1466.　　Issued By:  Federal Energy Regulatory Commission
Filed Date:  08/19/2020
Accession No.:  20200819-3048
Description:  Memo dated 08/19/2020 providing U.S. Army Corps of Engineers' letter requesting to be a cooperating agency on the environmental assessment for the Rio Bravo Pipeline Project Amendment under CP20-481.

1467.　　Filed By:  Rio Grande LNG, LLC
Filed Date:  08/20/2020
Accession No.:  20200820-5047
Description:  Rio Grande LNG, LLC Submits ERP Update under CP16-454.

1468.　　Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  08/20/2020
Accession No.:  20200820-5130
Description:  Rio Bravo Pipeline Company, LLC submits its response to the August 13, 2020 Data Request under Docket No. CP20-481.

1469.　　Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  08/20/2020
Accession No.:  20200820-5131
Description:  Rio Bravo Pipeline Company, LLC submits its response to the August 13, 2020 Data Request under Docket No. CP20-481.

1470.　　Filed By:  Save RGV from LNG
Filed Date:  08/20/2020
Accession No.:  20200820-5141
Description:  Comments re Request for Public Scoping Meeting under CP20-481.

1471.　　Filed By:  Individual No Affiliation
Filed Date:  08/24/2020
Accession No.:  20200824-5018
Description:  Comment of Mary E. Hollmann in Docket(s)/Project(s) CP20-481-000. Submission Date: 8/23/2020.

**Record
Item No.**    **Description**

1472.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5044
Description:  Comment of Save RGV from LNG under CP20-481.

1473.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5045
Description:  Comment of Cynthia Price under CP20-481.

1474.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5046
Description:  Comment of Angie Rocha under CP20-481.

1475.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5047
Description:  Comment of David Robledo under CP20-481.

1476.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5048
Description:  Comment of Caitlin Diaz under CP20-481.

1477.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5049
Description:  Comment of Dora Garcia under CP20-481.

1478.    Filed By: Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5050
Description:  Comment of Jim Mehis under CP20-481.

**Record
Item No.**    **Description**

1479.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5051
Description:  Comment of Julia Jorgensen under CP20-481.

1480.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5052
Description:  Comment of Felicity Hohenshelt re Rio Bravo Pipeline
under CP20-481.

1481.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5053
Description:  Comment of Joy Hartung under CP20-481.

1482.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5054
Description:  Comment of Joyce Hamilton re the Rio Bravo Pipeline
under CP20-481.

1483.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5055
Description:  Comment of Lisa Rosenkoetter re the Rio Bravo
Pipeline under CP20-481.

1484.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5056
Description:  Comment of Juan Tejeda re the Rio Bravo Pipeline
under CP20-481.

| **Record Item No.** | **Description** |
| --- | --- |
| 1485. | Filed By:  Save RGV from LNG<br>Filed Date:  08/24/2020<br>Accession No.:  20200824-5057<br>Description:  Comment of Lucinda Wierenga re the Rio Bravo Pipeline under CP20-481. |
| 1486. | Filed By:  Save RGV from LNG<br>Filed Date:  08/24/2020<br>Accession No.:  20200824-5058<br>Description:  Comment of Mary Paris re the Rio Bravo Pipeline under CP20-481. |
| 1487. | Filed By:  Save RGV from LNG<br>Filed Date:  08/24/2020<br>Accession No.:  20200824-5059<br>Description:  Comment of Ann Millard re the Rio Bravo Pipeline under CP20-481. |
| 1488. | Filed By:  Save RGV from LNG<br>Filed Date:  08/24/2020<br>Accession No.:  20200824-5060<br>Description:  Comment of Nancy Perkins re the Rio Bravo Pipeline under CP20-481. |
| 1489. | Filed By:  Save RGV from LNG<br>Filed Date:  08/24/2020<br>Accession No.:  20200824-5061<br>Description:  Comment of Laura Paulson re the Rio Bravo Pipeline under CP20-481. |
| 1490. | Filed By:  Save RGV from LNG<br>Filed Date:  08/24/2020<br>Accession No.:  20200824-5062<br>Description:  Comment of Laura Amaro re the Rio Bravo Pipeline under CP20-481. |

| Record Item No. | Description |
|---|---|

1491.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5063
Description:  Comment of Mary Branch re the Rio Bravo Pipeline under CP20-481.

1492.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5064
Description:  Comment of Mary Celaya re the Rio Bravo Pipeline under CP20-481.

1493.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5065
Description:  Comment of Marisol Cervantes re the Rio Bravo Pipeline under CP20-481.

1494.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5066
Description:  Comment of Robert D. Cohen re the Rio Bravo Pipeline under CP20-481.

1495.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5067
Description:  Comment of Leonardo Cuervo re the Rio Bravo Pipeline under CP20-481.

1496.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5068
Description:  Comment of Evelyn Flores re the Rio Bravo Pipeline under CP20-481.

**Record Item No.**    **Description**

1497.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5069
Description:  Comment of Justine Zoe Gapayao re the Rio Bravo
Pipeline under CP20-481.

1498.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5070
Description:  Comment of Edanili Lacar re the Rio Bravo Pipeline
under CP20-481.

1499.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5071
Description:  Comment of Jeanette Langford re the Rio Bravo
Pipeline under CP20-481.

1500.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5072
Description:  Comment of Sarah Merrill re the Rio Bravo Pipeline
under CP20-481.

1501.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5073
Description:  Comment of Jose Nerio re the Rio Bravo Pipeline under
CP20-481.

1502.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5074
Description:  Comment of M. Gilbert Olivarez re the Rio Bravo
Pipeline under CP20-481.

**Record
Item No.**    <u>Description</u>

1503.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5075
Description:  Comment of Juan Perez re the Rio Bravo Pipeline under
CP20-481.

1504.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5076
Description: Comment of Rene Rivas re the Rio Bravo Pipeline under
CP20-481.

1505.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5077
Description:  Comment of Sarah Ruiz re the Rio Bravo Pipeline under
CP20-481.

1506.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5078
Description:  Comment of Madeleine Sandefur re the Rio Bravo
Pipeline under CP20-481.

1507.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5079
Description:  Comment of Michael Seifert re the Rio Bravo Pipeline
under CP20-481.

1508.    Filed By:  Save RGV from LNG
Filed Date:  08/24/2020
Accession No.:  20200824-5080
Description:  Comment of Cheryl Smith re the Rio Bravo Pipeline
under CP20-481.

**Record**
**Item No.**     **Description**

1509.     Filed By:  Save RGV from LNG
          Filed Date:  08/24/2020
          Accession No.:  20200824-5081
          Description:  Comment of Sara Stephens re the Rio Bravo Pipeline
          under CP20-481.

1510.     Filed By:  Save RGV from LNG
          Filed Date:  08/24/2020
          Accession No.:  20200824-5082
          Description:  Comment of Mary Volz re the Rio Bravo Pipeline under
          CP20-481.

1511.     Filed By:  Save RGV from LNG
          Filed Date:  08/24/2020
          Accession No.:  20200824-5083
          Description:  Comment of Julius Zambales re Rio Bravo Pipeline
          under CP20-481.

1512.     Filed By:  Individual No Affiliation
          Filed Date:  08/24/2020
          Accession No.:  20200824-5183
          Description:  Comment of U.S. Fish and Wildlife Service - Texas
          Coastal ESFO under CP20-481.

1513.     Filed By:  Texas Department Of Parks & Wildlife
          Filed Date:  08/25/2020
          Accession No.:  20200825-5071
          Description:  Scoping comments of Texas Department Of Parks &
          Wildlife under CP20-48 for Rio Bravo Pipeline Amendment Project.

1514.     Filed By:  Individual No Affiliation
          Filed Date:  08/26/2020
          Accession No.:  20200826-5073
          Description:  Comment of John Young under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1515.     Issued By:  Federal Energy Regulatory Commission
          Filed Date:  08/26/2020
          Accession No.:  20200826-3053
          Description:  Memo dated 08/26/2020 forwarding email
          communication with the State Historic Preservation Office, Texas
          Historical Commission re the Amendment proposed by Rio Bravo
          Pipeline Company, LLC under CP20-481.

1516.     Issued By:  Office of Energy Projects
          Filed Date:  08/26/2020
          Accession No.:  20200826-3062
          Description:  Letter requesting Rio Bravo Pipeline Company, LLC to
          file a response to environmental information request within 20 days to
          assist in FERC's analysis of the application under CP20-481.

1517.     Filed By:  Individual No Affiliation
          Filed Date:  08/27/2020
          Accession No.:  20200827-5023
          Description:  Comment of Los Fresnos Investments, LLC in
          Docket(s)/Project(s) CP20-481-000.  Submission Date: 8/26/2020.

1518.     Filed By:  Individual No Affiliation
          Filed Date:  08/27/2020
          Accession No.:  20200827-5024
          Description:  Comment of Kenneth N. Saxon in Docket(s)/Project(s)
          CP20-481-000.  Submission Date: 8/26/2020.

1519.     Filed By:  Save RGV from LNG
          Filed Date:  08/27/2020
          Accession No.:  20200827-5057
          Description:  Comment of Maria Galasso re the Rio Bravo Pipeline
          under CP20-481.

| Record Item No. | Description |
|---|---|

1520.   Filed By:  Save RGV from LNG
        Filed Date:  08/27/2020
        Accession No.:  20200827-5058
        Description:  Comment of Alan Diaz re the Rio Bravo Pipeline under
        CP20-481.

1521.   Filed By:  Save RGV from LNG
        Filed Date:  08/27/2020
        Accession No.:  20200827-5059
        Description:  Comment of Nohemi Benitez re the Rio Bravo Pipeline
        under CP20-481.

1522.   Filed By:  Save RGV from LNG
        Filed Date:  08/27/2020
        Accession No.:  20200827-5060
        Description:  Comment of Javier Guerra re the Rio Bravo Pipeline
        under CP20-481.

1523.   Filed By:  Save RGV from LNG
        Filed Date:  08/27/2020
        Accession No.:  20200827-5061
        Description:  Comment of Kimbra Saxon re the Rio Bravo Pipeline
        under CP20-481.

1524.   Filed By:  Save RGV from LNG
        Filed Date:  08/27/2020
        Accession No.:  20200827-5062
        Description:  Comments of Aimee Palomar and 32 other individuals
        re the Rio Bravo pipeline project under CP20-481.

1525.   Filed By:  Individual No Affiliation
        Filed Date:  08/27/2020
        Accession No.:  20200827-5097
        Description:  Comment of Jim Chapman in Docket(s)/Project(s)
        CP20-481-000.

| Record Item No. | Description |
|---|---|

1526.    Filed By:  Individual No Affiliation
Filed Date:  08/27/2020
Accession No.:  20200827-5118
Description:  Comment of Molly Smith in Docket(s)/Project(s) CP20-481-000.

1527.    Filed By:  Sierra Club
Filed Date:  08/27/2020
Accession No.:  20200827-5134
Description:  Comment of Rebekah Hinojosa re the Rio Bravo Pipeline under CP20-481.

1528.    Filed By:  Environmental Protection Agency Region 6
Filed Date:  08/27/2020
Accession No.:  20200827-5180
Description:  Comment of Environmental Protection Agency Region 6 on the Rio Bravo Pipeline Project Amendment Environmental Assessment under CP20-481.

1529.    Filed By:  Defenders Of Wildlife
Filed Date:  08/27/2020
Accession No.:  20200827-5195
Description:  Comment of Defenders Of Wildlife under CP20-481.

1530.    Issued By:  Office of Energy Projects
Filed Date:  08/27/2020
Accession No.:  20200827-3032
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to file a response to engineering data request within 7 days to assist in FERC's analysis of the application under CP20-481.

1531.    Filed By:  Individual No Affiliation
Filed Date:  08/27/2020
Accession No.:  20200827-5203
Description:  Comment of Angelique Soto in Docket(s)/Project(s) CP20-481-000.

**Record
Item No.**     **Description**

1532.     Filed By:  Sierra Club
Filed Date:  08/27/2020
Accession No.:  20200827-5242
Description:  Comments of Sierra Club in Response to Notice of
Intent to Prepare an Environmental Assessment under CP20-481.

1533.     Filed By:  Rio Grande LNG, LLC
Filed Date:  08/31/2020
Accession No.:  20200831-5227
Description:  Monthly Status Report No. 09, August 2020 of Rio
Grande LNG, LLC under CP16-454.

1534.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0112
Description:  Comments of Melissa Morgan re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1535.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0265
Description:  Comments of Kambra Allen re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1536.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0259
Description:  Comments of Analyn Urpi re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1537.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0038
Description:  Comments of Susie Moreno re the Enbridges Rio Bravo
Pipeline under CP20-481.

| Record<br>Item No. | Description |
|---|---|

1538.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0040
Description:  Comments of Dakin Morehouse re the Enbridges Rio
Bravo Pipeline under CP20-481.

1539.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0041
Description:  Comments of H. Richard Leuchtag re the Enbridges Rio
Bravo Pipeline under CP20-481.

1540.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0043
Description:  Comments of Martin Livgren re the Enbridges Rio
Bravo Pipeline under CP20-481.

1541.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0049
Description:  Comments of Laura Lozano re the Enbridges Rio Bravo
Pipeline under CP20-481.

1542.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0050
Description:  Comments of Mark Daniel re the Enbridges Rio Bravo
Pipeline under CP20-481.

1543.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0051
Description:  Comments of Paula Wyche re the Enbridges Rio Bravo
Pipeline under CP20-481.

**Record
Item No.**     **Description**

1544.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0052
Description:  Comments of Laurie Harris re the Enbridges Rio Bravo
Pipeline under CP20-481.

1545.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0023
Description:  Comments of Judy Landress re the Enbridges Rio Bravo
Pipeline under CP20-481.

1546.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0024
Description:  Comments of Randolph Streng re the Enbridges Rio
Bravo Pipeline under CP20-481.

1547.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0057
Description:  Comments of Anna Worthy re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1548.    Filed By:  Individual No Affiliation
Filed  08/31/2020
Accession No.:  20200831-0059
Description:  Comments of Kelly Longfellow re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1549.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0060
Description:  Comments of Patrick McMillian re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     **Description**

1550.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0061
          Description:  Comments of Brendan Kenny re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

1551.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0062
          Description:  Comments of Beki Halpin re the Rio Bravo Pipeline and
          Rio Grande LNG terminals under CP20-481.

1552.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0063
          Description:  Comments of Linda Mundwiller re the Rio Bravo
          Pipeline and Rio Grande LNG terminals under CP20-481.

1553.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0064
          Description:  Comments of Beth Schlechter re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

1554.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0065
          Description:  Comments of Natasha Tuckett re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

1555.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0066
          Description:  Comments of Daphne Dixon re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**     **Description**

1556.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0067
          Description:  Comments of Judith Mayer re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

1557.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0068
          Description:  Comments of Cydney Self re the Rio Bravo Pipeline and
          Rio Grande LNG terminals under CP20-481.

1558.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0069
          Description:  Comments of Nyla Lenart re the Rio Bravo Pipeline and
          Rio Grande LNG terminals under CP20-481.

1559.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0070
          Description:  Comments of Sandy Spann Leissler re the Rio Bravo
          Pipeline and Rio Grande LNG terminals under CP20-481.

1560.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0071
          Description:  Comments of Sue Dicara re the Rio Bravo Pipeline and
          Rio Grande LNG Terminals under CP20-481.

1561.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0078
          Description:  Comments of Steve Kuehner re the Rio Bravo Pipeline
          and Rio Grande LNG Terminals under CP20-481.

**Record
Item No.**       **Description**

1562.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0080
            Description:  Comments of Becky James re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1563.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0185
            Description:  Comments of Ammarie Wilson re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

1564.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0193
            Description:  Comments of Taylor Belshaw re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1565.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0110
            Description:  Comments of Amaya Maura Deniz re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

1566.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0114
            Description:  Comments of Jessie Wheat re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1567.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0117
            Description:  Comments of Jessie Wheat re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

1568.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0118
Description:  Comments of Allison Howells re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1569.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0122
Description:  Comments of Debra Greenberg re the Rip Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1570.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0123
Description:  Comments of Cindy Spoon re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1571.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0072
Description:  Comments of Susan Nichols re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1572.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0073
Description:  Comments of Roxanne Seibert re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1573.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0074
Description:  Comments of Charles Peterson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

1574.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0075
Description:  Comments of Tierra Chapman re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1575.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0076
Description:  Comments of Kimberly Holborn re the Enbridges Rio
Bravo Pipeline under CP20-481.

1576.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0079
Description:  Comments of Michael West re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1577.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0082
Description:  Comments of Susan Rodriguez re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

1578.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0184
Description:  Comments of Betty Duson re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1579.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0188
Description:  Comments of Carlos H. Valdez Sr. re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1580.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0191
Description:  Comments of Zachary Bryson re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1581.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0197
Description:  Comments of Claud Bramblett re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1582.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0198
Description:  Comments of Kathy Watt re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1583.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0199
Description:  Comments of Margaret Baker re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1584.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0187
Description:  Comments of J. Fred Lindner re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1585.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0195
Description:  Comments of Debra Espinoza re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1586.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0081
Description:  Comments of Sue Batchelor re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1587.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0183
Description:  Comments of Emma Jennings re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1588.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0192
Description:  Comments of Linda Chenault re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1589.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0194
Description:  Comments of Robert Beverly re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1590.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0196
Description:  Comments of Donna B. Matthews re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1591.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0200
Description:  Comments of Shanna Bradford re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**      **Description**

1592.        Filed By:  Individual No Affiliation
             Filed Date:  08/31/2020
             Accession No.:  20200831-0201
             Description:  Comments of Michael Howard re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

1593.        Filed By:  Individual No Affiliation
             Filed Date:  08/31/2020
             Accession No.:  20200831-0186
             Description:  Comments of Hermes Gonzalez re the Rio Bravo
             Pipeline and Rio Grande LNG terminals under CP20-481.

1594.        Filed By:  Individual No Affiliation
             Filed Date:  08/31/2020
             Accession No.:  20200831-0189
             Description:  Comments of Susan Derammelaere re the Rio Bravo
             Pipeline and Rio Grande LNG terminals under CP20-481.

1595.        Filed By:  Individual No Affiliation
             Filed Date:  08/31/2020
             Accession No.:  20200831-0115
             Description:  Comments of Mary McDonald re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

1596.        Filed By:  Individual No Affiliation
             Filed Date:  08/31/2020
             Accession No.:  20200831-0116
             Description:  Comments of John Weber re the Rio Bravo Pipeline and
             Rio Grande LNG Terminals under CP20-481.

1597.        Filed By:  Individual No Affiliation
             Filed Date:  08/31/2020
             Accession No.:  20200831-0119
             Description:  Comments of Mina Loomis re the Rio Bravo Pipeline
             and Rio Grande LNG Terminals under CP20-481.

**Record
Item No.**          **Description**

1598.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0120
               Description:  Comments of Robert Adair re the Rio Bravo Pipeline
               and Rio Grande LNG Terminals under CP20-481.

1599.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0121
               Description:  Comments of Celina Gauthier Lowry re the Rio Bravo
               Pipeline and Rio Grande LNG Terminals under CP20-481.

1600.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0124
               Description:  Comments of Perry Dore re the Rio Bravo Pipeline and
               Rio Grande LNG Terminals under CP20-481.

1601.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0125
               Description:  Comments of Will Mederski re the Rio Bravo Pipeline
               and Rio Grande LNG Terminals under CP20-481.

1602.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0126
               Description:  Comments of Trish Casey re the Rio Bravo Pipeline and
               Rio Grande LNG terminals under CP20-481.

1603.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0239
               Description:  Comments of Kristina Lamons re the Rio Bravo Pipeline
               and Rio Grande LNG Terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1604.    Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0242
         Description:  Comments of Michael Herzog re the Rio Bravo Pipeline
         and Rio Grande LNG Terminals under CP20-481.

1605.    Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Filed Date:  20200831-0245
         Description:  Comments of Gini Ward re the Rio Bravo Pipeline and
         Rio Grande LNG terminals under CP20-481.

1606.    Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0246
         Description:  Comments of Marquita Tanner re the Rio Bravo Pipeline
         and Rio Grande LNG Terminals under CP20-481.

1607.    Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0247
         Description:  Comments of Jennifer Yacio re the Rio Bravo Pipeline
         and Rio Grande LNG Terminals under CP20-481.

1608.    Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0252
         Description:  Comments of Judy Richardson re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

1609.    Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0203
         Description:  Comments of Linda Berger re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    __Description__

1610.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0077
Description:  Comments of Margaret Tatum re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1611.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0202
Description:  Comments of Sharon Cloninger re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1612.    Filed By: Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0204
Description:  Comments of Diana Eblen re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1613.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0206
Description:  Comments of Gina Bond re the Enbridges Rio Bravo
Pipeline under CP20-481.

1614.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0207
Description:  Comments of Renee Naymick re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

1615.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Filed Date:  20200831-0205
Description:  Comments of Theodore Brazeau re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

**Record
Item No.**    **Description**

1616.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0127
Description:  Comments of Susan Seward re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

1617.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0128
Description:  Comments of Mary Champkin re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1618.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0129
Description:  Comments of Kim Dees re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

1619.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0130
Description:  Comments of Paul Breaux re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

1620.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0237
Description:  Comments of J. Justin Knoop re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1621.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0243
Description:  Comments of Claire Morris re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

1622.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0249
Description:  Comments of George Feremce re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1623.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0132
Description:  Comments of Nikhil Batra re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1624.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0233
Description:  Comments of Jan Beauchamp re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1625.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0234
Description:  Comments of Yvonne Upchurch re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1626.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0236
Description:  Comments of Christopher Lujan re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1627.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0241
Description:  Comments of Loraine Moore re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**          **Description**

1628.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0244
               Description:  Comments of Lori Janick re the Rio Bravo Pipeline and
               Rio Grande LNG terminals under CP20-481.

1629.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0131
               Description:  Comments of Clive O'Donoghue re the Rio Bravo
               Pipeline and Rio Grande LNG Terminals under CP20-481.

1630.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0235
               Description:  Comments of Nada Chandler re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

1631.   Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0238
               Description:  Comments of Cheryl Carney re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

1632.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0240
               Description:  Comments of Robbe Brunner re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

1633.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0248
               Description:  Comments of Marie Travis re the Rio Bravo Pipeline
               and Rio Grande LNG Terminals under CP20-481.

**Record
Item No.**      **Description**

1634.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0250
            Description:  Comments of David Toner re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1635.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Filed Date:  20200831-0251
            Description:  Comments of Jill Robison re the Rio Bravo Pipeline and
            Rio Grande LNG Terminals under CP20-481.

1636.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0255
            Description:  Comments of L. A. Toner re the Rio Bravo Pipeline and
            Rio Grande LNG Terminals under CP20-481.

1637.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0253
            Description:  Comments of Jack Kirfman re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1638.       Filed By:  Individual No Affiliation
            Filed Date: 08/31/2020
            Accession No.:  20200831-0105
            Description:  Comments of Heidi Schmidt re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1639.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0106
            Description:  Comments of Patrick Patrick re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1640.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0135
Description:  Comments of Carol Pennington re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1641.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0136
Description:  Comments of Barbro Hesselager re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

1642.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0152
Description:  Comments of Mitzi Mccoy re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1643.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0153
Description:  Comments of Sonora Hudson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1644.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0154
Description:  Comments of Mona Rigdon re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

1645.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0155
Description:  Comments of Gisele Berbel re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1646.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0156
Description:  Comments of Clay Brantley re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1647.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0148
Description:  Comments of Deni Davis re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1648.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0158
Description:  Comments of Ana Lois-Borzi re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1649.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0159
Description:  Comments of Sharon Bolton re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1650.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0164
Description:  Comments of Mike Harris re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1651.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0165
Description:  Comments of J. Michael McMurtrey re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1652.  Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0166
Description:  Comments of S. E. Williams re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1653.  Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession:  20200831-0167
Description:  Comments of Jillian Brooks re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1654.  Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession:  20200831-0168
Description:  Comments of Melanie Mclean re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1655.  Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0171
Description:  Comments of Jane Jatinen re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1656.  Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0172
Description:  Comments of Eric Casey re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1657.  Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0175
Description:  Comments of Diane Spangler re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     <u>Description</u>

1658.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0157
Description:  Comments of Evelyn Adams re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1659.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0160
Description:  Comments of James Meldrom re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1660.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0176
Description:  Comments of Cecil Philip re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1661.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0178
Description:  Comments of Jennie Barajas re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1662.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0180
Description:  Comments of Gerald Soliday re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1663.     Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0181
Description:  Comments of Annette Dworsky re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1664.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0182
Description:  Comments of Matthew Vigil re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1665.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0161
Description:  Comments of Bryan Bayerdorffer re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1666.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0162
Description:  Comments of Cathy Simmons re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1667.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0169
Description:  Comments of Maryrose Cimino re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1668.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0170
Description:  Comments of Pam Evans re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1669.   Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0177
Description:  Comments of Laura Esparza re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

1670.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0209
Description:  Comments of Kal Kirk re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1671.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0210
Description:  Comments of Linda Rudolph re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1672.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0211
Description:  Comments of Deann Darling re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1673.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0163
Description:  Comments of Gary Hudson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1674.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0173
Description:  Comments of Sara Sexton re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

1675.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0174
Description:  Comments of Barbara Shirley re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     <u>Description</u>

1676.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0179
          Description:  Comments of George Holmgreen re the Rio Bravo
          Pipeline and Rio Grande LNG terminals under CP20-481.

1677.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0215
          Description:  Comments of Monique Coffey re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

1678.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0217
          Description:  Comments of William Forbes re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

1679.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0219
          Description:  Comments of Jill McAuliffe re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

1680.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0220
          Description:  Comments of Kelly Epstein re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

1681.     Filed By:  Individual No Affiliation
          Filed Date:  08/31/2020
          Accession No.:  20200831-0208
          Description:  Comments of Cindy Stap re the Rio Bravo Pipeline and
          Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**     **Description**

1682.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0216
            Description:  Comments of David Rogers re the Rio Bravo Pipeline
            and Rio Grande LNG Terminals under CP20-481.

1683.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0218
            Description:  Comments of Elizabeth Horvath re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

1684.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0225
            Description:  Comments of Kay Ghiselli re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1685.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0226
            Description:  Comments of Dana Spottswood re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

1686.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0227
            Description:  Comments of Emma Goode-Deblanc re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

1687.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0228
            Description:  Comments of Duncan Brown re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**          **Description**

1688.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0229
               Description:  Comments of Deborah Krueger re the Rio Bravo
               Pipeline and Rio Grande LNG terminals under CP20-481.

1689.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0230
               Description:  Comments of Bidde Hetherington re the Rio Bravo
               Pipeline and Rio Grande LNG Terminals under CP20-481.

1690.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0231
               Description:  Comments of Sally Jacques re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

1691.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0212
               Description:  Comments of Dave Byrne re the Rio Bravo Pipeline and
               Rio Grande LNG terminals under CP20-481.

1692.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0213
               Description:  Comments of Karen Berning re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

1693.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0214
               Description:  Comments of Stuart Newberg re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**      **Description**

1694.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0283
Description:  Comments of J. Adams re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

1695.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0284
Description:  Comments of Peter Formby re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1696.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0017
Description:  Comments of Jennifer Richard re the Enbridges Rio
Bravo Pipeline under CP20-481.

1697.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0018
Description:  Comments of Brenda Gutierres re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1698.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0019
Description:  Comments of William Tarbox re the Enbridges Rio
Bravo Pipeline under CP20-481.

1699.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0020
Description:  Comments of Judy Landress re the Enbridges Rio Bravo
Pipeline under CP20-481.

**Record**
**Item No.**    **Description**

1700.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0021
Description:  Comments of Anne Kilgore re the Enbridges Rio Bravo
Pipeline under CP20-481.

1701.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0022
Description:  Comments of Antonio Bayona re the Enbridges Rio
Bravo Pipeline under CP20-481.

1702.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0025
Description:  Comments of Ken Stemac re the Enbridges Rio Bravo
Pipeline under CP20-481.

1703.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0026
Description:  Comments of Dallas Windham re the Enbridges Rio
Bravo Pipeline under CP20-481.

1704.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0027
Description:  Comments of Susan Deans-Smith re the Enbridges Rio
Bravo Pipeline under CP20-481.

1705.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0028
Description:  Comments of Chris Lively re the Enbridges Rio Bravo
Pipeline under CP20-481.

**Record
Item No.**      <u>Description</u>

1706.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0029
           Description:  Comments of Jacky Kusterer re the Enbridges Rio Bravo
           Pipeline under CP20-481.

1707.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0030
           Description:  Comments of Cindy Vincelette re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

1708.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0058
           Description:  Comments of Rick Teter re the Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

1709.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0190
           Description:  Comments of Francisco Salazar re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

1710.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0108
           Description:  Comments of Beverly Hoff re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

1711.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0261
           Description:  Comments of Ronald Villarreal re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**          **Description**

1712.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0262
               Description:  Comments of Kathryn Johnson re the Rio Bravo
               Pipeline and Rio Grande LNG terminals under CP20-481.

1713.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0263
               Description:  Comments of Michael Dunson re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

1714.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0264
               Description:  Comments of Jose Choquchuanca re the Rio Bravo
               Pipeline and Rio Grande LNG terminals under CP20-481.

1715.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0266
               Description:  Comments of Rick Holroyd re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

1716.          Filed By:  Department of the Army U.S. Army Corps of Engineers
               Filed Date:  08/31/2020
               Accession No.:  20200831-0009
               Description:  Department of the Army U.S. Army Corps of Engineers
               submits comments on the Environmental Assessment for the Rio
               Bravo Pipeline Project under CP20-481.

1717.          Filed By:  Individual No Affiliation
               Filed Date:  08/31/2020
               Accession No.:  20200831-0031
               Description:  Comments of Carol Soph re the Enbridges Rio Bravo
               Pipeline under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1718.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0032
Description:  Comments of Cindy Chrisler re the Enbridges Rio Bravo Pipeline under CP20-481.

1719.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0033
Description:  Comments of Patricia Holleman re the Enbridges Rio Bravo Pipeline under CP20-481.

1720.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0034
Description:  Comments of Niki Lee re the Enbridges Rio Bravo Pipeline under CP20-481.

1721.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0035
Description:  Comments of Chris Nicolosi re the Enbridges Rio Bravo Pipeline under CP20-481.

1722.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0036
Description:  Comments of Elisabeth Sommer re the Enbridges Rio Bravo Pipeline under CP20-481.

1723.      Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0037
Description:  Comments of David Orr re the Enbridges Rio Bravo Pipeline under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1724.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0039
Description:  Comments of Gail Anthony re the Enbridges Rio Bravo Pipeline under CP20-481.

1725.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0042
Description:  Comments of Shelley Bryan re the Enbridges Rio Bravo Pipeline under CP20-481.

1726.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0044
Description:  Comments of Virginia Howley re the Enbridges Rio Bravo Pipeline under CP20-481.

1727.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0045
Description:  Comments of Kay Latona re the Enbridges Rio Bravo Pipeline under CP20-481.

1728.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0046
Description:  Comments of Christy Monroe re the Enbridges Rio Bravo Pipeline under CP20-481.

1729.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0047
Description:  Comments of Harold Albers re the Enbridges Rio Bravo Pipeline under CP20-481.

**Record
Item No.**     **Description**

1730.   Filed By:  Individual No Affiliation
        Filed Date:  08/31/2020
        Accession No.:  20200831-0048
        Description:  Comments of Steve Sketo re the Enbridges Rio Bravo
        Pipeline under CP20-481.

1731.   Filed By:  Individual No Affiliation
        Filed Date:  08/31/2020
        Accession No.:  20200831-0254
        Description:  Comments of Linda Steward re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

1732.   Filed By:  Individual No Affiliation
        Filed Date:  08/31/2020
        Accession No.:  20200831-0256
        Description:  Comments of Crystal Delgado re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

1733.   Filed By:  Individual No Affiliation
        Filed Date:  08/31/2020
        Accession No.:  20200831-0257
        Description:  Comments of Travis Jennings re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

1734.   Filed By:  Individual No Affiliation
        Filed Date:  08/31/2020
        Accession No.:  20200831-0053
        Description:  Comments of Carol Creech re the Enbridges Rio Bravo
        Pipeline under CP20-481.

1735.   Filed By:  Individual No Affiliation
        Filed Date:  08/31/2020
        Accession No.:  20200831-0054
        Description:  Comments of Lois Huff s re the Enbridges Rio Bravo
        Pipeline under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1736. Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0055
Description:  Comments of James Bryson re the Enbridges Rio Bravo
Pipeline under CP20-481.

1737. Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0056
Description:  Comments of Kyle de Beausset re the Enbridges Rio
Bravo Pipeline under CP20-481.

1738. Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0087
Description:  Comments of Jo Smmons re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

1739. Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0089
Description:  Comments of Christopher Hathaway re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

1740. Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0090
Description:  Comments of Spyche Hawken re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1741. Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0083
Description:  Comments of Janice Brady re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1742.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0084
Description:  Comments of Gilberto Lopez re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1743.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0085
Description:  Comments of Alicia Diehl re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1744.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0086
Description:  Comments of Carolyn Stonecipher re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1745.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0088
Description:  Comments of Carlos Quiroga Lassepas re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1746.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0091
Description:  Comments of Michael Smith re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1747.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0092
Description:  Comments of Sandra Varvel re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1748.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0093
Description:  Comments of John McLane re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1749.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0094
Description:  Comments of Dennis Deacon re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

1750.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0095
Description:  Comments of Rainbow Di Benedetto re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1751.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0096
Description:  Comments of Bonnie Clements re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1752.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0097
Description:  Comments of Helen Bailey re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1753.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0098
Description:  Comments of Eva Dayan re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

**Record Item No.**    **Description**

1754.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0100
Description:  Comments of T. Logan re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1755.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0101
Description:  Comments of Glyn Bailey re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

1756.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0102
Description:  Comments of Yvonne Hansen re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1757.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0099
Description:  Comments of Bruce Johnson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1758.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0107
Description:  Comments of Dale Bulla re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

1759.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0133
Description:  Comments of Leslie Lee re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    <u>Description</u>

1760.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0134
            Description:  Comments of Romula Navarro re the Rio Bravo Pipeline
            and Rio Grande LNG Terminals under CP20-481.

1761.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0137
            Description:  Comments of Harriet Levine re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1762.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0138
            Description:  Comments of Ronald Shenberger re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

1763.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0141
            Description:  Comments of Lisa Fenity re the Rio Bravo Pipeline and
            Rio Grande LNG terminals under CP20-481.

1764.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0142
            Description:  Comments of Catherine Whiteside re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

1765.       Filed By:  Individual No Affiliation
            Filed Date:  08/31/2020
            Accession No.:  20200831-0143
            Description:  Comments of Steven Greek re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**　　**Description**

1766.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0144
Description:  Comments of Lisa Wegman re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

1767.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0145
Description:  Comments of Sandra Stevenson re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1768.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0103
Description:  Comments of Pat Roberson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1769.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0104
Description:  Comments of Cheryl Larson re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

1770.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0139
Description:  Comments of Garland Stevenson re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

1771.　　Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0140
Description:  Comments of Karen Everson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1772.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0146
Description:  Comments of Donna Brown re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1773.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0147
Description:  Comments of Peggy Brod re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1774.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0149
Description:  Comments of Kristin Kokal re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1775.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0150
Description:  Comments of Frank Wissler re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1776.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0151
Description:  Comments of William Weston re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1777.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0221
Description:  Comments of R. L. re David Rogers re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1778.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0222
Description:  Comments of Jon Pitt re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1779.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0223
Description:  Comments of Vivian Andrews-Burke re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1780.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0224
Description:  Comments of Loni Sipes re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1781.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0232
Description:  Comments of Sheila Rosenberg re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1782.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0285
Description:  Comments of Alice Nicholson re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1783.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0289
Description:  Comments of Ginger Himelright re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1784.   Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0286
         Description:  Comments of A. Henry Eliassen re the Rio Bravo
         Pipeline and Rio Grande LNG terminals under CP20-481.

1785.   Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0287
         Description:  Comments of Vincent Fonseca re the Rio Bravo Pipeline
         and Rio Grande LNG Terminals under CP20-481.

1786.   Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0288
         Description:  Comments of Ronald Galati re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

1787.   Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0290
         Description:  Comments of Joel Blanton re the Rio Bravo Pipeline and
         Rio Grande LNG Terminals under CP20-481.

1788.   Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0291
         Description:  Comments of Aline Rosenzweig re the Rio Bravo
         Pipeline and Rio Grande LNG terminals under CP20-481.

1789.   Filed By:  Individual No Affiliation
         Filed Date:  08/31/2020
         Accession No.:  20200831-0293
         Description:  Comments of Kathy Spera re the Rio Bravo Pipeline and
         Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**      **Description**

1790.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0294
           Description:  Comments of Robert Bollinger re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

1791.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0295
           Description:  Comments of Ricardo Rojas re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

1792.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0296
           Description:  Comments of Jeff Courtney re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

1793.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0297
           Description:  Comments of John Lundborg re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

1794.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0299
           Description:  Comments of Pamela Pelosi re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

1795.      Filed By:  Individual No Affiliation
           Filed Date:  08/31/2020
           Accession No.:  20200831-0300
           Description:  Comments of Marion Atkins re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|
| 1796. | Filed By:  Individual No Affiliation<br>Filed Date:  08/31/2020<br>Accession No.:  20200831-0302<br>Description:  Comments of Debra Montez Felder re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1797. | Filed By:  Individual No Affiliation<br>Filed Date:  08/31/2020<br>Accession No.:  20200831-0292<br>Description:  Comments of Christopher Dowling re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 1798. | Filed By:  Individual No Affiliation<br>Filed Date:  08/31/2020<br>Accession No.:  20200831-0298<br>Description:  Comments of Jeanne Jordan re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1799. | Filed By:  Individual No Affiliation<br>Filed Date:  08/31/2020<br>Accession No.:  20200831-0301<br>Description:  Comments of Elizabeth Edwards re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1800. | Filed By:  Individual No Affiliation<br>Filed Date:  08/31/2020<br>Accession No.:  20200831-0306<br>Description:  Comments of Barbara Sanchez re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1801. | Filed By:  Individual No Affiliation<br>Filed Date:  08/31/2020<br>Accession No.:  20200831-0307<br>Description:  Comments of Amber Manske re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |

**Record
Item No.**    <u>**Description**</u>

1802.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0303
Description:  Comments of Kenneth Turner re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1803.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0304
Description:  Comments of Jaen Lawrence re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1804.    Filed By:  Individual No Affiliation
Filed Date:  08/31/2020
Accession No.:  20200831-0305
Description:  Comments of Margaret Walden re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1805.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0006
Description:  Comments of Karen Baum re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1806.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0007
Description:  Comments of Frank Blake re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1807.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0008
Description:  Comments of Kathy Redd re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1808.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0010
Description:  Comments of Gilbert Covarrubias re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1809.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0009
Description:  Comments of Tom Peace re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1810.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0012
Description:  Comments of Cathy Chesser re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1811.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0016
Description:  Comments of Alan Ferguson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1812.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0017
Description:  Comments of Stephen Burton re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1813.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0018
Description:  Comments of Carmen Morrison re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1814.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0022
        Description:  Comments of Karen Freeman re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

1815.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0024
        Description:  Comments of Alexana Carter re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

1816.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0025
        Description:  Comments of Lisa Steiger re the Rio Bravo Pipeline and
        Rio Grande LNG terminals under CP20-481.

1817.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0026
        Description:  Comments of Ann Gerald re the Rio Bravo Pipeline and
        Rio Grande LNG terminals under CP20-481.

1818.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0027
        Description:  Comments of Anil Prabhakar re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

1819.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0030
        Description:  Comments of Marquita Fitzgerald re the Rio Bravo
        Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1820.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0031
Description:  Comments of Greg Sells re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1821.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0011
Description:  Comments of Joy Clark re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1822.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0013
Description:  Comments of Rachel Stark re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1823.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0014
Description:  Comments of Patricia J. Martin re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1824.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0019
Description:  Comments of Malaika Boyd re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1825.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0020
Description:  Comments of Debra Bruce re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**      **Description**

1826.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0021
           Description:  Comments of Kaylynn Lyon re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

1827.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0023
           Description:  Comments of Richard Stark re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

1828.      Filed By: Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0160
           Description:  Comments of Blake White re the Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

1829.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0163
           Description:  Comments of Briana Schroeder re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

1830.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0164
           Description:  Comments of Luis Sarellano re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

1831.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0165
           Description:  Comments of Amanda Morrow re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1832.　　　Filed By:  Individual No Affiliation
　　　　　　Filed Date:  09/02/2020
　　　　　　Accession No.:  20200902-0167
　　　　　　Description:  Comments of Bill Holt re the Rio Bravo Pipeline and
　　　　　　Rio Grande LNG terminals under CP20-481.

1833.　　　Filed By:  Individual No Affiliation
　　　　　　Filed Date:  09/02/2020
　　　　　　Accession No.:  20200902-0168
　　　　　　Description:  Comments of Laylee Farajollahi re the Rio Bravo
　　　　　　Pipeline and Rio Grande LNG terminals under CP20-481.

1834.　　　Filed By:  Individual No Affiliation
　　　　　　Filed Date:  09/02/2020
　　　　　　Accession No.:  20200902-0169
　　　　　　Description:  Comments of Becky Chambers re the Rio Bravo
　　　　　　Pipeline and Rio Grande LNG terminals under CP20-481.

1835.　　　Filed By:  Individual No Affiliation
　　　　　　Filed Date:  09/02/2020
　　　　　　Accession No.:  20200902-0170
　　　　　　Description:  Comments of Nicole Punday re the Rio Bravo Pipeline
　　　　　　and Rio Grande LNG terminals under CP20-481.

1836.　　　Filed By:  Individual No Affiliation
　　　　　　Filed Date:  09/02/2020
　　　　　　Accession No.:  20200902-0171
　　　　　　Description:  Comments of Andrew Vasil re the Rio Bravo Pipeline
　　　　　　and Rio Grande LNG terminals under CP20-481.

1837.　　　Filed By:  Individual No Affiliation
　　　　　　Filed Date:  09/02/2020
　　　　　　Accession No.:  20200902-0172
　　　　　　Description:  Comments of Alan Holt re the Rio Bravo Pipeline and
　　　　　　Rio Grande LNG terminals under CP20-481.

**Record Item No.**    **Description**

1838.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0161
Description:  Comments of Ray C. Telfair II re Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1839.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0162
Description:  Comments of Julia Mickenberg re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1840.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0166
Description:  Comments of Dusty Walker re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1841.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0173
Description:  Comments of Beth Bowling re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1842.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0174
Description:  Comments of Marce Walsh re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1843.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0175
Description:  Comments of Gail Travers re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1844.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0176
Description:  Comments of Loisann Sciarrillo re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1845.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0177
Description:  Comments of Maria Charur re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1846.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0180
Description:  Comments of Rochelle Brackman re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1847.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0181
Description:  Comments of Madison Smith re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1848.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0182
Description:  Comments of William Lindley re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1849.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0183
Description:  Comments of Raul Rodriguez re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**      <u>Description</u>

1850.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0178
Description:  Comments of Pamela Miller re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1851.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0179
Description:  Comments of John Atlas re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1852.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0211
Description:  Comments of Paul Alfieri re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1853.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0212
Description:  Comments of Jerid Anderson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1854.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0028
Description:  Comments of Jane Leal re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1855.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0032
Description:  Comments of Norma Gonzales re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1856.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0036
Description:  Comments of Thomas Price re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1857.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0037
Description:  Comments of Dr. Jeanette N. Passty re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1858.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0038
Description:  Comments of Linda Johnson re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1859.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0040
Description:  Comments of Matthew Johnson re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1860.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0048
Description:  Comments of Elliot Mason re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1861.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0049
Description:  Comments of James Baker re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1862.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0051
Description:  Comments of Marc Kirschenbaum re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1863.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0052
Description:  Comments of James Hickey re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1864.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0053
Description:  Comments of Nicole Ray re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1865.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0054
Description:  Comments of Dianne Johnson re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1866.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0371
Description:  Comments of Kristine Fisher re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1867.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0372
Description:  Comments of Susan Lefler re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1868.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0374
Description:  Comments of Spike Werda re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1869.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0376
Description:  Comments of Mark Goodman re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1870.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0379
Description:  Comments of Robert Ruiz re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1871.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0380
Description:  Comments of Kim Limberg re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1872.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0382
Description:  Comments of Andrew Martin re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1873.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0384
Description:  Comments of Mario Garza Jr. re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|
| 1874. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Description:  20200902-0234<br>Description:  Comments of Tony Bell re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1875. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0236<br>Description:  Comments of Rebecca Iles re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1876. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0239<br>Description:  Comments of Jean Thomas re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1877. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0240<br>Description:  Comments of Rebecca Pollinzi re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1878. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0245<br>Description:  Comments of Vivian Hernandez re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1879. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0246<br>Description:  Comments of Natalia Chaparro re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |

**Record**
**Item No.**      **Description**

1880.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0247
            Description:  Comments of Georgia Couch re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1881.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0252
            Description:  Comments of Dennis Jones re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1882.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0253
            Description:  Comments of Rosie Kahn re the Rio Bravo Pipeline and
            Rio Grande LNG terminals under CP20-481.

1883.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0256
            Description:  Comments of Patricia Whiteside re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

1884.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0259
            Description:  Comments of Lezly Martinez re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1885.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0238
            Description:  Comments of Anthea Wray re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**      **Description**

1886.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0244
            Description:  Comments of Ralph Ward re the Rio Bravo Pipeline and
            Rio Grande LNG terminals under CP20-481.

1887.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0248
            Description:  Comments of Roland Hutson re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1888.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0601
            Description:  Comments of Sarah Pope re the Rio Bravo Pipeline and
            Rio Grande LNG terminals under CP20-481.

1889.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0251
            Description:  Comments of Patty Jones re the Rio Bravo Pipeline and
            Rio Grande LNG terminals under CP20-481.

1890.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0241
            Description:  Comments of Leah Mackay re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

1891.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0243
            Description:  Comments of Virginia Jevric re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**      **Description**

1892.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0254
           Description:  Comments of Fred Suhr re the Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

1893.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0255
           Description:  Comments of Thomas Jaudzemis re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

1894.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0515
           Description:  Comments of Meredith McGuire re the Rio Bravo
           Pipeline and Rio Grande LNG Terminals under CP20-481.

1895.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0516
           Description:  Comments of Molly Rooke re the Rio Bravo Pipeline
           and Rio Grande LNG Terminals under CP20-481.

1896.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0519
           Description:  Comments of David Powell re the Rio Bravo Pipeline
           and Rio Grande LNG Terminals under CP20-481.

1897.      Filed By: Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0522
           Description:  Comments of Emmalyn Terracciano re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**          **Description**

1898.          Filed By:  Individual No Affiliation
               Filed Date:  09/02/2020
               Accession No.:  20200902-0524
               Description:  Comments of Lois Hamilton re the Rio Bravo Pipeline
               and Rio Grande LNG Terminals under CP20-481.

1899.          Filed By:  Individual No Affiliation
               Filed Date:  09/02/2020
               Accession No.:  20200902-0526
               Description:  Comments of Dawn Reed re the Rio Bravo Pipeline and
               Rio Grande LNG terminals under CP20-481.

1900.          Filed By:  Individual No Affiliation
               Filed Date:  09/02/2020
               Accession No.:  20200902-0527
               Description:  Comments of Nicole Cloutier re the Rio Bravo Pipeline
               and Rio Grande LNG Terminals under CP20-481.

1901.          Filed By:  Individual No Affiliation
               Filed Date:  09/02/2020
               Accession No.:  20200902-0510
               Description:  Comments of Catherine Croom re the Rio Bravo
               Pipeline and Rio Grande LNG Terminals under CP20-481.

1902.          Filed By:  Individual No Affiliation
               Filed Date:  09/02/2020
               Accession No.:  20200902-0512
               Description:  Comments of Grace Cobiella re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

1903.          Filed By:  Individual No Affiliation
               Filed Date:  09/02/2020
               Accession No.:  20200902-0513
               Description:  Comments of Margaret J. Finch re the Rio Bravo
               Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1904.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0511
Description:  Comments of Jonathan Aman re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1905.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0514
Description:  Comments of Thomas Moore re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1906.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0520
Description:  Comments of Kathleen Alexander re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1907.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0521
Description:  Comments of Sabrina Teran re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1908.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0523
Description:  Comments of Craig Nazor re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1909.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0525
Description:  Comments of Anne Hollows re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
| --- | --- |

1910.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0528
Description:  Comments of Patsy Goss re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1911.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0530
Description:  Comments of Calvin Crole re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1912.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0531
Description:  Comments of Jade Madrid re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1913.    Filed By:  Individual No Affiliation
Filed Date:  09/02/202
Accession No.:  20200902-0532
Description:  Comments of Bruce Ross re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1914.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0533
Description:  Comments of Sylvia Amador re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1915.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0487
Description:  Comments of Dorethea Stoep re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     **Description**

1916.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0488
Description:  Comments of Mary Kurtnick re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1917.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0529
Description:  Comments of Mary Timmons re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1918.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0489
Description:  Comments of Carol Denning re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

1919.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0492
Description:  Comments of Pat Lastrapes re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1920.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0493
Description:  Comments of Carolyn Jacobs Wells re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1921.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0495
Description:  Comments of Chad Palmer re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
| --- | --- |

1922.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0496
Description:  Comments of Michelle Dyer-Long re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

1923.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0497
Description:  Comments of Steve Hess re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1924.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0498
Description:  Comments of Theo Ostler re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

1925.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0499
Description:  Comments of Arthur Payne re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

1926.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0534
Description:  Comments of Ian Smith Parker re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1927.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0485
Description:  Comments of Stefany Garza Gonzalez re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1928.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0486
Description:  Comments of Darrell Ang re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1929.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0500
Description:  Comments of Eric Scheihagen re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1930.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0501
Description:  Comments of Leslie O'Loughlin re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1931.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0502
Description:  Comments of Leslie Butterworth re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1932.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0505
Description:  Comments of Dash Hines re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1933.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0506
Description:  Comments of David Bell re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1934.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0507
Description:  Comments of Guillermo Valencia re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1935.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0508
Description:  Comments of Tara Potts re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1936.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0509
Description:  Comments of Michael Buescher re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1937.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0504
Description:  Comments of John Hayes re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1938.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0490
Description:  Comments of Mike Mann re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1939.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0491
Description:  Comments of Claudia Richner re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|
| 1940. | Filed By:  Individuals No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0494<br>Description:  Comments of Todd Walker et al. re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1941. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0503<br>Description:  Comments of Caralea R. Willoughby re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 1942. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0436<br>Description:  Comments of Monika King re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 1943. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0437<br>Description:  Comments of Ventia Fuller re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1944. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0438<br>Description:  Comments of Michael Guckian re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 1945. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0444<br>Description:  Comments of Crystal Kinman re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |

| Record Item No. | Description |
|---|---|

1946.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0445
Description:  Comments of Krystina Giles re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1947.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0446
Description:  Comments of Andrea Christgau re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1948.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0447
Description:  Comments of Eniko Brown re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1949.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0448
Description:  Comments of Victoria Hammons re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1950.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0450
Description:  Comments of James Hollis re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1951.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0451
Description:  Comments of Tom Hausler re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1952. Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0456
Description:  Comments of Christian Richer re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1953. Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0457
Description:  Comments of Ivo Van Der Werff re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1954. Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0459
Description:  Comments of Brooke Addison re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1955. Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0313
Description:  Comments of Evelyn Sardina re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1956. Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0315
Description:  Comments of Antonio Garcia re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1957. Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0317
Description:  Comments of Alison Krane re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1958.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0320
Description:  Comments of Lois Levitan re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1959.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0321
Description:  Comments of Joanne Britton re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

1960.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0326
Description:  Comments of Elizabeth Neuse re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1961.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0345
Description:  Comments of Roxanne Garcia re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1962.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0347
Description:  Comments of Judith Weiler re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1963.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0349
Description:  Comments of Colleen Doing re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

1964.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0346
Description:  Comments of Jeannine Gorden re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1965.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0348
Description:  Comments of Janice Tomlian re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1966.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0350
Description:  Comments of Karen Fedorov re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1967.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0351
Description:  Comments of R. F. re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1968.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0353
Description:  Comments of Brenda Rapoport re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1969.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0355
Description:  Comments of T. Katz re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1970.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0352
        Description:  Comments of Sandra Middour re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

1971.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0354
        Description:  Comments of Carlos Arnold re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

1972.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0358
        Description:  Comments of David Copper re the Rio Bravo Pipeline
        and Rio Grande LNG Terminals under CP20-481.

1973.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0385
        Description:  Comments of Lisa Brady re the Rio Bravo Pipeline and
        Rio Grande LNG terminals under CP20-481.

1974.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0356
        Description:  Comments of Consuelo Maria Mata re the Rio Bravo
        Pipeline and Rio Grande LNG terminals under CP20-481.

1975.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0359
        Description:  Comments of Jay Groppe re the Rio Bravo Pipeline and
        Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
| --- | --- |

1976.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0386
Description:  Comments of Veta Tupper re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1977.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0387
Description:  Comments of Janie Martinez re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1978.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0388
Description:  Comments of Al Braden re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1979.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0390
Description:  Comments of Nera Wood re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1980.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0391
Description:  Comments of Irvin Uphoff re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1981.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0392
Description:  Comments of Thomas Smith re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1982.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0397
Description:  Comments of Ed Breidenbach re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1983.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0389
Description:  Comments of Rick Morales re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1984.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0393
Description:  Comments of Mary Compean re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1985.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0394
Description:  Comments of Jan E. Vaughn re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1986.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0395
Description:  Comments of Shannon Hayes Md re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

1987.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0396
Description:  Comments of Ellen Ayalin re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     **Description**

1988.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0398
Description:  Comments of Jackson Leeper re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

1989.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0403
Description:  Comments of Ruth Keitz re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1990.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0405
Description:  Comments of Richard Morehead re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1991.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0402
Description:  Comments of Susan Hernandez re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

1992.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0409
Description:  Comments of John Haller re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

1993.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0411
Description:  Comments of Karen Russell re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

1994.　　Filed By:  Individual No Affiliation
　　　　　Filed Date:  09/02/2020
　　　　　Accession No.:  20200902-0416
　　　　　Description:  Comments of Felicito Guerrero re the Rio Bravo
　　　　　Pipeline and Rio Grande LNG terminals under CP20-481.

1995.　　Filed By:  Individual No Affiliation
　　　　　Filed Date:  09/02/2020
　　　　　Accession No.:  20200902-0417
　　　　　Description:  Comments of Elizabeth Evenson re the Rio Bravo
　　　　　Pipeline and Rio Grande LNG Terminals under CP20-481.

1996.　　Filed By:  Individual No Affiliation
　　　　　Filed Date:  09/02/2020
　　　　　Accession No.:  20200902-0421
　　　　　Description:  Comments of Donnasue Sealy re the Rio Bravo Pipeline
　　　　　and Rio Grande LNG Terminals under CP20-481.

1997.　　Filed By:  Individual No Affiliation
　　　　　Filed Date:  09/02/2020
　　　　　Accession No.:  20200902-0422
　　　　　Description:  Comments of P. Allison re the Rio Bravo Pipeline and
　　　　　Rio Grande LNG Terminals under CP20-481.

1998.　　Filed By:  Individual No Affiliation
　　　　　Filed Date:  09/02/2020
　　　　　Accession No.:  20200902-0538
　　　　　Description:  Comments of Melissa Brown re the Rio Bravo Pipeline
　　　　　and Rio Grande LNG terminals under CP20-481.

1999.　　Filed By:  Individual No Affiliation
　　　　　Filed Date:  09/02/2020
　　　　　Accession No.:  20200902-0539
　　　　　Description:  Comments of Juliet Brownlee re the Rio Bravo Pipeline
　　　　　and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**       **Description**

2000.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0541
            Description:  Comments of Kristi Heaton re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2001.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0543
            Description:  Comments of Richard Leu re the Rio Bravo Pipeline and
            Rio Grande LNG terminals under CP20-481.

2002.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200831-0109
            Description:  Comments of Leslie Harris re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2003.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200831-0111
            Description:  Comments of Peggy Curtis re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2004.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0400
            Description:  Comments of Delia Esparza re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2005.       Filed By:  Individual No Affiliation
            Filed Date:  09/02/2020
            Accession No.:  20200902-0401
            Description:  Comments of Stephanie Oviedo re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2006.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0404
Description:  Comments of Ellen Isaly re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2007.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0408
Description:  Comments of Linda Fielder re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2008.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0410
Description:  Comments of John Clewlow re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2009.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0412
Description:  Comments of Pamela Monday re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2010.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0413
Description:  Comments of Karlie Hill re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2011.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0414
Description:  Comments of Alan Diaz re Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2012.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0415
Description:  Comments of Bo Baggs re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2013.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0418
Description:  Comments of David Halley re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2014.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0419
Description:  Comments of Arturo Velasquez re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2015.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0420
Description:  Comments of Kathrine Depetris re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2016.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0423
Description:  Comments of Margaret Titus re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2017.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0424
Description:  Comments of Erik Felthauser re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|
| 2018. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0425<br>Description:  Comments of Dr. M. Taylor re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 2019. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0426<br>Description:  Comments of L. Borgen re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 2020. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0427<br>Description:  Comments of Sandra Green re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 2021. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0428<br>Description:  Comments of Matt Helton re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 2022. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0429<br>Description:  Comments of Ramona Perez re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 2023. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0430<br>Description:  Comments of Steven Smith re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |

| Record Item No. | Description |
|---|---|

2024.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0434
Description:  Comments of Michael Dowling re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2025.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0431
Description:  Comments of Kurt Schultz re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2026.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0432
Description:  Comments of Denise Bossarte re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2027.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0433
Description:  Comments of Carol Nash re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2028.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0462
Description:  Comments of Anne McCracken re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2029.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0465
Description:  Comments of Cheryl Belsley re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

2030.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0471
Description:  Comments of Lee Moore re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2031.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0472
Description:  Comments of Richard Wayne re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2032.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0460
Description:  Comments of Gail Raborn re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2033.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0473
Description:  Comments of Nina Knight re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2034.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0474
Description:  Comments of Madalynn Carey re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2035.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0475
Description:  Comments of Sarah Irwin re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2036.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0476
Description:  Comments of Herman Rhein re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2037.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0482
Description:  Comments of Jack Balsley re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2038.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0483
Description:  Comments of Deborah Goodykoontz re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2039.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0484
Description:  Comments of Don Sawyer re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2040.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0535
Description:  Comments of Earl Labuga re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2041.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0461
Description:  Comments of Thomas Sarver re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2042.  Filed By:  Individual No Affiliation
       Filed Date:  09/02/2020
       Accession No.:  20200902-0463
       Description:  Comments of Jeanne Schlatter re the Rio Bravo Pipeline
       and Rio Grande LNG Terminals under CP20-481.

2043.  Filed By:  Individual No Affiliation
       Filed Date:  09/02/2020
       Accession No.:  20200902-0464
       Description:  Comments of Ginger Schedler re the Rio Bravo Pipeline
       and Rio Grande LNG Terminals under CP20-481.

2044.  Filed By:  Individual No Affiliation
       Filed Date:  09/02/2020
       Accession No.:  20200902-0466
       Description:  Comments of Jeri Romero re the Rio Bravo Pipeline and
       Rio Grande LNG terminals under CP20-481.

2045.  Filed By:  Individual No Affiliation
       Filed Date:  09/02/2020
       Accession No.:  20200902-0467
       Description:  Comments of Shana Van Meter re the Rio Bravo
       Pipeline and Rio Grande LNG terminals under CP20-481.

2046.  Filed By:  Individual No Affiliation
       Filed Date:  09/02/2020
       Accession No.:  20200902-0468
       Description:  Comments of Charles Hung re the Rio Bravo Pipeline
       and Rio Grande LNG Terminals under CP20-481.

2047.  Filed By:  Individual No Affiliation
       Filed Date:  09/02/2020
       Accession No.:  20200902-0469
       Description:  Comments of Gordon Murphy re the Rio Bravo Pipeline
       and Rio Grande LNG terminals under CP20-481.

**Record Item No.**    **Description**

2048.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0470
Description:  Comments of David Moore re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

2049.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0477
Description:  Comments of Charles Mclellan re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2050.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0478
Description:  Comments of George Patterson re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

2051.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0479
Description:  Comments of Elizabeth Duval re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2052.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0480
Description:  Comments of Maureen Saval re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

2053.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0481
Description:  Comments of Analisa Crandall re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2054.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0536
Description:  Comments of Patrick Boot re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2055.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0537
Description:  Comments of Leslie Smith re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2056.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0540
Description:  Comments of Shizumi Stewart re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2057.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0542
Description:  Comments of Charles Cross re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2058.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0544
Description:  Comments of Pat Garcia re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2059.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0545
Description:  Comments of Sarah Page re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**       **Description**

2060.       Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0218
Description:  Comments of Dianna Mccaskey re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2061.       Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0224
Description:  Comments of Chantal Eldridge re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2062.       Filed By:  Individuals No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0225
Description:  Comments of Herbert Tinney et al. re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2063.       Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0228
Description:  Comments of Thinh Ngo re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2064.       Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0229
Description:  Comments of Amanda Moore re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2065.       Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0230
Description:  Comments of Maryellen Kersch re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2066.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0231
Description:  Comments of Kylara Hunter re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2067.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0232
Description:  Comments of Steven Daniels re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2068.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0233
Description:  Comments of Leonid Volovnik re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2069.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0108
Description:  Comments of Binnie Costantino re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2070.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0109
Description:  Comments of Candance Rocha re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2071.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0185
Description:  Comments of Dodie Sweeney re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2072.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0186
Description:  Comments of Beverly Boling re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2073.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0187
Description:  Comments of Tracy Ferlet re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2074.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0190
Description:  Comments of Debra Wadsworth re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2075.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0196
Description:  Comments of Leslie Frederick re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2076.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0199
Description:  Comments of Leslie Ungar re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2077.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0200
Description:  Comments of John Edwards re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2078.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0202
Description:  Comments of Debra Murph re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2079.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0208
Description:  Comments of C. M. re the Rio Bravo Pipeline and Rio
Grande LNG terminals under CP20-481.

2080.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0370
Description:  Comments of Adrienne Inglis re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2081.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0375
Description:  Comments of Cathy Kincaid re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2082.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0377
Description:  Comments of Robin Huff re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2083.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0381
Description:  Comments of Tracey Bonner re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2084.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0235
Description:  Comments of Suzi Emanuel re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2085.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0517
Description:  Comments of Choky Alvarez re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

2086.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0518
Description:  Comments of Daniel Snare re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2087.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0435
Description:  Comments of Sandra Chapman Burson re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2088.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0439
Description:  Comments of Kathy Pedigo re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2089.   Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0440
Description:  Comments of Vicki Davis re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2090.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0441
Description:  Comments of Sandra Bieri re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2091.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0442
Description:  Comments of Anita Ro re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2092.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0443
Description:  Comments of Catherine Bass re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2093.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0449
Description:  Comments of Amanda Gillespie re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2094.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0452
Description:  Comments of Katira Tejeda re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2095.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0453
Description:  Comments of Jan Wilson re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2096.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0454
Description:  Comments of Nagender Kaushik re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2097.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0215
Description:  Comments of Ashley Pedersen re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2098.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0226
Description:  Comments of David Berry re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2099.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0227
Description:  Comments of Andrew Lyall re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2100.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0033
Description:  Comments of Bill Maina re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2101.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0034
Description:  Comments of Margaret Weiss re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

**Record
Item No.**      **Description**

2102.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0086
           Description:  Comments of Maria Williamson re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2103.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0087
           Description:  Comments of Pamela Vangiekssen re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2104.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0088
           Description:  Comments of Dorinda Scott re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2105.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0090
           Description:  Comments of Nanette Gordon re the Rio Bravo Pipeline
           and Rio Grande LNG Terminals under CP20-481.

2106.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0091
           Description:  Comments of Jerry Christiansen re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2107.      Filed By:  Individuals No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0092
           Description:  Comments of Carolyn Croom et al. re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|
| 2108. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0093<br>Description:  Comments of Carol Grimm re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 2109. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0111<br>Description:  Comments of Karen Kawszan re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 2110. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0112<br>Description:  Comments of Christina Campos re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 2111. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0115<br>Description:  Comments of Kathryn Melton re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 2112. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0116<br>Description:  Comments of Lannie Tucker re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 2113. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0118<br>Description:  Comments of Brant Kotch re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |

| Record<br>Item No. | Description |
|---|---|

2114.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0122
Description:  Comments of Georgena Askew re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2115.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0123
Description:  Comments of Dyanna Lawson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2116.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0124
Description:  Comments of Patrick Vacek re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2117.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0125
Description:  Comments of Aaron Covarrubias re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2118.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0128
Description:  Comments of Daniel D. re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2119.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0129
Description:  Comments of Carol Fly re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2120.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0130
Description:  Comments of Melanie Baldi re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2121.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0131
Description:  Comments of C. Williams re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2122.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0132
Description:  Comments of Rick Pearson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2123.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0117
Description:  Comments of Mary Cato re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2124.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0119
Description:  Comments of Jerell Lambert re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2125.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0120
Description:  Comments of Roland Creswell re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

**Record**
**Item No.**     **Description**

2126.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0121
Description:  Comments of Christine PrEvost re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2127.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0126
Description:  Comments of Shani Resch re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2128.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0127
Description:  Comments of Marie Sophia Vassilakidis re the Rio
Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2129.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0133
Description:  Comments of Sue Wolfe re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2130.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0184
Description:  Comments of Ann Friedman re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2131.    Filed By:  Individuals No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0188
Description:  Comments of Steve Alvarez-Jett et al. re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

2132.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0189
Description:  Comments of Steve Englander re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2133.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0191
Description:  Comments of Neal Baron re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2134.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0192
Description:  Comments of Steven Lucas re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2135.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0193
Description:  Comments of Robert Branson re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2136.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0194
Description:  Comments of Argy Kontogiannis re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2137.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0195
Description:  Comments of Mel Templet re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2138.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0197
Description:  Comments of Cheryl Watson re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2139.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0198
Description:  Comments of Patrick Mulvey re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2140.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0328
Description:  Comments of Christine Nye re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2141.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0329
Description:  Comments of Jan Jones re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2142.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0100
Description:  Comments of Rev. Frank Elliott re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2143.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0103
Description:  Comments of Chris Faldt re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     **Description**

2144.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0106
           Description:  Comments of Daniel Dean re the Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

2145.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0107
           Description:  Comments of James Toney re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2146.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0110
           Description:  Comments of Trigg Wright III re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2147.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0113
           Description:  Comments of Melissa Doss re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2148.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0114
           Description:  Comments of Spencer Matthews re the Rio Bravo
           Pipeline and Rio Grande LNG Terminals under CP20-481.

2149.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0094
           Description:  Comments of Cindy Guy re the Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**    **Description**

2150.    Filed By: Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0095
Description:  Comments of Frances Lorene Lange re Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

2151.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0096
Description:  Comments of Janet Nongbri re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2152.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0097
Description:  Comments of Lynsey Kelly re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2153.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0098
Description:  Comments of Brian Bustoz re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2154.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0099
Description:  Comments of Paul Haggard re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

2155.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0101
Description:  Comments of Kate Mathis re Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2156.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0102
Description:  Comments of Barbara Petit re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2157.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0104
Description:  Comments of Daniy Oberle re Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2158.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0105
Description:  Comments of Weldon Lewis re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2159.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0455
 Description:  Comments of Clare Mccollam re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2160.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0458
Description:  Comments of Susan Finley re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2161.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0310
Description:  Comments of Renee Feliciano re Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2162.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0311
Description:  Comments of Evelyn Parker re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2163.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0312
Description:  Comments of Bree Pugh re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2164.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0314
Description:  Comments of Kelvin Rolfes re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2165.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0316
Description:  Comments of R. F. re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2166.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0318
Description:  Comments of Jennifer Kain re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2167.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0319
Description:  Comments of Elizabeth Floersch re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

**Record Item No.**    **Description**

2168.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0322
Description:  Comments of Kathleen O'Connell re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

2169.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0323
Description:  Comments of Leslie Leister re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2170.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0324
Description:  Comments of Arlene Macintosh re the Rio Bravo
Pipeline and Rio Grande LNG Terminals under CP20-481.

2171.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0325
Description:  Comments of Russell Burke re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

2172.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0327
Description:  Comments of Jessica Andrews re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

2173.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0330
Description:  Comments of John Lorand re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

**Record
Item No.**　　**Description**

2174.　　Filed By:  Individual No Affiliation
　　　　Filed Date:  09/02/2020
　　　　Accession No.:  20200902-0331
　　　　Description:  Comments of Daryl W. De Boer re the Rio Bravo
　　　　Pipeline and Rio Grande LNG terminals under CP20-481.

2175.　　Filed By:  Individual No Affiliation
　　　　Filed Date:  09/02/2020
　　　　Accession No.:  20200902-0332
　　　　Description:  Comments of Wendy Olmsted re the Rio Bravo Pipeline
　　　　and Rio Grande LNG Terminals under CP20-481.

2176.　　Filed By:  Individual No Affiliation
　　　　Filed Date:  09/02/2020
　　　　Accession No.:  20200902-0333
　　　　Description:  Comments of Wynona Allen re the Rio Bravo Pipeline
　　　　and Rio Grande LNG terminals under CP20-481.

2177.　　Filed By:  Individual No Affiliation
　　　　Filed Date:  09/02/2020
　　　　Accession No.:  20200902-0334
　　　　Description:  Comments of Natalie DeBoer re Rio Bravo Pipeline and
　　　　Rio Grande LNG Terminals under CP20-481.

2178.　　Filed By:  Individual No Affiliation
　　　　Filed Date:  09/02/2020
　　　　Accession No.:  20200902-0337
　　　　Description:  Comments of Benjamin Alpers re the Rio Bravo
　　　　Pipeline and Rio Grande LNG terminals under CP20-481.

2179.　　Filed By:  Individual No Affiliation
　　　　Filed Date:  09/02/2020
　　　　Accession No.:  20200902-0338
　　　　Description:  Comments of Jennifer Lovullo re the Rio Bravo Pipeline
　　　　and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2180.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0339
Description:  Comments of Crystal Moran re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2181.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0340
Description:  Comments of Renee Beltran re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2182.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0341
Description:  Comments of Barbara Paul re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2183.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0342
Description:  Comments of Paul Breaux re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2184.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0343
Description:  Comments of Cynthia Worsham re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2185.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0286
Description:  Comments of Lucy Harmon re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2186.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0288
Description:  Comments of Laurel Hays re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2187.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0293
Description:  Comments of Ann Hagmann re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2188.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0294
Description:  Comments of Angela Hovis re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2189.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0296
Description:  Comments of Margaret Adam re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2190.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0299
Description:  Comments of Steven Lanoux re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2191.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0300
Description:  Comments of David Young re Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

**Record
Item No.**     <u>Description</u>

2192.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0301
Description:  Comments of Rebecca Boatman re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2193.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0285
Description:  Comments of Mark Bedgood re Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

2194.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0287
Description:  Comments of Sandi Hebley re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

2195.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0289
Description:  Comments of Dewey Updegraff re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2196.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0290
Description:  Comments of Sharon Baron re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

2197.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0292
Description:  Comments of Clara Boyer re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

**Record
Item No.**      **Description**

2198.      Filed By:  Individuals No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0297
           Description:  Comments of Jerry Bass et al. re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2199.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0302
           Description:  Comments of Margaret Schulenberg re Rio Bravo
           Pipeline and Rio Grande LNG Terminals under CP20-481.

2200.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0303
           Description:  Comments of Jennifer Quick re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2201.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0304
           Description:  Comments of Margaret VanHoudt re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2202.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0335
           Description:  Comments of Dawne Fontenot re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2203.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200831-0260
           Description:  Comments of Stephanie Noble re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
| --- | --- |

2204.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200831-0258
Description:  Comments of Laura Aranda re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2205.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200831-0113
Description:  Comments of Karen Norton re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2206.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0015
Description:  Comments of Merideth Green re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2207.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0029
Description:  Comments of Nancy Van Affelen re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2208.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0134
Description:  Comments of Pamela Bryson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2209.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0136
Description:  Comments of Janet Delaney re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**      **Description**

2210.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0135
           Description:  Comments of Yung Marc re the Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

2211.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0138
           Description:  Comments of Shanti Conlan re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2212.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0137
           Description:  Comments of Fatimah Quraali re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2213.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0139
           Description:  Comments of Brenda Gonzalez re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2214.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0140
           Description:  Comments of Sharon Galbraith re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2215.      Filed By:  Individual No Affiliation
           Filed Date:  09/02/2020
           Accession No.:  20200902-0141
           Description:  Comments of John Arguell re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

**Record Item No.**    **Description**

2216.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0142
Description:  Comments of Marcia Evers re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2217.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0143
Description:  Comments of Rico Morgan re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2218.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0144
Description:  Comments of Trevor Robinson re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2219.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0145
Description:  Comments of Marcie Milam re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2220.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0147
Description:  Comments of Carolina Moreno re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2221.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0148
Description:  Comments of Cheyenne Weaver re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2222.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0149
Description:  Comments of Wayne Harrison re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2223.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0152
Description:  Comments of Luke Brandon re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2224.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0154
Description:  Comments of Patricia Brooks re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2225.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0155
Description:  Comments of Suzanne Murray re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2226.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0159
Description:  Comments of Graham Viegut re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2227.     Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
20200902-0146
Description:  Comments of Patricia Vaughan re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2228.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0150
Description:  Comments of Lindsay Byrne re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2229.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0151
Description:  Comments of Caryl Elver re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2230.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0153
Description:  Comments of Lidia B. re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2231.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0156
Description:  Comments of Laura Snider re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2232.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0157
Description:  Comments of Denise Jones re Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2233.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0158
Description:  Comments of Chrissie Carlin re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2234.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0213
Description:  Comments of Kristen Allbritton re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2235.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0214
Description:  Comments of Tracy Morris re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2236.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0216
Description:  Comments of J. Trimble re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2237.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0220
Description:  Comments of Gwen Neal re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2238.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0221
Description:  Comments of Erica Brown re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2239.      Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0209
Description:  Comments of Josie Crandall re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**     **Description**

2240.     Filed By:  Individual No Affiliation
          Filed Date:  09/02/2020
          A20200902-0210
          Description:  Comments of J. Iverson re the Rio Bravo Pipeline and
          Rio Grande LNG terminals under CP20-481.

2241.     Filed By:  Individual No Affiliation
          Filed Date:  09/02/2020
          Accession No.:  20200902-0222
          Description:  Comments of Kenneth Walter re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

2242.     Filed By:  Individual No Affiliation
          Filed Date:  09/02/2020
          Accession No.:  20200902-0223
          Description:  Comments of Stephen Manion re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

2243.     Filed By:  Individual No Affiliation
          Filed Date:  09/02/2020
          Accession No.:  20200902-0043
          Description:  Comments of Carolyn Riddle re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

2244.     Filed By:  Individual No Affiliation
          Filed Date:  09/02/2020
          Accession No.:  20200902-0045
          Description:  Comments of Deette Spence re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

2245.     Filed By:  Individual No Affiliation
          Filed Date:  09/02/2020
          Accession No.:  20200902-0046
          Description:  Comments of Linda Frankel re the Rio Bravo Pipeline
          and Rio Grande LNG Terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|
| 2246. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0055<br>Description:  Comments of Joy Keeping re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 2247. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0041<br>Description:  Comments of Adele Murphy re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 2248. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0042<br>Description:  Comments of Donald Cook re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 2249. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0044<br>Description:  Comments of Brad Watson re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481. |
| 2250. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0050<br>Description:  Comments of Rick Gordon re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |
| 2251. | Filed By:  Individual No Affiliation<br>Filed Date:  09/02/2020<br>Accession No.:  20200902-0035<br>Description:  Comments of Andrew Bunt re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481. |

| **Record Item No.** | **Description** |
| --- | --- |

2252.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0039
Description:  Comments of Debra Nugent re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2253.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0047
Description:  Comments of Bryan Taylor re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2254.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0056
Description:  Comments of Steven G. Kellman re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2255.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0058
Description:  Comments of Bill Summers re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2256.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0059
Description:  Comments of Ceil Roeger re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2257.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0060
Description:  Comments of Scott Swanson re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**      **Description**

2258.        Filed By:  Individual No Affiliation
             Filed Date:  09/02/2020
             Accession No.:  20200902-0061
             Description:  Comments of Edye Calderon re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

2259.        Filed By:  Individual No Affiliation
             Filed Date:  09/02/2020
             Accession No.:  20200902-0063
             Description:  Comments of William O'Brien re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

2260.        Filed By:  Individual No Affiliation
             Filed Date:  09/02/2020
             Accession No.:  20200902-0064
             Description:  Comments of Marc Gill re the Rio Bravo Pipeline and
             Rio Grande LNG terminals under CP20-481.

2261.        Filed By:  Individual No Affiliation
             Filed Date:  09/02/2020
             Accession No.:  20200902-0065
             Description:  Comments of Richard Ahlers re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

2262.        Filed By:  Individual No Affiliation
             Filed Date:  09/02/2020
             Accession No.:  20200902-0068
             Description:  Comments of Sara Guzman re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

2263.        Filed By:  Individual No Affiliation
             Filed Date:  09/02/2020
             Accession No.:  20200902-0069
             Description:  Comments of Jerry Mylius re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

2264.    Filed By: Individual No Affiliation
Filed Date: 09/02/2020
Accession No.: 20200902-0070
Description: Comments of Eileen McKee re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2265.    Filed By: Individual No Affiliation
Filed Date: 09/02/2020
Accession No.: 20200902-0073
Description: Comments of Lynda Alvarez re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2266.    Filed By: Individual No Affiliation
Filed Date: 09/02/2020
Accession No.: 20200902-0075
Description: Comments of Ellen Buchanan re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2267.    Filed By: Individual No Affiliation
Filed Date: 09/02/2020
Accession No.: 20200902-0076
Description: Comments of Dennis Han re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2268.    Filed By: Individual No Affiliation
Filed Date: 09/02/2020
Accession No.: 20200902-0077
Description: Comments of Cameron Babberney re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2269.    Filed By: Individual No Affiliation
Filed Date: 09/02/2020
Accession No.: 20200902-0078
Description: Comments of Keith Daniels re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2270.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0079
Description:  Comments of Teresa Pietersen re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2271.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0081
Description:  Comments of Sherry Andresen re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2272.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0082
Description:  Comments of Greg Romero re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2273.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0062
Description:  Comments of Victoria Shih re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2274.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0066
Description:  Comments of Linda Maher re the Rio Bravo Pipeline and Rio Grande LNG Terminals under CP20-481.

2275.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0067
Description:  Comments of Kim Sanders George re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    <u>**Description**</u>

2276.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0071
Description:  Comments of Phil Crabill re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2277.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0072
Description:  Comments of Patty Langford re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2278.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0074
Description:  Comments of Carrie Watson re the Rio Bravo Pipeline
and Rio Grande LNG Terminals under CP20-481.

2279.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0083
Description:  Comments of Katharine Sommerfield re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2280.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0084
Description:  Comments of Lisa Roof re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2281.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0085
Description:  Comments of Jon Gross re the Rio Bravo Pipeline and
Rio Grande LNG Terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

2282.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0089
Description:  Comments of Martha Rogers re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2283.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0201
Description:  Comments of Lori Rackers re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2284.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0203
Description:  Comments of Aurora Mata re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2285.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0204
Description:  Comments of Alice Brenner re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2286.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0205
Description:  Comments of Linda Hollar re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2287.  Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0206
Description:  Comments of Mary Hancock re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2288.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0207
Description:  Comments of Jim Anderson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2289.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0261
Description:  Comments of Lanelle Montgomery re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2290.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0262
Description:  Comments of Lenora Bishop re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2291.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0260
Description:  Comments of Tiffany Jaeggi re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2292.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0268
Description:  Comments of Terence Garrett re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2293.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0270
Description:  Comments of Margaret Gessley re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2294.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0271
Description:  Comments of Walter Breymann re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2295.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0264
Description:  Comments of Lauren Mangini re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2296.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0265
Description:  Comments of Joe Van Blargan re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2297.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0267
Description:  Comments of Debbie Hyde re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2298.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0272
Description:  Comments of Emily Taylor re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2299.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0273
Description:  Comments of Joyce Overton re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2300.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0274
Description:  Comments of Leah Marke re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2301.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0275
Description:  Comments of Eric Naji re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2302.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0276
Description:  Comments of Kenneth Williams re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2303.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0277
Description:  Comments of Diane Castro re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2304.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0278
Description:  Comments of Lee Kenney re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2305.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0279
Description:  Comments of Vadessa Camack re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2306.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0281
Description:  Comments of Irene Martinez re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2307.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0282
Description:  Comments of Mary Parke re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2308.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0283
Description:  Comments of Deanna M. Pena re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2309.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0360
Description:  Comments of Tony Konchan re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2310.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0361
Description:  Comments of Susan Cook re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2311.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0362
Description:  Comments of MaryHelen Flores re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2312.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0363
Description:  Comments of Carolyn Carter re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2313.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0284
Description:  Comments of Juan Torres re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2314.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0364
Description:  Comments of Jan Parham re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2315.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0365
Description:  Comments of James Casey re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2316.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0366
Description:  Comments of Brandt Mannchan re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2317.    Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0367
Description:  Comments of Nancy Freyert re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2318.　　Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0368
Description:  Comments of Rebekah Hinojosa re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2319.　　Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0369
Description:  Comments of Dolores Guinn re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2320.　　Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0373
Description:  Comments of Michael Earney re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2321.　　Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0378
Description:  Comments of Tracy Brown re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2322.　　Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0383
Description:  Comments of Melanie Sinclair re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2323.　　Filed By:  Individual No Affiliation
Filed Date:  09/02/2020
Accession No.:  20200902-0291
Description:  Comments of Maya Cerda-Gomez re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2324.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0295
        Description:  Comments of Laura St. Clair re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

2325.   Filed By:  Individuals No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0305
        Description:  Comments of Michael Way et al. re the Rio Bravo
        Pipeline and Rio Grande LNG Terminals under CP20-481.

2326.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0308
        Description:  Comments of Carole Sparks re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

2327.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0309
        Description:  Comments of Hilary Teisan re the Rio Bravo Pipeline
        and Rio Grande LNG terminals under CP20-481.

2328.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0344
        Description:  Comments of Roger Knudson re the Rio Bravo Pipeline
        and Rio Grande LNG Terminals under CP20-481.

2329.   Filed By:  Individual No Affiliation
        Filed Date:  09/02/2020
        Accession No.:  20200902-0336
        Description:  Comments of Lauren Fenenbock re the Rio Bravo
        Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2330.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  09/03/2020
Accession No.:  20200903-5186
Description:  Rio Bravo Pipeline Company, LLC submits supplemental information consisting of proprietary hydraulic flow models under CP20-481.

2331.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  09/03/2020
Accession No.:  20200903-5187
Description:  Rio Bravo Pipeline Company, LLC submits supplemental information consisting of proprietary hydraulic flow models under CP20-481.

2332.    Filed By:  Individual No Affiliation
Filed Date:  09/04/2020
Accession No.:  20200902-0546
Description:  Comments of Joan Bonnington re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2333.    Filed By:  Sierra Club
Filed Date:  09/08/2020
Accession No.:  20200908-5227
Description:  Request for Rehearing of Approval of Design Change Proposals of Vecinos para el Bienestar de la Comunidad Costera, et al. under CP16-454.

2334.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  09/11/2020
Accession No.:  20200911-5315
Description:  Response to Comments Received During Scoping Period of Rio Bravo Pipeline Company, LLC under CP20-481.

| **Record Item No.** | **Description** |
| --- | --- |

2335.    Filed By:  Rio Grande LNG, LLC, et al.
Filed Date:  09/14/2020
Accession No.:  20200914-5156
Description:  Answer of Rio Grande LNG, LLC, et al. under CP20-481.

2336.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  09/15/2020
Accession No.:  20200915-5100
Description:  Rio Bravo Pipeline Company, LLC submits its response to the August 26, 2020 Data Request under Docket No. CP20-481.

2337.    Filed By:  Rio Grande LNG, LLC
Filed Date:  09/17/2020
Accession No.:  20200917-5030
Description:  Implementation Plan for the Rio Grande LNG Terminal Volume No. 6 - Final Design General - Supplement 7 of Rio Grande LNG, LLC under CP16-454.

2338.    Filed By:  Rio Grande LNG, LLC
Filed Date:  09/17/2020
Accession No.:  20200917-5031
Description:  Implementation Plan for the Rio Grande LNG Terminal Volume No. 6 - Final Design General - Supplement 7 of Rio Grande LNG, LLC under CP16-454.

2339.    Filed By:  Individual No Affiliation
Filed Date:  09/21/2020
Accession No.:  20200921-5023
Description:  Comment of John Young under CP16-454-000 focused on Rio Grande LNG's request to DOE for a Non-FTA permit extension under FE Docket No. 15-190-LNG.

**Record**
**Item No.**    **Description**

2340.    Filed By:  Rio Grande LNG, LLC
Filed Date:  09/30/2020
Accession No.:  20200930-5105
Description:  Reference Documents Submitted to PHMSA for
Updated 49 CFR 193 Subpart B Project Review of Rio Grande LNG,
LLC under CP16-454.

2341.    Filed By:  Rio Grande LNG, LLC
Filed Date:  09/30/2020
Accession No.:  20200930-5106
Description:  Reference Documents Submitted to PHMSA for
Updated 49 CFR 193 Subpart B Project Review of Rio Grande LNG,
LLC under CP16-454.

2342.    Filed By:  Rio Grande LNG, LLC
Filed Date:  09/30/2020
Accession No.:  20200930-5054
Description:  Monthly Status Report No. 10, September 2020 of Rio
Grande LNG, LLC under CP16-454.

2343.    Filed By:  Rio Grande LNG, LLC
Filed Date:  09/30/2020
Accession No.:  20200930-5067
Description:  Implementation Plan for the Rio Grande LNG Terminal
Volume No. 6 Final Design General Supplement 8 of Rio Grande
LNG, LLC under CP16-454.

2344.    Filed By:  Rio Grande LNG, LLC
Filed Date:  09/30/2020
Accession No.:  20200930-5066
Description:  Implementation Plan for the Rio Grande LNG Terminal
Volume No. 6 - Final Design General - Supplement 8 of Rio Grande
LNG, LLC under CP16-454.

**Record
Item No.**      **Description**

2345.       Filed By:  Rio Grande LNG, LLC
            Filed Date:  10/05/2020
            Accession No.:  20201005-5081
            Description:  Rio Grande LNG, LLC Submits Response to September
            30, 2020 Data Request under CP16-454.

2346.       Filed By:  Rio Grande LNG, LLC
            Filed Date:  10/05/2020
            Accession No.:  20201005-5082
            Description:  Rio Grande LNG, LLC Submits Response to September
            30, 2020 Data Request under CP16-454.

2347.       Filed By:  Rio Grande LNG, LLC
            Filed Date:  10/05/2020
            Accession No.:  20201005-5083
            Description:  IP Volume 6 - Supplement 9 of Rio Grande LNG, LLC
            under CP16-454.

2348.       Filed By:  Rio Grande LNG, LLC
            Filed Date:  10/05/2020
            Accession No.:  20201005-5084
            Description:  IP Volume 6 - Supplement 9 of Rio Grande LNG, LLC
            under CP16-454.

2349.       Filed By:  Rio Grande LNG, LLC
            Filed Date:  10/06/2020
            Accession No.:  20201006-5052
            Description:  Rio Grande LNG, LLC Submits Response to September
            8, 2020 Data Request under CP16-454.

2350.       Filed By:  Rio Grande LNG, LLC
            Filed Date:  10/06/2020
            Accession No.:  20201006-5053
            Description:  Rio Grande LNG, LLC Submits Response to September
            8, 2020 Data Request under CP16-454.

**Record
Item No.**    **Description**

2351.    Issued By:  Secretary Of The Commission, FERC
Filed Date:  10/09/2020
Accession No.:  20201009-3017
Description:  Notice of Denial of Rehearing by Operation of Law and
Providing for Further Consideration re Rio Grande LNG, LLC under
CP16-454.

2352.    Issued By:  Office of Energy Projects
Filed Date:  10/15/2020
Accession No.:  20201015-3070
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to
file a response to environmental information request within 20 days to
assist in FERC's analysis of the application under CP20-481.

2353.    Issued By:  Secretary Of The Commission, FERC
Filed Date:  10/16/2020
Accession No.:  20201016-3016
Description:  Notice of Revised Schedule for Environmental Review
of the Rio Bravo Pipeline Project Amendment re Rio Bravo Pipeline
Company, LLC under CP20-481.

2354.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/23/2020
Accession No.:  20201023-5020
Description:  Rio Grande LNG, LLC Submits Response to October
21, 2020 Data Request under CP16-454.

2355.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/29/2020
Accession No.:  20201029-5235
Description:  IP Volume 6 - Supplement 10 of Rio Grande LNG, LLC
under CP16-454.

| Record Item No. | Description |
|---|---|

2356.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/29/2020
Accession No.:  20201029-5234
Description:  IP Volume 6 - Supplement 10 of Rio Grande LNG, LLC under CP16-454.

2357.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/30/2020
Accession No.:  20201030-5222
Description:  Monthly Status Report No. 11, October 2020 of Rio Grande LNG, LLC under CP16-454.

2358.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  11/04/2020
Accession No.:  20201104-5099
Description:  Rio Bravo Pipeline Company, LLC submits the response to the October 15, 2020 Data Request under CP20-481.

2359.    Filed By:  U.S. Army Corps Of Engineers
Filed Date:  11/05/2020
Accession No.:  20201105-4000
Description:  The U.S. Army Corps of Engineers submits a letter notifying that the Department of Army Permit SQG-2015-0014 is suspended and directing work to stop under CP20-481.

2360.    Issued By:  Office of Energy Projects
Filed Date:  11/05/2020
Accession No.:  20201105-4002
Description:  Memo dated 11/05/2020 forwarding U.S. Army Corps of Engineers' letter providing notification that the Department of Army Permit SQG-2015-0014 is suspended and directing work to stop under CP20-481.

**Record
Item No.**     **Description**

2361.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  11/20/2020
          Accession No.:  20201120-5122
          Description:  Rio Grande LNG, LLC submits the Implementation Plan
          Volume No. 6 Supplement 11 for the Rio Grande LNG Terminal
          under CP16-454.

2362.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  11/20/2020
          Accession No.:  20201120-5123
          Description:  Rio Grande LNG, LLC submits the Implementation Plan
          Volume No. 6 - Supplement 11 for the Rio Grande LNG Terminal
          under CP16-454.

2363.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  11/20/2020
          Accession No.:  20201120-5121
          Description:  Rio Grande LNG, LLC submits Supplemental
          Information for the Emergency Response Plan Update under CP16-
          454.

2364.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  11/30/2020
          Accession No.:  20201130-5170
          Description:  Monthly Status Report No. 12, November 2020 of Rio
          Grande LNG, LLC under CP16-454.

2365.     Filed By:  USFWS-Texas Coastal ESFO
          Filed Date:  12/02/2020
          Accession No.:  20201202-5120
          Description:  Supplemental Information of USFWS-Texas Coastal
          ESFO under CP16-454, et al.

| Record Item No. | Description |
|---|---|

2366.    Filed By:  USFWS-Texas Coastal ESFO
Filed Date:  12/02/2020
Accession No.:  20201202-5181
Description:  Supplemental information of USFWS-Texas Coastal ESFO under CP16-454, et al.

2367.    Filed By:  Sierra Club
Filed Date:  12/08/2020
Accession No.:  20201208-5013
Description:  Notice of Petition for Review of Design Change Approval of Rio Grande LNG, LLC under CP16-454.

2368.    Filed By:  Sierra Club
Filed Date:  12/08/2020
Accession No.:  20201208-5032
Description:  Petition for Review filed in U.S. Court of Appeals for D.C. Circuit of Vecinos para el Bienestar de la Comunidad Costera under CP16-454 (no Case No.).

2369.    Issued By:  Office of Energy Projects
Filed Date:  12/10/2020
Accession No.:  20201210-3050
Description:  Memo dated 12/10/2020 forwarding Department of Transportation- Pipeline and Hazardous Materials Safety Administration's letter of determination for the Rio Grande LNG Project under CP16-454.

2370.    Filed By:  Rio Grande LNG, LLC
Filed Date:  12/11/2020
Accession No.:  20201211-5142
Description:  Rio Grande LNG, LLC submits the Implementation Plan Volume No. 6 Supplement 12 for the Rio Grande LNG Terminal under CP16-454.

**Record
Item No.**  **Description**

2371.  Filed By:  Rio Grande LNG, LLC
Filed Date:  12/11/2020
Accession No.:  20201211-5143
Description:  Rio Grande LNG, LLC submits the Implementation Plan
Volume No. 6 Supplement 12 for the Rio Grande LNG Terminal
under CP16-454.

2372.  Filed By:  Rio Grande LNG, LLC
Filed Date:  12/17/2020
Accession No.:  20201217-5062
Description:  Rio Grande LNG, LLC Submits Response to December
3, 2020 Data Request under CP16-454.

2373.  Filed By:  Rio Grande LNG, LLC
Filed Date:  12/17/2020
Accession No.:  20201217-5061
Description:  Rio Grande LNG, LLC Submits Response to December
3, 2020 Data Request under CP16-454.

2374.  Issued By:  Office of Energy Projects
Filed Date:  12/21/2020
Accession No.:  20201221-3012
Description:  Environmental Assessment Report for Rio Bravo
Pipeline Company, LLC's Rio Bravo Pipeline Project Amendment
under CP20-481.

2375.  Issued By:  Secretary Of The Commission, FERC
Filed Date:  12/21/2020
Accession No.:  20201221-3015
Description:  Notice of Availability of the Environmental Assessment
for the Proposed Rio Bravo Pipeline Project Amendment re Rio Bravo
Pipeline Company, LLC under CP20-481.

**Record
Item No.**    <u>**Description**</u>

2376.    Issued By:  Office of Energy Projects
Filed Date:  12/23/2020
Accession No.:  20201223-3005
Description:  Letter to U.S. Fish and Wildlife Service acknowledging receipt of the 12/02/2020 letter regarding the eastern black rail, which was formally listed as threatened on 11/09/2020 for the Rio Grande LNG Project under CP16-454 et al.

2377.    Filed By:  Rio Grande LNG, LLC
Filed Date:  12/28/2020
Accession No.:  20201228-5331
Description:  Monthly Status Report No. 13, December 2020 of Rio Grande LNG, LLC under CP16-454.

2378.    Filed By:  Individual No Affiliation
Filed Date:  01/11/2021
Accession No.:  20210111-5003
Description:  Comments of Sandra Leissler in Docket(s)/Project(s) CP20-481. Submission Date: 1/10/2021.

2379.    Filed By:  Individual No Affiliation
Filed Date:  01/11/2021
Accession No.:  20210111-5002
Description:  Comments of Vadessa Camack in Docket(s)/Project(s) CP20-481. Submission Date: 1/9/2021.

2380.    Filed By:  Rio Grande LNG, LLC
Filed Date:  01/15/2021
Accession No.:  20210115-5108
Description:  Rio Grande LNG, LLC submits the Implementation Plan Volume No. 6, Supplement 13 for the Rio Grande LNG Terminal under CP16-454.

**Record Item No.**     **Description**

2381.    Filed By:  Rio Grande LNG, LLC
Filed Date:  01/15/2021
Accession No.:  20210115-5107
Description:  Rio Grande LNG, LLC submits the Implementation Plan Volume No. 6, Supplement 13 for the Rio Grande LNG Terminal under CP16-454.

2382.    Filed By:  Individual No Affiliation
Filed Date:  01/19/2021
Accession No.:  20210119-5002
Description:  Comments of John Young under CP16-454. Submission Date: 1/17/2021.

2383.    Filed By:  Individual No Affiliation
Filed Date:  01/19/2021
Accession No.:  20210119-5003
Description:  Comments of John Young in Docket(s)/Project(s) CP16-454. Submission Date: 1/18/2021.

2384.    Issued By:  Secretary of The Commission, FERC, Commissioners & Immediate Staff (The Commission)
Filed Date:  01/19/2021
Accession No.:  20210119-3069
Description:  Order Addressing Arguments Raised on Rehearing re Rio Grande LNG, LLC under CP16-454. Commissioner Glick and Commission Clements are dissenting with a joint separate statement attached.

2385.    Filed By:  Individual No Affiliation
Filed Date:  01/20/2021
Accession No.:  20210120-5000
Description:  Comments of Mary A. Branch in Docket(s)/Project(s) CP20-481.

| **Record Item No.** | **Description** |
|---|---|
| 2386. | Filed By:  Individual No Affiliation<br>Filed Date:  01/20/2021<br>Accession No.:  20210120-5001<br>Description:  Comments of Mary A. Branch in Docket(s)/Project(s) CP20-481. |
| 2387. | Filed By:  Individual No Affiliation<br>Filed Date:  01/20/2021<br>Accession No.:  20210120-5002<br>Description:  Comments of Mary A Branch in Docket(s)/Project(s) CP20-481. |
| 2388. | Filed By:  Individual No Affiliation<br>Filed Date:  01/20/2021<br>Accession No.:  20210120-5006<br>Description:  Comments of Molly E. Smith in Docket(s)/Project(s) CP20-481. |
| 2389. | Filed By:  Individual No Affiliation<br>Filed Date:  01/20/2021<br>Accession No.:  20210120-5007<br>Description:  Comments of Maria Galasso in Docket(s)/Project(s) CP20-481. |
| 2390. | Filed By:  Individual No Affiliation<br>Filed Date:  01/21/2021<br>Accession No.:  20210121-5214<br>Description:  Rio Grande LNG, LLC submits the December 2015 economic analysis of the paired Rio Grande LNG and Rio Bravo Pipeline projects under CP16-454. |
| 2391. | Filed By: Sierra Club<br>Filed Date:  01/21/2021<br>Accession No.:  20210121-5124<br>Description:  Sierra Club submits Comments on the Environmental Assessment Report for Rio Bravo Pipeline Project Amendment under CP20-481. |

| Record Item No. | Description |
|---|---|

2392.    Filed By:  Individual No Affiliation
Filed Date:  01/21/2021
Accession No.:  20210121-5180
Description:  Comments of John Young on the Rio Bravo Pipeline Project under CP20-481.

2393.    Filed By:  Save RGV from LNG, Lower Rio Grande Valley Sierra Club Group
Filed Date:  01/21/2021
Accession No.:  20210121-5203
Description:  Save RGV from LNG and Lower Rio Grande Valley Sierra Group submit the following comments regarding the Rio Bravo Pipeline Amendment Environmental Assessment. under CP20-481.

2394.    Filed By:  Sierra Club
Filed Date:  01/21/2021
Accession No.:  20210121-5210
Description:  Comments submitted on behalf of 293 individuals on the Rio Bravo Pipeline Environmental Assessment under CP20-481.

2395.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  01/21/2021
Accession No.:  20210121-5211
Description:  Rio Bravo Pipeline Company, LLC submits Comments on Environmental Assessment for the Project Amendment under CP20-481.

2396.    Filed By:  Healthy Gulf
Filed Date:  01/21/2021
Accession No.:  20210121-5240
Description:  Comments of Healthy Gulf on the Rio Bravo Pipeline Environmental Assessment under CP20-481.

| Record Item No. | Description |
|---|---|

2397.    Filed By:  USFWS-Texas Coastal ESFO
         Filed Date:  01/26/2021
         Accession No.:  20210126-5007
         Description:  The U.S. Fish and Wildlife Service submits comments on the proposed Rio Grande Liquid Natural Gas Project et al. under CP16-454, et al.

2398.    Filed By:  Rio Grande LNG, LLC
         Filed Date:  01/29/2021
         Accession No.:  20210129-5224
         Description:  Rio Grande LNG, LLC submits the Implementation Plan for the Rio Grande LNG Terminal under CP16-454.

2399.    Filed By:  Rio Grande LNG, LLC
         Filed Date:  01/29/2021
         Accession No.:  20210129-5225
         Description:  Rio Grande LNG, LLC submits the Implementation Plan for the Rio Grande LNG Terminal under CP16-454.

2400.    Filed By:  Rio Grande LNG, LLC
         Filed Date:  01/29/2021
         Accession No.:  20210129-5236
         Description:  Monthly Status Report No. 14 - January 2021 of Rio Grande LNG, LLC under CP16-454.

2401.    Filed By:  Individual No Affiliation
         Filed Date:  02/02/2021
         Accession No.:  20210202-0012
         Description:  Comments of Thomas J. Calme under CP20-481.

2402.    Filed By:  Rio Bravo Pipeline Company, LLC
         Filed Date:  02/04/2021
         Accession No.:  20210204-5155
         Description:  Response of Rio Bravo Pipeline Company, LLC to Comments on Environmental Assessment under CP20-481.

**Record
Item No.**  **Description**

2403.  Filed By:  Rio Grande LNG, LLC
    Filed Date:  02/22/2021
    Accession No.:  20210222-5145
    Description:  Rio Grande LNG, LLC submits Supplemental
    Information for the Emergency Response Plan Update under CP16-
    454.

2404.  Filed By:  Individual No Affiliation
    Filed Date:  02/22/2021
    Accession No.:  20210223-0027
    Description:  Comments of Darvin Oliver re the Rio Bravo Pipeline
    and Rio Grande LNG terminals under CP20-481.

2405.  Filed By:  Individual No Affiliation
    Filed Date:  02/22/2021
    Accession No.:  20210223-0028
    Description:  Comments of Natalie Turner re the Rio Bravo Pipeline
    and Rio Grande LNG terminals under CP20-481.

2406.  Filed By:  Individual No Affiliation
    Filed Date:  02/22/2021
    Accession No.:  20210223-0029
    Description:  Comments of Anthea Wray re the Rio Bravo Pipeline
    and Rio Grande LNG terminals under CP20-481.

2407.  Filed By:  Individual No Affiliation
    Filed Date:  02/22/2021
    Accession No.:  20210223-0030
    Description:  Comments of L. M. re the Rio Bravo Pipeline and Rio
    Grande LNG terminals under CP20-481.

2408.  Filed By:  Individual No Affiliation
    Filed Date:  02/22/2021
    Accession No.:  20210223-0031
    Description:  Comments of Mavis Bellsie re the Rio Bravo Pipeline
    and Rio Grande LNG terminals under CP20-481.

**Record Item No.**    **Description**

2409.    Filed By: Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0032
Description:  Comments of Brian Canny re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2410.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0033
Description:  Comments of Rajesh Lyer re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2411.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0034
Description:  Comments of Maggie Watson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2412.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0035
Description:  Comments of Leslie Smith re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2413.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0036
Description:  Comments of Michael Hooker re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2414.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0037
Description:  Comments of Tracey Bonner re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2415.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0038
Description:  Comments of Alan Holt re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2416.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0039
Description:  Comments of David Todd re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2417.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0040
Description:  Comments of Joe Van Blargan re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2418.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0041
Description:  Comments of John Bryant re Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2419.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0042
Description:  Comments of Tracy Musgrove re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2420.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0043
Description:  Comments of Glenda Smith re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2421.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0044
Description:  Comments of Suzanna Batchelor re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2422.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0045
Description:  Comments of Bradley Smith re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2423.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0046
Description:  Comments of Rebecca Pollinzi re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2424.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0047
Description:  Comments of Cathy Simmons re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2425.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0048
Description:  Comments of Robert Mick re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2426.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0049
Description:  Comments of Anne Kilgore re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2427.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0050
Description:  Comments of Patricia Brooks re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2428.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0021
Description:  Comments of Robert Beverly re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2429.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0022
Description:  Comments of Greg Sells re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2430.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0023
Description:  Comments of Carol Fly re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2431.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0024
Description:  Comments of Lori Janick re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2432.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0025
Description:  Comments of Laura Esparza re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG under CP20-481.

| Record<br>Item No. | Description |
|---|---|

2433.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0026
Description:  Comments of Alan Ferguson re the Enbridge's Rio
Bravo Pipeline and Rio Grande LNG under CP20-481.

2434.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0027
Description:  Comments of Michelle Paul re Rio Bravo Pipeline
Project Amendment under CP20-481.

2435.   Filed By:  Individual No Affiliation
Filed Date:   02/22/2021
Accession No.:  20210222-0028
Description:  Comments of Pam Pepperell re Rio Bravo Pipeline
Project Amendment under CP20-481.

2436.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0029
Description:  Comments of Donna Robinson re Rio Bravo Pipeline
Project Amendment under CP20-481.

2437.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0030
Description:  Comments of Patti Vacek re Rio Bravo Pipeline Project
Amendment under CP20-481.

2438.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0031
Description:  Comments of Chad Palmer re Rio Bravo Pipeline
Project Amendment under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2439.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0032
Description:  Comments of Randy Roy re Rio Bravo Pipeline Project Amendment under CP20-481.

2440.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0110
Description:  Comments of Nara Wood re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2441.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0111
Description:  Comments of Steven Lanoux re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2442.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0112
Description:  Comments of Meredith McGuire re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2443.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0113
Description:  Comments of Catherine Croom re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2444.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0114
Description:  Comments of Beth Bowling re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**      **Description**

2445.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0115
           Description:  Comments of Terrance Garrett re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2446.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0116
           Description:  Comments of Emmalyn Terracciano re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2447.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0117
           Description:  Comments of Michelle E. Smith re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2448.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0118
           Description:  Comments of Dale Bulla re the Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

2449.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0119
           Description:  Comments of George (Buzz) Avery re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2450.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0120
           Description:  Comments of Jan E. Vaughan re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2451.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0121
Description:  Comments of Shelley Bryan re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2452.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0122
Description:  Comments of Christopher Hathaway re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2453.    Filed By: Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0123
Description:  Comments of Kenneth Saxon re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2454.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0124
Description:  Comments of David Swinehart re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2455.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0125
Description:  Comments of Michael McCants re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2456.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0126
Description:  Comments of Ardis Cox re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2457.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0127
Description:  Comments of William Forbes re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2458.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0128
Description:  Comments of Claudia Quittner re Rio Bravo Pipeline Project Amendment under CP20-481.

2459.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0129
Description:  Comments of Renee Stern re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2460.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0130
Description:  Comments of Leigh Brown re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2461.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0131
Description:  Comments of Laura Carbonneau re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2462.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0132
Description:  Comments of Margaret Schulenberg re Rio Bravo Pipeline Project Amendment under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2463.  Filed By:  Individual No Affiliation
       Filed Date:  02/22/2021
       Accession No.:  20210222-0133
       Description:  Comments of Louise Nelson re the Enbridge's Rio
       Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2464.  Filed By:  Individual No Affiliation
       Filed Date:  02/22/2021
       Accession No.:  20210222-0134
       Description:  Comments of Stephanie Doyle re the Rio Bravo Pipeline
       and Rio Grande LNG terminals under CP20-481.

2465.  Filed By:  Individual No Affiliation
       Filed Date:  02/22/2021
       Accession No.:  20210222-0135
       Description:  Comments of Victoria Hendricks re the Rio Bravo
       Pipeline and Rio Grande LNG terminals under CP20-481.

2466.  Filed By:  Individual No Affiliation
       Filed Date:  02/22/2021
       Accession No.:  20210222-0136
       Description:  Comments of Patricia Kane re the Rio Bravo Pipeline
       and Rio Grande LNG terminals under CP20-481.

2467.  Filed By:  Individual No Affiliation
       Filed Date:  02/22/2021
       Accession No.:  20210222-0137
       Description:  Comments of Linda Reynolds re Rio Bravo Pipeline
       Project Amendment under CP20-481.

2468.  Filed By:  Individual No Affiliation
       Filed Date:  02/22/2021
       Accession No.:  20210222-0138
       Description:  Comments of Paula Reeves re Rio Bravo Pipeline and
       Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     **Description**

2469.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0139
           Description:  Comments of Matthew Johnson re the Rio Bravo
           Pipeline and Rio Grande LNG terminals under CP20-481.

2470.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0140
           Description:  Comments of Teri Dignazio re Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

2471.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0141
           Description:  Comments of Jane Ward re the Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

2472.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0142
           Description: Comments of Paul Garrett re Rio Bravo Pipeline and Rio
           Grande LNG terminals under CP20-481.

2473.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0143
           Description:  Comments of Beverly Walker re the Rio Bravo Pipeline
           and Rio Grande LNG terminals under CP20-481.

2474.      Filed By:  Individual No Affiliation
           Filed Date:  02/22/2021
           Accession No.:  20210222-0144
           Description:  Comments of Kathy Glass re the Rio Bravo Pipeline and
           Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
| --- | --- |

2475.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0145
Description:  Comments of Marianne Poythress re Rio Bravo Pipeline
Project Amendment under CP20-481.

2476.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0051
Description:  Comments of Sabrina Eckles re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2477.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0052
Description:  Comments of Susan Lefler re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2478.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0053
Description:  Comments of Terry Kays re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2479.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0054
Description:  Comments of Janet Hood re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2480.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0055
Description:  Comments of Sonora Hudson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2481.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0056
Description:  Comments of Laurel Hays re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2482.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0057
Description:  Comments of Nancy Hanus re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2483.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0058
Description:  Comments of Becky Chambers re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2484.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0059
Description:  Comments of Kristi Collins re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2485.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0060
Description:  Comments of Fred Suhr re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2486.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0061
Description:  Comments of Lisa Carpento re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**       **Description**

2487.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0062
            Description:  Comments of Sara Wersinger re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2488.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0063
            Description:  Comments of Linda Maher re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2489.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0064
            Description:  Comments of Carrie Weatherly re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

2490.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0065
            Description:  Comments of Melissa Brown re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2491.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0066
            Description:  Comments of Spyche Hawken re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2492.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0067
            Description:  Comments of Jan Duggan re the Rio Bravo Pipeline and
            Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2493.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0068
Description:  Comments of Laurie Marshall re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2494.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0069
Description:  Comments of Shari Zaloski re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2495.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0070
Description:  Comments of Joyce Dixon re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2496.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0072
Description:  Comments of Dawn Reed re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2497.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0073
Description:  Comments of Frances Mott re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2498.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0074
Description:  Comments of Blake Lenoir re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

2499.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0075
Description:  Comments of Carol Whalen re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2500.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0078
Description:  Comments of Damien Adie re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2501.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0079
Description:  Comments of Sandra Chapman Burson re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2502.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0080
Description:  Comments of Diane Castro re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2503.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0081
Description:  Comments of Angelika Braxton re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2504.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0082
Description:  Comments of Kathryn Burns re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     **Description**

2505.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0083
            Description:  Comments of William Hoenes re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2506.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0084
            Description:  Comments of Rubiana Salais re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2507.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0085
            Description:  Comments of Jennifer Richard re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2508.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0086
            Description:  Comments of Roxanne Selbert re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2509.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0087
            Description:  Comments of Valerie Miller re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2510.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210223-0091
            Description:  Comments of Steve Garland re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**    **Description**

2511.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0092
Description:  Comments of Amanda Coello re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2512.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0093
Description:  Comments of Tony Bell re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2513.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0094
Description:  Comments of Pat Lastrapes re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2514.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0095
Description:  Comments of John Servello re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2515.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0096
Description:  Comments of Claire Morris re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2516.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0097
Description:  Comments of Cheryl Watson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

2517.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0098
Description:  Comments of Barbara Burton re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2518.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0099
Description:  Comments of Barbara Lavender re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2519.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0100
Description:  Comments of Mark Blandford re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2520.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0071
Description:  Comments of Patricia Elliott re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2521.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0076
Description:  Comments of Felicito Guerrero re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2522.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0077
Description:  Comments of Steven Murphy re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2523.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0090
Description:  Comments of Carol Whalen re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2524.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0088
Description:  Comments of Patsy Goss re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2525.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0089
Description:  Comments of Kathy Mason re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2526.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0101
Description:  Comments of Laura Berrios re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2527.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0102
Description:  Comments of Mary Lee Johns re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2528.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0103
Description:  Comments of Adele Murphy re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2529.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0104
Description:  Comments of Robin Yates re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2530.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0105
Description:  Comments of Marilyn Tatum re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2531.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0106
Description:  Comments of Anne Alfeo re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2532.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0107
Description:  Comments of Patty Ford re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2533.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0110
Description:  Comments of Susan Nichols re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2534.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0033
Description:  Comments of James Meldrom re Rio Bravo Pipeline Project Amendment under CP20-481.

| **Record Item No.** | **Description** |
|---|---|
| 2535. | Filed By:  Individual No Affiliation<br>Filed Date:  02/22/2021<br>Accession No.:  20210222-0034<br>Description:  Comments of Rick Pearson re Rio Bravo Pipeline Project Amendment under CP20-481. |
| 2536. | Filed By:  Individual No Affiliation<br>Filed Date:  02/22/2021<br>Accession No.:  20210222-0035<br>Description:  Comments of Abel Silva re Rio Bravo Pipeline Project Amendment under CP20-481. |
| 2537. | Filed By:  Individual No Affiliation<br>Filed Date:  02/22/2021<br>Accession No.:  20210222-0036<br>Description:  Comments of Aurora Mata re Rio Bravo Pipeline Project Amendment under CP20-481. |
| 2538. | Filed By:  Individual No Affiliation<br>Filed Date:  02/22/2021<br>Accession No.:  20210222-0037<br>Description:  Comments of John Haller re Rio Bravo Pipeline Project Amendment under CP20-481. |
| 2539. | Filed By:  Individual No Affiliation<br>Filed Date:  02/22/2021<br>Accession No.:  20210222-0038<br>Description:  Comments of Victoria Shih re Rio Bravo Pipeline Project Amendment under CP20-481. |
| 2540. | Filed By:  Individual No Affiliation<br>Filed Date:  02/22/2021<br>Accession No.:  20210222-0039<br>Description:  Comments of Alan Friedman re Rio Bravo Pipeline Project Amendment under CP20-481. |

| **Record Item No.** | **Description** |
|---|---|

2541.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0040
Description:  Comments of Anne Way re Rio Bravo Pipeline Project Amendment under CP20-481.

2542.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0041
Description:  Comments of Aaron Covarrubias re Rio Bravo Pipeline Project Amendment under CP20-481.

2543.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0042
Description:  Comments of Kathryn Melton re Rio Bravo Pipeline Project Amendment under CP20-481.

2544.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0043
Description:  Comments of Delaina Foster re Rio Bravo Pipeline Project Amendment under CP20-481.

2545.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0044
Description:  Comments of Sean Sheeley re Rio Bravo Pipeline Project Amendment under CP20-481.

2546.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0045
Description:  Comments of Paul Fields re Rio Bravo Pipeline Project Amendment under CP20-481.

| Record Item No. | Description |
|---|---|

2547.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0046
            Description:  Comments of Bianca Michuda re Rio Bravo Pipeline
            Project Amendment under CP20-481.

2548.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0047
            Description:  Comments of Paul Webster re Rio Bravo Pipeline
            Project Amendment under CP20-481.

2549.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0048
            Description:  Comments of Arturo Velasquez re Rio Bravo Pipeline
            Project Amendment under CP20-481.

2550.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0049
            Description:  Comments of Pamela Dawson re Rio Bravo Pipeline and
            Rio Grande LNG terminals under CP20-481.

2551.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0050
            Description:  Comments of Thomas Breeze re Rio Bravo Pipeline
            Project Amendment under CP20-481.

2552.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0051
            Description:  Comments of Arturo Velasquez re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2553. Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0052
Description:  Comments of Rebekah Hinojosa re Rio Bravo Pipeline Project Amendment under CP20-481.

2554. Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0053
Description:  Comments of Laura Snider re Rio Bravo Pipeline Project Amendment under CP20-481.

2555. Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0054
Description:  Comments of Carol Ortiz re Rio Bravo Pipeline Project Amendment under CP20-481.

2556. Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0055
Description:  Comments of Jerry Morrisey re Rio Bravo Pipeline Project Amendment under CP20-481.

2557. Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0056
Description:  Comments of Anitra Demoss re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2558. Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0057
Description:  Comments of Cindy Hoffman re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2559.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0058
Description:  Comments of Alma Marks re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2560.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0059
Description:  Comments of Matt Helton re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2561.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0060
Description:  Comments of Donald Gentz re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2562.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0061
Description:  Comments of Joan Bonnington re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2563.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0062
Description:  Comments of Gilberto Lopez re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2564.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0006
Description:  Comments of Gini Ward re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record Item No.**     **Description**

2565.     Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0007
Description:  Comments of Steven Lucas re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2566.     Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0008
Description:  Comments of Benjamin Alpers re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2567.     Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0009
Description:  Comments of Duane Patrick re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2568.     Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0010
Description:  Comments of Frank Blake re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2569.     Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0011
Description:  Comments of Patti Iles re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2570.     Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0012
Description:  Comments of Linda Berger re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record Item No.**    **Description**

2571.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0013
Description:  Comments of Mitzi Mccoy re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2572.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0014
Description:  Comments of Kelli Reid re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2573.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0015
Description:  Comments of Terrie Williams re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2574.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0016
Description:  Comments of James Baker re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2575.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0017
Description:  Comments of Jon Pitt re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2576.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0018
Description:  Comments of Melissa Doss re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**   **Description**

2577.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0019
Description:  Comments of Cheryl Robison re the Enbridge's Rio
Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2578.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0020
Description:  Comments of Carol Grimm re the Enbridge's Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2579.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0063
Description:  Comments of Kristi Cameron re Rio Bravo Pipeline
Project Amendment under CP20-481.

2580.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0064
Description:  Comments of Patricia Kane re Rio Bravo Pipeline
Project Amendment under CP20-481.

2581.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0065
Description:  Comments of David Mulcihy re the Enbridge's Rio
Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2582.  Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0066
Description:  Comments of Becky Wharton re the Enbridge's Rio
Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2583.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0067
Description:  Comments of Ms. Shawn Troxell re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2584.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0068
Description:  Comments of Rebecca Boatman re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2585.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0069
Description:  Comments of Brandt Mannchen re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2586.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0070
Description:  Comments of Joe Meagher re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2587.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0071
Description:  Comments of Jimmy Hosch re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2588.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0072
Description:  Comments of Hannah Mann re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**          **Description**

2589.          Filed By:  Individual No Affiliation
               Filed Date:  02/22/2021
               Accession No.:  20210222-0073
               Description:  Comments of Tess Gordon re the Enbridge's Rio Bravo
               Pipeline and Rio Grande LNG terminals under CP20-481.

2590.          Filed By:  Individual No Affiliation
               Filed Date:  02/22/2021
               Accession No.:  20210222-0074
               Description:  Comments of Adrienne Inglis re the Enbridge's Rio
               Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2591.          Filed By:  Individual No Affiliation
               Filed Date:  02/22/2021
               Accession No.:  20210222-0075
               Description:  Comments of Carol Stocks re the Enbridge's Rio Bravo
               Pipeline and Rio Grande LNG terminals under CP20-481.

2592.          Filed By:  Individual No Affiliation
               Filed Date:  02/22/2021
               Accession No.:  20210222-0076
               Description:  Comments of Sarah Merrill re the Enbridge's Rio Bravo
               Pipeline and Rio Grande LNG terminals under CP20-481.

2593.          Filed By:  Individual No Affiliation
               Filed Date:  02/22/2021
               Accession No.:  20210222-0077
               Description:  Comments of Holly Delaney re the Enbridge's Rio
               Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2594.          Filed By:  Individual No Affiliation
               Filed Date:  02/22/2021
               Accession No.:  20210222-0078
               Description:  Comments of Andrea Reed re the Enbridge's Rio Bravo
               Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

2595.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0079
Description:  Comments of Mary Thornton re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2596.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0080
Description:  Comments of Sandi Hebley re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2597.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0081
Description:  Comments of H. Richard Leuchtag re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2598.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0082
Description:  Comments of James Bryson re Rio Bravo Pipeline Project Amendment under CP20-481.

2599.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0083
Description:  Comments of Kathy Mallory re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2600.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0084
Description:  Comments of Margaret Klingensmith re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**      <u>**Description**</u>

2601.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0085
            Description:  Comments of Ginger Young re the Enbridge's Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

2602.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0086
            Description:  Comments of Keith Pon re Rio Bravo Pipeline Project
            Amendment under CP20-481.

2603.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0087
            Description:  Comments of Marianne Lanphier re the Enbridge's Rio
            Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2604.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0088
            Description:  Comments of Lucy Harmon re the Enbridge's Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

2605.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0089
            Description:  Comments of Jane Colman re the Enbridge's Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

2606.       Filed By:  Individual No Affiliation
            Filed Date:  02/22/2021
            Accession No.:  20210222-0090
            Description:  Comments of Thomas Nieland re the Enbridge's Rio
            Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
|---|---|

2607.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0091
Description:  Comments of Sandra Kennedy re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2608.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0092
Description:  Comments of Linda Kroeger re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2609.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0093
Description:  Comments of Theresa Flanagan re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2610.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0094
Description:  Comments of Emily Hausler re the Enbridge's Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2611.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0095
Description:  Comments of Dawn Dial re Rio Bravo Pipeline Project Amendment under CP20-481.

2612.   Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0096
Description:  Comments of Ken Green re Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**    **Description**

2613.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0097
Description:  Comments of Bitsy Gorman re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2614.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0098
Description:  Comments of Jeanne Rubin re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2615.    Filed By:  Individual No Affiliation
Filed Date: 02/22/2021
Accession No.:  20210222-0099
Description:  Comments of Joanne Groshardt re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2616.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0100
Description:  Comments of Bill Shier re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2617.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0101
Description:  Comments of Liz Sieve re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2618.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0102
Description:  Comments of Karen Norton re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2619.    Filed By:  Individual No Affiliation
         Filed Date:  02/22/2021
         Accession No.:  20210222-0103
         Description:  Comments of Mark Goodman re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

2620.    Filed By:  Individual No Affiliation
         Filed Date:  02/22/2021
         Accession No.:  20210222-0104
         Description:  Comments of Diane Duesterhoeft re the Rio Bravo
         Pipeline and Rio Grande LNG terminals under CP20-481.

2621.    Filed By:  Individual No Affiliation
         Filed Date:  02/22/2021
         Accession No.:  20210222-0105
         Description:  Comments of Cindy Spoon re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

2622.    Filed By:  Individual No Affiliation
         Filed Date:  02/22/2021
         Accession No.:  20210222-0106
         Description:  Comments of Mary Alvarez re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

2623.    Filed By:  Individual No Affiliation
         Filed Date:  02/22/2021
         Accession No.:  20210222-0107
         Description:  Comments of Kurt Schultz re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

2624.    Filed By:  Individual No Affiliation
         Filed Date:  02/22/2021
         Accession No.:  20210222-0108
         Description:  Comments of Linda Fielder re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2625.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210222-0109
Description:  Comments of Woodrow Boneslo re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2626.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0108
Description:  Comments of James Hickey re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2627.    Filed By:  Individual No Affiliation
Filed Date:  02/22/2021
Accession No.:  20210223-0109
Description:  Comments of Mary Louise Long re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2628.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0026
Description:  Comments of Michael Erickson re Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2629.    Filed By:  Individuals No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0193
Description:  Comments of Joan and Shane Goetz re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2630.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0194
Description:  Comments of Ricardo Rojas re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2631.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0195
Description:  Comments of Michael Buescher re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2632.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0196
Description:  Comments of L. A. Toner re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2633.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0197
Description:  Comments of John Boltz re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2634.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0198
Description:  Comments of Joann Labay re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2635.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0199
Description:  Comments of Diana Scheer re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2636.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0200
Description:  Comments of Robert Richey re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**   **Description**

2637.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0201
Description:  Comments of Kylara Hunter re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2638.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0202
Description:  Comments of Sybil Morgan re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2639.    Filed By:  Individuals No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0203
Description:  Comments of Virginia and Ed Manuel re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2640.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0204
Description:  Comments of Suzanne Taylor re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2641.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0205
Description:  Comments of Brenda Nieland re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2642.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0126
Description:  Comments of Mickey Mala re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record Item No.**    **Description**

2643.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0127
Description:  Comments of Melanie Sinclair re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2644.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0128
Description:  Comments of Robert Barnes re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2645.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0129
Description:  Comments of Analisa Crandall re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2646.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0130
Description:  Comments of Raul Rodriguez re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2647.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0131
Description:  Comments of Richard Bachman re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2648.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0132
Description:  Comments of Edward Whitehead re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2649.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0133
Description:  Comments of Renee Naymick re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2650.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0134
Description:  Comments of Gary Barton re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2651.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0135
Description:  Comments of Sue Holtz re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2652.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0136
Description:  Comments of Maribel Villarreal re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2653.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0138
Description:  Comments of Melissa Dubeau re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2654.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0139
Description:  Comments of Jim Anderson re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**          **Description**

2655.          Filed By:  Individual No Affiliation
               Filed Date:  02/23/2021
               Accession No.:  20210223-0140
               Description:  Comments of John Riecker re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

2656.          Filed By:  Individual No Affiliation
               Filed Date:  02/23/2021
               Accession No.:  20210223-0141
               Description:  Comments of David Bell re the Rio Bravo Pipeline and
               Rio Grande LNG terminals under CP20-481.

2657.          Filed By:  Individual No Affiliation
               Filed Date:  02/23/2021
               Accession No.:  20210223-0142
               Description:  Comments of Robert Romero re the Rio Bravo Pipeline
               and Rio Grande LNG terminals under CP20-481.

2658.          Filed By:  Individual No Affiliation
               Filed Date:  02/23/2021
               Accession No.:  20210223-0143
               Description:  Comments of Ellen Kaner re the Rio Bravo Pipeline and
               Rio Grande LNG terminals under CP20-481.

2659.          Filed By:  Individual No Affiliation
               Filed Date:  02/23/2021
               Accession No.:  20210223-0144
               Description:  Comments of Kate Wasserman re the Rio Bravo
               Pipeline and Rio Grande LNG terminals under CP20-481.

2660.          Filed By:  Individual No Affiliation
               Filed Date:  02/23/2021
               Accession No.:  20210223-0145
               Description:  Comments of Joy Keeping re the Rio Bravo Pipeline and
               Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2661.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0146
Description:  Comments of Thomas Jaudzemis re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2662.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0147
Description:  Comments of Patricia Brock re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2663.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0148
Description:  Comments of Dallas Windham re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2664.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0149
Description:  Comments of Elaine Byrne re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2665.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0150
Description:  Comments of Jana Harter re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2666.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0152
Description:  Comments of Steve Kuehner re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**    <u>Description</u>

2667.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0153
Description:  Comments of Randy Thomas re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2668.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0154
Description:  Comments of Bryan Taylor re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2669.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0155
Description:  Comments of Lisa Parker re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2670.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0156
Description:  Comments of Kathryn Johnson re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2671.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0157
Description:  Comments of Ursula George re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2672.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0158
Description:  Comments of Mark Wilson re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2673.       Filed By:  Individual No Affiliation
            Filed Date:  02/23/2021
            Accession No.:  20210223-0159
            Description:  Comments of Christopher Dowling re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

2674.       Filed By:  Individual No Affiliation
            Filed Date:  02/23/2021
            Accession No.:  20210223-0160
            Description:  Comments of Clive O'Donoghue re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

2675.       Filed By:  Individual No Affiliation
            Filed Date:  02/23/2021
            Accession No.:  20210223-0161
            Description:  Comments of Jane Jatinen re the Rio Bravo Pipeline and
            Rio Grande LNG terminals under CP20-481.

2676.       Filed By:  Individual No Affiliation
            Filed Date:  02/23/2021
            Accession No.:  20210223-0162
            Description:  Comments of Sue Eriksson re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2677.       Filed By:  Individual No Affiliation
            Filed Date:  02/23/2021
            Accession No.:  20210223-0163
            Description:  Comments of Gary Hudson re the Rio Bravo Pipeline
            and Rio Grande LNG terminals under CP20-481.

2678.       Filed By:  Individual No Affiliation
            Filed Date:  02/23/2021
            Accession No.:  20210223-0164
            Description:  Comments of Stephanie Thompson re the Rio Bravo
            Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    <u>Description</u>

2679.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0165
Description:  Comments of Al Braden re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2680.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0166
Description:  Comments of Harvey Hild re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2681.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0167
Description:  Comments of Stuart Newberg re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2682.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0168
Description:  Comments of Pat Garcia re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2683.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0169
Description:  Comments of Kristin Kokal re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2684.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0170
Description:  Comments of David Smith re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2685.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0171
Description:  Comments of Mary Schmidt re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2686.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0172
Description:  Comments of Anita Cannata Nowell re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2687.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0173
Description:  Comments of Barbara Anderson re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2688.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0174
Description:  Comments of Kelly Epstein re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2689.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0175
Description:  Comments of Nikki Starks re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2690.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0151
Description:  Comments of Glyn Bailey re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2691.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0206
Description:  Comments of Brant Kotch re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2692.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0207
Description:  Comments of Linda Carr re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2693.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0178
Description:  Comments of Pamela Miller re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2694.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0179
Description:  Comments of Sara Sexton re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2695.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0180
Description:  Comments of Ed Breidenbach re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2696.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0181
Description:  Comments of Ella Buchanan re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     **Description**

2697.     Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0182
Description:  Comments of Sue Simmons re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2698.     Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0183
Description:  Comments of Kinney Evitt re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2699.     Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0184
Description:  Comments of Andy Watts re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2700.     Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0185
Description:  Comments of Richard Wayne re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2701.     Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0186
Description:  Comments of Thinh Ngo re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2702.     Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0187
Description:  Comments of Andrew Lyall re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**    **Description**

2703.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0188
Description:  Comments of Iris Cromartie re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2704.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0189
Description:  Comments of Carolina Moreno re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2705.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0190
Description:  Comments of Briana Schroeder re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2706.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0191
Description:  Comments of Carol Pennington re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2707.    Filed By:  Individual No Affiliation
Filed By:  02/23/2021
Accession No.:  20210223-0192
Description:  Comments of J. N. Passty re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2708.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0111
Description:  Comments of Spencer Matthews re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**    **Description**

2709.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0112
Description:  Comments of Bill Holt re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2710.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0113
Description:  Comments of Michael Dubrick re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2711.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0114
Description:  Comments of Thomas Powell Jr. re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2712.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0115
Description:  Comments of Susan Pascoe re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2713.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0116
Description:  Comments of Nicole Ray re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2714.    Filed By:  Individuals No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0117
Description:  Comments of Charles and Claudia Foreman re the Rio
Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2715.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0118
Description:  Comments of Karen Berning re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2716.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0119
Description:  Comments of Lindsey Mcneny re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2717.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0120
Description:  Comments of Jaen Lawrence re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2718.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0121
Description:  Comments of Joyce Overton re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2719.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0122
Description:  Comments of Duncan Brown re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2720.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0123
Description:  Comments of Caitlin Eaton re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.    Description**

2721.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0124
Description:  Comments of Jennifer Koval re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2722.    Filed By:  Individual No Affiliation
Filed Date:  02/23/2021
Accession No.:  20210223-0125
Description:  Comments of Josette Hinojosa re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2723.    Filed By:  Individual No Affiliation:
Filed Date:  02/24/2021
Accession No.:  20210224-0006
Description:  Comments of Sandra La Mont re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2724.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0007
Description:  Comments of Rae Reeves re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2725.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0008
Description:  Comments of Cindy Engel re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2726.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0009
Description:  Comments of Gary Boerner re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**     **Description**

2727.    Filed By:  Individual No Affiliation
         Filed Date:  02/24/2021
         Accession No.:  20210224-0010
         Description:  Comments of Nicole Punday re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

2728.    Filed By:  Individual No Affiliation
         Filed Date:  02/24/2021
         Accession No.:  20210224-0011
         Description:  Comments of Roddy Hughes re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

2729.    Filed By:  Individual No Affiliation
         Filed Date:  02/24/2021
         Accession No.:  20210224-0012
         Description:  Comments of Kristin Lewis re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

2730.    Filed By:  Individual No Affiliation
         Filed Date:  02/24/2021
         Accession No.:  20210224-0013
         Description:  Comments of Izabella Dabrowski re the Rio Bravo
         Pipeline and Rio Grande LNG terminals under CP20-481.

2731.    Filed By:  Individual No Affiliation
         Filed Date:  02/24/2021
         Accession No.:  20210224-0014
         Description:  Comments of Linda Marshall re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

2732.    Filed By:  Individual No Affiliation
         Filed Date:  02/24/2021
         Accession No.:  20210224-0015
         Description:  Comments of Alexander Grant re the Rio Bravo Pipeline
         and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2733.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0016
Description:  Comments of Ruth Keitz re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2734.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0017
Description:  Comments of Lois Way re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2735.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0018
Description:  Comments of Ronald Shenberger re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2736.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0019
Description:  Comments of Ray C. Telfair II re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2737.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0020
Description:  Comments of Lisa Stone re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2738.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0021
Description:  Comments of Chris Mohindroo re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record**
**Item No.**    **Description**

2739.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0022
Description:  Comments of Keely Mcleod re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2740.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0023
Description:  Comments of Thomas Lopez re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2741.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0024
Description:  Comments of Jim Summers re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2742.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0025
Description:  Comments of Kenton Lindley re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2743.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0026
Description:  Comments of Tria Shaffer re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

2744.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0027
Description:  Comments of Pam Evans re the Rio Bravo Pipeline and
Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

2745.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0028
Description:  Comments of Kevin Rolfes re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2746.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0029
Description:  Comments of Deborah Goodykoontz re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2747.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0030
Description:  Comments of Jacqueline Burr-Lonnon re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2748.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0031
Description:  Comments of Kim Bigley re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2749.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0032
Description:  Comments of Richard Walsh re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2750.    Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0033
Description:  Comments of Ann Loera re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**        **Description**

2751.        Filed By:  Individual No Affiliation
             Filed Date:  02/24/2021
             Accession No.:  20210224-0034
             Description:  Comments of Robert Rinker re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

2752.        Filed By:  Individual No Affiliation
             Filed Date:  02/24/2021
             Accession No.:  20210224-0035
             Description:  Comments of Ralph Ward re the Rio Bravo Pipeline and
             Rio Grande LNG terminals under CP20-481.

2753.        Filed By:  Individual No Affiliation
             Filed Date:  02/24/2021
             Accession No.:  20210224-0036
             Description:  Comments of Lynda Alvarez re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

2754.        Filed By:  Individual No Affiliation
             Filed Date:  02/24/2021
             Accession No.:  20210224-0037
             Description:  Comments of Aleda Richardson re the Rio Bravo
             Pipeline and Rio Grande LNG terminals under CP20-481.

2755.        Filed By:  Individual No Affiliation
             Filed Date:  02/24/2021
             Accession No.:  20210224-0038
             Description:  Comments of Rebecca Merrill re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

2756.        Filed By:  Individual No Affiliation
             Filed Date:  02/24/2021
             Accession No.:  20210224-0039
             Description:  Comments of Sharron Stewart re the Rio Bravo Pipeline
             and Rio Grande LNG terminals under CP20-481.

| Record Item No. | Description |
| --- | --- |

2757.  Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0040
Description:  Comments of Juan Torres re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2758.  Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0041
Description:  Comments of Jerell Lambert re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2759.  Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0043
Description:  Comments of Zach Myones re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2760.  Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0044
Description:  Comments of Sherry Andresen re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2761.  Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0045
Description:  Comments of George Holmgreen re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2762.  Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0042
Description:  Comments of Ralph Ward re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2763.   Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0046
Description:  Comments of Ana Salinas re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2764.   Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0047
Description:  Comments of Sky Mitchell re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2765.   Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0048
Description:  Comments of Linda Greene re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2766.   Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0049
Description:  Comments of Marie Sophia Vassilakidis re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2767.   Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0050
Description:  Comments of Matthew Vigil re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

2768.   Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0051
Description:  Comments of Jayne Carter re the Rio Bravo Pipeline and Rio Grande LNG terminals under CP20-481.

**Record
Item No.**     **Description**

2769.     Filed By:  Individual No Affiliation
          Filed Date:  02/24/2021
          Accession No.:  20210224-0052
          Description:  Comments of Sharon Hohl re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

2770.     Filed By:  Individual No Affiliation
          Filed Date:  02/24/2021
          Accession No.:  20210224-0053
          Description:  Comments of Samantha De La Torre re the Rio Bravo
          Pipeline and Rio Grande LNG terminals under CP20-481.

2771.     Filed By:  Individual No Affiliation
          Filed Date:  02/24/2021
          Accession No.:  20210224-0054
          Description:  Comments of Margaret Crane re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

2772.     Filed By:  Individual No Affiliation
          Filed Date:  02/24/2021
          Accession No.:  20210224-0055
          Description:  Comments of Barbara Puett re the Rio Bravo Pipeline
          and Rio Grande LNG terminals under CP20-481.

2773.     Filed By:  Individual No Affiliation
          Filed Date:  02/24/2021
          Accession No.:  20210224-0056
          Description:  Comments of Douglas Ifft re the Rio Bravo Pipeline and
          Rio Grande LNG terminals under CP20-481.

2774.     Filed By: Individuals No Affiliation
          Filed Date:  02/24/2021
          Accession No.:  20210224-0057
          Description:  Comments of Jim and Mary Neal re the Rio Bravo
          Pipeline and Rio Grande LNG terminals under CP20-481.

| **Record Item No.** | **Description** |
|---|---|

2775.      Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0058
Description:  Comments of Leonid Volovnik re the Rio Bravo
Pipeline and Rio Grande LNG terminals under CP20-481.

2776.      Filed By:  Individual No Affiliation
Filed Date:  02/24/2021
Accession No.:  20210224-0059
Description:  Comments of Mary Kurtnick re the Rio Bravo Pipeline
and Rio Grande LNG terminals under CP20-481.

2777.      Filed By:  Rio Grande LNG, LLC
Filed Date:  02/26/2021
Accession No.:  20210226-5265
Description:  Rio Grande LNG, LLC submits the Monthly Status
Report Number 15, February 2021 under CP16-454.

2778.      Filed By:  Texas Eastern Transmission, LP, et al.
Filed Date:  03/10/2021
Accession No.:  20210310-5148
Description:  Enbridge submits Request to Update Service Lists under
CP21-20, et al.

2779.      Filed By:  Rio Grande LNG, LLC
Filed Date:  03/11/2021
Accession No.:  20210311-5179
Description:  Rio Grande LNG, LLC Submits Response to January 19,
2021 Data Request under CP16-454.

2780.      Filed By:  Rio Grande LNG, LLC
Filed Date:  03/11/2021
Accession No.:  20210311-5178
Description:  Rio Grande LNG, LLC Submits Response to January 19,
2021 Data Request under CP16-454.

| Record Item No. | Description |
|---|---|

2781.    Filed By:  City of Port Isabel, Texas
Filed Date:  03/24/2021
Accession No.:  20210324-5050
Description:  Comments of City of Port Isabel, Texas on the 03/15/2021 request of Save RGV under CP16-454.

2782.    Filed By:  Save RGV from LNG
Filed Date:  03/25/2021
Accession No.:  20210325-5013
Description:  Save RGV from LNG submits Request to suspend the permits of Rio Grande LNG, Annova LNG and Texas LNG pending completion of a new third party launch failure analysis under CP16-454.

2783.    Filed By:  Shrimpers and Fisherman for RGV, Vecinos Para el Bienestar de la Comunidad Costera, Sierra Club, Save RGV from LNG
Filed Date:  03/25/2021
Accession No.:  20210325-5212
Description:  Shrimpers and Fisherman for RGV request for analysis of whether Annova LNG's cancellation frees capacity on the Valley Crossing Pipeline that could be used in lieu of a second Rio Bravo pipeline under CP20-481 et al.

2784.    Filed By:  Vecinos Para el Bienestar de la Comunidad Costera, Sierra Club, Save RGV from LNG, Shrimpers and Fisherman for RGV
Filed Date:  03/25/2021
Accession No.:  20210325-5248
Description:  Shrimpers and Fisherman for RGV request for analysis of whether Annova LNG's cancellation frees capacity on the Valley Crossing Pipeline that could be used in lieu of a second Rio Bravo pipeline – corrected under CP20-481 et al.

**Record
Item No.**    **Description**

2785.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/26/2021
Accession No.:  20210326-5109
Description:  Response to Letters from Save RGV and City of Port
Isabel (March 25, 2021) by Rio Grande LNG, LLC under CP16-454.

2786.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/29/2021
Accession No.:  20210329-5125
Description:  Rio Grande LNG, LLC submits Monthly Status Report
Number 16, March 2021 under CP16-454.

2787.    Filed By:  Federal Energy Regulatory Commission
Filed Date:  03/31/2021
Accession No.:  20210331-4002
Description:  Certified Index to the Record re Vecinos para el
Bienestar de la Comunidad Costera, et al. v. FERC (In the United
States Court of Appeals for the District of Columbia Circuit) Case No.
20-1491 under CP16-454.

2788.    Filed By:  Lower Rio Grande Valley Sierra Club Group
Filed Date:  04/01/2021
Accession No.:  20210401-5317
Description:  Comments of Lower Rio Grande Valley Sierra Club
under CP16-116 et al.

2789.    Filed By:  Individual No Affiliation
Filed Date:  04/07/2021
Accession No.:  20210407-5138
Description:  Comments of John Young on the Rio Bravo Pipeline
Project under CP20-481.

**Record
Item No.**     **Description**

2790.     Filed By:  Rio Bravo Pipeline Company, LLC
          Filed Date:  04/27/2021
          Accession No.:  20210427-5177
          Description:  Rio Bravo Pipeline Company, LLC submits Response to
          Request for Supplemental Environmental Assessment and
          Environmental Impact Statement under CP20-481, et al.

2791.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  04/30/2021
          Accession No.:  20210430-5357
          Description:  Rio Grande LNG, LLC submits Monthly Status Report
          Number 17, April 2021 under CP16-454.

2792.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  05/06/2021
          Accession No.:  20210506-5091
          Description:  Rio Grande LNG, LLC submits Response to Request to
          Suspend Permits and Issue Order Conditions under CP16-454 et al.

2793.     Filed By:  Individual No Affiliation
          Filed Date:  05/13/2021
          Accession No.:  20210513-5123
          Description:  Comments of John Young Response to Rio Grande
          LNG's 05-06-2021 response to requests that FERC suspend its LNG
          Terminal permit pending an updated FERC SpaceX Boca Chica
          launch failure analysis. under CP16-454.

2794.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  05/20/2021
          Accession No.:  20210520-5115
          Description:  Rio Grande LNG, LLC submits Supplemental
          Information for the Emergency Response Plan and Cost-Sharing Plan
          Update under CP16-454.

| Record Item No. | Description |
|---|---|

2795.    Filed By:  Rio Grande LNG, LLC
Filed Date:  05/28/2021
Accession No.:  20210528-5379
Description:  Rio Grande LNG, LLC submits Monthly Status Report Number 18 for May 2021 under CP16-454.

2796.    Filed By:  Rio Grande LNG, LLC
Filed Date:  06/30/2021
Accession No.:  20210630-5139
Description:  Rio Grande LNG, LLC submits Monthly Status Report Number 19, June 2021 under CP16-454.

2797.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/30/2021
Accession No.:  20210730-5030
Description:  Rio Grande LNG, LLC submits Monthly Status Report Number 20 for July 2021 under CP16-454.

2798.    Filed By:  Rio Grande LNG, LLC
Filed Date:  08/19/2021
Accession No.:  20210819-5020
Description:  Request to Update Service List Information of Rio Grande LNG, LLC under CP16-454, et al.

2799.    Filed By:  Rio Grande LNG, LLC
Filed Date:  08/20/2021
Accession No.:  20210820-5089
Description:  Rio Grande LNG, LLC submits Supplemental Information for the Emergency Response Plan and Cost-Sharing Plan Update re the Rio Grande LNG Project under CP16-454.

2800.    Filed By:  Rio Grande LNG, LLC
Filed Date:  08/26/2021
Accession No.:  20210826-5057
Description:  Rio Grande LNG, LLC Submits Response to August 13, 2021 Data Request re Emergency Response Plan under CP16-454.

**Record
Item No.**     **Description**

2801.     Filed By:  Rio Grande LNG, LLC
Filed Date:  08/26/2021
Accession No.:  20210826-5058
Description:  Rio Grande LNG, LLC Submits Response to August 13,
2021 Data Request re Emergency Response Plan under CP16-454.

2802.     Filed By:  Center For Liquefied Natural Gas
Filed Date:  08/30/2021
Accession No.:  20210830-5168
Description:  Motion to Intervene of Center for Liquefied Natural Gas
under CP16-454, et al.

2803.     Filed By:  Natural Gas Supply Association (DC)
Filed Date:  08/30/2021
Accession No.:  20210830-5171
Description:  Motion to Intervene of Natural Gas Supply Association
(DC) under CP16-454, et al.

2804.     Filed By:  Rio Grande LNG, LLC
Filed Date:  08/31/2021
Accession No.:  20210831-5047
Description:  Rio Grande LNG, LLC submits Monthly Status Report
No. 21 for August 2021 under CP16-454.

2805.     Filed By:  Interstate Natural Gas Association of America
Filed Date:  09/02/2021
Accession No.:  20210902-5045
Description:  Motion to Intervene Out-of-Time of Interstate Natural
Gas Association of America under CP16-454, et al.

2806.     Filed By:  Rio Grande LNG, LLC
Filed Date:  09/27/2021
Accession No.:  20210927-5107
Description:  Rio Grande LNG, LLC submits modified Permit SWG-
2015-00114 for Rio Grande LNG Project under CP16-454.

| Record Item No. | Description |
|---|---|

2807.  Filed By:  Rio Grande LNG, LLC
Filed Date:  09/30/2021
Accession No.:  20210930-5073
Description:  Rio Grande LNG, LLC submits monthly status report for September 2021 for Rio Grande LNG Project under CP16-454.

2808.  Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  10/06/2021
Accession No.:  20211006-5120
Description:  Rio Bravo Pipeline Company, LLC submits supplemental information to the June 15 abbreviated application, Department of the Army Permit No. SWG-2015-00114 issued by the U.S. Army Corps of Engineers for Rio Bravo Pipeline Project under CP20-481.

2809.  Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  10/06/2021
Accession No.:  20211006-5122
Description:  Rio Bravo Pipeline Company, LLC submits supplemental information to its initial implementation plan, Department of the Army Permit No. SWG-2015-00114 issued by U.S. Army Corps of Engineers for Rio Bravo Pipeline Project under CP16-455. (Erroneously filed.)

2810.  Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  10/07/2021
Accession No.:  20211007-5038
Description:  Rio Bravo Pipeline Company, LLC submits supplemental information to its initial implementation plan, Department of the Army Permit No. SWG-2015-00114 issued by U.S. Army Corps of Engineers for Rio Bravo Pipeline Project under CP16-455.

**Record
Item No.**     **Description**

2811.     Filed By:  Rio Grande LNG, LLC
Filed Date:  10/29/2021
Accession No.:  20211029-5121
Description:  Rio Grande LNG, LLC submits Monthly Status Report
No. 23 for October 2021 under CP16-454.

2812.     Filed By:  Shrimpers and Fishermen of The RGV, Sierra Club, Save
RGV From LNG
Filed Date:  11/19/2021
Accession No.:  20211119-5044
Description:  Petition for Review filed in the U.S. Court of Appeals
for the Fifth Circuit of Shrimpers and Fishermen of The RGV; Sierra
Club; and Save RGV From LNG under Docket Nos. CP16-454 and
CP16-455.

2813.     Filed By:  Rio Grande LNG, LLC
Filed Date:  11/19/2021
Accession No.:  20211119-5210
Description:  Rio Grande LNG, LLC submits supplemental
information for the emergency response plan and cost-sharing plan
update under CP16-454.

2814.     Filed By:  Rio Grande LNG, LLC
Filed Date:  11/19/2021
Accession No.:  20211119-5209
Description:  Rio Grande LNG, LLC submits supplemental
information for the emergency response plan and cost-sharing plan
update under CP16-454.

2815.     Filed By:  Sierra Club
Filed Date:  11/22/2021
Accession No.:  20211122-5129
Description:  Rio Grande LNG, LLC submits notice that a petition for
review of the Clean Water Act section 404 permit for the Rio Grande
LNG Project, et al. has been docketed in the Fifth Circuit, with case
number 21-60889 under CP16-454, et al.

| Record Item No. | Description |
|---|---|

2816.    Filed By:  Rio Grande LNG, LLC
         Filed Date:  11/30/2021
         Accession No.:  20211130-5093
         Description:  Rio Grande LNG, LLC submits Monthly Status Report
         No. 24 for November 2021 for Rio Grande LNG Project under CP16-
         454.

2817.    Filed By:  Individual No Affiliation
         Filed Date:  12/10/2021
         Accession No.:  20211210-5217
         Description:  Comments of John Young under CP16-454.

2818.    Filed By:  Individual No Affiliation
         Filed Date:  12/20/2021
         Accession No.:  20211220-5035
         Description:  Comments of John Young on Rio Grande LNG project
         modification request filed under CP22-17.

2819.    Filed By:  Rio Grande LNG, LLC
         Filed Date:  12/30/2021
         Accession No.:  20211230-5257
         Description:  Rio Grande LNG, LLC submits Monthly Status Report
         No.25 for December 2021 for the Rio Grande LNG Project under
         CP16-454.

2820.    Issued By:  Secretary Of The Commission, FERC
         Filed Date:  01/18/2022
         Accession No.:  20220118-3030
         Description:  Notice Granting and Denying Late Interventions re Rio
         Grande LNG, LLC et al. under CP16-454 et al.

2821.    Filed By:  Rio Grande LNG, LLC
         Filed Date:  01/31/2022
         Accession No.:  20220131-5164
         Description:  Rio Grande LNG, LLC submits Monthly Status Report
         No. 26 for January 2022 for the Rio Grande LNG Project under CP16-
         454.

**Record**
**Item No.**     **Description**

2822.     Issued By:  Office of Energy Projects
          Filed Date:  02/03/2022
          Accession No.:  20220203-3051
          Description:  Letter requesting Rio Grande LNG, LLC et al. to file a
          response to environmental information request within 30 days to
          address deficiencies noted in the U.S. Court of Appeals etc. under
          CP16-454 et al.

2823.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  02/18/2022
          Accession No.:  20220218-5066
          Description:  Rio Grande LNG, LLC submits Supplemental
          Information for the Emergency Response Plan and Cost-Sharing Plan
          Update under CP16-454.

2824.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  02/28/2022
          Accession No.:  20220228-5295
          Description:  Rio Grande LNG, LLC submits Monthly Status Report
          No.27 for February 2022 for Rio Grande LNG Project under CP16-
          454.

2825.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  03/03/2022
          Accession No.:  20220303-5182
          Description:  Rio Grande LNG, LLC submits Response to February 3,
          2022 Environmental Information Request for the Rio Grande LNG
          Project under CP16-454.

2826.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  03/31/2022
          Accession No.:  20220331-5256
          Description:  Rio Grande LNG LLC submits Monthly Status Report
          No.28 for March 2022 Pursuant to Environmental Condition No. 9 in
          the Appendix of the Order re Construction and Operation for the Rio
          Grande LNG Project under CP16-454.

**Record
Item No.**    **Description**

2827.    Filed By:  Rio Grande LNG, LLC
Filed Date:  04/06/2022
Accession No.:  20220406-5160
Description:  Rio Grande LNG, LLC submits Request for Extension
of Time until November 22, 2028 to Construct and Place Facilities
into Service under CP16-454.

2828.    Issued By:  Secretary Of The Commission, FERC
Filed Date:  04/12/2022
Accession No.:  20220412-3060
Description:  Notice of Request for Extension of Time re Rio Grande
LNG, LLC under CP16-454.

2829.    Filed By:  Individual No Affiliation
Filed Date:  04/15/2022
Accession No.:  20220415-5171
Description:  Motion to Intervene and Comment of John Young
opposing RGLNG's April 6, 2022 request for a two year deadline
extension under CP16-454.

2830.    Filed By:  Public Citizen, Inc.
Filed Date:  04/18/2022
Accession No.:  20220418-5121
Description:  Motion to Intervene of Public Citizen, Inc. under CP16-
454.

2831.    Filed By:  Individual No Affiliation
Filed Date:  04/22/2022
Accession No.:  20220422-5018
Description:  Motion to Intervene of Mary A. Branch under CP16-
454.

2832.    Filed By:  Individual No Affiliation
Filed Date:  04/25/2022
Accession No.:  20220425-5030
Description:  Comments of Sally Stueber in Docket(s)/Project(s)
CP16-454-000. Submission Date: 4/23/2022.

**Record
Item No.**    **Description**

2833.    Filed By:  Individual No Affiliation
Filed Date:  04/25/2022
Accession No.:  20220425-5066
Description:  Motion to Intervene of Mary A. Branch under CP16-454.

2834.    Filed By:  Industrial Energy Consumers of America
Filed Date:  04/27/2022
Accession No.:  20220427-5123
Description:  Motion to Intervene of Industrial Energy Consumers of America under CP16-454.

2835.    Filed By:  Individual No Affiliation
Filed Date:  04/27/2022
Accession No.:  20220427-5295
Description:  Comments of Christopher Basaldu in Docket(s)/ Project(s) CP16-454-000, CP16-454-001.

2836.    Filed By:  Sierra Club, et al.
Filed Date:  04/27/2022
Accession No.:  20220427-5256
Description:  Motion to Intervene and Protest of Sierra Club, et al. under CP16-454.

2837.    Filed By:  Save RGV from LNG
Filed Date:  04/27/2022
Accession No.:  20220427-5031
Description:  Motion to Intervene of Save RGV from LNG under CP16-454.

2838.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5006
Description:  Comments of Angie Reeves on Rio Grande LNG under CP16-454.

| **Record Item No.** | **Description** |
|---|---|
| 2839. | Filed By:  Individual No Affiliation<br>Filed Date:  04/28/2022<br>Accession No.:  20220428-5007<br>Description:  Comments of Beatriz Reynoso on Rio Grande LNG under CP16-454. |
| 2840. | Filed By:  Individual No Affiliation<br>Filed Date:  04/28/2022<br>Accession No.:  20220428-5008<br>Description:  Comments of Bonnie Clements on Rio Grande LNG CP16-454. |
| 2841. | Filed By:  Individual No Affiliation<br>Filed Date:  04/28/2022<br>Accession No.:  20220428-5009<br>Description:  Comments of Cheryl Smith on Rio Grande LNG under CP16-454. |
| 2842. | Filed By:  Individual No Affiliation<br>Filed Date:  04/28/2022<br>Accession No.:  20220428-5010<br>Description:  Comments of Cheryl Stevens on Rio Grande LNG under CP16-454. |
| 2843. | Filed By:  Individual No Affiliation<br>Filed Date:  04/28/2022<br>Accession No.:  20220428-5013<br>Description:  Comments of Daniel Sauceda on Rio Grande LNG under CP16-454. |
| 2844. | Filed By:  Individual No Affiliation<br>Filed Date:  04/28/2022<br>Accession No.:  20220428-5015<br>Description:  Comments of Dora Garcia on Rio Grande LNG under CP16-454. |

| Record Item No. | Description |
| --- | --- |

2845.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5017
Description:  Comments of Errol Summerlin on Rio Grande LNG under CP16-454.

2846.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5034
Description:  Comments of Mary Elizabeth Hollmann on Rio Grande LNG under CP16-454.

2847.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5021
Description:  Comments of James Tucker on Rio Grande LNG under CP16-454.

2848.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5024
Description:  Comment of Juan Perez on Rio Grande LNG under CP16-454.

2849.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5026
Description:  Comments of Larry Hollmann on Rio Grande LNG under CP16-454.

2850.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5033
Description:  Comments of Victoria Scharen on Rio Grande LNG under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

2851.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5035
Description:  Comments of Mehrzad Mahmoudian-Geller on Rio Grande LNG under CP16-454.

2852.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5036
Description:  Comments of Michael Handy on Rio Grande LNG under CP16-454.

2853.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5039
Description:  Comments of Monica Mark on Rio Grande LNG under CP16-454.

2854.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5041
Description:  Comments of Patricia Lozano on Rio Grande LNG under CP16-454.

2855.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5042
Description:  Comments of Renee Lockett on Rio Grande LNG under CP16-454.

2856.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5043
Description:  Comments of Rick Teter on Rio Grande LNG under CP16-454.

**Record**
**Item No.**    **Description**

2857.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5045
Description:  Comments of Rose Ramirez on Rio Grande LNG under
CP16-454.

2858.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5046
Description:  Comments of Sara Stephens on Rio Grande LNG under
CP16-454.

2859.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5049
Description:  Comments of Sergio Trevino on Rio Grande LNG under
CP16-454.

2860.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5053
Description:  Comments of Thomas Sagona on Rio Grande LNG
under CP16-454.

2861.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5003
Description:  Comments of Alexis Bay on Rio Grande LNG under
CP16-454.

2862.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5004
Description:  Comments of Alexis Bay on Rio Grande LNG under
CP16-454.

| **Record Item No.** | **Description** |
|---|---|

2863.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5005
Description:  Comments of Alexis Bay on Rio Grande LNG under CP16-454.

2864.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5011
Description:  Comments of Chloe Torres on Rio Grande LNG under CP16-454.

2865.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5012
Description:  Comments of Cindy Cochran on Rio Grande LNG under CP16-454.

2866.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5014
Description:  Comments of Diane Teter on Rio Grande LNG under CP16-454.

2867.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5016
Description:  Comments of Emily Alpert on Rio Grande LNG under CP16-454.

2868.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5018
Description:  Comments of Francisco Carmona on Rio Grande LNG under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

2869.　　Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5019
Description:  Comments of Gloria Thomas on Rio Grande LNG under CP16-454.

2870.　　Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5020
Description:  Comments of Greg Sells on Rio Grande LNG under CP16-454.

2871.　　Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5022
Description:  Comments of Javier Guerra on Rio Grande LNG under CP16-454.

2872.　　Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5025
Description:  Comments of Kim Kirby on Rio Grande LNG under CP16-454.

2873.　　Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5027
Description:  Comments of Laura Baguio on Rio Grande LNG under CP16-454.

2874.　　Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5028
Description:  Comments of Louis Osborne on Rio Grande LNG under CP16-454.

**Record
Item No.**     **Description**

2875.      Filed By:  Individual No Affiliation
           Filed Date:  04/28/2022
           Accession No.:  20220428-5029
           Description:  Comments of Madeleine Sandefur on Rio Grande LNG
           under CP16-454.

2876.      Filed By:  Individual No Affiliation
           Filed Date:  04/28/2022
           Accession No.:  20220428-5030
           Description:  Comments of Maria Galasso on Rio Grande LNG under
           CP16-454.

2877.      Filed By:  Individual No Affiliation
           Filed Date:  04/28/2022
           Accession No.:  20220428-5031
           Description:  Comments of Mary Volz on Rio Grande LNG under
           CP16-454.

2878.      Filed By:  Individual No Affiliation
           Filed Date:  04/28/2022
           Accession No.:  20220428-5032
           Description:  Comments of Mary Jarvis on Rio Grande LNG under
           CP16-454.

2879.      Filed By:  Individual No Affiliation
           Filed Date:  04/28/2022
           Accession No.:  20220428-5037
           Description:  Comments of Michelle Piette on Rio Grande LNG under
           CP16-454.

2880.      Filed By:  Individual No Affiliation
           Filed Date:  04/28/2022
           Accession No.:  20220428-5038
           Description:  Comments of Molly Smith on Rio Grande LNG under
           CP16-454.

| Record Item No. | Description |
|---|---|

2881.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5040
Description:  Comments of Pat Brooks on Rio Grande LNG under CP16-454.

2882.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5044
Description:  Comments of Robert Radnik on Rio Grande LNG under CP16-454.

2883.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5047
Description:  Comments of Sarah Bishop Merrill on Rio Grande LNG under CP16-454.

2884.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5048
Description:  Comments of Sarai Benitez on Rio Grande LNG under CP16-454.

2885.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5050
Description:  Comments of Sherry Borrayo on Rio Grande LNG under CP16-454.

2886.    Filed By:  Individual No Affiliation
Filed Date:  04/28/2022
Accession No.:  20220428-5051
Description:  Comments of Terence Garrett on Rio Grande LNG under CP16-454.

| Record Item No. | Description |
| --- | --- |

2887.     Filed By:  Individual No Affiliation
          Filed Date:  04/28/2022
          Accession No.:  20220428-5052
          Description:  Comments of Terri Camara on Rio Grande LNG request under CP16-454.

2888.     Filed By:  Individual No Affiliation
          Filed Date:  04/28/2022
          Accession No.:  20220428-5054
          Description:  Comments of Timothy Jarvis on Rio Grande LNG under CP16-454.

2889.     Filed By:  Individual No Affiliation
          Filed Date:  04/28/2022
          Accession:  20220428-5055
          Description:  Comments of Victoria Guerra on Rio Grande LNG under CP16-454.

2890.     Filed By:  Individual No Affiliation
          Filed Date:  04/28/2022
          Accession No.:  20220428-5299
          Description:  Comments of Mary A. Branch in Docket(s)/Project(s) CP16-454-000.

2891.     Filed By:  Individual No Affiliation
          Filed Date:  04/28/2022
          Accession No.:  20220428-5380
          Description:  Comments of Claire Krebs in Docket(s)/Project(s) CP16-454-000, CP16-454-003.

2892.     Filed By:  Rio Grande LNG, LLC
          Filed Date:  04/29/2022
          Accession No.:  20220429-5295
          Description:  Rio Grande LNG, LLC submits Monthly Status Report No.29 for April 2022 for Rio Grande LNG Project under CP16-454.

**Record**
**Item No.**    **Description**

2893.    Issued By:  Office of Energy Projects
Filed Date:  05/02/2022
Accession No.:  20220502-3048
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to file a response to environmental information request within 30 days to assist in FERC's analysis of the application under CP16-455 et al.

2894.    Issued By:  Office of Energy Projects
Filed Date:  05/02/2022
Accession No.:  20220502-3057
Description:  Letter requesting Rio Grande LNG, LLC to file a response to the environmental information request within 20 days to assist in FERC's analysis of the application for the Rio Grande LNG Project under CP16-454.

2895.    Issued By:  Office of Energy Projects
Filed Date:  05/10/2022
Accession No.:  20220510-3059
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to file a response to environmental information request within 30 days re the U.S. Court of Appeals for the D.C. Circuit's August 3, 2021 decision etc. under CP16-455 et al.

2896.    Filed By:  Rio Grande LNG, LLC
Filed Date:  05/11/2022
Accession No.:  20220511-5066
Description:  Motion for Leave to Answer and Answer of Rio Grande LNG, LLC to Protest Request for Extension of Time to Construct Facility.  CP16-454, et al.

2897.    Filed By:  Rio Grande LNG, LLC
Filed Date:  05/20/2022
Accession No.:  20220520-5122
Description:  Rio Grande LNG, LLC submits Emergency Response Plan and Cost-Sharing Plan Update re Implementation Plan for the Rio Grande LNG Terminal Project under CP16-454.

**Record
Item No.**      **Description**

2898.    Filed By:  Rio Grande LNG, LLC
Filed Date:  05/20/2022
Accession No.:  20220520-5123
Description:  Rio Grande LNG, LLC submits Emergency Response
Plan and Cost-Sharing Plan Update re Implementation Plan for the
Rio Grande LNG Terminal Project under CP16-454.

2899.    Filed By:  Rio Grande LNG, LLC
Filed Date:  05/20/2022
Accession No.:  20220520-5124
Description:  Rio Grande LNG, LLC Submits Response to May 2,
2022 Environmental Information Request for the Rio Grande LNG
Project under CP16-454.

2900.    Filed By:  Individual No Affiliation
Filed Date:  05/25/2022
Accession No.:  20220525-5187
Description:  Comment of U.S. Rep. Jake Ellzey (TX) re Rio Grande
LNG Export Project under CP16-454.

2901.    Filed By:  Rio Grande LNG, LLC
Filed Date:  05/31/2022
Accession No.:  20220531-5219
Description:  Rio Grande LNG, LLC submits Monthly Status Report
No. 30 for May 2022 for Rio Grande LNG Project under CP16-454.

2902.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  06/01/2022
Accession No.:  20220601-5340
Description:  Rio Bravo Pipeline Company, LLC submits Response to
May 2, 2022 and May 10, 2022 Environmental Information Requests
for the Rio Bravo Pipeline Project under CP16-455, et al.

**Record
Item No.**    **Description**

2903.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  06/01/2022
Accession No.:  20220601-5341
Description:  Rio Bravo Pipeline Company, LLC submits Response to
May 2, 2022 and May 10, 2022 Environmental Information Requests
for the Rio Bravo Pipeline Project under CP16-455, et al.

2904.    Filed By:  United States Representative Bill Johnson
Filed Date:  06/13/2022
Accession No.:  20220613-4000
Description:  Comments of United States Representative Bill Johnson
re Rio Grande LNG export project under CP16-454.

2905.    Filed By:  Rio Grande LNG, LLC
Filed Date:  06/13/2022
Accession No.:  20220613-5106
Description:  Rio Grande LNG, LLC submits Supplemental
Information re Implementation Plan Volume No. 2 for Rio Grande
LNG Project under CP16-454.

2906.    Filed By:  United States Senator, Member Of Congress
Filed Date:  06/28/2022
Accession No.:  20220628-4000
Description:  Comments of United States Senator John Cornyn et al.
re the Rio Grande LNG export Project under CP16-454.

2907.    Filed By:  Rio Grande LNG, LLC
Filed Date:  06/30/2022
Accession No.:  20220630-5094
Description:  Rio Grande LNG, LLC submits Monthly Status Report
No. 31 for June 2022 for the Rio Grande LNG Project under CP16-
454.

**Record
Item No.**     **Description**

2908.     Filed By:  United States Senator, Member Of Congress
Filed Date:  07/07/2022
Accession No.:  20220707-0008
Description:  Comments of United States Senator John Cornyn et al.
re the Rio Grande LNG Project under CP16-454.

2909.     Issued By:  Chair And Immediate Staff (FERC)
Filed Date:  07/15/2022
Accession No.:  20220715-4003
Description:  Response to United States Senator John Cornyn's June
24, 2022 letter re the Rio Grande LNG Project under CP16-454.

2910.     Filed By:  Rio Grande LNG, LLC
Filed Date:  07/29/2022
Accession No.:  20220729-5144
Description:  Rio Grande LNG, LLC submits Monthly Status Report
No. 32 for July 2022 for Rio Grande LNG Project under CP16-454.

2911.     Filed By:  Individual No Affiliation
Filed Date:  08/01/2022
Accession No.:  20220801-5018
Description:  Comments of John Young under CP16-454.

2912.     Filed By:  Member Of Congress, Mayra Flores
Filed Date:  08/15/2022
Accession No.:  20220815-0033
Description:  Comments of Congress Member, Mayra Flores re the
Rio Grande LNG export Project under CP16-454.

2913.     Issued By:  Office Of Energy Projects
Filed Date:  08/16/2022
Accession No.:  20220816-3047
Description:  Letter requesting Rio Grande LNG, LLC to file a
response to environmental information request within 30 days to assist
in FERC's analysis of the authorized LNG export terminal for the Rio
Grande LNG Project under CP16-454.

**Record
Item No.**    **Description**

2914.    Issued By:  Office Of Energy Projects
Filed Date:  08/16/2022
Accession No.:  20220816-3048
Description:  Letter requesting Rio Grande LNG, LLC to file a
response to environmental information request within 30 days to assist
in FERC's analysis of the authorized LNG export terminal for the Rio
Grande LNG Project under CP16-454.

2915.    Filed By:  Rio Grande LNG, LLC
Filed Date:  08/22/2022
Accession No.:  20220822-5167
Description:  Rio Grande LNG, LLC submits Response (Part 1 of 2)
to August 16, 2022 Environmental Information Request for the Rio
Grande LNG Project under CP16-454.

2916.    Filed By:  Congress Of The United States
Filed Date:  08/23/2022
Accession No.:  20220823-4000
Description:  Comments of U.S. Representative Dan Crenshaw et al.
re the global natural gas market etc. under CP16-116 et al.

2917.    Issued By:  Office Of Energy Projects
Filed Date:  08/31/2022
Accession No.:  20220831-3027
Description:  Letter requesting Rio Grande LNG, LLC to file a
response to environmental information request within 30 days to assist
in FERC's analysis etc. for the Rio Grande LNG Project under CP16-
454.

2918.    Filed By:  Rio Grande LNG, LLC
Filed Date:  08/31/2022
Accession No.:  20220831-5067
Description:  Rio Grande LNG, LLC submits Monthly Status Report
No. 33 for August 2022 for the Rio Grande LNG Project under CP16-
454.

**Record**
**Item No.**     <u>Description</u>

2919.      Filed By:  Rio Grande LNG, LLC
            Filed Date:  09/09/2022
            Accession No.:  20220909-5164
            Description:  Rio Grande LNG, LLC submits 3 Month Update to the
            Emergency Response Plan and Cost-Sharing Plan for the Rio Grande
            LNG Project under CP16-454.

2920.      Filed By:  Rio Grande LNG, LLC
            Filed Date:  09/15/2022
            Accession No.:  20220915-5122
            Description:  Rio Grande LNG, LLC submits Response to August 16,
            2022 Environmental Information Request for the Rio Grande LNG
            Project under CP16-454.

2921.      Filed By:  Rio Grande LNG, LLC
            Filed Date:  09/15/2022
            Accession No.:  20220915-5123
            Description:  Rio Grande LNG, LLC submits Response to August 16,
            2022 Environmental Information Request for the Rio Grande LNG
            Project under CP16-454.

2922.      Issued By:  Secretary of The Commission, FERC
            Filed Date:  09/30/2022
            Accession No.:  20220930-3012
            Description:  Notice Seeking Public Comment on Responses to
            Information Requests re Rio Grande LNG, LLC et al. under CP16-454
            et al.

2923.      Filed By:  Rio Grande LNG, LLC
            Filed Date:  09/30/2022
            Accession No.:  20220930-5306
            Description:  Rio Grande LNG, LLC submits Monthly Status Report
            No. 34 for September 2022 for the Rio Grande LNG Project under
            CP16-454.

| Record Item No. | Description |
|---|---|

2924.     Filed By:  Individual No Affiliation
Filed Date:  10/05/2022
Accession No.:  20221005-5012
Description:  John Young submits Comments re Public Comment Request Document under CP16-454, et al.

2925.     Issued By:  Secretary of The Commission, FERC, Commissioners And Immediate Staff (The Commission)
Filed Date:  10/14/2022
Accession No.:  20221014-3097
Description:  Order Granting Extension of Time Request re Rio Grande LNG, LLC under CP16-454. Commissioner Danly is concurring with a separate statement attached.

2926.     Filed By:  Sierra Club, et al.
Filed Date:  10/19/2022
Accession No.:  20221019-5103
Description:  Comments on Responses to Information Requests of Sierra Club, et. al. under CP16-454, et al.

2927.     Filed By:  Individual No Affiliation
Filed Date:  10/20/2022
Accession No.:  20221020-5037
Description:  Comments of John Young re Rio Bravo Pipeline Project under CP16-455 et al.

2928.     Filed By:  Another Gulf is Possible Collaborative
Filed Date:  10/21/2022
Accession No.:  20221021-5094
Description:  Comments of Another Gulf Is Possible Collaborative re climate and environmental justice impacts of the Rio Grande LNG and Texas LNG facilities under CP16-116, et al.

**Record
Item No.**     <u>Description</u>

2929.     Filed By:  Individual No Affiliation
Filed Date:  10/21/2022
Accession No.:  20221021-0006
Description:  Comments of Nancy McNab and 25 others under CP16-454 et al.

2930.     Filed By:  American Petroleum Institute
Filed Date:  10/21/2022
Accession No.:  20221021-5109
Description:  Motion to Intervene of American Petroleum Institute under CP16-454, et al.

2931.     Filed By:  Sierra Club
Filed Date:  10/21/2022
Accession No.:  20221021-5070
Description:  Comments of Sierra Club re Climate and Environmental Justice Impacts of the Rio Grande LNG and Texas LNG Facilities under CP16-116, et. al.

2932.     Filed By:  Individuals No Affiliation
Filed Date:  10/21/2022
Accession No.:  20221021-0010
Description:  Comments of Theresa Flanagan and 13 others under CP16-454 et al.

2933.     Filed By:  American Petroleum Institute
Filed Date:  10/21/2022
Accession No.:  20221021-5207
Description:  Motion to Intervene of American Petroleum Institute under CP16-454, et al.

2934.     Filed By:  Individuals No Affiliation
Filed Date:  10/21/2022
Accession No.:  20221021-0007
Description:  Comments of Dee Ruiz and 25 others under CP16-454 et al.

| **Record Item No.** | **Description** |
|---|---|

2935.    Filed By:  Center for LNG
Filed Date:  10/21/2022
Accession No.:  20221021-5061
Description:  Comments of Center for LNG under CP16-454, et al.

2936.    Filed By:  Individuals No Affiliation
Filed Date:  10/21/2022
Accession No.:  20221021-0008
Description:  Comments of Damlan Blatter et al. and 24 others under CP16-454 et al.

2937.    Filed By:  Individuals No Affiliation
Filed Date:  10/21/2022
Accession No.:  20221021-0009
Description:  Comments of Amelia Odegaard and 23 others under CP16-454 et al.

2938.    Filed By:  Individual No Affiliation
Filed Date:  10/21/2022
Accession No.:  20221021-5183
Description:  Comments of Mary A. Branch re Rio Bravo Pipeline Project under CP20-481, et al.

2939.    Filed By:  Individual No Affiliation
Filed Date: 10/24/2022
Accession No.:  20221024-5002
Description:  Comments of Mary A. Branch in Docket(s)/Project(s) CP16-455-000, CP22-17-000. Submission Date: 10/21/2022.

2940.    Filed By:  Individual No Affiliation
Filed Date:  10/24/2022
Accession No.:  20221024-5015
Description:  Comments of John Young under CP16-454.

| Record Item No. | Description |
|---|---|

2941.    Issued By:  Chair And Immediate Staff, FERC
Filed Date:  11/29/2022
Accession No.:  20221129-4006
Description:  Response to United States Senator John Cornyn
November 3, 2022 letter re the Rio Grande LNG Project and the Rico
Bravo Pipeline Project under CP22-17 et al.

2942.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/31/2022
Accession No.:  20221031-5135
Description: Rio Grande LNG, LLC submits Monthly Status Report
No. 35 for October 2022 for the Rio Grande LNG Project under
CP16-454.

2943.    Issued By:  Office of the Chairman, FERC
Filed Date:  10/31/2022
Accession No.:  20221031-4002
Description:  Response to U.S. Representative Dan Crenshaw's et al.
August 22, 2022 letter re the global natural gas market etc. under
CP16-116 et al.

2944.    Filed By:  Rio Grande LNG, LLC
Filed Date:  11/02/2022
Accession No.:  20221102-5018
Description:  Rio Grande LNG, LLC submits supplemental
information to August 16, 2022 Environmental Information Request
for the Rio Grande LNG Project under CP16-454.

2945.    Filed By:  American Petroleum Institute
Filed Date:  11/04/2022
Accession No.:  20221104-5122
Description:  Reply Comments of American Petroleum Institute under
CP16-454, et al.

| **Record Item No.** | **Description** |
|---|---|

2946.      Filed By:  Rio Bravo Pipeline Company, LLC
           Filed Date:  11/04/2022
           Accession No.:  20221104-5138
           Description:  Reply Comments of Rio Bravo Pipeline Company, LLC
           under CP16-454, et al.

2947.      Filed By:  Rio Grande LNG, LLC
           Filed Date:  11/04/2022
           Accession No.:  20221104-5143
           Description:  Reply comments of Rio Grande LNG, LLC in response
           to comments received pursuant to FERC's September 30, 2022 Notice
           under CP16-454, et al.

2948.      Filed By:  United States Senator John Cornyn
           Filed Date:  11/04/2022
           Accession No.:  20221104-4006
           Description:  Comments of United States Senator John Cornyn re the
           Rio Grande LNG Export Project under CP16-454.

2949.      Issued By:  Secretary Of The Commission, FERC
           Filed Date:  11/09/2022
           Accession No.:  20221109-3029
           Description:  Notice Denying Late Intervention re Rio Grande LNG,
           LLC et al. under CP16-454 et al.

2950.      Filed By: Sierra Club
           Filed Date:  11/14/2022
           Accession No.:  20221114-5409
           Description:  Sierra Club submits Request for Rehearing of the
           October 14, 2022 Order Granting Extension of Time Request re the
           Rio Grande LNG, LLC Project under CP16-454.

**Record
Item No.**    **Description**

2951.    Filed By:  Rio Grande LNG, LLC
Filed Date:  11/25/2022
Accession No.:  20221125-5019
Description:  Rio Grande LNG, LLC submits 3-Month Update to the
Emergency Response Plan and Cost-Sharing Plan for the Rio Grande
LNG Project under CP16-454.

2952.    Filed By:  Rio Grande LNG, LLC
Filed Date:  11/25/2022
Accession No.:  20221125-5020
Description:  Rio Grande LNG, LLC submits 3-Month Update to the
Emergency Response Plan and Cost-Sharing Plan for the Rio Grande
LNG Project under CP16-454.

2953.    Issued By:  Chair and Immediate Staff (FERC)
Filed Date:  11/29/2022
Accession No.:  20221129-4006
Description:  Response to United States Senator John Cornyn
November 3, 2022 letter re the Rio Grande LNG Project and the Rico
Bravo Pipeline Project under CP22-17 et al.

2954.    Filed By:  Rio Grande LNG, LLC
Filed Date:  11/29/2022
Accession No.:  20221129-5211
Description:  Motion for Leave to Answer and Answer in Opposition
of Rio Grande LNG, LLC to the November 14, 2022 Request for
Rehearing of Sierra Club under CP16-454.

2955.    Filed By:  Rio Grande LNG, LLC
Filed Date:  11/30/2022
Accession No.:  20221130-5325
Description:  Rio Grande LNG, LLC submits Monthly Status Report
No. 36 for November 2022 for the Rio Grande LNG Project under
CP16-454.

**Record**
**Item No.**    **Description**

2956.    Filed By:  Vecinos Para el Bienestar de la Comunidad Costera,
Sierra Club
Filed Date:  12/02/2022
Accession No.:  20221202-5134
Description:  Comments of Vecinos Para el Bienestar de la
Comunidad Costera, et al. under CP16-454, et al.

2957.    Issued By:  Office Of Energy Projects
Filed Date: 12/09/2022
Accession No.:  20221209-3025
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to
file a response to the environmental information request within 20
days re the amendment application under CP16-455 et al.

2958.    Issued By:  Secretary Of The Commission, FERC
Filed Date:  12/15/2022
Accession No.:  20221215-3044
Description:  Notice of Denial of Rehearing by Operation of Law and
Providing for Further Consideration re Rio Grande LNG, LLC under
CP16-454.

2959.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  12/29/2022
Accession No.:  20221229-5262
Description:  Rio Bravo Pipeline Company, LLC submits Response to
December 9, 2022 Environmental Information Request for the Rio
Bravo Pipeline Project under CP16-455, et al.

2960.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  12/29/2022
Accession No.:  20221229-5263
Description:  Rio Bravo Pipeline Company, LLC submits Response to
December 9, 2022 Environmental Information Request for the Rio
Bravo Pipeline Project under CP16-455, et al.

| Record Item No. | Description |
|---|---|

2961.  Filed By:  Rio Grande LNG, LLC
Filed Date:  12/30/2022
Accession No.:  20221230-5060
Description:  Rio Grande LNG, LLC submits Monthly Status Report No. 37 for December 2022 for the Rio Grande LNG Project under CP16-454.

2962.  Issued By:  Office Of Energy Projects
Filed Date:  01/06/2023
Accession No.:  20230106-3043
Description:  Letter requesting Rio Grande LNG, LLC to file a response to the environmental information request within 15 days to address deficiencies noted in the U.S. Court of Appeals for the D.C. Circuit's etc. for the Rio Grande LNG Project under CP16-454.

2963.  Issued By:  Office Of Energy Projects
Filed Date:  01/09/2023
Accession No.:  20230109-3013
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to file a response to the environmental information request within 10 days to address deficiencies noted etc. for the Rio Bravo Pipeline Project et al. under CP16-455 et al.

2964.  Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  01/19/2023
Accession No.:  20230119-5097
Description:  Rio Bravo Pipeline Company, LLC submits Response to FERC's January 9, 2023 Environmental Information Request to address deficiencies for the Rio Bravo Pipeline Project under CP16-455, et al.

| **Record Item No.** | **Description** |
|---|---|

2965.   Issued By:  Secretary of The Commission, FERC, Commissioners
And Immediate Staff (The Commission)
Filed Date:  01/20/2023
Accession No.:  20230120-3021
Description:  Order Addressing Arguments Raised on Rehearing re
Rio Grande LNG, LLC under CP16-454. Commissioner Danly is
concurring with a separate statement attached.

2966.   Filed By:  Rio Grande LNG, LLC
Filed Date:  01/20/2023
Accession No.:  20230120-5279
Description:  Rio Grande LNG, LLC submits update on response
preparation for January 6, 2023 Environmental Information Request
for the Rio Grande LNG Project under CP16-454.

2967.   Filed By:  Rio Grande LNG, LLC
Filed Date:  01/27/2023
Accession No.:  20230127-5156
Description:  Rio Grande LNG, LLC submits Response to FERC's
January 6, 2023 Environmental Information Request for the Rio
Grande LNG Project under CP16-454.

2968.   Filed By:  Rio Grande LNG, LLC
Filed Date:  01/31/2023
Accession No.:  20230131-5356
Description:  Rio Grande LNG, LLC submits Monthly Status Report
No. 38 for January 2023 for the Rio Grande LNG Project under CP16-
454.

2969.   Filed By:  Rio Grande LNG, LLC
Filed Date:  02/06/2023
Accession No.:  20230206-5145
Description:  Rio Grande LNG, LLC submits request that FERC place
the response to the D.C. Circuit's Remand of the Rio Grande LNG
Project on the February Commission agenda under CP16-454.

| Record Item No. | Description |
|---|---|

2970.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/07/2023
Accession No.:  20230207-5050
Description:  Rio Grande LNG, LLC Submits Response to FERC's February 6, 2023 Phone Request for the Rio Grande LNG Project under CP16-454.

2971.    Issued By:  Office Of Energy Projects
Filed Date:  02/09/2023
Accession No.:  20230209-4003
Description:  Non-Decisional: Telephone Memo dated 02/06/2023 providing record of communication between FERC Staff and Jerry Schafer from NextDecade re request supplemental information to FERC's 05/02/2022 Data Request etc. for the Rio Grande LNG Project under CP16-454.

2972.    Issued By:  Office Of Energy Projects
Filed Date:  02/10/2023
Accession No.:  20230210-3021
Description:  Letter requesting Rio Grande LNG, LLC to file a response to the environmental information request within 5 days to assist in FERC's analysis for the Rio Grande LNG Project under CP16-454.

2973.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/13/2023
Accession No.:  20230213-5121
Description:  Rio Grande LNG, LLC Submits Response to FERC February 10, 2023 Environmental Information Request for the Rio Grande LNG Project under CP16-454.

2974.    Issued By:  Office Of Energy Projects
Filed Date:  02/14/2023
Accession No.:  20230214-3022
Description:  Telephone Memo dated 02/14/2023 providing record of communication with Jerry Schafer from NextDecade re the Rio Grande LNG Project under CP16-454.

**Record Item No.**    **Description**

2975.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/14/2023
Accession No.:  20230214-5106
Description:  Rio Grande LNG, LLC submits Supplemental Response to FERC's February 10, 2023 Environmental Information Request to address deficiencies for the Rio Grande LNG Project under CP16-454.

2976.    Issued By:  Office Of Energy Projects
Filed Date:  02/15/2023
Accession No.:  20230215-3011
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to file a response to the environmental information request within 5 days to address deficiencies noted etc. for the Rio Bravo Pipeline Project et al. under CP16-455 et al.

2977.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/21/2023
Accession No.:  20230221-5284
Description:  Rio Grande LNG, LLC submits 3-Month Update to the Emergency Response Plan and Cost-Sharing Plan for the Rio Grande LNG Project under CP16-454.

2978.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/21/2023
Accession No.:  20230221-5285
Description:  Rio Grande LNG, LLC submits 3-Month Update to the Emergency Response Plan and Cost-Sharing Plan for the Rio Grande LNG Project under CP16-454.

2979.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  02/21/2023
Accession No.:  20230221-5385
Description:  Rio Bravo Pipeline Company, LLC submits Response to FERC's February 15, 2023 Environmental Information Request for the Rio Bravo Pipeline Project under CP16-455, et al.

**Record
Item No.**    **Description**

2980.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  02/24/2023
Accession No.:  20230224-5189
Description:  Rio Bravo Pipeline Company, LLC submits response to
February 15, 2023, Environmental Information Request for the Rio
Bravo Pipeline Project under CP16-455, et al.

2981.    Filed By:  Rio Grande LNG, LLC
Filed Date:  02/28/2023
Accession No.:  20230228-5199
Description:  Rio Grande LNG, LLC submits Monthly Status Report
No. 39 for February 2023 for the Rio Grande LNG Project under
CP16-454.

2982.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/14/2023
Accession No.:  20230314-5133
Description:  Comments of Bettina R. Tolin under CP16-454.

2983.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/14/2023
Accession No.:  20230314-5134
Description:  Comments of Traci Wickett on behalf of Rio Grande
LNG, LLC under CP16-454.

2984.    Filed By:  Cameron County Judge
Filed Date:  03/14/2023
Accession No.:  20230314-4000
Description:  Comments of Eddie Trevino, Jr., County Judge of
Cameron County, Texas dated 03/13/2023 to Chairman Phillips in
support of the Rio Grande LNG Project under CP16-454.

| Record Item No. | Description |
| --- | --- |

2985.  Filed By:  Port Of Brownsville
Filed Date:  03/14/2023
Accession No.:  20230314-4001
Description:  Non-Decisional: Comments of Eduardo A. Champirano,
Port Director and CEO of Port of Brownsville, Texas dated
03/13/2023 to Chairman Phillips in support of the Rio Grande LNG
Project under CP16-454.

2986.  Filed By:  Rio Grande LNG, LLC
Filed Date:  03/14/2023
Accession No.:  20230314-5141
Description:  Comments of Mark W. Milum of the City of Los
Fresnos, Texas under CP16-454.

2987.  Filed By:  Rio Grande LNG, LLC
Filed Date:  03/14/2023
Accession No.:  20230314-5144
Description:  Comments of Eduardo Campirano in Support of Rio
Grande LNG Project under CP16-454.

2988.  Filed By:  Rio Grande LNG, LLC
Filed Date:  03/14/2023
Accession No.:  20230314-5145
Description:  Comments of Eddie Trevino in Support of Rio Grande
LNG Project under CP16-454.

2989.  Filed By:  Rio Grande LNG, LLC
Filed Date:  03/14/2023
Accession No.:  20230314-5147
Description:  Comments of Sofia Benavides in Support of Rio Grande
LNG Project under CP16-454.

2990.  Filed By:  Steven Bearden, Port Isabel-San Benito Navigation District
Filed Date:  03/15/2023
Accession No.:  20230315-5079
Description:  Comments of Steven Bearden in Support of the Rio
Grande LNG Project under CP16-454.

**Record
Item No.**    <u>Description</u>

2991.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/15/2023
Accession No.:  20230315-5044
Description:  Comments of the Mayor of the City of Los Fresnos, Texas in Support of the Rio Grande LNG Project under CP16-454.

2992.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/15/2023
Accession No.:  20230315-5045
Description:  Comments of David Irizarry in Support of the Rio Grande LNG Project under CP16-454.

2993.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/15/2023
Accession No.:  20230315-5046
Description:  Comments of Pat Hobbs in Support of the Rio Grande LNG Project under CP16-454.

2994.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/16/2023
Accession No.:  20230316-5059
Description:  Comments of Commissioner Ralph Cowen of Port of Brownsville (TX) re Rio Grande LNG Project under CP16-454.

2995.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/16/2023
Accession No.:  20230316-5052
Description:  Comments of Commissioner Wood of Port Brownsville, Texas re the Rio Grande LNG Project under CP16-454.

2996.    Filed By:  Rio Grande LNG, LLC
Filed Date:  03/16/2023
Accession No.:  20230316-5053
Description:  Comments of Executive Director Val Champion, Los Fresnos Chamber of Commerce of Los Fresnos, Texas re the Rio Grande LNG Project under CP16-454.

**Record**
**Item No.**      <u>Description</u>

2997.         Filed By:  Rio Grande LNG, LLC
              Filed Date:  03/16/2023
              Accession No.:  20230316-5058
              Description:  Comments of Commissioner Sergio Lopez of Port of
              Brownsville (TX) re Rio Grande LNG Project under CP16-454.

2998.         Filed By:  Rio Grande LNG, LLC
              Filed Date:  03/16/2023
              Accession No.:  20230316-5061
              Description:  Comments of Commissioner John Reed of Port of
              Brownsville (TX) re Rio Grande LNG Project under CP16-454.

2999.         Filed By:  Rio Grande LNG, LLC
              Filed Date:  03/16/2023
              Accession No.:  20230316-5057
              Description:  Comments of Chairman Esteban Guerra of Port of
              Brownsville, Texas re the Rio Grande LNG Project under CP16-454.

3000.         Filed By:  Rio Grande LNG, LLC
              Filed Date:  03/17/2023
              Accession No.:  20230317-5067
              Description:  Comments of Texas House Representative Gamez re the
              Rio Grande LNG Project under CP16-454.

3001.         Filed By:  Sierra Club
              Filed Date:  03/22/2023
              Accession No.:  20230322-5123
              Description:  Comments of Sierra Club and a dozen Community
              Leaders from the Texas and Louisiana Gulf Coast under PF22-10 et
              al.

3002.         Filed By:  Rio Grande LNG, LLC
              Filed Date:  03/24/2023
              Accession No.:  20230324-5100
              Description:  Comments of Daniel Silva under CP16-454.

| Record Item No. | Description |
|---|---|

3003.     Filed By: Rio Grande LNG, LLC
Filed Date: 03/24/2023
Accession No.: 20230324-5121
Description: Comments of Cledia Hernandez under CP16-454.

3004.     Filed By: Rio Grande LNG, LLC
Filed Date: 03/28/2023
Accession No.: 20230328-5090
Description: Comments of Victor Santos Raposo on behalf of Galp under CP16-454.

3005.     Filed By: Rio Grande LNG, LLC
Filed Date: 03/31/2023
Accession No.: 20230331-5415
Description: Rio Grande LNG, LLC submits Monthly Status Report No. 40 for March 2023 for the Rio Grande LNG Project under CP16-454.

3006.     Issued By: Chair And Immediate Staff
Filed Date: 04/10/2023
Accession No.: 20230410-4000
Description: Non-Decisional: Memo dated 04/10/2023 providing summary of communication with Bekah Hinojosa et al. re the Rio Grande LNG Project et al. under CP16-454 et al.

3007.     Issued By: Federal Energy Regulatory Commission
Filed Date: 04/12/2023
Accession No.: 20230412-4001
Description: Non-Decisional: Transcript of the March 29th 2023 Roundtable on Environmental Justice and Equity in Infrastructure Permitting under CP16-454 et al.

**Record Item No.**    **Description**

3008.    Issued By:  Office Of The General Counsel
Filed Date:  04/12/2023
Accession No.:  20230412-4002
Description:  Non-Decisional: Memo dated April 11, 2023 providing record of communication with Ben Jealous re the Rio Grande LNG Project et al. under CP16-454 et al.

3009.    Filed By:  Individual No Affiliation
Filed Date:  04/13/2023
Accession No.:  20230413-4002
Description:  Non-Decisional: Comments of Daniel Brown re the Rio Grande LNG Project et al. under CP16-454 et al.

3010.    Filed By:  Rio Grande LNG, LLC
Filed Date:  04/13/2023
Accession No.:  20230413-5025
Description:  Comments of Chief Jarrett Sheldon, Brownsville Fire Department under CP16-454.

3011.    Issued By:  Secretary of The Commission, FERC, Commissioners And Immediate Staff (The Commission)
Filed Date:  04/21/2023
Accession No.:  20230421-3056
Description:  Order on Remand and Amending Section 7 Certificate re Rio Grande LNG, LLC et al. under CP16-454 et al. Chairman Phillips is concurring with a separate statement attached. Commissioner Clements is dissenting with a separate statement attached.

3012.    Filed By:  Rio Grande LNG, LLC
Filed Date:  04/27/2023
Accession No.:  20230427-5263
Description:  Rio Grande, LLC submits Variance Request re Off Site Water Sources During Construction for the Rio Grande LNG Project under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

3013.   Filed By:  Rio Grande LNG, LLC
Filed Date:  04/27/2023
Accession No.:  20230427-5262
Description:  Rio Grande, LLC submits Variance Request re Off Site Water Sources During Construction for the Rio Grande LNG Project under CP16-454.

3014.   Filed By:  Rio Grande LNG, LLC
Filed Date:  04/28/2023
Accession No.:  20230428-5419
Description:  Rio Grande LNG, LLC submits Monthly Status Report No. 41 for April 2023 for the Rio Grande LNG Project under CP16-454.

3015.   Filed By:  Rio Grande LNG, LLC
Filed Date:  05/04/2023
Accession No.:  20230504-5174
Description:  Rio Grande LNG, LLC submits Response to FERC's April 27, 2023 Information Request re the SpaceX Rocket Launch attempt on April 20, 2023, for the Rio Grande LNG Project under CP16-454.

3016.   Filed By:  Rio Grande LNG, LLC
Filed Date:  05/05/2023
Accession No.:  20230505-5250
Description:  Rio Grande, LLC submits Response to FERC's May 5, 2023 email with Supplemental Information for Variance Request No. 1 re Off Site Water Sources During Construction for the Rio Grande LNG Project under CP16-454.

3017.   Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  05/09/2023
Accession No.:  20230509-5061
Description:  Rio Bravo Pipeline Company, LLC submits Notice of Certificate Acceptance for the Rio Bravo Pipeline Project under CP20-481.

**Record
Item No.**       **Description**

3018.       Issued By:  Office Of Energy Projects
Filed Date:  05/12/2023
Accession No.:  20230512-3020
Description:  Letter to Rio Grande LNG, LLC granting the April 27, 2023 as supplemented on May 5, 2023 request to use an existing water distribution line etc. for the Rio Grande LNG Project under CP16-454.

3019.       Filed By:  Earthjustice, et al.
Filed Date:  05/15/2023
Accession No.:  20230515-5203
Description:  Comments of Earthjustice, et al. re the March 29, 2023 Roundtable on Environmental Justice and Equity in Infrastructure Permitting under AD23-5, et al.

3020.       Filed By:  Rio Grande LNG, LLC
Filed Date:  05/15/2023
Accession No.:  20230515-5347
Description:  Rio Grande LNG, LLC submits Letter of Acceptance re the Order on Remand and Modifications to Authorization for the Rio Grande LNG Project under CP16-454.

3021.       Filed By:  Sierra Club, et al.
Filed Date:  05/22/2023
Accession No.:  20230522-5217
Description:  Sierra Club et al. submits Request for Rehearing of the April 21, 2023 Order under CP16-454 et al.

3022.       Filed By:  Rio Grande LNG, LLC
Filed Date:  05/22/2023
Accession No.:  20230522-5157
Description:  Rio Grande LNG, LLC submits Three Month Updates for Emergency Response Plan and Cost-Sharing Plan for the Rio Grande LNG Project under CP16-454.

**Record
Item No.**          **Description**

3023.          Filed By:  Individual No Affiliation
               Filed Date:  05/31/2023
               Accession No.:  20230531-5022
               Description:  Comments of John Young re Federal Aviation
               Administration on SpaceX Starship/Super Heavy Project of the Rio
               Grande LNG under CP16-454.

3024.          Filed By:  Individual No Affiliation
               Filed Date:  05/31/2023
               Accession No.:  20230531-5023
               Description:  Comments of John Young re FAA Draft Programmatic
               Environmental Assessment for the SpaceX Project under CP16-454.

3025.          Filed By:  Individual No Affiliation
               Filed Date:  05/31/2023
               Accession No.:  20230531-5036
               Description:  Comments of John Young re Emergency Response and
               Cost Sharing Plans for the Rio Grande LNG Project under CP16-454.

3026.          Filed By:  Rio Grande LNG, LLC
               Filed Date:  05/31/2023
               Accession No.:  20230531-5176
               Description:  Rio Grande LNG, LLC submits Monthly Status Report
               No. 42 for May 2023, for the Rio Grande LNG Project under CP16-
               454.

3027.          Filed By:  Individual No Affiliation
               Filed Date:  05/31/2023
               Accession No.:  20230531-5199
               Description:  Updated Comments of John Young re Emergency
               Response and Cost Sharing Plans for the Rio Grande LNG Project
               under CP16-454.

| Record Item No. | Description |
|---|---|

3028.    Filed By:  Individual No Affiliation
Filed Date:  05/31/2023
Accession No.:  20230531-5024
Description:  Comments of John Young re Emergency Response and Cost Sharing Plans for the Rio Grande LNG Project under CP16-454.

3029.    Filed By:  Rio Bravo Pipeline Company, LLC
Filed Date:  06/06/2023
Accession No.:  20230606-5201
Description:  Motion for Leave to Answer and Answer of Rio Bravo Pipeline Company, LLC to the May 22, 2023 Request for Rehearing of the Movants under CP16-454, et al.

3030.    Filed By:  Rio Grande LNG, LLC
Filed Date:  06/06/2023
Accession No.:  20230606-5211
Description:  Rio Grande LNG, LLC submits this Motion for Leave to Answer and Answer in Opposition to Sierra Club, et al.'s Request for Rehearing of FERC's April 21, 2023 Order on Remand under CP16-454, et al.

3031.    Issued By:  Secretary Of The Commission, FERC
Filed Date:  06/22/2023
Accession No.:  20230622-3007
Description:  Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration re Rio Grande LNG, LLC et al. under CP16-454 et al.

3032.    Filed By:  Rio Grande LNG, LLC
Filed Date:  06/30/2023
Accession No.:  20230630-5269
Description:  Rio Grande LNG, LLC submits Monthly Status Report No. 43 for June 2023 for the Rio Grande LNG Project under CP16-454.

**Record
Item No.**    **Description**

3033.    Filed By:  Individual No Affiliation
Filed Date:  07/03/2023
Accession No.:  20230703-5028
Description:  Comments of John Young re Rio Grande LNG Project
under CP16-454.

3034.    Filed By:  Sierra Club, Carrizo Comecrudo Tribe of Texas, City of
Port Isabel, Texas
Filed Date:  07/10/2023
Accession No.:  20230710-5172
Description:  Petition for Review filed in the U.S. Court of Appeals
for the District of Columbia Circuit of Sierra Club, et al. under CP16-
454, et al. (no Case No.).

3035.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/12/2023
Accession No.:  20230712-5192
Description:  Rio Grande LNG, LLC submits Full Notice to Proceed
Update re scheduled activities at the construction site for the Rio
Grande LNG Project for July 2023, under CP16-454.

3036.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/21/2023
Accession No.:  20230721-5137
Description:  Rio Grande, LLC submits Variance Request No. 2 re
Temporary Driveways for the Rio Grande LNG Project under CP16-
454.

3037.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/21/2023
Accession No.:  20230721-5136
Description:  Rio Grande, LLC submits Variance Request No. 2 re
Temporary Driveways for the Rio Grande LNG Project under CP16-
454.

**Record**
**Item No.**    **Description**

3038.    Filed By:  Individual No Affiliation
Filed Date:  07/21/2023
Accession No.:  20230721-5025
Description:  Comments of John Young re Rio Grande LNG adding
an additional gas-powered turbine to the initial 3 liquefaction
production Trains et al. under CP16-454.

3039.    Filed By:  Individual No Affiliation
Filed Date:  07/24/2023
Accession No.:  20230724-5000
Description:  Comments of Jim Chapman in Docket(s)/Project(s)
CP16-454-000. Submission Date: 7/21/2023.

3040.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/24/2023
Accession No.:  20230724-5155
Description:  Rio Grande LNG, LLC submits Implementation Plan
Volume No. 7 re Construction and Monitoring and requests
authorization for a Notice to Proceed with construction of the Levee
for the Rio Grande LNG Project under CP16-454.

3041.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/24/2023
Accession No.:  20230724-5154
Description:  Rio Grande LNG, LLC submits Implementation Plan
Volume No. 7 re Construction and Monitoring and requests
authorization for a Notice to Proceed with construction of the Levee
for the Rio Grande LNG Project under CP16-454.

3042.    Filed By:  Rio Grande LNG, LLC
Filed Date:  07/25/2023
Accession No.:  20230725-5057
Description:  Rio Grande LNG, LLC submits Implementation Plan
Volume No. 8 re Material Offloading Facility Construction for the
Rio Grande LNG Project under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

3043.   Filed By:  Rio Grande LNG, LLC
Filed Date:  07/25/2023
Accession No.:  20230725-5058
Description:  Rio Grande LNG, LLC submits Implementation Plan Volume No. 8 re Material Offloading Facility Construction for the Rio Grande LNG Project under CP16-454.

3044.   Issued By:  Office Of Energy Projects
Filed Date:  07/27/2023
Accession No.:  20230727-3051
Description:  Letter requesting NextDecade Corporation to file a response to the engineering information request to assist in FERC's analysis on the Implementation Plan Volume No. 7 for the Rio Grande LNG Terminal under CP16-454.

3045.   Issued By:  Office Of Energy Projects
Filed Date:  07/28/2023
Accession No.:  20230728-3003
Description:  Telephone Memo dated July 27, 2023 providing a summary communication between FERC and Rio Grande LNG re the engineering information request for the Rio Grande LNG Project under CP16-454.

3046.   Filed By:  Rio Grande LNG, LLC
Filed Date:  07/31/2023
Accession No.:  20230731-5198
Description:  Rio Grande LNG, LLC submits Monthly Status Report No. 44 for July 2023 for the Rio Grande LNG Project under CP16-454.

3047.   Filed By:  Rio Grande LNG, LLC
Filed Date:  08/03/2023
Accession No.:  20230803-5126
Description:  Rio Grande, LLC submits Supplemental Information related to Variance Request No. 2 filed July 21, 2023, re Temporary Driveways for the Rio Grande LNG Project under CP16-454.

**Record
Item No.**          **Description**

3048.          Filed By:  Rio Grande LNG, LLC
               Filed Date:  08/04/2023
               Accession No.:  20230804-5067
               Description:  Rio Grande, LLC submits Supplemental Information
               related to Variance Request No. 2 re Temporary Driveways for the
               Rio Grande LNG Project under CP16-454.

3049.          Issued By:  Office Of Energy Projects
               Filed Date:  08/10/2023
               Accession No.:  20230810-3048
               Description:  Letter to Rio Grande LNG, LLC granting the July 21,
               2023, as supplemented on August 3-4, 2023 request to construct and
               utilize two temporary driveways at the Rio Grande LNG Project under
               CP16-454.

3050.          Filed By:  Rio Grande LNG, LLC
               Filed Date:  08/11/2023
               Accession No.:  20230811-5051
               Description:  Rio Grande LNG, LLC submits Response to FERC's
               July 27, 2023, Engineering Information Request re the
               Implementation Plan Volume 7 for the Rio Grande LNG Project under
               CP16-454.

3051.          Filed By:  Rio Grande LNG, LLC
               Filed Date:  08/11/2023
               Accession No.:  20230811-5052
               Description:  Rio Grande LNG, LLC submits Response to FERC's
               July 27, 2023, Engineering Information Request re the
               Implementation Plan Volume 7 for the Rio Grande LNG Project under
               CP16-454.

**Record
Item No.**     **Description**

3052.        Filed By:  Rio Grande LNG, LLC
             Filed Date:  08/11/2023
             Accession No.:  20230811-5053
             Description:  Rio Grande LNG, LLC submits Response to FERC's
             July 27, 2023, Engineering Information Request re the
             Implementation Plan Volume 7 for the Rio Grande LNG Project under
             CP16-454.

3053.        Filed By:  Vecinos Para el Bienestar de la Comunidad Costera
             Filed Date:  08/17/2023
             Accession No.:  20230817-5075
             Description:  Petition for Review filed in the U.S. Court of Appeals
             for the District of Columbia Circuit of Vecinos Para el Bienestar de la
             Comunidad Costera under CP16-454, et al. (no Case No.).

3054.        Filed By:  Rio Grande LNG, LLC
             Filed Date:  08/18/2023
             Accession No.:  20230818-5132
             Description:  Rio Grande LNG, LLC submits Three Month Update re
             the Emergency Response Plan and Cost-Sharing Plan for the Rio
             Grande LNG Project under CP16-454.

3055.        Filed By:  Rio Grande LNG, LLC
             Filed Date:  08/23/2023
             Accession No.:  20230823-5040
             Description:  Rio Grande, LLC submits Supplemental Information re
             Variance Request No. 2 for the Temporary Driveways of the Rio
             Grande LNG Project under CP16-454.

3056.        Filed By:  Rio Grande LNG, LLC
             Filed Date:  08/23/2023
             Accession No.:  20230823-5041
             Description:  Rio Grande, LLC submits Supplemental Information re
             Variance Request No. 2 for the Temporary Driveways of the Rio
             Grande LNG Project under CP16-454.

**Record**
**Item No.**          **Description**

3057.      Filed By:  Rio Grande LNG, LLC
          Filed Date:  08/31/2023
          Accession No.:  20230831-5229
          Description:  Rio Grande LNG, LLC submits Monthly Status Report
          No. 45 for August 2023 for the Rio Grande LNG Project under CP16-
          454.

3058.      Issued By:  Office Of Energy Projects
          Filed Date:  09/05/2023
          Accession No.:  20230905-3019
          Description:  Letter requesting Rio Grande LNG, LLC Corporation to
          file a response to the engineering information request to assist in
          FERC's analysis of the 08/11/2023 supplemental filing etc. for the Rio
          Grande LNG Terminal under CP16-454.

3059.      Issued By:  Office Of Energy Projects
          Filed Date:  09/05/2023
          Accession No.:  20230905-3018
          Description:  Letter requesting Rio Grande LNG, LLC Corporation to
          file a response to the engineering information request to assist in
          FERC's analysis of the 08/11/2023 supplemental filing etc. for the Rio
          Grande LNG Terminal under CP16-454.

3060.      Filed By:  Individual No Affiliation
          Filed Date:  09/18/2023
          Accession No.:  20230918-5024
          Description:  Comments of John Young re Corporate Restructuring, et
          al. for the Rio Grande LNG Project under CP16-454.

3061.      Filed By:  Rio Grande LNG, LLC
          Filed Date:  09/18/2023
          Accession No.:  20230918-5030
          Description:  Rio Grande LNG, LLC submits Response to FERC's
          September 5, 2023, Engineering Information Request for the Rio
          Grande LNG Project under CP16-454.

**Record
Item No.**    **Description**

3062.    Filed By:  Rio Grande LNG, LLC
Filed Date:  09/18/2023
Accession No.:  20230918-5029
Description:  Rio Grande LNG, LLC submits Response to FERC's
September 5, 2023, Engineering Information Request for the Rio
Grande LNG Project under CP16-454.

3063.    Filed By:  South Texas Environmental Justice Network
Filed Date:  09/22/2023
Accession No.:  20230922-5176
Description:  Comments of Emma Guevara and 61 individuals
submitted by the South Texas Environmental Justice Network on the
proposed Rio Bravo Pipeline Project under CP16-455.

3064.    Issued By:  Federal Energy Regulatory Commission
Filed Date:  09/25/2023
Accession No.:  20230925-3052
Description:  Construction Inspection Report for Rio Grande LNG,
L.L.C. et al.'s Rio Grande LNG Terminal Project et al. conducted on
August 30, 2023 under CP16-454 et al.

3065.    Filed By:  Individual No Affiliation
Filed Date:  09/26/2023
Accession No.:  20230926-5025
Description:  Comments of John Young re concerns of licensee no
longer meeting requirements of the Public Convenience and Necessity
Certification for the Rio Grande LNG Project under CP16-454.

3066.    Filed By:  South Texas Environmental Justice Network
Filed Date:  09/28/2023
Accession No.:  20230928-5107
Description:  Comments of South Texas Environmental Justice
Network o/b/o 49 Organizations opposing the Rio Grande LNG
Pipeline, et al. under CP23-519, et al.

**Record
Item No.**     **Description**

3067.      Filed By:  Rio Grande LNG, LLC
           Filed Date:  09/29/2023
           Accession No.:  20230929-5221
           Description:  Rio Grande LNG, LLC submits Monthly Status Report
           No. 46 for the period of September 1, 2023 to September 30, 2023, for
           the Rio Grande LNG Project under CP16-454.

3068.      Filed By:  Rio Grande LNG, LLC
           Filed Date:  10/04/2023
           Accession No.:  20231004-5074
           Description:  Rio Grande, LLC submits Variance Request No. 3 re
           Water Additives for Fugitive Dust Control for the Rio Grande LNG
           Project under CP16-454.

3069.      Filed By:  Rio Grande LNG, LLC
           Filed Date:  10/04/2023
           Accession No.:  20231004-5073
           Description:  Rio Grande, LLC submits Variance Request No. 3 re
           Water Additives for Fugitive Dust Control for the Rio Grande LNG
           Project under CP16-454.

3070.      Issued By:  Office Of Energy Projects
           Filed Date:  10/06/2023
           Accession No.:  20231006-3064
           Description:  Letter requesting Rio Grande LNG, LLC to file a
           response to the engineering information request to assist in FERC's
           analysis of the Rio Grande LNG Project under CP16-454.

3071.      Filed By:  Rio Grande LNG, LLC
           Filed Date:  10/17/2023
           Accession No.:  20231017-5096
           Description:  Rio Grande LNG, LLC submits Implementation Plan
           Volume No. 9 re Production Deep Material Mixing -Train 1 for the
           Rio Grande LNG Terminal Project under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

3072.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/17/2023
Accession No.:  20231017-5097
Description:  Rio Grande LNG, LLC submits Implementation Plan
Volume No. 9 re Production Deep Material Mixing -Train 1 for the
Rio Grande LNG Terminal Project under CP16-454.

3073.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/24/2023
Accession No.:  20231024-5007
Description:  Rio Grande LNG, LLC submits Response to FERC's
October 6, 2023, Engineering Information Request for the Rio Grande
LNG Project under CP16-454.

3074.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/24/2023
Accession No.:  20231024-5009
Description:  Rio Grande LNG, LLC submits Response to FERC's
October 6, 2023, Engineering Information Request for the Rio Grande
LNG Project under CP16-454.

3075.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/24/2023
Accession No.:  20231024-5014
Description:  Rio Grande LNG, LLC submits Construction Fugitive
Dust Mitigation Plan in support of Variance Request No. 3 re Water
Additives for the Rio Grande LNG Project under CP16-464.

**Record**
**Item No.**    **Description**

3076.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/24/2023
Accession No.:  20231024-5008
Description:  Rio Grande LNG, LLC submits Response to FERC's
October 6, 2023, Engineering Information Request for the Rio Grande
LNG Project under CP16-45

3077.    Filed By:  Federal Energy Regulatory Commission
Filed Date:  10/26/2023
Accession No.:  20231026-3066
Description:  Telephone Memo dated October 26, 2023 providing a
summary of communication between FERC and Rio Grande LNG re
the engineering information requested for Rio Grande LNG Project
under CP16-454

3078.    Filed By:  Rio Grande LNG, LLC
Filed Date:  10/27/2023
Accession No.:  20231027-5022
Description:  Rio Grande LNG, LLC submits Supplemental response
to FERC's October 6, 2023, Engineering Information Request re the
Emergency Response Plan for the Rio Grande Project under CP16-
454

3079.    Filed By: Rio Grande LNG, LLC
Filed Date:  10/27/2023
Accession No.:  20231027-5269
Description:  Rio Grande LNG, LLC submits Weekly Noise Data
Report for Week 1 for the Rio Grande LNG Project under CP16-454

| **Record Item No.** | **Description** |
|---|---|
| 3080. | Issued By:  Secretary of The Commission, FERC, Commissioners And Immediate Staff (The Commission)<br>Filed Date:  10/27/2023<br>Accession No.:  20231027-3047<br>Description:  Order Addressing Arguments etc. re Rio Grande LNG, LLC, et al. Chairman Phillips and Commr. Christie are concurring with separate statements.  Commr. Danly is concurring with separate statement to be issued at a later date.  Commr. Clements is dissenting with separate statement. |

In witness whereof I have hereunto subscribed and caused the seal of the Federal Energy Regulatory Commission to be affixed this 27th day of October, 2023, at Washington, DC.

/s/ *Kimberly D. Bose*

Kimberly D. Bose,
Secretary.

# ATTACHMENT

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Vecinos para el Bienestar de la Comunidad | ) | |
| Costera, et al., | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. 20-1045 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| Respondent | ) | |

## AMENDED CERTIFIED INDEX TO THE RECORD

Pursuant to the provisions of section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), the provisions of 28 U.S.C. § 2112, and Rule 17 of the Federal Rules of Appellate Procedure, the Federal Energy Regulatory Commission hereby amends the Certified Index to the Record filed on April 13, 2020 and certifies that the materials listed and described below are: (1) the orders complained of, "Order Granting Authorizations Under Sections 3 and 7 of the Natural Gas Act," 169 FERC ¶ 61,131, issued November 22, 2019, "Order on Rehearing and Stay," 170 FERC ¶ 61,046, issued January 23, 2020, in *Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC*, FERC Docket Nos. PF15-20, CP16-454 and CP16-455; and (2) the complete record upon which such orders were entered.

**Record**
**Item No.**      **Description**

**Docket Nos. PF15-20, CP16-454 and CP16-455**

1.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
          Filed Date:  3/20/2015
          Accession No:  20150320-5280
          Description:  Request to initiate NEPA Pre-Filing Process for Rio
          Grande LNG and Rio Bravo Pipeline Projects under PF15-20.

2.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
          Filed Date:  3/20/2015
          Accession No:  20150320-5281
          Description:  Request to initiate NEPA Pre-Filing Process for Rio
          Grande LNG and Rio Bravo Pipeline Projects under PF15-20.

3.        Issued By: Office of Energy Projects
          Filed Date:  4/13/2015
          Accession No:  20150413-3036
          Description:  Letter acknowledging Norton Rose Fulbright US LLP's
          3/20/15 request for approval of pre-filing request for the Rio Grande
          LNG, LLC's planned Rio Grande LNG Export Project et al. under
          PF15-20.

4.        Filed By: Individual
          Filed Date:  5/7/2015
          Accession No:  20150507-5135
          Description:  Comment of Mari Garcia in Docket(s)/Project(s) PF15-
          20-000.

5.        Filed By: Individual
          Filed Date:  5/7/2015
          Accession No:  20150507-5151
          Description:  Comment of Ricky Alexander in Docket(s)/Project(s)
          PF15-20-000, PF15-15-000.

2

**Record**
**Item No.**    <u>**Description**</u>

6.          Filed By: Individual
            Filed Date:  5/7/2015
            Accession No:  20150507-5211
            Description:  Comment of Debbi Hook in Docket(s)/Project(s) PF15-
            20-000.

7.          Filed By: Individual
            Filed Date:  5/8/2015
            Accession No:  20150508-5004
            Description:  Comment of Risa Garcia in Docket(s)/Project(s) PF15-
            20-000. Submission Date: 5/7/2015.

8.          Filed By: Individual
            Filed Date:  5/8/2015
            Accession No:  20150508-5009
            Description:  Comment of Alejandro Noyola in Docket(s)/Project(s)
            PF15-20-000.

9.          Filed By: Individual
            Filed Date:  5/8/2015
            Accession No:  20150508-5042
            Description:  Comment of Johanna Torres in Docket(s)/Project(s)
            PF15-20-000.

10.         Filed By: Individual
            Filed Date:  5/8/2015
            Accession No:  20150508-5048
            Description:  Comment of Suzanna Pittman in Docket(s)/Project(s)
            PF15-20.

11.         Filed By: Individual
            Filed Date:  5/8/2015
            Accession No:  20150508-5055
            Description:  Comment of Cynthia Benavides in Docket(s)/Project(s)
            PF15-20-000.

| **Record Item No.** | **Description** |
|---|---|
| 12. | Filed By: Individual<br>Filed Date: 5/11/2015<br>Accession No: 20150511-5014<br>Description: Comment of Sylvia Hatton in Docket(s)/Project(s) PF15-20. Submission Date: 5/10/2015. |
| 13. | Filed By: Individual<br>Filed Date: 5/11/2015<br>Accession No.: 20150511-5025<br>Description: Comment of Jannette J. Ramos in Docket(s)/Project(s) PF15-14, PF15-20. |
| 14. | Filed By: Individual<br>Filed Date: 5/11/2015<br>Accession No: 20150511-5072<br>Description: Comment of Julissa in Docket(s)/Project(s) PF15-20. |
| 15. | Filed By: Individual<br>Filed Date: 5/11/2015<br>Accession No: 20150511-5086<br>Description: Comment of Marisol Cervantes in Docket(s)/Project(s) PF15-20, PF15-14. |
| 16. | Filed By: Individual<br>Filed Date: 5/12/2015<br>Accession No: 20150512-5006<br>Description: Comment of Katie Lavallee in Docket(s)/Project(s) PF15-20. Submission Date: 5/11/2015. |
| 17. | Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC<br>Filed Date: 5/13/2015<br>Accession No: 20150513-5026<br>Description: Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC hereby submit (1) Draft Resource Report 1 and (2) a draft of the Summary of Alternatives. |

| **Record Item No.** | **Description** |

18.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 5/13/2015
Accession No: 20150513-5027
Description: Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC hereby submit (1) Draft Resource Report 1 and (2) a draft of the Summary of Alternatives.

19.    Filed By: Individual
Filed Date: 5/15/2015
Accession No: 20150515-5105
Description: Comment of Maria Galasso in Docket(s)/Project(s) PF15-14-000, PF15-20-000.

20.    Filed By: Individual
Filed Date: 5/15/2015
Accession No: 20150515-5148
Description: Comment of Sharon Almaguer in Docket(s)/Project(s) PF15-20.

21.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 5/19/2015
Accession No: 20150519-5081
Description: RG Developers Monthly Pre-Filing Status Report No. 1 April 13, 2015-May 12, 2015 under PF15-20.

22.    Filed By: Individual
Filed Date: 5/21/2015
Accession No: 20150521-5134
Description: Comment of Jannette Ramos in Docket(s)/Project(s) PF15-20-000.

23.    Filed By: Individual
Filed Date: 5/22/2015
Accession No: 20150522-5150
Description: Comment of Stephen Leach in Docket(s)/Project(s) PF15-14-000, PF15-20-000.

| **Record**<br>**Item No.** | **Description** |
|---|---|

24.     Filed By: Individual
        Filed Date:  5/26/2015
        Accession No:  20150526-5015
        Description:  Comment of Kristen D. Kline in Docket(s)/Project(s)
        PF15-20-000. Submission Date: 5/23/2015.

25.     Filed By: Individual
        Filed Date:  5/26/2015
        Accession No:  20150526-5018
        Description:  Comment of Mary E. Volz in Docket(s)/Project(s) PF15-
        20-000. Submission Date: 5/23/2015.

26.     Filed By: Individual
        Filed Date:  5/26/2015
        Accession No:  20150526-5026
        Description:  Comment of Veronica Cortez in Docket(s)/Project(s)
        PF15-20-000. Submission Date: 5/24/2015.

27.     Filed By: Individual
        Filed Date:  5/26/2015
        Accession No:  20150526-5031
        Description:  Comment of Ector Lopez in Docket(s)/Project(s) PF15-
        20-000. Submission Date: 5/24/2015.

28.     Filed By: Individual
        Filed Date:  5/26/2015
        Accession No:  20150526-5034
        Description:  Comment of Jeffery Theriot in Docket(s)/Project(s)
        PF15-14-000, PF15-20-000. Submission Date: 5/24/2015.

29.     Filed By: Individual
        Filed Date:  5/26/2015
        Accession No:  20150526-5046
        Description:  Comment of Rhiannan Bates in Docket(s)/Project(s)
        PF15-20-000. Submission Date: 5/25/2015.

| Record Item No. | Description |
|---|---|

30.    Filed By: Individual
       Filed Date:  5/26/2015
       Accession No:  20150526-5049
       Description:  Comment of Jason J. Walker in Docket(s)/Project(s)
       PF15-20-000. Submission Date: 5/25/2015.

31.    Filed By: Individual
       Filed Date:  5/26/2015
       Accession No:  20150526-5052
       Description:  Comment of Rick Teter in Docket(s)/Project(s) PF15-
       20-000. Submission Date: 5/25/2015.

32.    Filed By: Individual
       Filed Date:  5/26/2015
       Accession No:  20150526-5054
       Description:  Comment of Michael Jaworski in Docket(s)/Project(s)
       PF15-20-000. Submission Date: 5/25/2015.

33.    Filed By: Individual
       Filed Date:  5/26/2015
       Accession No:  20150526-5062
       Description:  Comment of Elizabeth Pearl in Docket(s)/Project(s)
       PF15-20-000. Submission Date: 5/25/2015.

34.    Filed By: Individual
       Filed Date:  5/26/2015
       Accession No:  20150526-5153
       Description:  Comment of Diane Teter in Docket(s)/Project(s) PF15-
       20-000.

35.    Filed By: Individual
       Filed Date:  5/29/2015
       Accession No:  20150529-5234
       Description:  Comment of Rossana Torio in Docket(s)/Project(s)
       PF15-20, PF15-14.

| Record Item No. | Description |
| --- | --- |

36.    Filed By: Individual
        Filed Date:  6/1/2015
        Accession No:  20150602-0213
        Description:  Comments of J. D. Walton re the Rio Grande Project
        under PF15-20.

37.    Filed By: Individual
        Filed Date:  6/1/2015
        Accession No:  20150601-5002
        Description:  Comment of Frank Flores in Docket(s)/Project(s) PF15-
        20-000. Submission Date: 5/29/2015.

38.    Filed By: Individual
        Filed Date:  6/1/2015
        Accession No:  20150601-5201
        Description:  Comment of Mary Jane Zamarripa in Docket(s)/
        Project(s) PF15-20-000.  Submission Date: 5/31/2015.

39.    Filed By: Individual
        Filed Date:  6/2/2015
        Accession No:  20150602-4002
        Description:  Comments of Sauy Blixt re the Rio Grande Project
        under PF15-20.

40.    Filed By: Individual
        Filed Date:  6/2/2015
        Accession No:  20150602-4003
        Description:  Comments of Joseph Bogorad re the Rio Grande Project
        under PF15-20.

41.    Filed By: Individual
        Filed Date:  6/2/2015
        Accession No:  20150602-4004
        Description:  Comments of Rossane Bogorad re the Rio Grande
        Project under PF15-20.

| **Record Item No.** | **Description** |
|---|---|

42.     Filed By: Individual
        Filed Date:  6/2/2015
        Accession No:  20150602-4005
        Description:  Comments of John Faulk re the Rio Grande Project
        under PF15-20.

43.     Filed By: Individual
        Filed Date:  6/2/2015
        Accession No:  20150602-4006
        Description:  Comments of Javier Garcia re the Rio Grande Project
        under PF15-20.

44.     Filed By: Individual
        Filed Date:  6/2/2015
        Accession No:  20150602-4007
        Description:  Comments of Alma Leal re the Rio Grande Project
        under PF15-20.

45.     Filed By: Individual
        Filed Date:  6/2/2015
        Accession No:  20150602-4008
        Description:  Comments of Brad McKinney re the Rio Grande Project
        under PF15-20.

46.     Filed By: Individual
        Filed Date:  6/2/2015
        Accession No:  20150602-4009
        Description:  Comments of Marcus Munoz re the Rio Grande Project
        under PF15-20.

47.     Filed By: Individual
        Filed Date:  6/2/2015
        Accession No:  20150602-4010
        Description:  Comments of Diane Munquiz re the Rio Grande Project
        under PF15-20.

| **Record Item No.** | **Description** |
|---|---|
| 48. | Filed By: Individual<br>Filed Date:  6/2/2015<br>Accession No:  20150602-4011<br>Description:  Comments of David Robledo re the Rio Grande Project under PF15-20. |
| 49. | Filed By: Individual<br>Filed Date:  6/2/2015<br>Accession No:  20150602-4012<br>Description:  Comments of Laurel Steinberg re the Rio Grande Project under PF15-20. |
| 50. | Filed By: Individual<br>Filed Date:  6/2/2015<br>Accession No:  20150602-4013<br>Description:  Comments of Jason Walker re the Rio Grande Project under PF15-20. |
| 51. | Filed By: Individual<br>Filed Date:  6/3/2015<br>Accession No:  20150603-5003<br>Description:  Comment of Gabriel Rossi Silva in Docket(s)/Project(s) PF15-20-000, PF15-14-000.  Submission Date: 6/2/2015. |
| 52. | Filed By: Individual<br>Filed Date:  6/3/2015<br>Accession No:  20150603-5004<br>Description:  Comment of Gabriel Rossi Silva in Docket(s)/Project(s) PF15-15-000, PF15-20-000.  Submission Date: 6/2/2015. |
| 53. | Filed By: Individual<br>Filed Date:  6/3/2015<br>Accession No:  20150603-5013<br>Description:  Comment of Victoria A. Scharen in Docket(s)/Project(s) PF15-20-000.  Submission Date: 6/2/2015. |

**Record
Item No.**      **Description**

54.         Filed By: Individual
Filed Date:  6/5/2015
Accession No:  20150605-5006
Description:  Comment of Mary Celaya in Docket(s)/Project(s) PF15-20-000. Submission Date: 6/4/2015.

55.         Filed By: Individual
Filed Date:  6/8/2015
Accession No:  20150608-5009
Description:  Comment of Roseann Lerma in Docket(s)/Project(s) PF15-20-000. Submission Date: 6/5/2015.

56.         Filed By: Individual
Filed Date:  6/8/2015
Accession No:  20150608-5011
Description:  Comment of Roxann Lerma in Docket(s)/Project(s) PF15-20-000. Submission Date: 6/5/2015.

57.         Filed By: Individual
Filed Date:  6/8/2015
Accession No:  20150608-5012
Description:  Comment of Ignacio Aguirre in Docket(s)/Project(s) PF15-20-000. Submission Date: 6/6/2015.

58.         Filed By: Individual
Filed Date:  6/8/2015
Accession No:  20150608-5016
Description:  Comment of Christopher D. Alaniz in Docket(s)/Project(s) PF15-20. Submission Date: 6/6/2015.

59.         Filed By: Individual
Filed Date:  6/11/2015
Accession No:  20150611-0056
Description:  Comments of Mary H. Rhodes re the Rio Grande Project under PF15-20.

| **Record Item No.** | **Description** |
|---|---|
| 60. | Filed By: Sierra Club<br>Filed Date: 6/16/2015<br>Accession No: 20150616-0113<br>Description: Comments of Jim Chapman (Sierra Club) re the upcoming scoping meeting for Rio Grande LNG et al. under PF15-20 et al. |
| 61. | Filed By: Sierra Club<br>Filed Date: 6/16/2015<br>Accession No: 20150616-0118<br>Description: Comments of Jim Chapman (Sierra Club) re the upcoming scoping meeting for the Rio Grande LNG et al. under PF15-20 et al. |
| 62. | Filed By: Individual<br>Filed Date: 6/17/2015<br>Accession No: 20150618-0007<br>Description: Comments of R. Dale Rhodes re the Rio Grande Project under PF15-20. |
| 63. | Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC<br>Filed Date: 6/23/2015<br>Accession No: 20150623-5023<br>Description: RG Developers Monthly Pre-Filing Status Report No. 2 May 13, 2015 through June 12, 2015 under PF15-20. |
| 64. | Filed By: Individual<br>Filed Date: 6/24/2015<br>Accession No: 20150624-0031<br>Description: Comments of individual re the Rio Grande LNG Project under PF15-20. |
| 65. | Filed By: Individual<br>Filed Date: 6/24/2015<br>Accession No: 20150624-0033<br>Description: Comments of individual re the Rio Grande LNG Pipeline Project's PF15-20. |

| **Record Item No.** | **Description** |
|---|---|

66.     Filed By: Individual
        Filed Date:  6/24/2015
        Accession No:  20150624-5007
        Description:  Comment of Nereyda Lopez in Docket(s)/Project(s)
        PF15-14, PF15-20.  Submission Date: 6/23/2015.

67.     Issued By: Office of Energy Projects
        Filed Date:  6/25/2015
        Accession No:  20150625-3065
        Description:  Letter to RG Developers providing comments on the
        draft Resource Reports 1 and 10 for the Rio Grande LNG Project et al.
        under PF15-20.

68.     Filed By: Individual
        Filed Date:  6/25/2015
        Accession No:  20150625-5006
        Description:  Comment of Maria Almaguer in Docket(s)/Project(s)
        PF15-20-000. Submission Date: 6/24/2015.

69.     Filed By: Individual
        Filed Date:  6/26/2015
        Accession No:  20150626-5072
        Description:  Jason J. Walker - Victoria Advocate Newspaper article -
        Similar diameter pipeline as Rio Grande project 42" - EXPLODES in
        the Eagle Ford Shale region – Cuero, Texas, North of Rio Grande
        Valley under PF15-20.

70.     Filed By: Individual
        Filed Date:  7/8/2015
        Accession No:  20150708-5002
        Description:  Comment of Maria Galasso in Docket(s)/Project(s)
        PF15-20-000. Submission Date: 7/7/2015.

| Record Item No. | Description |
|---|---|

71.   Filed By: Individual
      Filed Date: 7/8/2015
      Accession No: 20150708-5097
      Description: Comment of Patrick Anderson in Docket(s)/Project(s) PF15-20-000.

72.   Filed By: Individual
      Filed Date: 7/13/2015
      Accession No: 20150713-5146
      Description: Comment of Maria Galasso in Docket(s)/Project(s) PF15-20-000.

73.   Filed By: Sierra Club - Lone Star Chapter
      Filed Date: 7/15/2015
      Accession No: 20150715-5068
      Description: Comment of Sierra Club - Lone Star Chapter under PF15-20.

74.   Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
      Filed Date: 7/22/2015
      Accession No: 20150722-5114
      Description: RG Developers Monthly Pre-Filing Status Report No. 3 June 13, 2015 through July 12, 2015 under PF15-20.

75.   Issued By: Secretary Of The Commission, FERC
      Filed Date: 7/23/2015
      Accession No: 20150723-3052
      Description: Notice of Intent to Prepare an Environmental Impact Statement for the Planned Rio Grande LNG Project, et al Request for Comments on Environmental Issues, and Notice of Public Scoping Meeting re Rio Bravo Pipeline Company, LLC et al. under PF15-20.

| **Record Item No.** | **Description** |
|---|---|

76.    Issued By: Secretary Of The Commission, FERC
Filed Date: 7/29/2015
Accession No: 20150729-3039
Description: Errata Notice to the 7/23/15 Commission issued Notice of Intent to Prepare an Environmental Impact Statement for the Planned Rio Grande LNG Project et al. etc. re Rio Bravo Pipeline Company, LLC et al. under PF15-20.

77.    Filed By: Individual
Filed Date: 7/31/2015
Accession No: 20150731-5113
Description: Comment of John J. Miglio in Docket(s)/Project(s) PF15-20-000.

78.    Filed By: Individuals
Filed Date: 8/4/2015
Accession No: 20150804-0035
Description: Comments of individuals regarding the Scoping meeting for the Rio Grande LNG et al. under PF15-20 et al.

79.    Issued By: Secretary Of The Commission, FERC
Filed Date: 8/5/2015
Accession No: 20150805-3041
Description: Notice of Extension of Time re Rio Bravo Pipeline Company, LLC et al. under PF15-20.

80.    Filed By: Individual
Filed Date: 8/6/2015
Accession No: 20150806-5006
Description: Comment of Mark Kroll in Docket(s)/Project(s) PF15-20-000. Submission Date: 8/5/2015.

81.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 8/6/2015
Accession No: 20150806-5011
Description: Recent Agency Correspondence relevant to Rio Grande LNG, LLC, et al. under PF15-20.

| Record Item No. | Description |
|---|---|

**82.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  8/10/2015
Accession No:  20150810-5122
Description:  Rio Grande LNG, LLC, et al. Response to FERC Letter Providing Environmental Comments on DRR 1 and 10 under PF15-20.

**83.**  Filed By: Individual
Filed Date:  8/12/2015
Accession No:  20150812-5001
Description:  Comment of Norma L. Trevino in Docket(s)/Project(s) PF15-14-000, PF15-20-000.  Submission Date: 8/11/2015.

**84.**  Filed By: Individual
Filed Date:  8/12/2015
Accession No:  20150812-5015
Description:  Comment of Susana in Docket(s)/Project(s) PF15-20-000. Submission Date: 8/11/2015.

**85.**  Filed By: Individual
Filed Date:  8/12/2015
Accession No:  20150812-5043
Description:  Comment of Darcia Gonzalez in Docket(s)/Project(s) PF15-20-000.

**86.**  Filed By: Individual
Filed Date:  8/13/2015
Accession No:  20150813-5014
Description:  Comment of Maria Galasso in Docket(s)/Project(s) PF15-20-000.

**87.**  Filed By: Individual
Filed Date:  8/14/2015
Accession No:  20150814-0010
Description:  Comments of Renee Standley re the Texas LNG Project et al. under PF15-14 et al.

**Record
Item No.**    **Description**

88.    Filed By: Individual
Filed Date:  8/14/2015
Accession No:  20150814-0031
Description:  Comments of Lucinda Wierenga re the Texas LNG
Project et al. under revise et al.

89.    Filed By: Individual
Filed Date:  8/14/2015
Accession No:  20150814-0032
Description:  Comments of Jose Art Chapa re the Texas LNG Project
et al. under PF15-14 et al.

90.    Filed By: Individual
Filed Date:  8/17/2015
Accession No:  20150817-0070
Description:  Comments of Jeanette Langford re the Texas LNG
Project et al. under PF15-14 et al.

91.    Filed By: Individual
Filed Date:  8/17/2015
Accession No:  20150817-5006
Description:  Comment of Nghi Pham Kroll in Docket(s)/Project(s)
PF15-20-000. Submission Date: 8/15/2015.

92.    Filed By: Individual
Filed Date:  8/17/2015
Accession No:  20150817-5017
Description:  Comment of Mary E. Hollmann in Docket(s)/Project(s)
PF15-20-000. Submission Date: 8/15/2015.

93.    Filed By: Individual
Filed Date:  8/17/2015
Accession No:  20150817-5039
Description:  Comment of Richard in Docket(s)/Project(s) PF15-20-
000. Submission Date: 8/16/2015.

| **Record Item No.** | **Description** |
|---|---|

94.   Filed By: Individual
      Filed Date:  8/19/2015
      Accession No:  20150819-0012
      Description:  Comments of George McDiarmid re the Texas LNG
      Project et al. under PF15-14 et al.

95.   Filed By: Individuals
      Filed Date:  8/19/2015
      Accession No:  20150819-0021
      Description:  Comments of Mary and Sammy Blount re the Rio
      Grande LNG Project under PF15-20.

96.   Filed By: Individual
      Filed Date:  8/19/2015
      Accession No:  20150819-0024
      Description:  Comments of Diane McDiarmid re Texas LNG Project
      et al. under PF15-14 et al.

97.   Filed By: Individual
      Filed Date:  8/19/2015
      Accession No:  20150819-0028
      Description:  Comments of Lorraine Staup re the Rio Grande LNG
      Project under PF15-20.

98.   Filed By: Individual
      Filed Date:  8/19/2015
      Accession No:  20150819-0031
      Description:  Comments of A. Robinson re the Rio Grande LNG
      Project under PF15-20.

99.   Filed By: Individual
      Filed Date:  8/19/2015
      Accession No:  20150819-0035
      Description:  Comments of Saralie Palmer re the Rio Grande Project
      under PF15-20.

**Record**
**Item No.**      **Description**

100.      Filed By: Individual
          Filed Date:  8/19/2015
          Accession No:  20150819-0037
          Description:  Comments of Michael R. Watt re the Rio Grande LNG
          Project under PF15-20.

101.      Filed By: Individual
          Filed Date:  8/19/2015
          Accession No:  20150819-0041
          Description:  Comments of Silvia Garza re the Rio Grande LNG
          Project under PF15-20.

102.      Filed By: Individual
          Filed Date:  8/19/2015
          Accession No:  20150819-0046
          Description:  Comments of Maria E. Mota re the Rio Grande LNG
          Project under PF15-20.

103.      Filed By: Individual
          Filed Date:  8/19/2015
          Accession No:  20150819-0049
          Description:  Comments of Kristal Fuller re the Rio Grande LNG
          Project under PF15-20.

104.      Filed By: Individual
          Filed Date:  8/19/2015
          Accession No:  20150819-0051
          Description:  Comments of Joan Ciarocco re the Rio Grande Project
          under PF15-20.

105.      Filed By: Individual
          Filed Date:  8/19/2015
          Accession No:  20150819-0053
          Description:  Comments of Paul Gard re the Rio Grande LNG Project
          under PF15-20.

**Record
Item No.**        **Description**

106.        Filed By: Individual
            Filed Date:  8/19/2015
            Accession No:  20150819-0056
            Description:  Comments of Sandra Sabin re the Rio Grande LNG
            Project under PF15-20.

107.        Filed By: Individual
            Filed Date:  8/19/2015
            Accession No:  20150819-0061
            Description:  Comments of Geneva Chavez re the Rio Grande LNG
            Project under PF15-20.

108.        Filed By: Individual
            Filed Date:  8/19/2015
            Accession No:  20150819-0062
            Description:  Comments of Barbara Atkinson re the Rio Grande LNG
            Project under PF15-20.

109.        Filed By: Individual
            Filed Date:  8/19/2015
            Accession No:  20150819-0065
            Description:  Comments of Karen Gillespie re the Rio Grande LNG
            Project under PF15-20.

110.        Filed By: Individual
            Filed Date:  8/19/2015
            Accession No:  20150819-0070
            Description:  Comments of Richard Lothe re the Rio Grande Project
            under PF15-20.

111.        Filed By: Individual
            Filed Date:  8/19/2015
            Accession No:  20150819-0072
            Description:  Comments of Maria Ophelia Argueta re the Rio Grande
            LNG Project under PF15-20.

**Record**
**Item No.**    **Description**

112.       Filed By: Individual
           Filed Date:  8/19/2015
           Accession No:  20150819-0076
           Description:  Comments of F. L. Evans re the Rio Grande Project
           under PF15-20.

113.       Filed By: Individual
           Filed Date:  8/19/2015
           Accession No:  20150819-0079
           Description:  Comments of Donald Yancey re the Rio Grande LNG
           Project under PF15-20.

114.       Filed By: Individual
           Filed Date:  8/19/2015
           Accession No:  20150819-0081
           Description:  Comments of Dorothy Lothe re the Rio Grande LNG
           Project under PF15-20.

115.       Filed By: Individual
           Filed Date:  8/19/2015
           Accession No:  20150819-5004
           Description:  Comment of Alita Bagley in Docket(s)/Project(s) PF15-
           15-000, PF15-20-000.  Submission Date: 8/18/2015.

116.       Filed By: Individual
           Filed Date:  8/20/2015
           Accession No:  20150820-0026
           Description:  Comments of Sandra Streb re the Texas LNG Project et
           al. under PF15-14 et al.

117.       Filed By: Individual
           Filed Date:  8/20/2015
           Accession No:  20150820-0027
           Description:  Comments of Rene Van Haaften re the Texas LNG
           Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

118.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0028
        Description:  Comments of Brian W. Thurow re the Texas LNG
        Project et al. under PF15-14 et al.

119.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0029
        Description:  Comments of Saul Del Angel re the Texas LNG Project
        et al. under PF15-14 et al.

120.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0030
        Description:  Comments of Brenda Joyas re the Texas LNG Project et
        al. under PF15-14 et al.

121.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0031
        Description:  Comments of Daniel Ponce re the Texas LNG Project et
        al. under PF15-14 et al.

122.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0032
        Description:  Comments of Cathy Gorza re the Texas LNG Project et
        al. under PF15-14 et al.

123.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0033
        Description:  Comments of Jillian DiMaw re the Texas LNG Project
        et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

124. Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0034
Description:  Comments of Deborah Lee Duke re the Texas LNG Project et al. under PF15-14 et al.

125. Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0035
Description:  Comments of Flor Martinez re the Texas LNG Project et al. under PF15-14 et al.

126. Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0036
Description:  Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

127. Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0037
Description:  Comments of Alicia Baldovinos re the Texas LNG Project et al. under PF15-14 et al.

128. Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0038
Description:  Comments of Andres Garcia re the Texas LNG Project et al. under PF15-14 et al.

129. Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0039
Description:  Comments of Barbara Hill re the Texas LNG Project et al. under PF15-14 et al.

**Record
Item No.**     **Description**

130.        Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0040
Description:  Comments of Deborah Cavazos re the Texas LNG
Project et al. under PF15-14 et al.

131.        Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0041
Description:  Comments of Jezzika Vazquez re the Texas LNG
Project et al. under PF15-14 et al.

132.        Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0042
Description:  Comments of Brooke Barajas re the Texas LNG Project
et al. under PF15-14 et al.

133.        Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0043
Description:  Comments of Jessica Turner re the Texas LNG Project
et al. under PF15-14 et al.

134.        Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0044
Description:  Comments of Ethan Getz re the Texas LNG Project et
al. under PF15-14 et al.

135.        Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0045
Description:  Comments of Cesar Rodriguez re the Texas LNG
Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

136.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0046
Description:  Comments of Gary Tate re the Texas LNG Project et al. under PF15-14 et al.

137.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0047
Description:  Comments of Carol Rausch re the Texas LNG Project et al. under PF15-14 et al.

138.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0048
Description:  Comments of Sandra Vallejo re the Texas LNG Project et al. under PF15-14 et al.

139.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0049
Description:  Comments of Sean Oneil re the Texas LNG Project et al. under PF15-14 et al.

140.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0050
Description:  Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

141.   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0051
Description:  Comments of Holly Sada re the Texas LNG Project et al. under PF15-14 et al.

**Record
Item No.    Description**

142.    Filed By: Individual
       Filed Date:  8/20/2015
       Accession No:  20150820-0052
       Description:  Comments of William B. McKinney re the Texas LNG
       Project et al. under PF15-14 et al.

143.    Filed By: Individual
       Filed Date:  8/20/2015
       Accession No:  20150820-0053
       Description:  Comments of Jean Pettit re the Texas LNG Project et al.
       under PF15-14 et al.

144.    Filed By: Individual
       Filed Date:  8/20/2015
       Accession No:  20150820-0054
       Description:  Comments of Thomas Hill re the Texas LNG Project et
       al. under PF15-14 et al.

145.    Filed By: Individual
       Filed Date:  8/20/2015
       Accession No:  20150820-0055
       Description:  Comments of Jesse Miller re the Texas LNG Project et
       al. under PF15-14 et al.

146.    Filed By: Individual
       Filed Date:  8/20/2015
       Accession No:  20150820-0056
       Description:  Comments of Gary Snyder re the Texas LNG Export
       Project et al. under PF15-14 et al.

147.    Filed By: Individual
       Filed Date:  8/20/2015
       Accession No:  20150820-0057
       Description:  Comments of Nydia Canas re the Texas LNG Export
       Project et al. under PF15-15 et al.

**Record
Item No.**      **Description**

148.  Filed By: Individual
    Filed Date:  8/20/2015
    Accession No:  20150820-0058
    Description:  Comments of John Clark re the Texas LNG Export
    Project et al. under PF15-14 et al.

149.  Filed By: Individual
    Filed Date:  8/20/2015
    Accession No:  20150820-0059
    Description:  Comments of Mary Gorball re the Texas LNG Export
    Project et al. under PF15-14 et al.

150.  Filed By: Individual
    Filed Date:  8/20/2015
    Accession No:  20150820-0060
    Description:  Comments of Susan Geery re the Texas LNG Export
    Project et al. under PF15-15 et al.

151.  Filed By: Individual
    Filed Date:  8/20/2015
    Accession No:  20150820-0061
    Description:  Comments of Eric Brattin re the Texas LNG Project et
    al. under PF15-14 et al.

152.  Filed By: Individual
    Filed Date:  8/20/2015
    Accession No:  20150820-0062
    Description:  Comments of Larry Jokl re a scoping meeting for the
    Texas LNG Project et al. under PF15-14 et al.

153.  Filed By: Individual
    Filed Date:  8/20/2015
    Accession No:  20150820-0063
    Description:  Comments of Jan Gonzalez re the Texas LNG Project et
    al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

**154.**   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0064
Description:  Comments of Roan Gomez re the Texas LNG Project et al. under PF15-14 et al.

**155.**   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0065
Description:  Comments of E. Neil Smith re the Texas LNG Project et al. under PF15-14 et al.

**156.**   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0066
Description:  Comments of Remmic Lewis re the Texas LNG Project et al. under PF15-14 et al.

**157.**   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0067
Description:  Comments of Stephen Leach re the Texas LNG Project et al. under PF15-14 et al.

**158.**   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0068
Description:  Comments of Katherine Hanley re the Texas LNG Project et al. under PF15-14 et al.

**159.**   Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0069
Description:  Comments of Camas F. Key re the Natural Gas Liquefaction Pipeline Project under PF15-14 et al.

**Record
Item No.**     **Description**

160.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0070
            Description:  Comments of Megan Chilcutt re the LNG Plant Project
            et al. under PF15-14 et al.

161.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0071
            Description:  Comments of C. G. Rakestraw re the Texas LNG Project
            et al. under PF15-14 et al.

162.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0072
            Description:  Comments of Jacqueline Herbert re the Texas LNG
            Project et al. under PF15-14 et al.

163.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0073
            Description:  Comments of Walter B. Birdwell re the Texas LNG
            Project et al. under PF15-14 et al.

164.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0074
            Description:  Comments of Karen D. Fossom re the Texas LNG
            Project et al. under PF15-14 et al.

165.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0075
            Description:  Comments of Bertha Zamora re the Texas LNG Project
            et al. under PF15-14 et al.

**Record
Item No.**     **Description**

166.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0076
            Description:  Comments of Maria G. Alvarez re the Texas LNG
            Project et al. under PF15-14 et al.

167.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0077
            Description:  Comments of Carlos J. Galvan re the Texas LNG Project
            et al. under PF15-14 et al.

168.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0078
            Description:  Comments of Beverly Anastasoff re the Texas LNG
            Project et al. under PF15-14 et al.

169.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0079
            Description:  Comments of Joseph Bogoned re the Texas LNG Project
            et al. under PF15-14 et al.

170.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0080
            Description:  Comments of Shane Welch re the Texas LNG Project et
            al. under PF15-14 et al.

171.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0081
            Description:  Comments of Kim Garcia re the Texas LNG Project et
            al. under PF15-14 et al.

| **Record Item No.** | **Description** |
|---|---|

172.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0082
Description:  Comments of Sandra Byrd re the Texas LNG Project et al. under PF15-14 et al.

173.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0083
Description:  Comments of Patricia Younger re the Texas LNG Project et al. under PF15-14 et al.

174.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0084
Description:  Comments of C. C. Rakestraw re the Texas LNG Project et al. under PF15-14 et al.

175.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0085
Description:  Comments of Carlos R. Canas re the Texas LNG Project et al. under PF15-14 et al.

176.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0086
Description:  Comments of Rob Youker re the Texas LNG Project et al. under PF15-14 et al.

177.  Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0087
Description:  Comments of Rob Nixon re the Texas LNG Export Project et al. under PF15-14 et al.

**Record
Item No.**    **Description**

178.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0088
Description:  Comments of Kimberly Waldorf re the Texas LNG
Export Project et al. under PF15-15 et al.

179.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0089
Description:  Comments of Sarah Merrill re the Texas LNG Export
Project et al. under PF15-15 et al.

180.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0090
Description:  Comments of Robert Waldorf re the Texas LNG Export
Project et al. under PF15-14 et al.

181.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0091
Description:  Comments of Grant Wilson re the Texas LNG Export
Project et al. under PF15-14 et al.

182.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0092
Description:  Comments of Marilyn Lorenz re the Texas LNG Export
Project et al. under PF15-14 et al.

183.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0093
Description:  Comments of Chuck Lorenz re the Texas LNG Export
Project et al. under PF15-14 et al.

**Record
Item No.**    **Description**

184.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0094
Description:  Comments of Frank Parker re the Texas LNG Export
Project et al. under PF15-14 et al.

185.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0095
Description:  Comments of Francisco Hernandez re the Texas LNG
Export Project et al. under PF15-14 et al.

186.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0096
Description:  Comments of Jeannine Gilliand re the Texas LNG
Export Project et al. under PF15-14 et al.

187.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0097
Description:  Comments of Ellen Snyder re the Texas LNG Export
Project et al. under PF15-14 et al.

188.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0098
Description:  Comments of Maria de J. re the Texas LNG Export
Project et al. under PF15-14 et al.

189.    Filed By: Individual
Filed Date:  8/20/2015
Accession No:  20150820-0099
Description:  Comments of Lucinda Wieranga re the Texas LNG
Export Project et al. under PF15-14 et al.

**Record**
**Item No.**    **Description**

190.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0111
        Description:  Comments of David H. Woolverton re the Texas LNG
        Project et al. under PF15-14 et al.

191.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0115
        Description:  Comments of Katheleen Lillie re the LNG Project under
        PF15-14 et al.

192.    Filed By: Individuals
        Filed Date:  8/20/2015
        Accession No:  20150820-0116
        Description:  Comments of Stefanie Herweck et al. re a scoping
        meeting for the Texas LNG Project et al. under PF15-14 et al.

193.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0118
        Description:  Comments of Kathryn Lewis re the Texas LNG Project
        et al. under PF15-14 et al.

194.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0124
        Description:  Comments of Joel Melton re the Rio Grande LNG
        Project under PF15-20.

195.    Filed By: Individual
        Filed Date:  8/20/2015
        Accession No:  20150820-0125
        Description:  Comments of Alice Bax re the Rio Grande LNG Project
        under PF15-20.

**Record
Item No.**     **Description**

196.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0126
            Description:  Comments of Efigenia A. Harmon re the Rio Grande
            Project under PF15-20.

197.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0127
            Description:  Comments of Jerry Brown re the Rio Grande Project
            under PF15-20.

198.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0128
            Description:  Comments of Patricia Younger re the Rio Grande
            Project under PF15-20.

199.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0129
            Description:  Comments of Osbert Haro re satellite data regarding
            U.S. Methane Hot Spot under PF15-15 et al.

200.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0130
            Description:  Comments of David A. Smith re the Texas LNG Project
            et al. under PF15-14 et al.

201.        Filed By: Individual
            Filed Date:  8/20/2015
            Accession No:  20150820-0131
            Description:  Comments of Karen Pfeiffer re the Texas LNG Project
            et al. under PF15-14 et al.

| **Record Item No.** | **Description** |
|---|---|

202.  Filed By: Individual
Filed Date: 8/20/2015
Accession No: 20150820-0132
Description: Comments of Norma Saenz re the Texas LNG Project et al. under PF15-14 et al.

203.  Filed By: Individual
Filed Date: 8/20/2015
Accession No: 20150820-0133
Description: Comments of Patricia E. Gonzales re the Texas LNG Project et al. under PF15-14 et al.

204.  Filed By: Individual
Filed Date: 8/20/2015
Accession No: 20150820-0134
Description: Comments of Ricky Alexander re the Texas LNG Project et al. under PF15-14 et al.

205.  Filed By: Individual
Filed Date: 8/20/2015
Accession No: 20150820-0135
Description: Comments of Sally Blixt re the Texas LNG Project et al. under PF15-14 et al.

206.  Filed By: Individual
Filed Date: 8/20/2015
Accession No: 20150820-0136
Description: Comments of Douglas Pettit re the Texas LNG Project et al. under PF15-14 et al.

207.  Filed By: Individual
Filed Date: 8/24/2015
Accession No: 20150824-0070
Description: Comments of Sonia Martin re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

**208.** Filed By: Individual
Filed Date: 8/24/2015
Accession No: 20150824-0071
Description: Comments of William B. Beay re the Annova LNG
Brownsville Project et al. under PF15-15 et al.

**209.** Filed By: Individual
Filed Date: 8/24/2015
Accession No: 20150824-0072
Description: Comments of Caren Craig re the Texas LNG Project et
al. under PF15-14 et al.

**210.** Filed By: Individual
Filed Date: 8/24/2015
Accession No: 20150824-5116
Description: Comment of Nicole Ekstrom under PF15-14-000, et al.
This comment is in reference to Docket No. PF15-15, PF15-14, and
PF15-20.

**211.** Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 8/24/2015
Accession No: 20150824-5236
Description: Monthly Pre-Filing Status Report No. 4 Rio Grande
LNG, LLC, et al. under PF15-20.

**212.** Filed By: Individual
Filed Date: 8/24/2015
Accession No: 20150824-5284
Description: Comment of Texas Parks and Wildlife Department
regarding environmental issues under PF15-20.

**213.** Filed By: America's Natural Gas Alliance
Filed Date: 8/24/2015
Accession No: 20150824-5313
Description: Comment of America's Natural Gas Alliance under
PF15-20.

**Record
Item No.    Description**

214.        Filed By: Individual
            Filed Date:  8/24/2015
            Accession No:  20150904-0019
            Description:  Comments of Laura Jobe re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

215.        Filed By: Individual
            Filed Date:  8/25/2015
            Accession No:  20150825-0073
            Description:  Comments of Susan Wilkins Geery re the Texas LNG
            Project et al. under PF15-14 et al.

216.        Filed By: Individual
            Filed Date:  8/25/2015
            Accession No:  20150825-5018
            Description:  Comment of Michael Francis in Docket(s)/Project(s)
            PF15-20-000. Submission Date: 8/24/2015.

217.        Filed By: Individual
            Filed Date:  8/25/2015
            Accession No:  20150825-5032
            Description:  Comment of Geoffrey M. Bogorad under PF15-20.

218.        Filed By: Individual
            Filed Date:  8/26/2015
            Accession No:  20150826-0045
            Description:  Comments of Alex Avator re the Texas LNG Project et
            al. under PF15-14 et al.

219.        Filed By: Individual
            Filed Date:  8/26/2015
            Accession No:  20150826-0047
            Description:  Comments of Maria L. Torres re the Texas LNG Project
            et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

**220.**      Filed By: Individual
Filed Date: 8/26/2015
Accession No: 20150826-0048
Description: Comments of Mary Jane Zamarripa re the Texas LNG Project et al. under PF15-14 et al.

**221.**      Filed By: Individual
Filed Date: 8/26/2015
Accession No: 20150826-0049
Description: Comments of Theresa L. Rudolph re the Annova LNG Brownsville Project et al. under PF15-15 et al.

**222.**      Filed By: Individuals
Filed Date: 8/26/2015
Accession No: 20150826-0050
Description: Comments of Andres and Laurel Alvarez re the Texas LNG Project et al. under PF15-14 et al.

**223.**      Filed By: Individuals
Filed Date: 8/26/2015
Accession No: 20150826-0051
Description: Comments of Monica Kindervater and Earl Shadle re the Texas LNG Project et al. under PF15-14 et al.

**224.**      Filed By: Individuals
Filed Date: 8/26/2015
Accession No: 20150826-0053
Description: Comments of Bonnie and Ernie Rodriguez re the Texas LNG Project et al. under PF15-14 et al.

**225.**      Filed By: Department Of The Army
Filed Date: 8/26/2015
Accession No: 20150826-0055
Description: Department of the Army submits comments re the Notice of Intent to prepare an Environmental Impact Statement dated 7/23/15 re the Rio Grande LNG, LLC Project under PF15-20.

**Record Item No.**   **Description**

226.    Issued By: Texas LNG Brownsville LLC
        Filed Date:  8/26/2015
        Accession No:  20150826-4048
        Description:  Pre-Filing Interagency Meeting dated August 2015 re
        Texas LNG Project et al. under PF15-14 et al.

227.    Filed By: Individual
        Filed Date:  8/31/2015
        Accession No:  20150831-0054
        Description:  Comments of Julie Edelstein-Best re the Texas LNG
        Project et al. under PF15-14 et al.

228.    Filed By: Individual
        Filed Date:  8/31/2015
        Accession No:  20150831-0067
        Description:  Comments of Cecelia Bliss re the Texas LNG Project et
        al. under PF15-14 et al.

229.    Filed By: Individual
        Filed Date:  8/31/2015
        Accession No:  20150831-0071
        Description:  Comments of Laurey Mouledous re the Texas LNG
        Project et al. under PF15-14 et al.

230.    Filed By: Individual
        Filed Date:  8/31/2015
        Accession No:  20150831-0072
        Description:  Comments of Larry Hollmann re the Northeast Energy
        Direct Project under PF15-14 et al.

231.    Filed By: Individual
        Filed Date:  8/31/2015
        Accession No:  20150831-0091
        Description:  Comments of William C. Best re the proposed LNG
        Plant Project under PF15-14 et al.

| Record Item No. | Description |
| --- | --- |

232.    Filed By: Individual
        Filed Date:  8/31/2015
        Accession No:  20150831-5138
        Description:  Comment of Larry Holtzman under PF15-14, et al.

233.    Filed By: Individual
        Filed Date:  8/31/2015
        Accession No:  20150831-5168
        Description:  Comment of Cecilia Garrett in Docket(s)/Project(s)
        PF15-20-000.

234.    Filed By: Individual
        Filed Date:  9/1/2015
        Accession No:  20150902-0013
        Description:  Comments of Susan Bagley re the Texas LNG Project et
        al. under PF15-14 et al.

235.    Filed By: Individual
        Filed Date:  9/1/2015
        Accession No:  20150901-0042
        Description:  Comments of Barry Bagley re the Texas LNG Project et
        al. under PF15-14 et al.

236.    Issued By: Office of Energy Projects
        Filed Date:  9/1/2015
        Accession No:  20150901-4008
        Description:  Transcript of the August 10, 2015 Scoping Meeting held
        in Raymondville, Texas re the Rio Grande LNG Project under PF15-
        20.

237.    Issued By: Office of Energy Projects
        Filed Date:  9/1/2015
        Accession No:  20150901-4009
        Description:  Transcript of the August 11, 2015 Scoping Meeting held
        in Port Isabel, TX re the Texas LNG Project et al. under PF15-14 et
        al.

**Record
Item No.**     **Description**

238.       Issued By: Office of Energy Projects
Filed Date:  9/1/2015
Accession No:  20150901-4010
Description:  Transcript of the August 13, 2015 Scoping Meeting held
in Kingsville, Texas re the Rio Grande LNG Project under PF15-20.

239.       Filed By: Individual
Filed Date:  9/1/2015
Accession No:  20150901-5083
Description:  Comment of Patrick Anderson in Docket(s)/Project(s)
PF15-20-000.

240.       Filed By: Individual
Filed Date:  9/2/2015
Accession No:  20150902-0029
Description:  Comments of Charles B. Schmidt re the Texas LNG
Project et al. under PF15-14 et al.

241.       Filed By: Individual
Filed Date: 9/02/2015
Accession No. 20150902-5004
Description:  Comment of Larry G. Schroeder in Docket(s)/Project(s)
PF15-14, PF15-15.

241.       Filed By: Individual
Filed Date:  9/2/2015
Accession No:  20150902-5060
Description:  Comment of Tomas Cuellar under PF15-15, et al.
statement in support of proposed construction of three (3) LNG
terminals on the Brownsville (Texas) Ship Channel.

242.       Filed By: Individual
Filed Date:  9/2/2015
Accession No:  20150902-5105
Description:  Comment of Monte Schwarz in Docket(s)/Project(s)
PF15-14-000, PF15-20-000.

**Record Item No.**     **Description**

243.      Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
          Filed Date: 9/2/2015
          Accession No: 20150902-5197
          Description: Comments in FERC under PF15-20/Rio Grande LNG,
          LLC, et al.

244.      Filed By: Individual
          Filed Date: 9/3/2015
          Accession No: 20150903-5010
          Description: Comment of Patricia A. Salazar in Docket(s)/Project(s)
          PF15-20-000. Submission Date: 9/2/2015.

245.      Filed By: Individuals
          Filed Date: 9/3/2015
          Accession No: 20150903-5026
          Description: Comments of 3 individuals: Gomez, Williams, Resendez
          on Brownsville, Texas LNG Export Terminals under PF15-14, et al.

246.      Filed By: Individuals
          Filed Date: 9/3/2015
          Accession No: 20150903-5029
          Description: Comments of 18 individuals under PF15-14, PF15-15,
          and PF15-20.

247.      Filed By: Individuals
          Filed Date: 9/3/2015
          Accession No: 20150903-5031
          Description: Comments of 14 individuals regarding PF15-14, PF15-
          15, and PF15-20.

248.      Filed By: Individual
          Filed Date: 9/3/2015
          Accession No: 20150903-5033
          Description: Protest of Charlotte A. Barker-Stanton under PF15-15,
          et al. submitted for comment period re LNG transport terminals in S.
          Texas re Annova LG PF15-15, Texas LNG PF15-14, Rio Grande
          LNG PF15-20.

| **Record Item No.** | **Description** |
|---|---|

249.    Filed By: Individual
Filed Date: 9/3/2015
Accession No: 20150903-5034
Description: Comment of Scott Nicol under PF15-14-000, PF15-15, et al.

250.    Filed By: Individual
Filed Date: 9/3/2015
Accession No: 20150903-5107
Description: Comment of William A. DiLibero in Docket(s)/ Project(s) PF15-20-000, PF15-14-000.

251.    Filed By: Defenders Of Wildlife
Filed Date: 9/3/2015
Accession No: 20150903-5115
Description: Comments of Defenders Of Wildlife under PF15-14, et al.

252.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 9/3/2015
Accession No: 20150903-5118
Description: Rio Grande LNG, LLC, et al. under PF15-20: Additional Letter of Support (Brownsville City Of Commerce as a part of the 15 comments filed on 9-2-15 with Submission ID 603175 and Accession No. 20150902-5197.

253.    Filed By: Individuals
Filed Date: 9/3/2015
Accession No: 20150903-5136
Description: Comment of Jerry M. and Linda Montgomery under PF15-14, et al.

254.    Filed By: Individual
Filed Date: 9/3/2015
Accession No: 20150903-5143
Description: Comment of Karen V. Boward in Docket(s)/Project(s) PF15-15-000, PF15-20-000.

**Record
Item No.**     **Description**

255.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0017
            Description:  Comments of Nancy Russell re the Brownsville, Texas
            LNG Export Terminals under PF15-14 et al.

256.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0018
            Description:  Comments of Beverly Veltman re the Brownsville,
            Texas LNG Export Terminals under PF15-15 et al.

257.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0020
            Description:  Comments of Jenise Madden re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

258.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0021
            Description:  Comments of Kristen Pierce re the Brownsville, Texas
            LNG Export Terminals under PF15-14 et al.

259.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0022
            Description:  Comments of Keena Miller re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

260.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0023
            Description:  Comments of Mary Wilcox re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

| **Record Item No.** | **Description** |
|---|---|

261.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0024
Description:  Comments of Phyllis Burks re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

262.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0025
Description:  Comments of Shirley Webb re the Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

263.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0026
Description:  Comments of John Petrarca re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

264.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0027
Description:  Comments of William Heath re the Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

265.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0028
Description:  Comments of Gary Stephens re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

266.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0029
Description:  Comments of Lee Loe re the Brownsville, Texas LNG
Export Terminals under PF15-15 et al.

**Record**
**Item No.**     **Description**

267.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0030
         Description:  Comments of Patrick Anderson re the Texas LNG
         Export Terminals under PF15-14 et al.

268.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0031
         Description:  Comments of Jannette Ramos under PF15-15 et al.

269.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0032
         Description:  Comments of James Klein re the Brownsville, Texas
         LNG Export Terminals under PF15-14 et al.

270.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0033
         Description:  Comments of James Padier re the Texas LNG Export
         Terminals under PF15-15 et al.

271.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0034
         Description:  Comments of Laura St. Clair re Brownsville, Texas
         LNG Export Terminals under PF15-15 et al.

272.     Filed By: Individual
         Filed Date:  9/4/2015
         Accession No:  20150904-0035
         Description:  Comments of Raquel Estevez re the Texas LNG Export
         Terminals under PF15-15 et al.

**Record
Item No.**    <u>Description</u>

273.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0036
Description: Comments of Dorothy Schleicher re the Brownsville,
Texas LNG Export Terminals under PF15-15 et al.

274.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0037
Description: Comments of Cecil O. Braun re the Texas LNG Project
et al. under PF15-14 et al.

275.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0038
Description: Comments of Frank Hands re the Texas LNG Project et
al. under PF15-14 et al.

276.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0039
Description: Comments of Carol Nicks re the Texas LNG Project et
al. under PF15-14 et al.

277.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0040
Description: Comments of Lucy Brown re the Texas LNG Project et
al. under PF15-14 et al.

278.    Filed By: Individual
Filed Date: 9/4/2015
Accession No: 20150904-0041
Description: Comments of Michael Monahan re the Texas LNG
Project et al. under PF15-14 et al.

**Record
Item No.**      **Description**

279.       Filed By: Individual
           Filed Date:  9/4/2015
           Accession No:  20150904-0042
           Description:  Comments of Helen Anders re the Texas LNG Project et
           al. under PF15-14 et al.

280.       Filed By: Sea Turtle, Incorporated
           Filed Date:  9/4/2015
           Accession No:  20150904-0044
           Description:  Sea Turtle Inc. submits public comments regarding the
           Annova LNG Brownsville Project under PF15-15 et al.

281.       Filed By: South Padre Island Business Owners Association
           Filed Date:  9/4/2015
           Accession No:  20150904-0045
           Description:  Comments of Joni Montover (South Padre Island
           Business Owner) re the LNG Facilities under PF15-14 et al.

282.       Filed By: Individual
           Filed Date:  9/4/2015
           Accession No:  20150904-0049
           Description:  Comments of Idell Fowler re the Brownsville, Texas
           LNG Export Terminals under PF15-14 et al.

283.       Filed By: Individual
           Filed Date:  9/4/2015
           Accession No:  20150904-0050
           Description:  Comments of Anna Towns re the Brownsville, Texas
           LNG Export Terminals under PF15-14 et al.

284.       Filed By: Individual
           Filed Date:  9/4/2015
           Accession No:  20150904-0051
           Description:  Comments of Norma Raymond re the Brownsville,
           Texas LNG Export Terminals under PF15-14 et al.

**Record**
**Item No.**    **Description**

285.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0052
Description:  Comments of Cole Ethridge re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

286.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0053
Description:  Comments of Robert Murry re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

287.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0054
Description:  Comments of Mary Jozwiak re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

288.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0055
Description:  Comments of Alicen Flosi re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

289.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0056
Description:  Comments of Gayle Goff re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

290.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0057
Description:  Comments of Arantza Alvarado re the Brownsville,
Texas LNG Export Terminals under PF15-14 et al.

| Record Item No. | Description |
|---|---|

291.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0058
Description:  Comments of Lisa Adam re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

292.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0059
Description:  Comments of Elaine Sanchez re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

293.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0060
Description:  Comments of Paula Wyche re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

294.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0061
Description:  Comments of Sandra Drescher re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

295.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0062
Description:  Comments of Patti Edelman re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

296.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0063
Description:  Comments of Jane Chamberlain re the Brownsville,
Texas LNG Export Terminals under PF15-14 et al.

| Record Item No. | Description |
|---|---|

**297.**     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0064
Description:  Comments of Charis Fleming re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

**298.**     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0065
Description:  Comments of Joy McMillin re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

**299.**     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0066
Description:  Comments of Lisa Fisher re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

**300.**     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0067
Description:  Comments of Linda Cain re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

**301.**     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0068
Description:  Comments of Judith Emerson re the Brownsville, Texas
LNG Export Terminals under PF15-14 et al.

**302.**     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0069
Description:  Comments of William Wildfong re the Brownsville,
Texas LNG Export Terminals under PF15-14 et al.

| Record Item No. | Description |
| --- | --- |

303.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0070
Description:  Comments of Donna Marhoun re the Brownsville, Texas LNG Export Terminals under PF15-14 et al.

304.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0071
Description:  Comments of Barbara Eckert re the Texas LNG Export Terminals under PF15-15 et al.

305.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0072
Description:  Comments of Jodi Goodwin re the Texas LNG Export Terminals under PF15-15 et al.

306.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0073
Description:  Comments of Justin Bautista re the Texas LNG Export Terminals under PF15-15 et al.

307.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0074
Description:  Comments of Shelva Wood re the Brownsville, Texas LNG Export Terminals under PF15-15 et al.

308.     Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0075
Description:  Comments of Leslie Smith re the Brownsville, Texas LNG Export Terminals under PF15-15 et al.

**Record
Item No.**   **Description**

309.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0076
            Description:  Comments of Leona Diener re the Texas LNG Export
            Terminals under PF15-15 et al.

310.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0077
            Description:  Comments of David T. Spencer re the Brownsville,
            Texas LNG Export Terminals under PF15-15 et al.

311.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0078
            Description:  Comments of Suzanne Herzing re the Texas LNG
            Export Terminals under PF15-15 et al.

312.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0079
            Description:  Comments of Elma Arredondo re the Brownsville,
            Texas LNG Export Terminals under PF15-15 et al.

313.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0080
            Description:  Comments of Kate Cleland-Siple re the Texas LNG
            Export Terminals under PF15-15 et al.

314.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0081
            Description:  Comments of Alexa Salas re the Texas LNG Export
            Terminals under PF15-15 et al.

**Record
Item No.**    <u>**Description**</u>

315.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0082
            Description:  Comments of James Eggers re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

316.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0083
            Description:  Comments of James Parsons re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

317.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0084
            Description:  Comments of Carol Nichols re the Texas LNG Export
            Terminals under PF15-15 et al.

318.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0085
            Description:  Comments of Carol Swiech re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

319.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0086
            Description:  Comments of Mallory Collin re the Texas LNG Export
            Terminals under PF15-15 et al.

320.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0087
            Description:  Comments of Malva Mcintosh re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

**Record**
**Item No.**        **Description**

321.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0088
            Description:  Comments of Robert Carpenter re the Texas LNG
            Export Terminals under PF15-15 et al.

322.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0089
            Description:  Comments of Christian Yu re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

323.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0090
            Description:  Comments of Laura Rodriguez re the Texas LNG Export
            Terminals under PF15-15 et al.

324.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0091
            Description:  Comments of Mark McKim re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

325.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0092
            Description:  Comments of Richard Faidley re the Texas LNG Export
            Terminals under PF15-15 et al.

326.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0093
            Description:  Comments of Vera Givens re the Texas LNG Export
            Terminals under PF15-15 et al.

**Record
Item No.**     <u>**Description**</u>

327.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0094
            Description:  Comments of Shari Zaloski re the Texas LNG Export
            Terminals under PF15-15 et al.

328.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0095
            Description:  Comments of George McKee re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

329.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0096
            Description:  Comments of Ian Cunningham re the Texas LNG Export
            Terminals under PF15-15 et al.

330.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0097
            Description:  Comments of Mrs. K. Taylor re the Texas LNG Export
            Terminals under PF15-15 et al.

331.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0098
            Description:  Comments of Kim Kirby re the Texas LNG Export
            Terminals under PF15-15 et al.

332.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0099
            Description:  Comments of Andre Walter re the Texas LNG Export
            Terminals under PF15-15 et al.

**Record
Item No.**   <u>**Description**</u>

333.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0100
            Description:  Comments of Christine Petty re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

334.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0101
            Description:  Comments of Ellen Katzen re the Texas LNG Export
            Terminals under PF15-15 et al.

335.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0102
            Description:  Comments of Stefan Brunel re the Texas LNG Export
            Terminals under PF15-15 et al.

336.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0103
            Description:  Comments of Franklin Platizky re the Texas LNG
            Export Terminals under PF15-15 et al.

337.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0104
            Description:  Comments of Lellani Valdez re the Texas LNG Export
            Terminals under PF15-15 et al.

338.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0105
            Description:  Comments of Felix Valdez re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

**Record
Item No.**     **Description**

339.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0106
            Description:  Comments of Patricia Brooks re the Texas LNG Export
            Terminals under PF15-15 et al.

340.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0107
            Description:  Comments of Lisa Silguero re the Texas LNG Export
            Terminals under PF15-15 et al.

341.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0108
            Description:  Comments of Kathryn Craddock re the Texas LNG
            Export Terminals under PF15-15 et al.

342.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0109
            Description:  Comments of Deborah Alvarado re the Texas LNG
            Export Terminals under PF15-15 et al.

343.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0110
            Description:  Comments of Dyan Muse re the Texas LNG Export
            Terminals under PF15-15 et al.

344.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0111
            Description:  Comments of Lisa Alonzo re the Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

**Record
Item No.    Description**

345.      Filed By: Individual
          Filed Date:  9/4/2015
          Accession No:  20150904-0112
          Description:  Comments of Betty Abedor re the Texas LNG Export
          Terminals under PF15-15 et al.

346.      Filed By: Individual
          Filed Date:  9/4/2015
          Accession No:  20150904-0113
          Description:  Comments of Robert Krone re the Brownsville, Texas
          LNG Export Terminals under PF15-15 et al.

347.      Filed By: Individual
          Filed Date:  9/4/2015
          Accession No:  20150904-0114
          Description:  Comments of Benjamin Warfield re the Texas LNG
          Export Terminals under PF15-15 et al.

348.      Filed By: Individual
          Filed Date:  9/4/2015
          Accession No:  20150904-0115
          Description:  Comments of Monica Schatz re the Texas LNG Export
          Terminals under PF15-15 et al.

349.      Filed By: Individual
          Filed Date:  9/4/2015
          Accession No:  20150904-0116
          Description:  Comments of David Zambie re the Brownsville, Texas
          LNG Export Terminals under PF15-15 et al.

350.      Filed By: Individual
          Filed Date:  9/4/2015
          Accession No:  20150904-0117
          Description:  Comments of Juanita Bittle re the Brownsville, Texas
          LNG Export Terminals under PF15-15 et al.

**Record**
**Item No.**        **Description**

351.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0118
            Description:  Comments of Tina Kerstetter-Kennedy re Texas LNG
            Export Terminals under PF15-15 et al.

352.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0119
            Description:  Comments of Bethany Lara re Brownsville, Texas LNG
            Export Terminals under PF15-15 et al.

353.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0120
            Description:  Comments of Angela Millis re Brownsville, Texas LNG
            Export Terminals under PF15-15 et al.

354.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0121
            Description:  Comments of Juanita Stringfield re Brownsville, Texas
            LNG Export Terminals under PF15-15 et al.

355.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0122
            Description:  Comments of Sandra Uribe re Brownsville, Texas LNG
            Export Terminals under PF15-15 et al.

356.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-0123
            Description:  Comments of Linda Day re Brownsville, Texas LNG
            Export Terminals under PF15-15 et al.

**Record
Item No.**    <u>**Description**</u>

357.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0124
Description:  Comments of Jannette Ramos re Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

358.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0125
Description:  Comments of Christina Gonzalez re Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

359.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0126
Description:  Comments of Jazmin Gonzalez re Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

360.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0127
Description:  Comments of Marsha Griffin re Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

361.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0128
Description:  Comments of Emilie Sebesta re Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

362.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-0129
Description:  Comments of Yvonne Hansen re Brownsville, Texas
LNG Export Terminals under PF15-15 et al.

**Record
Item No.**      **Description**

363.   Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-0130
      Description:  Comments of Miranda van Dalen re Brownsville, Texas
      LNG Export Terminals under PF15-15 et al.

364.   Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-0131
      Description:  Comments of Rosario Martinez re Brownsville, Texas
      LNG Export Terminals under PF15-15 et al.

365.   Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-0132
      Description:  Comments of Celestino Gallegos re the Brownsville,
      Texas LNG Export Terminals under PF15-15 et al.

366.   Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-5019
      Description:  Comment of Robert Huff in Docket(s)/Project(s) PF15-
      20-000. Submission Date: 9/3/2015.

367.   Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-5020
      Description:  Comment of Robert Huff in Docket(s)/Project(s) PF15-
      20-000, PF15-20-000.  Submission Date: 9/3/2015.

368.   Filed By: Individual
      Filed Date:  9/4/2015
      Accession No:  20150904-5031
      Description:  Comment of Madeleine Sandefur in Docket(s)/Project(s)
      PF15-20-000.  Submission Date: 9/3/2015.

**Record**
**Item No.**     <u>**Description**</u>

369.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5038
            Description:  Comment of Christine G. Rakestraw in Docket(s)/
            Project(s) PF15-20-000.

370.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5041
            Description:  Comment of Patrick Anderson in Docket(s)/Project(s)
            PF15-20-000.

371.        Filed By: Individuals
            Filed Date:  9/4/2015
            Accession No:  20150904-5055
            Description:  Comments of Aaron Seau Gomez and 52 other
            individuals under PF15-14, PF15-15 and PF15-20.

372.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5059
            Description:  Comments of Alma G. Leal under PF15-20.

373.        Filed By: Individuals
            Filed Date:  9/4/2015
            Accession No:  20150904-5074
            Description:  Comment of Gloria McKee and 249 others under PF15-
            14, et al.

374.        Filed By: Individuals
            Filed Date:  9/4/2015
            Accession No:  20150904-5081
            Description:  Comment of Alix Flores and 199 other individuals under
            PF15-14, et al.

**Record
Item No.**     **Description**

375.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5103
Description:  Comments of Michael Bernard and 249 other
individuals under PF15-14, et al.

376.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5114
Description:  Comment of Kat Martinez and 249 other individuals
under PF15-14, PF15-15, PF15-20.

377.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5115
Description:  Comment of Rosemarie Rodriguez and 271 other
individuals under PF15-14, PF15-15, and PF15-20.

378.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5117
Description:  Comment of Debbie Anderson under PF15-14, PF15-15,
and PF15-20.

379.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5119
Description:  Comment of Robert Delgado and 3 other individuals
under PF15-14, PF15-15, and PF15-20.

380.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5120
Description:  Comments of Jay Galloway and 9 other individuals
under PF15-14, PF15-15, and PF15-20.

**Record
Item No.**    <u>Description</u>

381.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5121
Description:  Comments of Galtry Lang and 9 other individuals under PF15-14, PF15-15, PF15-20.

382.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5122
Description:  Comment of Rio Grande Valley Hispanic Chamber of Commerce under PF15-14, et. al.

383.    Filed By: Individuals
Filed Date:  9/4/2015
Accession No:  20150904-5123
Description:  Comments of Sharon Taylor and 1 other individual under PF15-14, PF15-15, and PF15-20.

384.    Filed By: Sierra Club - Lower Rio Grande Valley Group
Filed Date:  9/4/2015
Accession No:  20150904-5124
Description:  Comment of Sierra Club - Lower Rio Grande Valley Group under PF15-14, et al.

385.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5179
Description:  Comment of John A. Sossi in Docket(s)/Project(s) PF15-15-000, PF15-20-000.

386.    Filed By: Individual
Filed Date:  9/4/2015
Accession No:  20150904-5219
Description:  Comment of Cynthia M. Sarthou in Docket(s)/Project(s) PF15-20-000.

**Record
Item No.**     **Description**

387.        Filed By: Town of Laguna Vista
            Filed Date:  9/4/2015
            Accession No:  20150904-5236
            Description:  Resolution of Town of Laguna Vista for Annova LNG
            under PF15-14, et al.

388.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5253
            Description:  Comment of David C. Swider in Docket(s)/Project(s)
            PF15-15-000, PF15-20-000.

389.        Filed By: Irvine & Conner, PLLC
            Filed Date:  9/4/2015
            Accession No:  20150904-5263
            Description:  Comment of Lone Star Chapter of Sierra Club and Save
            RGV from LNG under PF15-14, et al.

390.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5320
            Description:  Comment of Joni S. Montover under PF15-14, et al.

391.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5330
            Description:  Comment of Fred Tyre Brown Jr. in Docket(s)/Project(s)
            PF15-20-000.

392.        Filed By: Individual
            Filed Date:  9/4/2015
            Accession No:  20150904-5397
            Description:  Comment of Joni S. Montover under PF15-14, et al.

| Record Item No. | Description |
| --- | --- |

393.  Filed By: Clean Gulf Commerce Coalition
Filed Date:  9/4/2015
Accession No:  20150904-5402
Description:  Scoping comments of Clean Gulf Commerce Coalition re Rio Grande LNG Project under PF15-20.

394.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0026
Description:  Comments of Calvin R. Byrd re the Texas LNG Project et al. under PF15-14 et al.

395.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0030
Description:  Comments of James Lewis re the Texas LNG Project et al. under PF15-14 et al.

396.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0031
Description:  Comments of Sue Cardona re the Texas LNG Project et al. under PF15-14 et al.

397.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0058
Description:  Comments of Eduardo Luna re the Texas LNG Project et al. under PF15-14 et al.

398.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0059
Description:  Comments of Flora Cavazos re the Texas LNG Project et al. under PF15-14 et al.

**Record
Item No.**     **Description**

399.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0060
            Description:  Comments of Rafael Martinez re the Texas LNG Project
            et al. under PF15-14 et al.

400.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0063
            Description:  Comments of Valeria Gonzalez re the Texas LNG
            Project et al. under PF15-14 et al.

401.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0064
            Description:  Comments of Ann Castales re the Texas LNG Project et
            al. under PF15-14 et al.

402.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0065
            Description:  Comments of Peggy Trahan re the Texas LNG Project et
            al. under PF15-14 et al.

403.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0066
            Description:  Comments of Cody J. Carnesi re the Texas LNG Project
            et al. under PF15-14 et al.

404.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0067
            Description:  Comments of Fabian Vela re the Texas LNG Project et
            al. under PF15-14 et al.

**Record
Item No.      Description**

405.        Filed By: Individuals
            Filed Date:  9/8/2015
            Accession No:  20150908-0068
            Description:  Comments of Dalia Yazmin and Molina Sanchez re the
            Texas LNG Project et al. under PF15-14 et al.

406.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0069
            Description:  Comments of Mary Wantland re the Texas LNG Project
            et al. under PF15-14 et al.

407.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0070
            Description:  Comments of Miguel Sorren re the Texas LNG Project
            et al. under PF15-14 et al.

408.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0071
            Description:  Comments of an individual re the Texas LNG Project et
            al. under PF15-14 et al.

409.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0073
            Description:  Comments of Odilia Jimenez re the Texas LNG Project
            et al. under PF15-14 et al.

410.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0074
            Description:  Comments of Blanca Cardoza re the Texas LNG Project
            et al. under PF15-14 et al.

**Record Item No.**     **Description**

411.     Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0075
Description:  Comments of Benjamin Gomez re the Texas LNG
Project et al. under PF15-14 et al.

412.     Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0076
Description:  Comments of Alfredo L. Mares re the Texas LNG
Project et al. under PF15-14 et al.

413.     Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0077
Description:  Comments of Lore Torres re the Texas LNG Project et
al. under PF15-14 et al.

414.     Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0078
Description:  Comments of Alejandro Sanchez re the Texas LNG
Project et al. under PF15-14 et al.

415.     Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0079
Description:  Comments of Mary F. Gonzalez re the Texas LNG
Project et al. under PF15-14 et al.

416.     Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0080
Description:  Comments of Maria Martinez re the Texas LNG Project
et al. under PF15-14 et al.

**Record
Item No.**     <u>Description</u>

417.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0081
        Description:  Comments of Johanna Jaramillo re the Texas LNG
        Project et al. under PF15-14 et al.

418.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0082
        Description:  Comments of Samantha Garcia re the Texas LNG
        Project et al. under PF15-14 et al.

419.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0084
        Description:  Comments of Gilbert Cardona re the Texas LNG Project
        et al. under PF15-14 et al.

420.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0085
        Description:  Comments of Reymalda Valle re the Texas LNG Project
        et al. under PF15-14 et al.

421.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0086
        Description:  Comments of Gerardo Chavez re the Texas LNG Project
        et al. under PF15-14 et al.

422.    Filed By: Individual
        Filed Date:  9/8/2015
        Accession No:  20150908-0087
        Description:  Comments of Michelle Jimenez re the Texas LNG
        Project et al. under PF15-14 et al.

**Record
Item No.**    **Description**

423.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0088
Description:  Comments of Ana Quiroz re the Texas LNG Project et
al. under PF15-14 et al.

424.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0089
Description:  Comments of Sandra Castillo re the Texas LNG Project
et al. under PF15-14 et al.

425.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0090
Description:  Comments of an individual re the Texas LNG Project et
al. under PF15-14 et al.

426.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0091
Description:  Comments of Irma Vera re the Texas LNG Project et al.
under PF15-14 et al.

427.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0092
Description:  Comments of Jesse Pizana Jr. re the Texas LNG Project
et al. under PF15-14 et al.

428.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0093
Description:  Comments of Jose Antonio Valle Hernandez re the
Texas LNG Project et al. under PF15-14 et al.

**Record
Item No.**    **Description**

429.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0094
Description:  Comments of Marielo Pena re the Texas LNG Project et
al. under PF15-14 et al.

430.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0095
Description:  Comments of Arnolfo Chavez re the Texas LNG Project
et al. under PF15-14 et al.

431.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0096
Description:  Comments of Severo Ruiz re the Texas LNG Project et
al. under PF15-14 et al.

432.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0097
Description:  Comments of Gisela Ayala re the Texas LNG Project et
al. under PF15-14 et al.

433.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0098
Description:  Comments of Hugo Mota re the Texas LNG Project et
al. under PF15-14 et al.

434.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0099
Description:  Comments of Beth Lewis re the Texas LNG Project et
al. under PF15-14 et al.

**Record Item No.** | **Description**

| **Record Item No.** | **Description** |
| --- | --- |
| 435. | Filed By: Individual<br>Filed Date: 9/8/2015<br>Accession No: 20150908-0100<br>Description: Comments of Ryan Donovan re the Texas LNG Project et al. under PF15-14 et al. |
| 436. | Filed By: Individual<br>Filed Date: 9/8/2015<br>Accession No: 20150908-0101<br>Description: Comments of Alma Linda Benavidez re the Texas LNG Project et al. under PF15-14 et al. |
| 437. | Filed By: Individual<br>Filed Date: 9/8/2015<br>Accession No: 20150908-0102<br>Description: Comments of Ariana Garcia re the Texas LNG Project et al. under PF15-14 et al. |
| 438. | Filed By: Individual<br>Filed Date: 9/8/2015<br>Accession No: 20150908-0103<br>Description: Comments of Joanna Castillo re the Texas LNG Project et al. under PF15-14 et al. |
| 439. | Filed By: Individual<br>Filed Date: 9/8/2015<br>Accession No: 20150908-0104<br>Description: Comments of an individual re the Texas LNG Project et al. under PF15-14 et al. |
| 440. | Filed By: Individual<br>Filed Date: 9/8/2015<br>Accession No: 20150908-0105<br>Description: Comments of Elizabeth Cantu re the Texas LNG Project et al. under PF15-14 et al. |

**Record**
**Item No.**      **Description**

441.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0106
            Description:  Comments of Jose Raul Jaramillo re the Texas LNG
            Project et al. under PF15-14 et al.

442.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0107
            Description:  Comments of Yesenia Herrera re the Texas LNG Project
            et al. under PF15-14 et al.

443.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0108
            Description:  Comments of an individual re the Texas LNG Project et
            al. under PF15-14 et al.

444.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0109
            Description:  Comments of Marisela Maua re the Texas LNG Project
            et al. under PF15-14 et al.

445.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0110
            Description:  Comments of Arely Valerio re the Texas LNG Project
            under PF15-14.

446.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0111
            Description:  Comments of Belda Gomez re the Texas LNG Project et
            al. under PF15-14 et al.

| Record<br>Item No. | Description |
|---|---|

447.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0112
Description:  Comments of Patrick Rodriguez re the Texas LNG
Project et al. under PF15-14 et al.

448.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0113
Description:  Comments of Jose R. Roche re the Texas LNG Project
et al. under PF15-14 et al.

449.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0114
Description:  Comments of Belen Aguirre re the Texas LNG Project
et al. under PF15-14 et al.

450.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0115
Description:  Comments of Diana H. Cortez Castro re the Texas LNG
Project et al. under PF15-14 et al.

451.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0116
Description:  Comments of Griseloa V. Ibarra re the Texas LNG
Project et al. under PF15-14 et al.

452.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0117
Description:  Comments of Darrell Davila re the Texas LNG Project
et al. under PF15-14 et al.

**Record**
**Item No.**     **Description**

453.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0118
           Description:  Comments of Pedro Cantu re the Texas LNG Project et
           al. under PF15-14 et al.

454.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0119
           Description:  Comments of an individual re the Texas LNG Project et
           al. under PF15-14 et al.

455.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0120
           Description:  Comments of Martha A. Martinez re the Texas LNG
           Project et al. under PF15-14 et al.

456.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0121
           Description:  Comments of Danny Bronin re the Texas LNG Project
           et al. under PF15-14 et al.

457.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0122
           Description:  Comments of Cesar Canchola re the Texas LNG Project
           et al. under PF15-14 et al.

458.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0123
           Description:  Comments of Rebecca Rodriguez re the Texas LNG
           Project et al. under PF15-14 et al.

**Record
Item No.**     **Description**

459.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0124
         Description:  Comments of Zeilha Garcia re the Texas LNG Project et
         al. under PF15-14 et al.

460.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0125
         Description:  Comments of Marie S. Fovar re the Texas LNG Project
         et al. under PF15-14 et al.

461.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0126
         Description:  Comments of Maria L. Garza re the Texas LNG Project
         et al. under PF15-14 et al.

462.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0127
         Description:  Comments of Jesus Gloria Jr. re the Texas LNG Project
         et al. under PF15-14 et al.

463.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0128
         Description:  Comments of M. Freeman re the Texas LNG Project et
         al. under PF15-14 et al.

464.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0129
         Description:  Comments of Reue Medina re the Texas LNG Project et
         al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

465.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0130
Description:  Comments of Juan Carlos Garcia re the Texas LNG
Project et al. under PF15-14 et al.

466.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0131
Description:  Comments of Bianca Rivas re the Texas LNG Project et
al. under PF15-14 et al.

467.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0132
Description:  Comments of Albert Gomez Jr. re the Texas LNG
Project et al. under PF15-14 et al.

468.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0133
Description:  Comments of Eloisa M. Villarreal re the Texas LNG
Project et al. under PF15-14 et al.

469.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0134
Description:  Comments of Monica Lee Luna re the Texas LNG
Project et al. under PF15-14 et al.

470.  Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0135
Description:  Comments of an individual re the Texas LNG Project et
al. under PF15-14 et al.

**Record
Item No.**     <u>**Description**</u>

471.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0136
Description:  Comments of Amanda Munez re the Texas LNG Project
et al. under PF15-14 et al.

472.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0137
Description:  Comments of Lupita Betzmane re the Texas LNG
Project et al. under PF15-14 et al.

473.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0138
Description:  Comments of Ezekiel Rodriguez re the Texas LNG
Project et al. under PF15-14 et al.

474.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0139
Description:  Comments of Ana Fatz re the Texas LNG Project et al.
under PF15-14 et al.

475.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0140
Description:  Comments of Diana Castro re the Texas LNG Project et
al. under PF15-14 et al.

476.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0141
Description:  Comments of Lu Gomez re the Texas LNG Project et al.
under PF15-14 et al.

**Record
Item No.**      **Description**

477.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0142
            Description:  Comments of H. Javier Lara re the Texas LNG Project
            et al. under PF15-14 et al.

478.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0143
            Description:  Comments of an individual re the Texas LNG Project et
            al. under PF15-14 et al.

479.        Filed By: Individuals
            Filed Date:  9/8/2015
            Accession No:  20150908-0144
            Description:  Comments of Vejoya Verein et al. re the Texas LNG
            Project et al. under PF15-14 et al.

480.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0145
            Description:  Comments of Jazmin Antonez re the Texas LNG Project
            et al. under PF15-14 et al.

481.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0146
            Description:  Comments of Amado Chavez re the Texas LNG Project
            et al. under PF15-14 et al.

482.        Filed By: Individual
            Filed Date:  9/8/2015
            Accession No:  20150908-0147
            Description:  Comments of Carmen Alvarez re the Texas LNG Project
            et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

483.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0148
Description:  Comments of Thania Gonzalez Garcia re the Texas LNG Project et al. under PF15-14 et al.

484.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0149
Description:  Comments of Mario Alvarez re the Texas LNG Project et al. under PF15-14 et al.

485.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0150
Description:  Comments of Luis A. Guitron re the Texas LNG Project et al. under PF15-14 et al.

486.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0156
Description:  Comments of Linda Garcia re the Texas LNG Project et al. under PF15-14 et al.

487.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0157
Description:  Comments of Daniela Tabooda re the Texas LNG Project et al. under PF15-14 et al.

488.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0158
Description:  Comments of Elsa Hernandez re the Texas LNG Project et al. under PF15-14 et al.

**Record
Item No.**    **Description**

489.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0163
Description:  Comments of Ethan Kohn re the Texas LNG Project et
al. under PF15-14 et al.

490.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0164
Description:  Comments of Mansol Alejos re the Texas LNG Project
et al. under PF15-14 et al.

491.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0165
Description:  Comments of Juana Alicia Ruiz re the Texas LNG
Project et al. under PF15-14 et al.

492.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0166
Description:  Comments of Leticia Hernandez re the Texas LNG
Project et al. under PF15-14 et al.

493.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0167
Description:  Comments of Santos Delgado re the Texas LNG Project
et al. under PF15-14 et al.

494.    Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-0168
Description:  Comments of Saul Ibarra re the Texas LNG Project et al.
under PF15-14 et al.

**Record
Item No.**     **Description**

495.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0169
         Description:  Comments of Christina Villarreal re the Texas LNG
         Project et al. under PF15-14 et al.

496.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0170
         Description:  Comments of Denise Garza re the Texas LNG Project et
         al. under PF15-14 et al.

497.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0176
         Description:  Comments of an individual re the Texas LNG Project et
         al. under PF15-14 et al.

498.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0177
         Description:  Comments of Fidencio Leal re the Texas LNG Project et
         al. under PF15-14 et al.

499.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0178
         Description:  Comments of Maria Antonia Hinojosa re the Texas LNG
         Project et al. under PF15-14 et al.

500.     Filed By: Individual
         Filed Date:  9/8/2015
         Accession No:  20150908-0179
         Description:  Comments of Thomas G. Martinez re the Texas LNG
         Project et al. under PF15-14 et al.

**Record
Item No.**      **Description**

501.            Filed By: Individual
                Filed Date:  9/8/2015
                Accession No:  20150908-0180
                Description:  Comments of David Martinez re the Texas LNG Project
                under PF15-14 et al.

502.            Filed By: Individual
                Filed Date:  9/8/2015
                Accession No:  20150908-0181
                Description:  Comments of Lisa Peters re the Texas LNG Project et al.
                under PF15-14 et al.

503.            Filed By: Individual
                Filed Date:  9/8/2015
                Accession No:  20150908-0182
                Description:  Comments of Xitlali Gonzalex re the Texas LNG Project
                et al. under PF15-14 et al.

504.            Filed By: Individual
                Filed Date:  9/8/2015
                Accession No:  20150908-0183
                Description:  Comments of Margarita Espinoza re the Texas LNG
                Project et al. under PF15-14 et al.

505.            Filed By: Individual
                Filed Date:  9/8/2015
                Accession No:  20150908-0184
                Description:  Comments of Caryn Perez re the Texas LNG Project et
                al. under PF15-14 et al.

506.            Filed By: Individual
                Filed Date:  9/8/2015
                Accession No:  20150908-0185
                Description:  Comments of Tiandre Butler re the Texas LNG Project
                et al. under PF15-14 et al.

**Record**
**Item No.**      **Description**

507.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0186
           Description:  Comments of Danielle Cabrera re the Texas LNG
           Project et al. under PF15-14 et al.

508.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0187
           Description:  Comments of Elizabeth Villarreal re the Texas LNG
           Project et al. under PF15-14 et al.

509.       Filed By: Individual
           Filed Date:  9/8/2015
           Accession No:  20150908-0189
           Description:  Comments of Felipa De Jesus Sanchez re the Texas
           LNG Project et al. under PF15-14 et al.

510.       Filed By: U.S. Department Of The Army, Galveston District, Corps of
           Engineers
           Filed Date:  9/8/2015
           Accession No:  20150908-0214
           Description:  U.S. Department of the Army, Galveston District, Corps
           of Engineers submits comments re the pre-application consultation for
           the Rio Grande LNG Project etc. under PF15-20.

511.       Issued By: Office of Energy Projects
           Filed Date:  9/8/2015
           Accession No:  20150908-4001
           Description:  Summary of the May 14, 2015 Pre-Filing Process
           Conference Call Notes among FERC staff, The RG Developers, et al.
           for the Rio Grande Project under PF15-20.

**Record**
**Item No.**     **Description**

512.     Issued By: Office of Energy Projects
Filed Date:  9/8/2015
Accession No:  20150908-4002
Description:  Summary of the May 28, 2015 Pre-Filing Process
Conference Call Notes among FERC staff, The RG Developers, et al.
for the Rio Grande Project under PF15-20.

513.     Issued By: Office of Energy Projects
Filed Date:  9/8/2015
Accession No:  20150908-4003
Description:  Summary of the June 11, 2015 Pre-Filing Process
Conference Call Notes among FERC staff, The RG Developers, et al.
for the Rio Grande Project under PF15-20.

514.     Issued By: Office of Energy Projects
Filed Date:  9/8/2015
Accession No:  20150908-4004
Description:  Summary of the June 25, 2015 Pre-Filing Process
Conference Call Notes among FERC staff, The RG Developers, et al.
for the Rio Grande Project under PF15-20.

515.     Issued By: Office of Energy Projects
Filed Date:  9/8/2015
Accession No:  20150908-4005
Description:  Summary of the July 9, 2015 Pre-Filing Process
Conference Call Notes among FERC staff, RG Developers, et al. for
the Rio Grande Project under PF15-20.

516.     Issued By: Office of Energy Projects
Filed Date:  9/8/2015
Accession No:  20150908-4006
Description:  Summary of the July 23, 2015 Pre-Filing Process
Conference Call Notes among FERC staff, RG Developers, et al. for
the Rio Grande Project under PF15-20.

**Record**
**Item No.**     **Description**

517.     Issued By: Office of Energy Projects
Filed Date:  9/8/2015
Accession No:  20150908-4007
Description:  Summary of the August 20, 2015 Pre-Filing Process
Conference Call Notes among FERC staff, RG Developers, et al. for
the Rio Grande Project under PF15-20.

518.     Filed By: Individual
Filed Date:  9/8/2015
Accession No:  20150908-5018
Description:  Comment of SeEtta Moss in Docket(s)/Project(s) PF15-
15-000, PF15-20-000.  Submission Date: 9/5/2015.

519.     Filed By: Clean Gulf Commerce Coalition
Filed Date:  9/8/2015
Accession No:  20150908-5042
Description:  Amended scoping comments of Clean Gulf Commerce
Coalition, including additional signing organizations, under PF15-20.

520.     Filed By: Individuals
Filed Date:  9/8/2015
Accession No:  20150908-5047
Description:  Comments of Jerry Whitson and 249 others concerning
Texas LNG Export Terminals under PF15-14 et al.

521.     Filed By: Individuals
Filed Date:  9/8/2015
Accession No:  20150908-5048
Description:  Comments of Mario Roberto Ramirez and 249 others
under PF15-14, et al.

522.     Filed By: Individuals
Filed Date:  9/8/2015
Accession No:  20150908-5049
Description:  Comments of Linda B. McGonigle and 256 others under
PF15-14, et al.

**Record
Item No.**    **Description**

523.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-5054
        Description: Comment of Joni S. Montover under PF15-14, et al.

524.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-5055
        Description: Comment of Stefanie Herweck regarding PF15-14,
        PF15-15, and PF15-20.

525.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-5056
        Description: Comment of Donald L. Hockaday concerning terrorism
        threat mitigation under PF15-14, et al.

526.    Filed By: Individual
        Filed Date: 9/8/2015
        Accession No: 20150908-5066
        Description: Donald L. Hockaday, general scoping comments: PF15-
        14, et al.

527.    Issued By: Office of Energy Projects
        Filed Date: 9/9/2015
        Accession No: 20150909-4006
        Description: Transcript of the 8/11/15 scoping meeting held in Fort
        Isabel, Texas re the Brownsville LNG Projects under PF15-14 et al.

528.    Issued By: Office of Energy Projects
        Filed Date: 9/9/2015
        Accession No: 20150909-4007
        Description: Transcript of the 8/11/15 scoping meeting held in Fort
        Isabel, Texas re the Brownsville LNG Projects under PF15-14 et al.

**Record Item No.**     **Description**

529.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0051
Description:  Comments of Brenda Hernandez re the Texas LNG Project et al. under PF15-14 et al.

530.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0052
Description:  Comments of Jesus Olivares re the Texas LNG Project et al. under PF15-14 et al.

531.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0053
Description:  Comments of Alvaro A. Ortiz re the Texas LNG Project et al. under PF15-14 et al.

532.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0054
Description:  Comments of Kathryn Martinez Tijerina re the Texas LNG Project et al. under PF15-14 et al.

533.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0055
Description:  Comments of Cesar Perez re the Texas LNG Project et al. under PF15-14 et al.

534.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0056
Description:  Comments of Ofelia Garza re the Texas LNG Project et al. under PF15-14 et al.

**Record**
**Item No.**    <u>Description</u>

535.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0057
Description:  Comments of Rolando Gonzalez re the Texas LNG
Project et al. under PF15-14 et al.

536.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0058
Description:  Comments of an individual re the Texas LNG Project et
al. under PF15-14 et al.

537.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0059
Description:  Comments of Santiago Anekuch re the Texas LNG
Project et al. under PF15-14 et al.

538.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0060
Description:  Comments of Dat Lock re the Texas LNG Project et al.
under PF15-14 et al.

539.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0061
Description:  Comments of Suzanne Villarreal re the Texas LNG
Project et al. under PF15-14 et al.

540.    Filed By: Individual
Filed Date:  9/10/2015
Accession No:  20150909-0062
Description:  Comments of Mabel Hockaday re the Texas LNG
Project et al. under PF15-14 et al.

**Record
Item No.**     <u>**Description**</u>

541.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0063
        Description:  Comments of Michelle J. Zamarron re the Texas LNG
        Project et al. under PF15-14 et al.

542.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0064
        Description:  Comments of Jesus Flores re the Texas LNG Project et
        al. under PF15-14 et al.

543.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0065
        Description:  Comments of Pippa Brooks re the Texas LNG Project et
        al. under PF15-14 et al.

544.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0066
        Description:  Comments of Armando Morales re the Texas LNG
        Project et al. under PF15-14 et al.

545.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0067
        Description:  Comments of Coruhtemul Vargas re the Texas LNG
        Project et al. under PF15-14 et al.

546.    Filed By: Individual
        Filed Date:  9/10/2015
        Accession No:  20150909-0068
        Description:  Comments of Adrion P. Bernal re the Texas LNG
        Project et al. under PF15-14 et al.

**Record
Item No.**      **Description**

547.        Filed By: Individual
                Filed Date:  9/10/2015
                Accession No:  20150909-0069
                Description:  Comments of Vanessa Cavazos re the Texas LNG Project et al. under PF15-14 et al.

548.        Filed By: Individual
                Filed Date:  9/10/2015
                Accession No:  20150909-0070
                Description:  Comments of Ha Cruz re the Texas LNG Project et al. under PF15-14 et al.

549.        Filed By: Individual
                Filed Date:  9/10/2015
                Accession No:  20150909-0071
                Description:  Comments of Priscila H. Caro re the Texas LNG Project et al. under PF15-14 et al.

550.        Filed By: Individual
                Filed Date:  9/10/2015
                Accession No:  20150909-0072
                Description:  Comments of Beltha Janis re the Texas LNG Project et al. under PF15-14 et al.

551.        Filed By: Individual
                Filed Date:  9/10/2015
                Accession No:  20150909-0073
                Description:  Comments of Brandon Flores re the Texas LNG Project et al. under PF15-14 et al.

552.        Filed By: Individual
                Filed Date:  9/10/2015
                Accession No:  20150909-0074
                Description:  Comments of Jennifer Herrera re the Texas LNG Project et al. under PF15-14 et al.

94

**Record
Item No.    Description**

553.        Filed By: Individual
            Filed Date:  9/10/2015
            Accession No:  20150909-0075
            Description:  Comments of Emily J. Alpert re the Texas LNG Project
            et al. under PF15-14 et al.

554.        Filed By: Individual
            Filed Date:  9/10/2015
            Accession No:  20150909-0076
            Description:  Comments of Susan Holtzman re the Texas LNG
            Brownsville Project under PF15-14 et al.

555.        Filed By: Individual
            Filed Date:  9/10/2015
            Accession No:  20150909-0077
            Description:  Comments of Larry Holtzman re the Texas LNG
            Brownsville Project et al. under PF15-14 et al.

556.        Filed By: Individual
            Filed Date:  9/10/2015
            Accession No:  20150909-0086
            Description:  Comments of an individual re the Texas LNG Project et
            al. under PF15-14 et al.

557.        Filed By: City of Brownsville, Texas
            Filed Date:  9/10/2015
            Accession No:  20150910-4001
            Description:  Rolando L. Garza, Archeologist for the Palo Alto
            Battlefield National Historical Park, requests the National Park
            Service to be a Cooperating Agency for the compliance process with
            the National Environmental Policy Act under PF15-14 et al.

558.        Filed By: Individual
            Filed Date:  9/14/2015
            Accession No:  20150914-0014
            Description:  Comments of Blanca Flores re the Texas LNG Project et
            al. under PF15-14 et al.

**Record
Item No.**     <u>Description</u>

<u>Item No.</u>     <u>Description</u>

559.     Filed By: Individual
Filed Date:  9/14/2015
Accession No:  20150914-0019
Description:  Comments of Carol O'Neil regarding the Texas LNG
Project et al. under PF15-14 et al.

560.     Filed By: Individual
Filed Date:  9/14/2015
Accession No:  20150914-0036
Description:  Shasta R. Bray submits comments regarding the
proposed construction of Liquefied Natural Gas Export Terminal
Project under PF15-15 et al.

561.     Filed By: Individual
Filed Date:  9/15/2015
Accession No:  20150915-0016
Description:  Comments of Micky Gonzales re the Texas LNG Project
et al. under PF15-14 et al.

562.     Filed By: Individual
Filed Date:  9/15/2015
Accession No:  20150915-0021
Description:  Comments of Donyce Sprecher re the Texas LNG
Project et al. under PF15-14 et al.

563.     Filed By: Individual
Filed Date:  9/15/2015
Accession No:  20150915-5073
Description:  Comment of Nirav Shah in Docket(s)/Project(s) PF15-
14-000, PF15-20-000.

564.     Filed By: Individual
Filed Date:  9/16/2015
Accession No:  20150916-0011
Description:  Comments of Aine DeMoss re the Texas LNG Project et
al. under PF15-14 et al.

**Record**
**Item No.**     **Description**

565.     Filed By: Individual
Filed Date: 9/17/2015
Accession No: 20150917-0019
Description: Comments of Jesus Vera re the Texas LNG Project et al.
under PF15-14 et al.

566.     Issued By: Office of Energy Projects
Filed Date: 9/18/2015
Accession No: 20150918-4003
Description: Pre-Filing Conference Call notes dated 9/3/2015
between FERC and National Park Service et al. regarding the Rio
Grande LNG Project under PF15-20.

567.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 9/18/2015
Accession No: 20150918-5091
Description: Rio Grande LNG, LLC, et al. Motion to Extend
Deadline to File Responses to Comments Submitted During the
Scoping period under PF15-20.

568.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 9/22/2015
Accession No: 20150922-5069
Description: Rio Grande LNG, LLC, et al. Monthly Pre-Filing Status
Report No. 5 under PF15-20.

569.     Issued By: Office of Energy Projects
Filed Date: 9/23/2015
Accession No: 20150923-3006
Description: Letter to Palo Alto Battlefield National Historical Park
requesting their participation as a cooperating agency in the
development of an environmental impact statement for the Rio
Grande LNG Export Project et al. under PF15-20.

**Record
Item No.**   **Description**

570.    Filed By: Individual
        Filed Date:  9/28/2015
        Accession No:  20150928-0027
        Description:  Comments of Felipe Muncha re the Texas LNG Project
        et al. under PF15-14 et al.

571.    Filed By: Long Island Association (NY)
        Filed Date:  9/28/2015
        Accession No:  20150928-0035
        Description:  Comments of the Long Island Village Board of
        Directors re the Texas LNG project et al. under PF15-14 et al.

572.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
        Filed Date:  9/30/2015
        Accession No:  20150930-5262
        Description:  Rio Grande LNG, LLC, et al. Response to Comments
        Submitted During the FERC Scoping Period under PF15-20.

573.    Issued By: Office of Energy Projects
        Filed Date:  10/2/2015
        Accession No:  20151002-4003
        Description:  Pre-Filing Process Conference Call Notes between
        FERC staff, U.S. Army Corps of Engineers, et al. regarding the Rio
        Grande LNG Project under PF15-20.

574.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
        Filed Date:  10/9/2015
        Accession No:  20151009-5223
        Description:  Rio Grande LNG, LLC et al. Errata Notice to Response
        to Comments Submitted During the FERC Scoping Period under
        PF15-20.

575.    Filed By: Individual
        Filed Date:  10/13/2015
        Accession No:  20151013-0028
        Description:  Respeta Tu Playa submits comments re the Texas LNG
        Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

576.    Issued By: Office of Energy Projects
Filed Date: 10/16/2015
Accession No: 20151016-4092
Description: Meeting notes dated 9/8/15 re the Brownsville LNG
Projects under PF15-20 et al.

577.    Filed By: U.S. Department Of The Interior (National Park Service)
Filed Date: 10/19/2015
Accession No: 20151019-0047
Description: United States Department of the Interior (National Park
Service) submits comments re the Rio Grande LNG Project under
PF15-20.

578.    Filed By: U.S. Senator John Cornyn
Filed Date: 10/19/2015
Accession No: 20151020-0015
Description: U.S. Senator John Cornyn forwards comments re
scoping meetings for the LNG Export Terminals under PF15-20 et al.

579.    Filed By: U.S. Senator John Cornyn
Filed Date: 10/19/2015
Accession No: 20151020-0016
Description: U.S. Senator John Cornyn submits comments on behalf
his constituent pertaining to the scoping meeting policies and
practices for the LNG Export Terminals under PF15-20 et al.

580.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 10/23/2015
Accession No: 20151023-5170
Description: Rio Grande LNG, LLC, et al. Monthly Pre-Filing Status
Report No. 6, Work Completed September 13, 2015 through October
12, 2015 under PF15-20.

| Record Item No. | Description |
|---|---|

581.    Issued By: Office of Energy Projects
Filed Date:  10/28/2015
Accession No:  20151028-4002
Description:  Interagency Pre-filing Call Notes dated 10/6/2015
between FERC and U.S. Fish and Wildlife et al. regarding the planned
Texas LNG Project et al. under PF15-14 et al.

582.    Issued By: Office of Energy Projects
Filed Date:  10/28/2015
Accession No:  20151028-4003
Description:  Pre-Filing Process Conference Call Notes dated
10/1/2015 between FERC and Rio Grande LNG, LLC et al. regarding
the Rio Grande LNG Project under PF15-20.

583.    Issued By: Office of Energy Projects
Filed Date:  10/29/2015
Accession No:  20151029-4008
Description:  Pre-Filing Process Conference Call Notes dated
10/15/2015 between FERC and Rio Grande LNG, LLC et al.
regarding the Rio Grande LNG Project under PF15-20.

584.    Filed By: U.S. Environmental Protection Agency Region 6
Filed Date:  10/29/2015
Accession No:  20151029-4010
Description:  U.S. Environmental Protection Agency, Region 6
submits comments re the Notice of Intent to Prepare an Environmental
Impact Statement for the planned Rio Grande LNG Project et al.
under PF15-20.

585.    Issued By: Office of Energy Projects
Filed Date:  10/29/2015
Accession No:  20151029-4011
Description:  Memo dated 10/29/2015 from Office of Energy Projects
re the National Park Service's comments referencing the interagency
teleconference held on 10/6/2015 for the Texas LNG Project et al.
under PF15-14 et al.

| Record Item No. | Description |
|---|---|

586.    Issued By: Chair And Immediate Staff (Chair)
Filed Date: 11/3/2015
Accession No: 20151104-0058
Description: Response to U.S. Senator John Cornyn's constituent, Diane Teter's 10/16/15 letter regarding the Texas LNG Project et al. under PF15-14 et al.

587.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 11/18/2015
Accession No: 20151118-5009
Description: Rio Grande LNG, LLC, et al. under PF15-20: Draft Resource Report.

588.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 11/18/2015
Accession No: 20151118-5010
Description: Rio Grande LNG, LLC, et al. under PF15-20: Draft Resource Report 1.

589.    Issued By: Office of Energy Projects
Filed Date: 11/20/2015
Accession No: 20151120-4009
Description: Pre-filing process conference call notes dated 10/29/15 re The RG Developers' Rio Grande LNG Project under PF15-20.

590.    Filed By: Individual
Filed Date: 11/23/2015
Accession No: 20151123-0026
Description: Comments of Samantha Reyes re the Texas LNG Project et al. under PF15-14 et al.

591.    Filed By: Individual
Filed Date: 11/23/2015
Accession No: 20151123-0027
Description: Comments of Faustino Lopez III re the Texas LNG Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

592.    Filed By: Individual
        Filed Date: 11/23/2015
        Accession No: 20151123-0028
        Description: Comments of Lydia Guerra re the Texas LNG Project et al. under PF15-14 et al.

593.    Filed By: Individual
        Filed Date: 11/23/2015
        Accession No: 20151123-0029
        Description: Comments of Linda Braune re the Texas LNG Project et al. under PF15-14 et al.

594.    Filed By: Individual
        Filed Date: 11/23/2015
        Accession No: 20151123-0030
        Description: Comments of Victor Gonzalez re the Texas LNG Project et al. under PF15-14 et al.

595.    Filed By: Individual
        Filed Date: 11/23/2015
        Accession No: 20151123-0031
        Description: Comments of Sarai Ferreira re the Texas LNG Project et al. under PF15-14 et al.

596.    Filed By: Individual
        Filed Date: 11/23/2015
        Accession No: 20151123-0032
        Description: Comments of Rosa Linda B. Flores re the Texas LNG Project et al. under PF15-14 et al.

597.    Filed By: Individual
        Filed Date: 11/23/2015
        Accession No: 20151123-0033
        Description: Comments of an individual re the Texas LNG Project et al. under PF15-14 et al.

**Record
Item No.**    **Description**

598.    Filed By: Individual
Filed Date: 11/23/2015
Accession No: 20151123-0034
Description: Comments of Andres Sanchez III re the Texas LNG
Project et al. under PF15-14 et al.

599.    Filed By: Individual
Filed Date: 11/23/2015
Accession No: 20151123-0035
Description: Comments of Alexis Bay re the Texas LNG Project et
al. under PF15-14 et al.

600.    Filed By: Individual
Filed Date: 11/23/2015
Accession No: 20151123-0036
Description: Comments of Cristina Garcia re the Texas LNG Project
et al. under PF15-14 et al.

601.    Filed By: Individual
Filed Date: 11/23/2015
Accession No: 20151123-0037
Description: Comments of __ Vincentnathan re the Texas LNG
Project et al. under PF15-14 et al.

602.    Filed By: Individual
Filed Date: 11/23/2015
Accession No: 20151123-0038
Description: Comments of Marilyn Otken re the Texas LNG Project
et al. under PF15-14 et al.

603.    Filed By: Individual
Filed Date: 11/23/2015
Accession No: 20151123-0039
Description: Comments of Lynn Vincentnathan re the Texas LNG
Project et al. under PF15-14 et al.

| Record Item No. | Description |
|---|---|

604.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 11/23/2015
Accession No: 20151123-5042
Description: Rio Grande LNG, LLC, et al. under PF15-20: Monthly Pre-Filing Status Report No. 7 October 13, 2015 through November 12, 2015.

605.     Filed By: Individual
Filed Date: 12/3/2015
Accession No: 20151203-0011
Description: Comments of Lucy Foster re the Texas LNG Project et al. under PF15-14 et al.

606.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 12/8/2015
Accession No: 20151208-5008
Description: Rio Grande LNG, LLC, et al. submits Draft Resource Report 8 under PF15-20.

607.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 12/10/2015
Accession No: 20151210-5034
Description: Rio Grande LNG, LLC, et al. Draft Resource Report 6 under PF15-20.

608.     Issued By: Office of Energy Projects
Filed Date: 12/11/2015
Accession No: 20151211-4001
Description: Pre-filing Process Conference Call Notes dated 11/12/2015 between FERC and National Park Service et al. regarding the proposed Rio Grande LNG Project under PF15-20.

609.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 12/14/2015
Accession No: 20151214-5032
Description: Rio Grande LNG, LLC, et al. under PF15-20: Draft Resource Report 13.

| **Record Item No.** | **Description** |
|---|---|

610.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/14/2015
Accession No:  20151214-5033
Description:  Rio Grande LNG, LLC, et al. under PF15-20: Draft Resource Report 13

611.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/14/2015
Accession No:  20151214-5056
Description:  Rio Grande LNG, LLC, et al. Draft Resource Report 2 under PF15-20.

612.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/14/2015
Accession No:  20151214-5058
Description:  Rio Grande LNG, LLC, et al. Draft Resource Report 5 under PF15-20.

613.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/14/2015
Accession No:  20151214-5199
Description:  Rio Grande LNG, LLC, et al. Draft Resource Report 7 under PF15-20.

614.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/16/2015
Accession No:  20151216-5154
Description:  Rio Grande LNG, LLC, et al. Draft Resource Report No. 11 under PF15-20.

615.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/16/2015
Accession No:  20151216-5155
Description:  Rio Grande LNG, LLC, et al. Draft Resource Report No. 11 under PF15-20.

| Record Item No. | Description |
|---|---|

**616.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/18/2015
Accession No:  20151218-5143
Description:  Rio Grande LNG, LLC et al. Draft Resource Report No. 3 under PF15-20.

**617.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/21/2015
Accession No:  20151221-5181
Description:  Rio Grande LNG, LLC et al. Draft Resource Report No. 4 under PF15-20.

**618.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/21/2015
Accession No:  20151221-5182
Description:  Rio Grande LNG, LLC et al. Draft Resource Report No. 4 under PF15-20.

**619.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/22/2015
Accession No:  20151222-5045
Description:  Rio Grande LNG, LLC, et al. Draft Resource Report 10 under PF15-20.

**620.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/23/2015
Accession No:  20151223-5017
Description:  Rio Grande LNG, LLC, et al. Draft Resource Report No. 9 under PF15-20.

**621.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/24/2015
Accession No:  20151224-5007
Description:  Rio Grande LNG, LLC, et al. under PF15-20: Monthly Pre-Filing Status Report No. 8 November 13, 2015 through December 12, 2015.

| **Record Item No.** | **Description** |

622.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  12/28/2015
Accession No:  20151228-5123
Description:  Rio Grande LNG, LLC, et al. Draft Resource Report 12
under PF15-20.

623.    Issued By: Office of Energy Projects
Filed Date:  1/11/2016
Accession No:  20160111-4002
Description:  Summary of the 12/10/15 Pre-Filing Process Conference
Call Notes between FERC staff, National Park Services, et al.
regarding the Rio Grande LNG Project under PF15-20.

624.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/3/2016
Accession No:  20160203-5117
Description:  Rio Grande LNG, LLC, et al. Monthly Pre-Filing Status
Report No. 9 under PF15-20.

625.    Issued By: Office of Energy Projects
Filed Date:  2/5/2016
Accession No:  20160205-4004
Description:  Summary of the 1/7/16 pre-filing process conference
call notes between FERC staff, U.S. Fish and Wildlife Service, et al.
for the Rio Grande LNG Project under PF15-20.

626.    Issued By: Office of Energy Projects
Filed Date:  2/5/2016
Accession No:  20160205-4005
Description:  Summary of the 1/21/16 pre-filing process conference
call notes between FERC staff, U.S. Fish and Wildlife Service, et al.
for the Rio Grande LNG Project under PF15-20.

| Record<br>Item No. | Description |
|---|---|

627.    Issued By: Office of Energy Projects
Filed Date: 2/12/2016
Accession No: 20160212-3016
Description: Letter requesting the U.S. Department of Defense Siting Clearinghouse to provide comments within 30 days regarding the Rio Grande LNG Project under PF15-20.

628.    Filed By: Individual
Filed Date: 2/16/2016
Accession No: 20160216-0075
Description: Comments of Otila Delgado re the Annova LNG Brownsville Project et al. under PF15-15 et al.

629.    Filed By: Individual
Filed Date: 2/16/2016
Accession No: 20160216-0081
Description: Comments of Iris Castillo re the Texas LNG Project et al. under PF15-14 et al.

630.    Filed By: Individual
Filed Date: 2/16/2016
Accession No: 20160216-0082
Description: Comments of Gilberto Delgado re the Texas LNG Project et al. under PF15-15 et al.

631.    Issued By: Office of Energy Projects
Filed Date: 2/17/2016
Accession No: 20160217-3036
Description: Letter to Rio Grande LNG, LLC et al providing environmental comments on Draft Resource Reports 6 and 13 for the Rio Grande LNG Project et al. under PF15-20.

632.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 2/17/2016
Accession No: 20160217-5204
Description: Rio Grande LNG, LLC, et al. under PF15-20-000: Aerial Photo-Based Alignment Sheets.

| **Record Item No.** | **Description** |
| --- | --- |

633.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/17/2016
Accession No:  20160217-5205
Description:  Rio Grande LNG, LLC, et al. under PF15-20-000:
Aerial Photo-Based Alignment Sheets.

634.    Issued By: Office of Energy Projects
Filed Date:  2/18/2016
Accession No:  20160218-4030
Description:  Pre-Filing Process Bi-Weekly Conference Call Notes
dated 2/18/16 re The RG Developers' Rio Grande LNG Project under
PF15-20.

635.    Filed By: Individual
Filed Date:  2/22/2016
Accession No:  20160223-0011
Description:  Comments of Ann J. Paddock re the Texas LNG Project
et al. under PF15-14 et al.

636.    Filed By: U.S. Department Of The Interior
Filed Date:  2/24/2016
Accession No:  20160224-4010
Description:  The U.S. Department of the Interior submits comments
re the draft resource reports for the Rio Grande Brownsville Project
under PF15-20.

637.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/24/2016
Accession No:  20160224-5175
Description:  Rio Grande LNG, LLC, et al. Aerial Photo-Based
Alignment Sheets under PF15-20.

**Record**
**Item No.**        **Description**

638.        Issued By: Office of Energy Projects
            Filed Date: 2/26/2016
            Accession No: 20160226-3040
            Description: Letter to RG Developers providing Environmental
            Comments on Draft Resource Reports 1, 4, 5 and 8 re the Rio Grande
            LNG Project under PF15-20.

639.        Filed By: U.S. Corps Of Engineers, Galveston District
            Filed Date: 2/26/2016
            Accession No: 20160226-4007
            Description: Comments of U.S. Corps of Engineers re the Draft
            Resource Reports dated November 2015 and December 2015 for the
            proposed Rio Grande LNG Project under PF15-20.

640.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date: 2/26/2016
            Accession No: 20160226-5094
            Description: Rio Grande LNG, LLC, et al. Monthly Pre-Filing Status
            Report under PF15-20.

641.        Issued By: Office of Energy Projects
            Filed Date: 3/2/2016
            Accession No: 20160302-3023
            Description: Letter inviting Alabama-Coushatta Tribe of Texas to
            participate in the review of RG Developers' Rio Grande LNG Export
            Project et al. under PF15-20.

642.        Issued By: Office of Energy Projects
            Filed Date: 3/2/2016
            Accession No: 20160302-3024
            Description: Letter inviting Apache Tribe of Oklahoma to participate
            in the review of RG Developers' Rio Grande LNG Export Project et
            al. under PF15-20.

| Record Item No. | Description |
|---|---|

**643.**  Issued By: Office of Energy Projects
Filed Date:  3/2/2016
Accession No:  20160302-3025
Description:  Letter inviting the Comanche Nation to participate in the review of RG Developers' Rio Grande LNG Export Project et al. under PF15-20.

**644.**  Issued By: Office of Energy Projects
Filed Date:  3/2/2016
Accession No:  20160302-3026
Description:  Letter inviting the Jicarilla Apache Nation to participate in the review of RG Developers' Rio Grande LNG Export Project et al. under PF15-20.

**645.**  Issued By: Office of Energy Projects
Filed Date:  3/2/2016
Accession No:  20160302-3028
Description:  Letter inviting Kickapoo Traditional Tribe of Texas to participate in the review of RG Developers' Rio Grande LNG Export Project et al. under PF15-20.

**646.**  Issued By: Office of Energy Projects
Filed Date:  3/2/2016
Accession No:  20160302-3029
Description:  Letter inviting the Tonkawa Tribe of Oklahoma to participate in the review of RG Developers' Rio Grande LNG Export Project et al. under PF15-20.

**647.**  Issued By: Office of Energy Projects
Filed Date:  3/3/2016
Accession No:  20160303-3043
Description:  Letter to Norton Rose Fulbright US LLP providing FERC staff environmental comments on Draft Resource Reports 11 and 13 or the Rio Grande LNG Project under PF15-20.

| Record Item No. | Description |
|---|---|

648.    Issued By: Office of Energy Projects
Filed Date:  3/7/2016
Accession No:  20160307-3023
Description:  Letter to Rio Grande LNG, LLC et al. providing
Environmental Comments on Draft Resource Reports 2, 3, 7, and 9
for the Rio Grande LNG Project et al. under PF15-20.

649.    Filed By: Individual
Filed Date:  3/7/2016
Accession No:  20160308-0077
Description:  Comments of Kathleen Jaudzenis regarding the Texas
LNG Project et al. under PF15-14 et al.

650.    Filed By: U.S. Army Corps Of Engineers
Filed Date:  3/7/2016
Accession No:  20160308-0083
Description:  U.S. Army Corps of Engineers submits comments re the
Rio Grande LNG Project under PF15-20.

651.    Filed By: Individual
Filed Date:  3/8/2016
Accession No:  20160309-0088
Description:  Comments of Gabriel Hernandez re the Annova LNG
Project et al. under PF15-15 et al.

652.    Filed By: U.S. National Park Service
Filed Date:  3/11/2016
Accession No:  20160311-4002
Description:  Comments of U.S. National Park Service re Rio Grande
LNG, LLC and the Rio Bravo Pipeline, LLC under PF15-20.

653.    Filed By: U.S. Environmental Protection Agency, Region 6, Wetland
Section
Filed Date:  3/17/2016
Accession No:  20160317-5050
Description:  Comments of U.S. Environmental Protection Agency,
Region 6, Wetland Section (6WQ-EM) under PF15-20.

112

**Record
Item No.**        **Description**

654.        Filed By: Individual
            Filed Date:  3/24/2016
            Accession No:  20160323-0014
            Description:  Comments of Stan Sterba re the Texas LNG Project et
            al. under PF15-14 et al.

655.        Filed By: U.S. Environmental Protection Agency
            Filed Date:  3/24/2016
            Accession No:  20160324-0020
            Description:  U.S. Environmental Protection Agency submits
            comments re the Rio Grande LNG Project under PF15-20.

656.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date:  3/28/2016
            Accession No:  20160328-5078
            Description:  Rio Grande LNG, LLC, et al. under PF15-20: Monthly
            Pre-Filing Status Report from January 13, 2016 through February 12,
            2016.

657.        Filed By: U.S. Fish & Wildlife Service
            Filed Date:  3/30/2016
            Accession No:  20160330-5307
            Description:  Comments of U.S. Fish & Wildlife Service (USFWS) on
            draft Resource Reports 1 - 13 for Rio Grande LNG and Rio Bravo
            Pipeline Projects, Cameron County, Texas PF15-20.

658.        Filed By: U.S. Fish And Wildlife Service
            Filed Date:  3/31/2016
            Accession No:  20160331-0010
            Description:  Comments of U.S. Fish and Wildlife Service re the Draft
            Resource Reports of the Rio Grande Liquid Natural Gas (LNG), LLC
            et al. under PF15-20.

| Record |  |
|---|---|
| **Item No.** | **Description** |

659.    Filed By: Individuals
Filed Date:  4/1/2016
Accession No:  20160401-0065
Description:  Comments of Lynne and Jim Skripka re the Texas LNG
Project et al. under PF15-14 et al.

660.    Filed By: Friends Of Laguna Atascosa National Wildlife Refuge
Filed Date:  4/4/2016
Accession No:  20160404-0046
Description:  Comments of Friends of Laguna Atascosa National
Wildlife Refuge re the Annova LNG Brownsville Project et al. under
PF15-15 et al.

661.    Issued By: Office of Energy Projects
Filed Date:  4/13/2016
Accession No:  20160413-4021
Description:  Pre-Filing Conference Call Notes dated March 3, 2016
between FERC and U.S. Fish and Wildlife Service et al. re the RG
Developers' Rio Grande LNG Project under PF15-20.

662.    Issued By: Office of Energy Projects
Filed Date:  4/13/2016
Accession No:  20160413-4022
Description:  Pre-Filing Conference Call Notes dated March 17, 2016
between FERC and U.S. Environmental Protection Agency et al. re
the RG Developers' Rio Grande LNG Project under PF15-20.

663.    Issued By: Office of Energy Projects
Filed Date:  4/13/2016
Accession No:  20160413-4023
Description:  Site Visit Summary dated 2/4/16 re the Texas LNG
Project, Annova LNG Project, and Rio Grande LNG Project under
PF15-14 et al.

| Record Item No. | Description |
|---|---|

664.

Filed By: Individual
Filed Date: 4/21/2016
Accession No: 20160421-0011
Description: Comments of William E. Kenon re the Texas LNG Project et al. under PF15-14 et al.

665.

Issued By: Office of Energy Projects
Filed Date: 4/21/2016
Accession No: 20160421-3063
Description: Letter to Rio Grande LNG, LLC et al providing Environmental Comments on Draft Appendix 1.B and Draft Resource Reports 3, 10, and 11 for the Rio Grande LNG Project et al. under PF15-20.

666.

Issued By: Federal Energy Regulatory Commission
Filed Date: 4/21/2016
Accession No: 20160421-4001
Description: Pre-filing Process Conference Call Notes dated 3/31/16 between FERC and U.S. Environmental Protection Agency et al. re the Rio Grande LNG Project under PF15-20.

667.

Filed By: Individual
Filed Date: 4/25/2016
Accession No: 20160425-0044
Description: Comments of Rebecca Rodriguez re the Annova LNG Brownsville Project et al. under PF15-15 et al.

668.

Filed By: Individual
Filed Date: 4/25/2016
Accession No: 20160425-0058
Description: Comments of Ester Ybarra re the Annova LNG Brownsville Project et al. under PF15-15 et al.

| Record Item No. | Description |
|---|---|

669.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  5/5/2016
Accession No:  20160505-5179
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submits an Application for Authorization Under the Natural Gas Act under CP16-454, et al.

670.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  5/5/2016
Accession No:  20160505-5262
Description:  Rio Grande LNG, LLC, et al. submits an Application for Authorizations Under the Natural Gas Act Part II under CP16-455.

671.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  5/5/2016
Accession No:  20160505-5263
Description:  Rio Grande LNG, LLC, et al. submits an Application for Authorizations Under the Natural Gas Act Part II under CP16-455.

672.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  5/5/2016
Accession No:  20160505-5264
Description:  Rio Grande LNG, LLC, et al. submits an Application for Authorizations Under the Natural Gas Act Part II under CP16-455.

673.    Filed By: Individual
Filed Date:  5/6/2016
Accession No:  20160506-5089
Description:  Terence M. Garrett Motion to intervene against Rio Grande LNG Docket No. CP16-454, et al.

674.    Filed By: Individual
Filed Date:  5/10/2016
Accession No:  20160510-5014
Description:  (doc-less) Motion to Intervene of Rose M. Ouderkirk under CP16-454.

| Record Item No. | Description |
|---|---|

675.    Filed By: Individual
Filed Date:  5/16/2016
Accession No:  20160516-5224
Description:  (doc-less) Motion to Intervene of Sonia Martin under CP16-454.

676.    Filed By: Individual
Filed Date:  5/16/2016
Accession No:  20160516-5225
Description:  (doc-less) Motion to Intervene of William B. Beaty under CP16-454.

677.    Issued By: Secretary Of The Commission, FERC
Filed Date:  5/19/2016
Accession No:  20160519-3002
Description:  Notice of Rio Grande LNG, LLC's 5/5/16 filing of an application requesting authorization to site, construct, modify, and operate a natural gas liquefaction facility and liquefied natural gas export and truck loading terminal, etc. under CP16-454 et al.

678.    Filed By: Individual
Filed Date:  5/19/2016
Accession No:  20160519-5106
Description:  (doc-less) Motion to Intervene of Rick Teter under CP16-454.

679.    Filed By: Individual
Filed Date:  5/19/2016
Accession No:  20160519-5112
Description:  (doc-less) Motion to Intervene of Diane Teter under CP16-454.

| **Record**<br>**Item No.** | **Description** |
|---|---|

680.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
        Filed Date:  5/19/2016
        Accession No:  20160519-5198
        Description:  Rio Grande LNG, LLC, et al. Table of Anticipated
        Supplemental Filing Items and Dates as of May 19, 2016 under CP16-
        454, et al.

681.    Issued By: Secretary Of The Commission, FERC
        Filed Date:  5/20/2016
        Accession No:  20160520-3001
        Description:  Errata Notice to the 5/19/16 Notice of Application
        regarding Rio Grande LNG, LLC and Rio Bravo Pipeline Company,
        LLC under CP16-454 et al.

682.    Filed By: Individual
        Filed Date:  5/23/2016
        Accession No:  20160523-5028
        Description:  Comment of Rick Teter in Docket(s)/Project(s) CP16-
        454-000. Submission Date: 5/22/2016.

683.    Filed By: Individual
        Filed Date:  5/23/2016
        Accession No:  20160523-5038
        Description:  (doc-less) 2nd Motion to Intervene of Rick Teter under
        CP16-454.

684.    Filed By: Individual
        Filed Date:  5/23/2016
        Accession No:  20160523-5076
        Description:  (doc-less) Motion to Intervene of Mary E. Volz under
        CP16-454.

685.    Filed By: Individual
        Filed Date:  5/23/2016
        Accession No:  20160523-5082
        Description:  (doc-less) Motion to Intervene of Mary E. Volz under
        CP16-455.

| Record Item No. | Description |
|---|---|

686.    Filed By: Individual
Filed Date: 5/24/2016
Accession No: 20160524-5089
Description: Comment of Larry G. Schroeder in Docket(s)/Project(s) CP16-454-000, CP16-455-000.

687.    Filed By: Individual
Filed Date: 5/24/2016
Accession No: 20160524-5090
Description: Comment of Maryann R. Schroeder in Docket(s)/ Project(s) CP16-455-000, CP16-454-000.

688.    Filed By: Individual
Filed Date: 5/26/2016
Accession No: 20160526-5018
Description: (doc-less) Motion to Intervene of William E. Kenon, Jr. under CP16-454.

689.    Filed By: Individual
Filed Date: 5/31/2016
Accession No: 20160531-5007
Description: Comment of Raymond D. Rhodes in Docket(s)/ Project(s) CP16-454-000, CP16-455-000. Submission Date: 5/27/2016.

690.    Filed By: Individual
Filed Date: 6/1/2016
Accession No: 20160601-5015
Description: Comment of Karen Holleschau in Docket(s)/Project(s) CP16-454-000. Submission Date: 5/31/2016.

691.    Filed By: Individual
Filed Date: 6/6/2016
Accession No: 20160606-5037
Description: (doc-less) Motion to Intervene of Jamie Sweeden under CP16-455, et al.

| Record Item No. | Description |
|---|---|

**692.** Filed By: Individual
Filed Date: 6/6/2016
Accession No: 20160606-5038
Description: (doc-less) Motion to Intervene of Julie Edelstein Best under CP16-454.

**693.** Filed By: Individual
Filed Date: 6/6/2016
Accession No: 20160606-5039
Description: (doc-less) Motion to Intervene of Julie Edelstein Best under CP16-455.

**694.** Filed By: Individual
Filed Date: 6/6/2016
Accession No: 20160606-5040
Description: (doc-less) Motion to Intervene of Garry Stebbins under CP16-454.

**695.** Filed By: Individual
Filed Date: 6/6/2016
Accession No: 20160606-5041
Description: (doc-less) Motion to Intervene of William C. Best, Jr. under CP16-454.

**696.** Filed By: Individual
Filed Date: 6/6/2016
Accession No: 20160606-5042
Description: (doc-less) Motion to Intervene of William C. Best, Jr. under CP16-455.

**697.** Filed By: Individual
Filed Date: 6/6/2016
Accession No: 20160606-5044
Description: (doc-less) Motion to Intervene of Marianne Poythress under CP16-454.

**Record
Item No.**          **Description**

698.          Filed By: Individual
              Filed Date:  6/6/2016
              Accession No:  20160606-5045
              Description:  (doc-less) Motion to Intervene of Marianne Poythress
              under CP16-455.

699.          Filed By: Individual
              Filed Date:  6/6/2016
              Accession No:  20160606-5139
              Description:  (doc-less) Motion to Intervene of Madeleine Sandefur
              under CP16-454.

700.          Filed By: Individual
              Filed Date:  6/8/2016
              Accession No:  20160608-5003
              Description:  (doc-less) Motion to Intervene of Sara Stephens under
              CP16-116, et al.

701.          Filed By: Individual
              Filed Date:  6/8/2016
              Accession No:  20160608-5103
              Description:  (doc-less) Motion to Intervene of Gerhard L. Rupp
              under CP16-454.

702.          Filed By: City of South Padre Island, Texas
              Filed Date:  6/8/2016
              Accession No:  20160608-5154
              Description:  Motion to Intervene of City of South Padre Island, Texas
              under CP16-455, CP16-116, et al.

703.          Filed By: Individual
              Filed Date:  6/8/2016
              Accession No:  20160608-5201
              Description:  (doc-less) Motion to Intervene of Theresa Rudolph
              under CP16-454.

| **Record** | |
| **Item No.** | **Description** |

704.    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5018
Description:  (doc-less) Motion to Intervene of Roberto J. Robledo, Jr. under CP16-454.

705.    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5019
Description:  (doc-less) Motion to Intervene of James R. Bathurst under CP16-454.

706.    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5021
Description:  (doc-less) Motion to Intervene of Sharon L. Satterfield under CP16-454.

707.    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5023
Description:  (doc-less) Motion to Intervene of Sharon L. Satterfield under CP16-455.

708.    Filed By: Rio Grande Valley Coalition for Healthy Children
Filed Date:  6/9/2016
Accession No:  20160609-5025
Description:  Motion to Intervene of Rio Grande Valley Coalition for Healthy Children under CP16-454.

709.    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5043
Description:  (doc-less) Motion to Intervene of Cathy Laferty under CP16-454.

| Record Item No. | Description |
| --- | --- |

710.  Filed By: Individual
      Filed Date:  6/9/2016
      Accession No:  20160609-5051
      Description:  (doc-less) Motion to Intervene of Cathy Laferty under CP16-455.

711.  Filed By: Individual
      Filed Date:  6/9/2016
      Accession No:  20160609-5071
      Description:  (doc-less) Motion to Intervene of Theresa Rudolph under CP16-455.

712.  Filed By: Individual
      Filed Date:  6/9/2016
      Accession No:  20160609-5072
      Description:  (doc-less) Motion to Intervene of Cynthia R. Sturlin under CP16-455.

713.  Filed By: Individual
      Filed Date:  6/9/2016
      Accession No:  20160609-5077
      Description:  (doc-less) Motion to Intervene of Larry M. Hollmann under CP16-454.

714.  Filed By: Individual
      Filed Date:  6/9/2016
      Accession No:  20160609-5097
      Description:  (doc-less) Motion to Intervene of Adam Baker under CP16-454.

715.  Filed By: Individual
      Filed Date:  6/9/2016
      Accession No:  20160609-5098
      Description:  (doc-less) Motion to Intervene of Caren Craig under CP16-454, et al.

| Record Item No. | Description |
|---|---|

**716.**  Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5116
Description:  (doc-less) Motion to Intervene of Jim Chapman under CP16-454, et al.

**717.**  Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5136
Description:  (doc-less) Motion to Intervene of Rudy Salinas, Esq. under CP16-454.

**718.**  Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5137
Description:  (doc-less) Motion to Intervene of Nicole Ekstrom under CP16-454.

**719.**  Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5148
Description:  Comment of M. Bridget Hagerty in Docket(s)/Project(s) CP16-454-000.

**720.**  Filed By: Sierra Club
Filed Date:  6/9/2016
Accession No:  20160609-5156
Description:  Motion to Intervene of Sierra Club under CP16-454, et al.

**721.**  Filed By: Friends of the Wildlife Corridor
Filed Date:  6/9/2016
Accession No:  20160609-5164
Description:  (doc-less) Motion to Intervene of Friends of the Wildlife Corridor under CP16-454, et al.

**Record**
**Item No.**     **Description**

722.     Filed By: Individual
         Filed Date:  6/9/2016
         Accession No:  20160609-5166
         Description:  (doc-less) Motion to Intervene of Warren Winger under
         CP16-454.

723.     Filed By: Individual
         Filed Date:  6/9/2016
         Accession No:  20160609-5169
         Description:  (doc-less) Motion to Intervene of Susan E. Smith under
         CP16-454, et al.

724.     Filed By: Individual
         Filed Date:  6/9/2016
         Accession No:  20160609-5172
         Description:  Comment of Judith A. Boris in Docket(s)/Project(s)
         CP16-454-000.

725.     Filed By: Lower Laguna Madre Foundation
         Filed Date:  6/9/2016
         Accession No:  20160609-5175
         Description:  (doc-less) Motion to Intervene of Lower Laguna Madre
         Foundation under CP16-454, et al.

726.     Filed By: Defenders Of Wildlife
         Filed Date:  6/9/2016
         Accession No:  20160609-5177
         Description:  Motion to Intervene of Defenders Of Wildlife under
         CP16-454 et al.

727.     Filed By: Defenders Of Wildlife
         Filed Date:  6/9/2016
         Accession No:  20160609-5191
         Description:  Motion to Intervene of Defenders Of Wildlife under
         CP16-455.

| Record Item No. | Description |
| --- | --- |

**728.** Filed By: Frontera Audubon
Filed Date:  6/9/2016
Accession No:  20160609-5193
Description:  (doc-less) Motion to Intervene of Frontera Audubon under CP16-454, et al.

**729.** Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5197
Description:  (doc-less) Motion to Intervene of Edward N. McBride under CP16-454, et al.

**730.** Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5201
Description:  (doc-less) Motion to Intervene of Greta J. McBride under CP16-454, et al.

**731.** Filed By: Long Island Village Owners Association
Filed Date:  6/9/2016
Accession No:  20160609-5208
Description:  (doc-less) Motion to Intervene of Long Island Village Owners Association under CP16-454, et al.

**732.** Filed By: Shrimp Outlet
Filed Date:  6/9/2016
Accession No:  20160609-5212
Description:  (doc-less) Motion to Intervene of Shrimp Outlet under CP16-454.

**733.** Filed By: Burnell Marine & Supply
Filed Date:  6/9/2016
Accession No:  20160609-5213
Description:  (doc-less) Motion to Intervene of Burnell Marine & Supply under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

734.     Filed By: Individual
          Filed Date: 6/9/2016
          Accession No: 20160609-5214
          Description: (doc-less) Motion to Intervene of Russell D. Petersen under CP16-454.

735.     Filed By: Individual
          Filed Date: 6/9/2016
          Accession No: 20160609-5215
          Description: (doc-less) Motion to Intervene of Charles W. Doughty under CP16-454.

736.     Filed By: Shrimp Outlet Farmers Market
          Filed Date: 6/9/2016
          Accession No: 20160609-5217
          Description: (doc-less) Motion to Intervene of Shrimp Outlet Farmers Market under CP16-454.

737.     Filed By: Vecinos Para el Bienestar de la Comunidad Costera
          Filed Date: 6/9/2016
          Accession No: 20160609-5233
          Description: Motion to Intervene and Protest of Vecinos Para el Bienestar de la Comunidad Costera under CP16-454, et al.

738.     Filed By: Sierra Club, Defenders Of Wildlife
          Filed Date: 6/9/2016
          Accession No: 20160609-5234
          Description: Protest of Sierra Club and Defenders of Wildlife under CP16-454, et al.

739.     Filed By: Individual
          Filed Date: 6/9/2016
          Accession No: 20160609-5238
          Description: Motion to Intervene of Patrick Anderson under CP16-454, et al.

| Record Item No. | Description |
|---|---|

**740.**    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5241
Description:  (doc-less) Motion to Intervene of Rosanna Pantin under CP16-454.

**741.**    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5242
Description:  (doc-less) Motion to Intervene of Jean F. Owen under CP16-455.

**742.**    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5243
Description:  (doc-less) Motion to Intervene of Joe Barber under CP16-454.

**743.**    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5244
Description:  (doc-less) Motion to Intervene of Missy Bruce under CP16-454.

**744.**    Filed By: Roberto de los Santos, Beatriz Zurita, Raul Zurita
Filed Date:  6/9/2016
Accession No:  20160609-5252
Description:  Motion to Intervene and Protest of Roberto de los Santos, Beatriz Zurita, and Raul Zurita under CP16-454, et al.

**745.**    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5254
Description:  Comment of Philip I. Parkinson in Docket(s)/Project(s) CP16-454-000.

| Record Item No. | Description |
|---|---|

746.     Filed By: Individual
Filed Date: 6/9/2016
Accession No: 20160609-5256
Description: (doc-less) Motion to Intervene of Renee Crouch under CP16-454.

747.     Filed By: Individual
Filed Date: 6/9/2016
Accession No: 20160609-5266
Description: (doc-less) Motion to Intervene of Patricia G. Grantom under CP16-454.

748.     Filed By: Texas Shrimp Association
Filed Date: 6/9/2016
Accession No: 20160609-5267
Description: (doc-less) Motion to Intervene of Texas Shrimp Association under CP16-454.

749.     Filed By: Brownsville/Port Isabel Shrimp Association
Filed Date: 6/9/2016
Accession No: 20160609-5269
Description: (doc-less) Motion to Intervene of Brownsville/Port Isabel Shrimp Association under CP16-454.

750.     Filed By: Individual
Filed Date: 6/9/2016
Accession No: 20160609-5270
Description: (doc-less) Motion to Intervene of Eric L. Swayder under CP16-455.

751.     Filed By: City of Port Isabel, Texas
Filed Date: 6/9/2016
Accession No: 20160609-5279
Description: Motion to Intervene of City of Port Isabel, Texas under CP16-454.

| Record Item No. | Description |
|---|---|

**752.**    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5280
Description:  Motion to Intervene of John Young under CP16-454, et al.

**753.**    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5283
Description:  (doc-less) Motion to Intervene of Margaret F. Trahan under CP16-454.

**754.**    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5288
Description:  (doc-less) Motion to Intervene of Cynthia Hinojosa under CP16-454, et al.

**755.**    Filed By: Individual
Filed Date:  6/9/2016
Accession No:  20160609-5292
Description:  Motion to Intervene of Joyce M. Hamilton under CP16-454.

**756.**    Filed By: City of Port Isabel, Texas
Filed Date:  6/9/2016
Accession No:  20160609-5294
Description:  Motion to Intervene of City of Port Isabel, Texas under CP16-455.

**757.**    Filed By: Individual
Filed Date:  6/10/2016
Accession No:  20160610-5013
Description:  Comment of Poul Bouls in Docket(s)/Project(s) CP16-454-000. Submission Date: 6/9/2016.

| Record Item No. | Description |
|---|---|

**758.**  Filed By: Individual
Filed Date: 6/10/2016
Accession No: 20160610-5014
Description: Comment of Poul Bouls in Docket(s)/Project(s) CP16-454-000. Submission Date: 6/9/2016.

**759.**  Filed By: Individual
Filed Date: 6/10/2016
Accession No: 20160610-5015
Description: Comment of Poul Bouls in Docket(s)/Project(s) CP16-454-000. Submission Date: 6/9/2016.

**760.**  Filed By: Shrimp Outlet
Filed Date: 6/10/2016
Accession No: 20160610-5020
Description: (doc-less) Motion to Intervene of Shrimp Outlet under CP16-455.

**761.**  Filed By: Burnell Marine & Supply
Filed Date: 6/10/2016
Accession No: 20160610-5022
Description: (doc-less) Motion to Intervene of Burnell Marine & Supply under CP16-455.

**762.**  Filed By: Individual
Filed Date: 6/10/2016
Accession No: 20160610-5024
Description: (doc-less) Motion to Intervene of William Berg under CP16-454.

**763.**  Filed By: Individual
Filed Date: 6/10/2016
Accession No: 20160610-5027
Description: (doc-less) Motion to Intervene of Susan Wilkins Geery under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

764.   Filed By: Brownsville/Port Isabel Shrimp Association
       Filed Date:  6/10/2016
       Accession No:  20160610-5028
       Description:  (doc-less) Motion to Intervene of Brownsville/Port Isabel Shrimp Association under CP16-455.

765.   Filed By: Texas Shrimp Association
       Filed Date:  6/10/2016
       Accession No:  20160610-5029
       Description:  (doc-less) Motion to Intervene of Texas Shrimp Association under CP16-455.

766.   Filed By: Individual
       Filed Date:  6/10/2016
       Accession No:  20160610-5030
       Description:  (doc-less) Motion to Intervene of Rosanna Pantin under CP16-455.

767.   Filed By: Individual
       Filed Date:  6/10/2016
       Accession No:  20160610-5032
       Description:  (doc-less) Motion to Intervene of Renee Crouch under CP16-455.

768.   Filed By: Individual
       Filed Date:  6/10/2016
       Accession No:  20160610-5034
       Description:  (doc-less) Motion to Intervene of Missy Bruce under CP16-455.

769.   Filed By: Shrimp Outlet Farmers Market
       Filed Date:  6/10/2016
       Accession No:  20160610-5035
       Description:  (doc-less) Motion to Intervene of Shrimp Outlet Farmers Market under CP16-455.

| **Record Item No.** | **Description** |
| --- | --- |

770.    Filed By: Individual
        Filed Date:  6/10/2016
        Accession No:  20160610-5041
        Description:  (doc-less) Motion to Intervene of Margaret F. Trahan under CP16-455.

771.    Filed By: Individual
        Filed Date:  6/10/2016
        Accession No:  20160610-5042
        Description:  (doc-less) Motion to Intervene of John Davis under CP16-454.

772.    Filed By: Individual
        Filed Date:  6/10/2016
        Accession No:  20160610-5044
        Description:  (doc-less) Motion to Intervene of Maria Galasso under CP16-454.

773.    Filed By: Individual
        Filed Date:  6/10/2016
        Accession No:  20160610-5046
        Description:  (doc-less) Motion to Intervene of Susan Wilkin Geery under CP16-455.

774.    Filed By: Individual
        Filed Date:  6/10/2016
        Accession No:  20160610-5051
        Description:  (doc-less) Motion to Intervene of Aimee B. Palomar under CP16-454.

775.    Filed By: Friends of Laguna Atascosa National Wildlife Refuge
        Filed Date:  6/10/2016
        Accession No:  20160610-5058
        Description:  (doc-less) Motion to Intervene of Friends of Laguna Atascosa National Wildlife Refuge under CP16-454. (Erroneously filed)

**Record**
**Item No.**     **Description**

776.        Filed By: Friends of Laguna Atascosa National Wildlife Refuge
            Filed Date:  6/10/2016
            Accession No:  20160610-5063
            Description:  Motion to Intervene of Friends of Laguna Atascosa
            National Wildlife Refuge under CP16-454.

777.        Filed By: Individual
            Filed Date:  6/10/2016
            Accession No:  20160610-5117
            Description:  (doc-less) Motion to Intervene of Bradley Willis under
            CP16-454.

778.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date:  6/16/2016
            Accession No:  20160616-5138
            Description:  Rio Grande LNG, LLC, et. al. Monthly Pre-Filing Status
            Report No. 12 for Work Completed March 13, 2016 through April 12,
            2016 under PF15-20.

779.        Filed By: Individual
            Filed Date:  6/22/2016
            Accession No:  20160622-5198
            Description:  Motion to Intervene of Town of Laguna Vista, Texas
            under CP16-454.

780.        Filed By: Individual
            Filed Date:  6/23/2016
            Accession No:  20160623-5002
            Description:  Comment of Rebekah Hinojosa in Docket(s)/Project(s)
            CP16-116-000, CP16-454-000.  Submission Date: 6/22/2016.

781.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date:  6/23/2016
            Accession No:  20160623-5023
            Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.
            Answer in Opposition to the Motions to Intervene, the Protests, and
            Comments filed by Various Entities.

| **Record Item No.** | **Description** |
| --- | --- |

782.    Filed By: Rio Bravo Pipeline Company, LLC
Filed Date:  6/28/2016
Accession No:  20160628-5134
Description:  Rio Bravo Pipeline Company, LLC under CP16-455-000: Letter of Award Executed PA.

783.    Filed By: Rio Bravo Pipeline Company, LLC
Filed Date:  6/28/2016
Accession No:  20160628-5135
Description:  Rio Bravo Pipeline Company, LLC under CP16-455-000: Letter of Award Executed PA.

784.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  6/28/2016
Accession No:  20160628-5167
Description:  Rio Grande LNG, LLC, et al. Monthly Pre-Filing Status Report No. 13 Work Completed April 13, 2016 through May 5, 2016 under PF15-20.

785.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  6/30/2016
Accession No:  20160630-5259
Description:  Rio Grande LNG, LLC, et al. Supplemental Responses to the Federal Energy Regulatory Commission February 26, 2016 comments under CP16-454.

786.    Filed By: Vecinos Para el Bienestar de la Comunidad Costera
Filed Date:  7/7/2016
Accession No:  20160707-5105
Description:  Motion for Leave to File an Answer by Vecinos Para el Bienestar de la Comunidad Costera under CP16-454, et al.

| Record Item No. | Description |
|---|---|

787.    Filed By: Rio Grande LNG, LLC
        Filed Date: 7/7/2016
        Accession No: 20160707-5196
        Description: Rio Grande LNG, LLC under CP16-454: Answer in
        Opposition to the Late-Filed Motion to Intervene by the Town of
        Laguna Vista, Texas.

788.    Issued By: Office of Energy Projects
        Filed Date: 7/29/2016
        Accession No: 20160729-3040
        Description: Letter requesting Rio Grande LNG, LLC et al. to
        provide environmental information within 30 days to assist in the
        analysis certificate application under CP16-454 et al.

789.    Issued By: Office of Energy Projects
        Filed Date: 7/29/2016
        Accession No: 20160729-4008
        Description: Filing Statement for Hazard Modeling Input/Output
        Files re Rio Grande LNG Project under CP16-454.

790.    Issued By: Office of Energy Projects
        Filed Date: 7/29/2016
        Accession No: 20160729-4010
        Description: Filing Statement for Hazard Modeling Input/Output
        Files re Rio Grande LNG Project under CP16-454.

791.    Filed By: Individuals
        Filed Date: 8/1/2016
        Accession No: 20160801-0008
        Description: Comments of Jim Chapman et al. re the 6/22/16 letter
        from Rio Grande LNG, LLC et al. under CP16-454 et al.

| Record Item No. | Description |
|---|---|

**792.**    Filed By: Norton Rose Fulbright RG Developers
Filed Date:  8/12/2016
Accession No:  20160812-0007
Description:  Rio Grande LNG, LLC et al. submit supplemental
information re the 5/5/16 application under CP16-454 et al. CD #2 not
loaded; unacceptable file types.

**793.**    Filed By: RG Developers Norton Rose Fulbright
Filed Date:  8/12/2016
Accession No:  20160812-4003
Description:  RG Developers' CD containing information
supplementing the 5/5/16 application under CP16-454 et al.

**794.**    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5152
Description:  Comments of E. Silva and 49 other individuals on Texas
LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline
(CP16-455) and Annova LNG (CP16-480).

**795.**    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5155
Description:  Comments of E. Elizondo and 99 other individuals on
Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo
Pipeline (CP16-455) and Annova LNG (CP16-480).

**796.**    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5163
Description:  Comments of Rebekah Hamilton and 29 other
individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454),
Rio Bravo Pipeline (CP16-455) and Annova LNG (CP16-480).

| Record<br>Item No. | Description |
|---|---|

**797.** Filed By: Save RGV from LNG
Filed Date: 8/17/2016
Accession No: 20160817-5165
Description: Comments of Robert Severson and 19 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455) and Annova LNG (CP16-480).

**798.** Filed By: Save RGV from LNG
Filed Date: 8/17/2016
Accession No: 20160817-5172
Description: Comments of Brenda Sanchez and 48 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455) and Annova LNG (CP16-480).

**799.** Filed By: Save RGV from LNG
Filed Date: 8/17/2016
Accession No: 20160817-5174
Description: Comment of E. Ortiz and 99 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455) and Annova LNG (CP16-480).

**800.** Filed By: Save RGV from LNG
Filed Date: 8/17/2016
Accession No: 20160817-5225
Description: Comment of P. Ramos and 99 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455) and Annova LNG (CP16-480).

**801.** Filed By: Save RGV from LNG
Filed Date: 8/17/2016
Accession No: 20160817-5237
Description: Comment of R. Ruvalcaba and 99 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455) and Annova LNG (CP16-480).

| Record Item No. | Description |
|---|---|

**802.**    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5241
Description:  Comments of L. Garcia and 99 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455) and Annova LNG (CP16-480).

**803.**    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5249
Description:  Comments of Beth Tysl and 11 other individuals on Texas LNG (CP16-116), Rio Grande LNG (CP16-454), Rio Bravo Pipeline (CP16-455) and Annova LNG (CP16-480).

**804.**    Filed By: Save RGV from LNG
Filed Date:  8/17/2016
Accession No:  20160817-5283
Description:  Comments of B. Willis and 26 other individuals on Texas LNG (CP16-116-000), Rio Grande LNG (CP16-454-000), Rio Bravo Pipeline (CP16-455-000) and Annova LNG (CP16-480-000).

**805.**    Filed By: Save RGV from LNG
Filed Date:  8/19/2016
Accession No:  20160819-5066
Description:  Comment of Victoria Salazar, Savannah Rugg, Teresa Saldivar, Azucena Salinas, Rocio Hernandez, Elizabeth Pearl, Maria Bowen under CP16-116, et al.

**806.**    Filed By: Individual
Filed Date:  8/22/2016
Accession No:  20160822-0120
Description:  Comments of Susan Higgonbotham re the Texas LNG Project et al. under CP16-116 et al.

| **Record Item No.** | **Description** |
|---|---|

807.     Issued By: Office of Energy Projects
         Filed Date:  8/29/2016
         Accession No:  20160829-3031
         Description:  Letter requesting Norton Rose Fulbright US LLP to
         provide additional information within 30 days re the environmental
         information request on Resource Reports 2, 3, 4, 7 and 8 under CP16-
         454 et al.

808.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
         Filed Date:  8/29/2016
         Accession No:  20160829-5283
         Description:  Rio Grande LNG, LLC, et. al. Responses to
         Environmental Information Request issued by FERC on July 29, 2016
         under CP16-454, et al.

809.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
         Filed Date:  8/29/2016
         Accession No:  20160829-5284
         Description:  Rio Grande LNG, LLC, et al. Responses to
         Environmental Information Request issued by FERC on July 29, 2016
         under CP16-454, et al.

810.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
         Filed Date:  9/1/2016
         Accession No:  20160901-5281
         Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
         submit Information Supplementing May 5, 2016 application.

811.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
         Filed Date:  9/1/2016
         Accession No:  20160901-5282
         Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
         submit Information Supplementing May 5, 2016 application.

**Record**
**Item No.**          **Description**

812.          Issued By: Office of Energy Projects
              Filed Date:  9/7/2016
              Accession No:  20160907-3014
              Description:  Letter requesting Rio Bravo Pipeline Company, LLC file
              a complete response within 14 days re the data request to assist in the
              analysis under CP16-455.

813.          Filed By: U.S. Department Of Transportation
              Filed Date:  9/8/2016
              Accession No:  20160908-4003
              Description:  Correspondence from U.S. Department of
              Transportation to Next Decade, LLC re the request for acceptance of
              design spill methodology for the Rio Grande LNG Project under
              CP16-454.

814.          Issued By: Office of Energy Projects
              Filed Date:  9/15/2016
              Accession No:  20160915-4001
              Description:  Meeting Summary dated 8/18/16 from Office of Energy
              Projects re Federal Aviation Administration Information Session re
              the Texas LNG Brownsville, LLC Project et al. under CP16-116.

815.          Issued By: Office Of Energy Projects
              Filed Date:  9/22/2016
              Accession No:  20160922-3072
              Description:  Letter requesting Norton Rose Fulbright US LLP to
              provide a complete response within 20 days re the Environmental and
              Engineering information request to assist in the analysis of the
              application for the Rio Grande LNG Project et al. under CP16-454 et
              al.

**Record**
**Item No.**     **Description**

816.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/23/2016
Accession No:  20160923-5287
Description:  Rio Grande LNG, LLC, et al. Response to Data
Requests issues by the U.S. Department of Transportation, Pipeline
and Hazardous Materials Safety Administration on July 18 and
September 15, 2016 under CP16-454, et al.

817.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/23/2016
Accession No:  20160923-5288
Description:  Rio Grande LNG, LLC, et al. Response to Data
Requests issues by the U.S. Department of Transportation, Pipeline
and Hazardous Materials Safety Administration on July 18 and
September 15, 2016 under CP16-454, et al.

818.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/28/2016
Accession No:  20160928-5172
Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
Response to the Environmental Information Request issued by FERC
on August 29, 2016.

819.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/28/2016
Accession No:  20160928-5173
Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
Response to the Environmental Information Request issued by FERC
on August 29, 2016.

820.    Issued By: Office of Energy Projects
Filed Date:  9/30/2016
Accession No:  20160930-3014
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to
provide a complete response within 20 days re the Rio Grande
Pipeline Project et al. under CP16-454 et al.

**Record**
**Item No.**    **Description**

821.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/30/2016
Accession No:  20160930-5343
Description:  Rio Grande LNG, LLC, et al. Information
Supplementing May 5, 2016 Application under CP16-454, et al.

822.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  10/4/2016
Accession No:  20161004-5073
Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
Errata Notice related to their supplemental filing submitted on
September 30, 2016.

823.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  10/6/2016
Accession No:  20161006-5114
Description:  Rio Grande LNG, LLC, et al. under CP16-454-000, et
al.: 10/404 individual United States Army Corps of Engineers Permit
Application.

824.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  10/12/2016
Accession No:  20161012-5118
Description:  Rio Grande LNG, LLC, et al. submit information
responsive to the Environmental and Engineering Information
Requests under CP16-454, et al.

825.    Issued By: Office of Energy Projects
Filed Date:  10/18/2016
Accession No:  20161018-3029
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to
provide a complete response within 5 days re the engineering data
request to assist in the analysis of the application for Rio Bravo
Pipeline Project under CP16-455.

**Record**
**Item No.**     **Description**

826.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
         Filed Date:  10/18/2016
         Accession No:  20161018-5113
         Description:  Rio Grande LNG, LLC, et al. submits Revised Appendix
         B-2 of the Section 10/404 individual United States Army Corps of
         Engineers Permit under CP16-454, et al.

827.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
         Filed Date:  10/20/2016
         Accession No:  20161020-5137
         Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
         Responses to the Environmental Information Request issued on
         September 30, 2016.

828.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
         Filed Date:  10/20/2016
         Accession No:  20161020-5138
         Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
         Responses to the Environmental Information Request issued on
         September 30, 2016.

829.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
         Filed Date:  10/20/2016
         Accession No:  20161020-5139
         Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
         Responses to the Environmental Information Request issued on
         September 30, 2016.

830.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
         Filed Date:  10/25/2016
         Accession No:  20161025-5077
         Description:  Rio Grande LNG, LLC, et al. Information responsive to
         the Engineering Information Request on Exhibit G/G-1 issued on
         October 18, 2016 under CP16-454, et al.

144

**Record
Item No.**    **Description**

831.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 10/26/2016
Accession No: 20161026-5095
Description: Rio Grande LNG, LLC, et al. submits Information
previously filed with the United States Department of Transportation
PHMSA under CP16-454, et al.

832.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 10/26/2016
Accession No: 20161026-5096
Description: Rio Grande LNG, LLC, et al. submits Information
previously filed with the United States Department of Transportation
PHMSA under CP16-454, et al.

833.    Issued By: Office of Energy Projects
Filed Date: 10/27/2016
Accession No: 20161027-3007
Description: Letter requesting Norton Rose Fulbright US LLP to
provide a response within 90 days re the information request on
impact analysis and use of third-party review organization for the Rio
Grande LNG Project under CP16-454.

834.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 11/1/2016
Accession No: 20161101-5022
Description: Rio Grande LNG, LLC, et al. under CP16-454, et al.:
Information supplementing their May 5, 2016 application.

835.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 11/1/2016
Accession No: 20161101-5023
Description: Rio Grande LNG, LLC, et al. under CP16-454, et al.:
Information supplementing their May 5, 2016 application.

**Record**
**Item No.**    <u>Description</u>

836.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  11/1/2016
Accession No:  20161101-5026
Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
Information supplementing their May 5, 2016 application.

837.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  11/14/2016
Accession No:  20161114-5078
Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
Field Survey Addendum Report No. 3: Noise Survey - Revision 1.

838.    Filed By: U.S. Environmental Protection Agency, Region 6, Wetlands
Section
Filed Date:  11/15/2016
Accession No:  20161115-5024
Description:  Comment of U.S. Environmental Protection Agency,
Region 6, Wetlands Section under CP16-454, on Conceptual
Mitigation Plan for unavoidable impacts to aquatic habitats.

839.    Filed By: Rio Bravo Pipeline Company, LLC
Filed Date:  11/21/2016
Accession No:  20161121-5147
Description:  Rio Bravo Pipeline Company, LLC under CP16-455:
Wetland Delineation Report and Preliminary Jurisdictional
Determination Request filed with USACE on 11-17-16.

840.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  11/22/2016
Accession No:  20161122-5125
Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.:
Hazard Analysis Report for the Rio Grande LNG project.

| Record Item No. | Description |
|---|---|

841.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 11/22/2016
Accession No: 20161122-5126
Description: Rio Grande LNG, LLC, et al. under CP16-454, et al.:
Hazard Analysis Report for the Rio Grande LNG project

842.    Filed By: U.S. Department Of Transportation
Filed Date: 11/29/2016
Accession No: 20161129-4004
Description: U.S. Department of Transportation - Pipeline and
Hazardous Materials Safety Administration submits comment
regarding the siting of the proposed Rio Grande LNG Project under
CP16-454.

843.    Issued By: Office of Energy Projects
Filed Date: 11/30/2016
Accession No: 20161130-0023
Description: Summary of the 9/23/16 telephone conversation with
Brownsville Navigation District for the Texas LNG Project, et al.
under CP16-116, et al.

844.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 12/2/2016
Accession No: 20161202-5213
Description: Rio Grande LNG, LLC, et al. Updated PSD Air Permit
Application and Modeling Protocol under CP16-454, et al.

845.    Filed By: U.S. Environmental Protection Agency
Filed Date: 12/2/2016
Accession No: 20161205-0037
Description: U.S. Environmental Protection Agency submits
comments re the Rio Grande LNG Terminal Conceptual Mitigation
under CP16-545.

**Record**
**Item No.**      **Description**

846.          Filed By: Defenders Of Wildlife
              Filed Date:  12/14/2016
              Accession No:  20161214-5237
              Description:  Request to Update Information of Defenders Of Wildlife
              under CP16-455.

847.          Filed By: Defenders Of Wildlife
              Filed Date:  12/14/2016
              Accession No:  20161214-5238
              Description:  Request to Update Information of Defenders Of Wildlife
              under CP16-454, et al.

848.          Issued By: Office of Energy Projects
              Filed Date:  12/19/2016
              Accession No:  20161219-0101
              Description:  Conference Call Notes dated 12/6/16 between Office of
              Energy Projects and Rio Grande LNG, LLC et al. re the Rio Grande
              LNG Project under CP16-454 et al.

849.          Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
              Filed Date:  12/29/2016
              Accession No:  20161229-5149
              Description:  Supplemental Information of Rio Grande LNG, and Rio
              Bravo Pipeline Company, LLC, et al. under CP16-454, et al.

850.          Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
              Filed Date:  1/25/2017
              Accession No:  20170125-5087
              Description:  Rio Grande LNG, LLC, et al. submit for filing
              Responses to the Engineering Information Requests issued by FERC
              on October 27, 2016 under CP16-454, et al.

851.          Filed By: Defenders Of Wildlife
              Filed Date:  1/26/2017
              Accession No:  20170126-5059
              Description:  Request to Update Information of Defenders Of Wildlife
              under CP16-454, et al.

**Record
Item No.**        **Description**

852.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/2/2017
Accession No:  20170202-5038
Description:  Rio Grande LNG, LLC, et al. submit for filing
information supplementing their May 5, 2016 application under
CP16-454, et al.

853.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/2/2017
Accession No:  20170202-5039
Description:  Rio Grande LNG, LLC, et al. submit for filing
information supplementing their May 5, 2016 application under
CP16-454, et al.

854.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/14/2017
Accession No:  20170214-5193
Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.
submit for filing the Rio Bravo Pipeline Hydraulic Study.

855.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/14/2017
Accession No:  20170214-5194
Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.
submit for filing the Rio Bravo Pipeline Hydraulic Study.

856.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/21/2017
Accession No:  20170221-5224
Description:  Rio Grande LNG, LLC, et al. submits for filing copies
of their Application to the United States Army Corps of Engineers for
permits under CP16-454.

**Record
Item No.**      **Description**

857.      Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
          Filed Date:  2/21/2017
          Accession No:  20170221-5225
          Description:  Rio Grande LNG, LLC, et al. submits for filing copies
          of their Application to the United States Army Corps of Engineers for
          permits under CP16-454.

858.      Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
          Filed Date:  2/21/2017
          Accession No:  20170221-5238
          Description:  Rio Grande LNG, LLC, et al. submit for filing
          documents responsive to the item 1 of Engineering Information
          Request issued by FERC on October 27, 2016 under CP16-454, et al.

859.      Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
          Filed Date:  2/21/2017
          Accession No:  20170221-5239
          Description:  Rio Grande LNG, LLC, et al. submit for filing
          documents responsive to the item 1 of Engineering Information
          Request issued by FERC on October 27, 2016 under CP16-454, et al.

860.      Filed By: Individual
          Filed Date:  2/24/2017
          Accession No:  20170224-5005
          Description:  Comment of Katherine Perez Feuerbacher in Docket(s)/
          Project(s) CP16-454-000, CP16-116-00.

861.      Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
          Filed Date:  2/24/2017
          Accession No:  20170224-5143
          Description:  Rio Grande LNG, LLC, et al. submit for filing
          information supplementing their May 5, 2016 application under
          CP16-454, et al.

**Record
Item No.**    <u>Description</u>

862.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/24/2017
Accession No:  20170224-5144
Description:  Rio Grande LNG, LLC, et al. submit for filing
information supplementing their May 5, 2016 application under
CP16-454, et al.

863.    Filed By: Rio Bravo Pipeline Company, LLC, Rio Grande LNG, LLC
Filed Date:  3/2/2017
Accession No:  20170302-5133
Description:  Rio Grande LNG, LLC, et al. submit for filing a
supplemental document to their Response on February 21, 2017, to
Item 1 of the EIR issued by FERC on October 27, 2016 under CP16-
454, et. al.

864.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  3/2/2017
Accession No:  20170302-5134
Description:  Rio Grande LNG, LLC, et al. submit for filing a
supplemental document to their Response on February 21, 2017, to
Item 1 of the EIR issued by FERC on October 27, 2016 under CP16-
454, et al.

865.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  3/7/2017
Accession No:  20170307-5138
Description:  Rio Grande LNG, LLC, et al. submit for filing Revision
1 of the RG Developers' Texas Coastal Management Program
Consistency Statement under CP16-454, et al.

866.    Issued By: Office Of Energy Market Regulation
Filed Date:  3/16/2017
Accession No:  20170316-3046
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to
provide a complete response within 14 days re the data request to
assist in the analysis of the application under CP16-455.

**Record
Item No.**      **Description**

867.        Issued By: Office of Energy Projects
            Filed Date:  3/17/2017
            Accession No:  20170317-3042
            Description:  Letter to Rio Grande LNG, LLC selecting Millennium
            as the third-party contractor for the Rio Grande LNG Project under
            CP16-454.

868.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date:  3/21/2017
            Accession No:  20170321-5137
            Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.
            submit for filing information supplementing their May 5, 2016
            application.

869.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date:  3/21/2017
            Accession No:  20170321-5138
            Description:  Rio Grande LNG, LLC, et al. under CP16-454, et al.
            submit for filing information supplementing their May 5, 2016
            application.

870.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company LLC
            Filed Date:  4/3/2017
            Accession No:  20170403-5621
            Description:  Supplemental Information/Request of Rio Grande LNG,
            LLC, et al. under CP16-454, et al.

871.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company LLC
            Filed Date:  4/3/2017
            Accession No:  20170403-5622
            Description:  Supplemental Information Request of Rio Grande LNG,
            LLC, et al. under CP16-454, et al.

**Record**
**Item No.**    **Description**

872.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  4/7/2017
Accession No:  20170407-5193
Description:  Supplemental Information Request of Rio Grande LNG,
LLC, et al. under CP16-454, et al.

873.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  4/19/2017
Accession No:  20170419-5096
Description:  Request to Update Service List of Rio Grande LNG,
LLC, et al. under CP16-454, et al.

874.    Filed By: Rio Bravo Pipeline Company, LLC
Filed Date:  4/20/2017
Accession No:  20170420-5149
Description:  Rio Bravo Pipeline Company, LLC submits information
supplementing its April 3, 2017 response under CP16-455.

875.    Issued By: Federal Energy Regulatory Commission
Filed Date:  4/28/2017
Accession No:  20170428-4005
Description:  Memorandum of Understanding between FERC and Rio
Grande LNG, LLC et al. re the Rio Grande LNG Project under CP16-
454.

876.    Filed By: Brownsville Navigation District
Filed Date:  5/8/2017
Accession No:  20170508-0024
Description:  Brownsville Navigation District submits comments re
Rio Grande LNG, LLC under CP16-454.

877.    Filed By: Individual
Filed Date:  5/15/2017
Accession No:  20170515-5100
Description:  Comment of Daniel Velez in Docket(s)/Project(s) CP16-
455-000.

**Record**
**Item No.**    **Description**

878.    Issued By: Secretary Of The Commission, FERC
Filed Date:  5/17/2017
Accession No:  20170517-3057
Description:  Notice Granting Interventions re Rio Grande LNG, LLC
et al. under CP16-454 et al.

879.    Issued By: Office Of Energy Market Regulation
Filed Date:  5/31/2017
Accession No:  20170531-3031
Description:  Letter requesting Rio Bravo Pipeline Company, LLC to
provide a complete response within 14 days re the data request to
assist in the analysis of the application under CP16-455.

880.    Filed By: Rio Bravo Pipeline Company, LLC
Filed Date:  6/13/2017
Accession No:  20170613-5119
Description:  Rio Bravo Pipeline Company, LLC submits responses to
FERC's May 31, 2017 Data Request under CP16-455.

881.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  7/17/2017
Accession No:  20170717-5112
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
Company, LLC submit information supplementing their May 5, 2016
application under CP16-454, et al.

882.    Issued By: Office of Energy Projects
Filed Date:  8/2/2017
Accession No:  20170802-3006
Description:  Letter requesting Rio Grande LNG, LLC to provide a
complete response within 20 days re the environmental and
engineering information request to assist in the analysis of the
application for the Rio Grande LNG Project et al. under CP16-454 et
al.

154

| **Record Item No.** | **Description** |
|---|---|

883.    Issued By: Office of Energy Projects
Filed Date:  8/16/2017
Accession No:  20170816-0032
Description:  Conference Call Notes dated 8/15/17 between Office of Energy Projects and U.S. Department of Transportation re the Rio Grande LNG Project under CP16-454 et al.

884.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  8/22/2017
Accession No:  20170822-5093
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit for filing information responsive to the FERC August 2, 2017 Environmental and Engineering Information Request under CP16-454, et al.

885.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  8/22/2017
Accession No:  20170822-5094
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit for filing information responsive to the FERC August 2, 2017 Environmental and Engineering Information Request under CP16-454, et al.

886.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  8/23/2017
Accession No:  20170823-0007
Description:  Rio Grande LNG, LLC et al. submit additional information to the 8/2/17 Environmental and Engineering Information Request under CP16-454 et al.

887.    Filed By: Orrick Herrington & Sutcliffe LLP
Filed Date:  8/23/2017
Accession No:  20170823-4003
Description:  Rio Grande LNG, LLC's et al. CD containing additional information to the 8/2/17 Environmental and Engineering Information Request under CP16-454 et al.

**Record
Item No.     Description**

888.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  8/23/2017
Accession No:  20170823-5102
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
Company, LLC submit Informational Filing/Amendments to
Applications under CP16-454, et al.

889.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/7/2017
Accession No:  20170907-5070
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
Company, LLC submit for filing information responsive to the
FERC's August 2, 2017 Environmental and Engineering Information
Request under CP16-454, et al.

890.     Filed By: Individual
Filed Date:  9/15/2017
Accession No:  20170915-5085
Description:  Comment of Mary Angela Branch in Docket(s)/
Project(s) PF15-14-000, PF15-20-000.

891.     Filed By: Individual
Filed Date:  9/15/2017
Accession No:  20170915-5089
Description:  Comment of Mary Angela Branch in Docket(s)/
Project(s) PF15-20-000.

892.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/15/2017
Accession No:  20170915-5139
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
Company, LLC submit for filing information responsive to the FERC
August 2, 2017 Environmental and Engineering Information Request
under CP16-454, et al.

| **Record Item No.** | **Description** |
|---|---|

893.    Issued By: Office Of Energy Projects
Filed Date:  9/19/2017
Accession No:  20170919-0015
Description:  Conference Call Notes dated 9/6/2017 between Office of Energy Projects and Rio Grande LNG, LLC et al. re the Rio Grande LNG Project under CP16-454 et al.

894.    Issued By: Office Of Energy Projects
Filed Date:  9/19/2017
Accession No:  20170919-0016
Description:  Conference Call Notes from the August 17, 2017 telephone call, between FERC staff and NextDecade, LLC et al. under CP16-454 et al.

895.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/22/2017
Accession No:  20170922-5143
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit for filing information responsive to the FERC August 2, 2017 Environmental and Engineering Information Request under CP16-454, et al.

896.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/29/2017
Accession No:  20170929-5218
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit supplemental information updating response to the FERC July 29, 2016 Environmental Information Request No. 7 under CP16-454, et al.

897.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/29/2017
Accession No:  20170929-5219
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit supplemental information updating response to the FERC July 29, 2016 Environmental Information Request No. 7 under CP16-454, et al.

157

| Record Item No. | Description |
|---|---|

898.　Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/29/2017
Accession No:  20170929-5236
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit supplemental information updating response to the FERC July 29, 2016 Environmental Information Request No. 2 under CP16-454, et al.

899.　Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/29/2017
Accession No:  20170929-5252
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit for filing information responsive to the FERC August 2, 2017 Environmental and Engineering Information Request under CP16-454, et al.

900.　Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  10/6/2017
Accession No:  20171006-5146
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit for filing information responsive to the FERC August 2, 2017 Environmental and Engineering Information Request under CP16-454, et al.

901.　Filed By: Orrick Herrington & Sutcliffe LLP
Filed Date:  10/6/2017
Accession No:  20171010-0006
Description:  Orrick, Herrington & Sutcliffe responds to the Environmental and Engineering Information Request under CP16-454 et al. unacceptable file types (or extensions) not loaded.

| Record Item No. | Description |
|---|---|

**902.**      Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  10/11/2017
Accession No:  20171011-5199
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit for filing information responsive to the FERC August 2, 2017 Environmental and Engineering Information Request under CP16-454, et al.

**903.**      Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  10/13/2017
Accession No:  20171013-5157
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit for filing information responsive to the FERC August 2, 2017 Environmental and Engineering Information Request under CP16-454, et al.

**904.**      Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  10/27/2017
Accession No:  20171027-5250
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit for filing information responsive to the FERC August 2, 2017 Environmental and Engineering Information Request item 68 under CP16-454, et al.

**905.**      Filed By: Orrick Herrington & Sutcliffe LLP
Filed Date:  10/30/2017
Accession No:  20171030-0014
Description:  Orrick Herrington & Sutcliffe submits response to FERC's Engineering Information Request re the Rio Grande LNG, LLC et al. under CP16-454 et al.  CD contains files that are not loadable.

| **Record Item No.** | **Description** |
|---|---|

906.    Issued By: FERC
        Filed Date:  11/1/2017
        Accession No:  20171101-4007
        Description:  Email dated 11/1/17 et al. with Erik Swenson re FERC's
        data request clarifications for the RG LNG Project under CP16-454 et
        al.

907.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
        Filed Date:  11/3/2017
        Accession No:  20171103-5219
        Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
        Company, LLC submit information responsive to the FERC August 2,
        2017 Environmental and Engineering Information Request under
        CP16-454, et al.

908.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
        Filed Date:  11/3/2017
        Accession No:  20171103-5225
        Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
        Company, LLC submit for filing information responsive to the FERC
        October 31, 2017 Information Request Clarifications under CP16-454,
        et al.

909.    Filed By: Orrick Herrington & Sutcliffe LLP
        Filed Date:  11/6/2017
        Accession No:  20171106-0041
        Description:  Orrick, Herrington & Sutcliffe LLP submits
        information re the Environmental and Engineering Information
        Request under CP18-454 et al.

910.    Filed By: Orrick Herrington & Sutcliffe LLP
        Filed Date:  11/6/2017
        Accession No:  20171106-0042
        Description:  Orrick, Herrington & Sutcliffe LLP submits
        information re the Environmental and Engineering Information
        Request under CP18-454 et al. "CD Not Loadable".

**Record
Item No.**     <u>Description</u>

911.        Filed By: Orrick Herrington & Sutcliffe LLP
            Filed Date:  11/6/2017
            Accession No:  20171106-4003
            Description:  Orrick, Herrington & Sutcliffle LLP's CD containing
            information re the Environmental and Engineering Information
            Request under CP18-454 et al.

912.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date:  11/7/2017
            Accession No:  20171107-5279
            Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
            Company, LLC submit additional files of alignment sheets for
            Response to FERC August 2, 2017 Environmental and Engineering
            Information Request item 29 under CP16-454, et al.

913.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date:  11/9/2017
            Accession No:  20171109-5199
            Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
            Company, LLC submit information responsive to the FERC August 2,
            2017 Environmental and Engineering Information Request under
            CP16-454, et al.

914.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date:  11/14/2017
            Accession No:  20171114-5060
            Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
            Company, LLC submit Supplemental Information - revised alignment
            sheets reflecting relocated HDD exit area under CP16-454, et al.

915.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
            Filed Date:  11/17/2017
            Accession No:  20171117-5156
            Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
            Company, LLC submit information responsive to the FERC August 2,
            2017 Environmental and Engineering Information Request under
            CP16-454, et al.

| **Record Item No.** | **Description** |
|---|---|

916.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  11/17/2017
Accession No:  20171117-5157
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit information responsive to the FERC August 2, 2017 Environmental and Engineering Information Request under CP16-454, et al.

917.    Filed By: Orrick Herrington & Sutcliffe LLP
Filed Date:  11/20/2017
Accession No:  20171120-0034
Description:  RIO Grande LNG, LLC forwards a CD containing additional responsive files to the Environmental and Engineering Information Request under CP16-454 et al.

918.    Filed By: Orrick Herrington & Sutcliffe LLP
Filed Date:  11/20/2017
Accession No:  20171120-4067
Description:  Rio Grande LNG, LLC forwards a CD containing additional responsive files to the Environmental and Engineering Information Request under CP16-454 et al.

919.    Issued By: Office of Energy Projects
Filed Date:  11/28/2017
Accession No:  20171128-3070
Description:  Project Update for the Rio Grande LNG Project under CP16-454 et al.

920.    Filed By: Individual
Filed Date:  12/14/2017
Accession No:  20171214-5015
Description:  Comment of John Young under CP16-454, et al. regarding a NextDecade 11-27-2017 statement that it expects a FERC notice of schedule "in the near future."

162

**Record
Item No.**     **Description**

921.       Filed By: Union Pacific Railroad Company
           Filed Date:  12/15/2017
           Accession No:  20171215-5137
           Description:  Comment of Union Pacific Railroad Company under
           CP16-454.

922.       Issued By: Federal Energy Regulatory Commission
           Filed Date:  12/19/2017
           Accession No:  20171219-4003
           Description:  Conference Call Notes from the December 14, 2017
           telephone call, between FERC staff and NextDecade, LLC et al. re the
           Rio Grande LNG Project under docket CP16-454 et al.

923.       Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
           Filed Date:  12/22/2017
           Accession No:  20171222-5255
           Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
           Company, LLC submit information responsive to the FERC requests
           for clarification under CP16-454, et al.

924.       Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
           Filed Date:  12/22/2017
           Accession No:  20171222-5256
           Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
           Company, LLC submit information responsive to the FERC requests
           for clarification under CP16-454, et al.

925.       Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
           Filed Date:  12/22/2017
           Accession No:  20171222-5272
           Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
           Company, LLC submit supplemental information updating their
           previous response to the FERC July 29, 2016 Environmental
           Information Request No. 2 under CP16-454, et al.

**Record
Item No.**    **Description**

926.        Filed By: Orrick Herrington & Sutcliffe LLP
            Filed Date:  12/26/2017
            Accession No:  20171227-0011
            Description:  Orrick, Herrington & Sutcliffe LLP submits CD
            containing additional responsive file for clarification request no. 3
            under CP16-454 et al. "CD Not Loadable".

927.        Issued By: Office of Energy Projects
            Filed Date:  1/5/2018
            Accession No:  20180105-3032
            Description:  Letter requesting U.S. Environmental Protection
            Agency, Region 6 to provide assistance re Cooperating Agency in the
            preparation of the environmental impact statements for the Rio
            Grande LNG Project, et al. under CP16-454, et al.

928.        Filed By: U.S. Department Of Transportation
            Filed Date:  1/12/2018
            Accession No:  20180112-4003
            Description:  Email dated 01/12/2018 from U.S. Department of
            Transportation re the Next Decade Rio Grande LNG Export Project
            under CP16-454.

929.        Issued By: Office of Energy Projects
            Filed Date:  1/18/2018
            Accession No:  20180118-3038
            Description:  Memo dated 1/18/18 from Gertrude Johnson re the Rio
            Grande LNG Project under CP16-454 et al.

930.        Issued By: Office Of Energy Market Regulation
            Filed Date:  1/23/2018
            Accession No:  20180123-3009
            Description:  Letter requesting Rio Bravo Pipeline Company, LLC to
            provide data to assist in the analysis of the proposed certificate
            application under CP16-455.

| Record Item No. | Description |
|---|---|

**931.** Filed By: Rio Bravo Pipeline Company, LLC
Filed Date:  1/26/2018
Accession No:  20180126-5060
Description:  Rio Bravo Pipeline Company, LLC submits Response to the January 23, 2018 Data Request by the Division of Pipeline Regulation under CP16-455.

**932.** Issued By: Office of Energy Projects
Filed Date:  2/1/2018
Accession No:  20180201-3042
Description:  Letter informing Rio Grande LNG, LLC to provide information re the Engineering Information Request to assist in the analysis for the Rio Grande LNG Project under CP16-454, et al.

**933.** Issued By: Office of Energy Projects
Filed Date:  2/6/2018
Accession No:  20180206-3024
Description:  Memo dated 2/06/18 from Gertrude Johnson from Office of Energy Project re the Rio Grande LNG Project, et al. under CP16-454, et al.

**934.** Filed By: Save RGV from LNG
Filed Date:  2/7/2018
Accession No:  20180207-5133
Description:  Comment of 20 individuals under CP16-116, et al.

**935.** Filed By: Save RGV from LNG
Filed Date:  2/7/2018
Accession No:  20180207-5134
Description:  Comment of 16 individuals submitted by Save RGV from LNG under CP16-116, et al.

**936.** Filed By: Save RGV from LNG
Filed Date:  2/7/2018
Accession No:  20180207-5135
Description:  Comment of 27 individuals submitted by Save RGV from LNG under CP16-116, et al.

| Record Item No. | Description |
|---|---|

937.    Filed By: Save RGV from LNG
        Filed Date: 2/7/2018
        Accession No: 20180207-5136
        Description: Comment of 30 individuals submitted by Save RGV
        from LNG under CP16-116, et al.

938.    Filed By: Save RGV from LNG
        Filed Date: 2/7/2018
        Accession No: 20180207-5140
        Description: Comment of 24 individuals submitted by Save RGV
        from LNG under CP16-454, et al.

939.    Filed By: Save RGV from LNG
        Filed Date: 2/7/2018
        Accession No: 20180207-5144
        Description: Comment of 23 individuals submitted on by Save RGV
        from LNG under CP16-116, et al.

940.    Filed By: Save RGV from LNG
        Filed Date: 2/7/2018
        Accession No: 20180207-5145
        Description: Comment of 35 individuals submitted by Save RGV
        from LNG under CP16-116, et al.

941.    Filed By: Save RGV from LNG
        Filed Date: 2/7/2018
        Accession No: 20180207-5149
        Description: Comment of 24 individuals submitted by Save RGV
        from LNG under CP16-116, et al.

942.    Issued By: Individual
        Filed Date: 2/9/2018
        Accession No: 20180209-4003
        Description: Non-Decisional: Email from Randolph Delay re the
        LNG project in Texas under CP16-116 et al.

| Record Item No. | Description |
|---|---|

**Record Item No.**    **Description**

943.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/16/2018
Accession No:  20180216-5229
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit information responsive to the FERC February 1, 2018 Engineering Information Request Nos. 1-29 under CP16-454, et al.

944.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/16/2018
Accession No:  20180216-5230
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit information responsive to the FERC February 1, 2018 Engineering Information Request Nos. 1-29 under CP16-454, et al.

945.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/21/2018
Accession No:  20180221-5148
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit information responsive to the FERC February 1, 2018 Engineering Information Request Nos. 30-34 under CP16-454, et al.

946.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  2/21/2018
Accession No:  20180221-5149
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit information responsive to the FERC February 1, 2018 Engineering Information Request Nos. 30-34 under CP16-454, et al.

**Record Item No.**     **Description**

947.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  3/1/2018
Accession No:  20180301-5019
Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit information supplementing their May 5, 2016 application under CP16-454, et al.

948.    Filed By: Individual
Filed Date:  3/2/2018
Accession No:  20180302-5001
Description:  Comment of Terence M. Garrett, PhD in Docket(s)/ Project(s) CP16-454-000.

949.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  3/5/2018
Accession No:  20180305-5241
Description:  Request for Change in Counsel Information of Rio Grande LNG, LLC, et al. under CP16-455, et al.

950.    Filed By: South Padre Island Chamber Of Commerce
Filed Date:  3/9/2018
Accession No:  20180309-0007
Description:  South Padre Island Chamber of Commerce submits letter re the construction of the Rio Grande LNG and Rio Bravo Pipeline Facility under CP16-454 et al.

951.    Filed By: Individual
Filed Date:  3/26/2018
Accession No:  20180326-5001
Description:  Comment of Alysia V. Gonzales in Docket(s)/Project(s) CP16-454, et al.  Submission Date: 3/23/2018.

952.    Filed By: Individual
Filed Date:  3/26/2018
Accession No:  20180326-5002
Description:  Comment of Priscilla_7@live.com in Docket(s)/ Project(s) CP16-454, et al.  Submission Date: 3/23/2018.

| Record Item No. | Description |
|---|---|

953.    Filed By: Individual
        Filed Date:  4/4/2018
        Accession No:  20180404-5197
        Description:  Comment of John Young under CP16-454 regarding
        NextDecade's Rio Grande LNG and Galveston Bay LNG projects.

954.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
        Filed Date:  4/19/2018
        Accession No:  20180419-5210
        Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
        Company, LLC submit supplemental information responsive to
        FERC's July 29, 2016 EIR Nos. 2 and 7 and FERC's August 2, 2017
        EIR Nos. 35, 40(f), 42, and 62 under CP16-454, et al.

955.    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
        Filed Date:  4/19/2018
        Accession No:  20180419-5211
        Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
        Company, LLC submit supplemental information responsive to
        FERC's July 29, 2016 EIR Nos. 2 and 7 and FERC's August 2, 2017
        EIR Nos. 35, 40(f), 42, and 62 under CP16-454, et al.

956.    Filed By: Senator John Cornyn et al.
        Filed Date:  5/29/2018
        Accession No:  20180531-0008
        Description:  Senator John Cornyn et al. submits comments re the Rio
        Grande LNG Project under CP16-454.

957.    Issued By: Department Of Defense
        Filed Date:  6/5/2018
        Accession No:  20180605-3045
        Description:  Response Letter from DoD for the Rio Grande LNG
        Project under CP16-454.

| Record Item No. | Description |
|---|---|

**958.**  Filed By: Individual
Filed Date:  6/5/2018
Accession No:  20180605-5011
Description:  Comment of John Young under CP16-454, on Law firm initiating legal investigation of NextDecade on behalf of stockholders 06-04-2018.

**959.**  Issued By: Office of Energy Projects
Filed Date:  6/11/2018
Accession No:  20180611-3052
Description:  Letter requesting K&L Gates LLP to provide information to assist in the analysis of the application within 20 days re the Rio Grande LNG Project under CP16-454 et al.

**960.**  Filed By: Individual
Filed Date:  6/11/2018
Accession No:  20180611-5082
Description:  Comment of John Young under CP16-454. Rio Grande LNG's 03-21-2017 inadequate response to FERC regarding SpaceX launch failure hazards.

**961.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  6/13/2018
Accession No:  20180613-5110
Description:  Request to Update Information of Rio Grande LNG, LLC, et al. under CP16-454-000, and Rio Bravo Pipeline Company, LLC Under CP16-455.

**962.**  Filed By: Individual
Filed Date:  6/21/2018
Accession No:  20180621-5003
Description:  Comment of John Young under CP16-454: Is NextDecade's economic foundation adequate for its Rio Grande LNG and Rio Bravo Pipeline projects?

**Record**
**Item No.**　　**Description**

963.　　Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company LLC
　　　　Filed Date:  6/25/2018
　　　　Accession No:  20180625-5014
　　　　Description:  Rio Grande LNG and Rio Bravo Pipeline Company
　　　　Partial EIR Responses to 6.11.18 Data Requests.

964.　　Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company LLC
　　　　Filed Date:  6/25/2018
　　　　Accession No:  20180625-5015
　　　　Description:  Rio Grande LNG and Rio Bravo Pipeline Company
　　　　Partial EIR Responses to 6.11.18 Data Requests.

965.　　Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
　　　　Filed Date:  6/29/2018
　　　　Accession No:  20180629-5302
　　　　Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
　　　　Company, LLC submit responses to FERC's June 11, 2018 EIR Nos.
　　　　3, 5, 6, 7, 9, and 27 under CP16-454, et al.

966.　　Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
　　　　Filed Date:  6/29/2018
　　　　Accession No:  20180629-5303
　　　　Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
　　　　Company, LLC submit responses to FERC's June 11, 2018 EIR Nos.
　　　　3, 5, 6, 7, 9, and 27 under CP16-454, et al.

967.　　Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
　　　　Filed Date:  7/2/2018
　　　　Accession No:  20180702-5256
　　　　Description:  Rio Grande LNG, LLC and Rio Bravo Pipeline
　　　　Company, LLC submit responses to FERC's June 11, 2018 EIR Nos.
　　　　15, 18, and 19 under CP16-454, et al.

**Record**
**Item No.**          **Description**

968.          Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
              Filed Date: 7/2/2018
              Accession No: 20180702-5257
              Description: Rio Grande LNG, LLC and Rio Bravo Pipeline
              Company, LLC submit responses to FERC's June 11, 2018 EIR Nos.
              15, 18, and 19 under CP16-454, et al.

969.          Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
              Filed Date: 7/3/2018
              Accession No: 20180703-5092
              Description: Rio Grande LNG, LLC and Rio Bravo Pipeline
              Company, LLC submit Oath Statement for responses to FERC's June
              11, 2018 EIR Nos. 15, 18, and 19 under CP16-454, et al., Accession
              Numbers 20180702-5256 (public) and 20180702-5257 (CEII).

970.          Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
              Filed Date: 7/5/2018
              Accession No: 20180705-5000
              Description: Rio Grande LNG, LLC and Rio Bravo Pipeline
              Company, LLC submit supplemental response to FERC's June 11,
              2018 EIR No. 20 under CP16-454, et al.

971.          Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
              Filed Date: 7/9/2018
              Accession No: 20180709-5147
              Description: Rio Grande LNG, LLC and Rio Bravo Pipeline
              Company, LLC submit response to FERC's June 11, 2018 EIR No. 14
              under CP16-454, et al.

972.          Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
              Filed Date: 7/9/2018
              Accession No: 20180709-5148
              Description: Rio Grande LNG, LLC and Rio Bravo Pipeline
              Company, LLC submit response to FERC's June 11, 2018 EIR No. 14
              under CP16-454, et al.

| Record Item No. | Description |
|---|---|

**973.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 7/16/2018
Accession No: 20180716-5010
Description: Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit supplemental response to FERC's June 11, 2018 EIR Nos. 17, 20a, 23, and 27 under CP16-454, et al.

**974.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 7/16/2018
Accession No: 20180716-5011
Description: Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit supplemental response to FERC's June 11, 2018 EIR Nos. 17, 20a, 23, and 27 under CP16-454, et al.

**975.**  Filed By: Rio Grande LNG, LLC Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC Rio Bravo Pipeline Company, LLC
Filed Date: 8/13/2018
Accession No: 20180813-5198
Description: Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit supplemental response to FERC's June 11, 2018 EIR Nos. 17.

**976.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 8/13/2018
Accession No: 20180813-5199
Description: Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC submit supplemental response to FERC's June 11, 2018 EIR Nos. 17.

**977.**  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 8/21/2018
Accession No: 20180821-5041
Description: Rio Grande LNG, LLC - PHMSA Correspondence under CP16-454.

**Record**
**Item No.**      **Description**

978.        Issued By: Office Of Energy Market Regulation
            Filed Date:  8/24/2018
            Accession No:  20180824-3020
            Description:  Letter requesting Rio Bravo Pipeline Company LLC to
            file the Data Request within seven days under CP16-455.

979.        Issued By: Chair And Immediate Staff (FERC)
            Filed Date:  8/27/2018
            Accession No:  20180831-0006
            Description:  Response to Congressman Jodey Arrington's 5/18/18
            letter re the Rio Grande LNG, L.L.C. and Rio Bravo Pipeline
            Company, L.L.C.'s Rio Grande LNG Project under CP16-454, et al.

980.        Issued By: Chair And Immediate Staff (FERC)
            Filed Date:  8/27/2018
            Accession No:  20180831-0007
            Description:  Response to Congressman Gene Green's 5/18/18 letter re
            the Rio Grande LNG, L.L.C. and Rio Bravo Pipeline Company,
            L.L.C.'s Rio Grande LNG Project under CP16-454, et al.

981.        Issued By: Chair And Immediate Staff
            Filed Date:  8/27/2018
            Accession No:  20180831-0008
            Description:  Response to Congressman Pete Olson's 5/18/2018 letter
            re Rio Grande LNG LLC and Rio Bravo Pipeline Company L.L.C.'s
            Rio Grande LNG Project under CP16-454 et al.

982.        Issued By: Chair And Immediate Staff (FERC)
            Filed Date:  8/27/2018
            Accession No:  20180831-0009
            Description:  Response to Senator John Cornyn's 5/18/18 letter re the
            Rio Grande LNG, L.L.C. and Rio Bravo Pipeline Company, L.L.C.'s
            Rio Grande LNG Project under CP16-454, et al.

| **Record Item No.** | **Description** |
|---|---|

983.    Issued By: Chair And Immediate Staff (FERC)
Filed Date:  8/27/2018
Accession No:  20180831-0010
Description:  Response to Congressman Kevin Brady's 5/18/18 letter re the Rio Grande LNG, L.L.C. and Rio Bravo Pipeline Company, L.L.C.'s Rio Grande LNG Project under CP16-454, et al.

984.    Issued By: Chair And Immediate Staff (FERC)
Filed Date:  8/27/2018
Accession No:  20180831-0011
Description:  Response to Senator Ted Cruz's 5/18/2018 letter re Rio Grande LNG LLC's et al. Rio Grande LNG Project under CP16-454 et al.

985.    Filed By: Rio Bravo Pipeline Company, LLC
Filed Date:  8/30/2018
Accession No:  20180830-5148
Description:  Rio Bravo Pipeline Company, LLC Submits Response to FERC's Aug. 24, 2018 Data Request (CP16-455).

986.    Issued By: Secretary Of The Commission, FERC
Filed Date:  8/31/2018
Accession No:  20180831-3064
Description:  Notice of Schedule for Environmental Review of the Rio Grande LNG Project re Rio Grande LNG, LLC et al. under CP16-454 et al.

987.    Issued By: FERC
Filed Date:  8/31/2018
Accession No:  20180831-3076
Description:  News Release - FERC Issues Environmental Schedules for 12 LNG Terminal Applications under CP17-470.

| Record Item No. | Description |
|---|---|

988.  Filed By: Save RGV from LNG
Filed Date: 8/31/2018
Accession No: 20180831-5011
Description: Comments of 525 individuals submitted by the Save RGV from LNG organization under CP16-116, et al.

989.  Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 9/4/2018
Accession No: 20180904-5023
Description: Rio Grande LNG, LLC, et al. submits PHMSA correspondence under CP16-454, et al.

990.  Filed By: Individual
Filed Date: 9/5/2018
Accession No: 20180905-0007
Description: Comments of Leonel Becerra re the Texas LNG Project, et al. under CP16-116, et al.

991.  Filed By: Individual
Filed Date: 9/5/2018
Accession No: 20180905-0008
Description: Comments of Gloria Garcia re the Texas LNG Project, et al. under CP16-116, et al.

992.  Filed By: Individual
Filed Date: 9/5/2018
Accession No: 20180905-0009
Description: Comments of Ernesto Garcia re the Texas LNG Project, et al. under CP16-116, et al.

993.  Filed By: Individual
Filed Date: 9/5/2018
Accession No: 20180905-0010
Description: Comments of Debra Ayala re the Texas LNG Project, et al. under CP16-116, et al.

**Record**
**Item No.**        **Description**

994.        Filed By: Individual
            Filed Date:  9/5/2018
            Accession No:  20180905-0011
            Description:  Comments of an individual re the Texas LNG Project, et
            al. under CP16-116, et al.

995.        Filed By: Individual
            Filed Date:  9/5/2018
            Accession No:  20180905-0012
            Description:  Comments of Orlando Lopez re the Texas LNG Project,
            et al. under CP16-116, et al.

996.        Filed By: Individual
            Filed Date:  9/5/2018
            Accession No:  20180905-0013
            Description:  Comments of Rogelio Villegas re the Texas LNG
            Project, et al. under CP16-116, et al.

997.        Filed By: Individual
            Filed Date:  9/5/2018
            Accession No:  20180905-0014
            Description:  Comments of Todd Hanby re the Texas LNG Project, et
            al. under CP16-116, et al.

998.        Filed By: Individual
            Filed Date:  9/5/2018
            Accession No:  20180905-0015
            Description:  Comments of Victoria Gonzalez re the Texas LNG
            Project, et al. under CP16-116, et al.

999.        Filed By: Individual
            Filed Date:  9/5/2018
            Accession No:  20180905-0016
            Description:  Comments of David Menchaca re the Texas LNG
            Project, et al. under CP16-116, et al.

| Record Item No. | Description |
|---|---|

1000.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0017
Description:  Comments of David Sanchez re the Texas LNG Project, et al. under CP16-116, et al.

1001.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0018
Description:  Comments of Matt Rivas re the Texas LNG Project, et al. under CP16-116, et al.

1002.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0019
Description:  Comments of Marco Amzaldua re the Texas LNG Project, et al. under CP16-116, et al.

1003.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0020
Description:  Comments of Jean Mendore re the Texas LNG Project, et al. under CP16-116, et al.

1004.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0021
Description:  Comments of Ninfa Aleman re the Texas LNG Project, et al. under CP16-116, et al.

1005.    Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0022
Description:  Comments of Vanessa Ortega re the Texas LNG Project, et al. under CP16-116, et al.

| Record Item No. | Description |
|---|---|

**1006.**  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0023
Description:  Comments of Kathy Bassert-Webb re the Texas LNG Project, et al. under CP16-116, et al.

**1007.**  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0024
Description:  Comments of B. Elisa Filippne re the Texas LNG Project, et al. under CP16-116, et al.

**1008.**  Filed By: Individual
Filed Date:  9/5/2018
Accession No:  20180905-0025
Description:  Comments of Rebecca Folse re the Texas LNG Project, et al. under CP16-116, et al.

**1009.**  Filed By: Individuals
Filed Date:  9/5/2018
Accession No:  20180906-0008
Description:  Mass Mailing Comments of Deborah James and 107 other individuals re the proposed Port of Brownsville LNG Export Terminal Texas LNG under CP16-454, et al.

**1010.**  Filed By: Individual
Filed Date:  9/28/2018
Accession No:  20181002-0006
Description:  Comments of Teresa Nunez re the proposed Port of Brownsville LNG Export Terminals, et al. under CP16-116, et al.

**1011.**  Filed By: Individual
Filed Date:  9/28/2018
Accession No:  20181002-0007
Description:  Comments of Monica Ochoa re the Proposed Port Brownsville LNG Export Terminals, et al., under CP16-116, et al.

| Record Item No. | Description |
|---|---|

**1012.**   Filed By: Individual
Filed Date:  9/28/2018
Accession No:  20181002-0008
Description:  Comments of Danya Rivera re the Proposed Port of Brownsville LNG Export Terminals, et al., under CP16-116, et al.

**1013.**   Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0009
Description:  Mass Mailing Comments of Jesus Tomas Medina and 23 others re the proposed Port of Brownsville LNG Export Terminals, et al., under CP16-116, et al.

**1014.**   Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0010
Description:  Mass Mailing Comments of Lilly Lewis and 25 others re the Proposed Port of Brownsville LNG Export Terminals, et al., under CP16-116, et al.

**1015.**   Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0011
Description:  Mass Mailing Comments of Jessica Roberts and 24 Others re the Proposed Port of Brownsville LNG Export Terminals, et al., under CP16-116, et al.

**1016.**   Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0012
Description:  Mass Mailing Comments of Vicco Harr and 26 other individuals on the Port Brownsville LNG Export Terminals, et al., under CP16-116, et al.

| Record Item No. | Description |
|---|---|

**1017.**    Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0013
Description:  Mass Mailing Comments of Maryann Schroeder and 25 other individuals re the proposed Port of Brownsville LNG Export Terminals et al., under CP16-116, et al.

**1018.**    Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0014
Description:  Rulemaking comments for Diego Martin Reyes and 18 individuals on the Port of Brownsville LNG Export Terminals, Texas LNG etc. under CP16-116 et al.

**1019.**    Filed By: Individuals
Filed Date:  9/28/2018
Accession No:  20181002-0015
Description:  Mass Mailing Comments of Edward Garcia and 29 others re the Proposed Port of Brownsville LNG Export Terminals, et al., under CP16-116, et al.

**1020.**    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  10/2/2018
Accession No:  20181002-5031
Description:  Request of Rio Grande LNG, LLC, et al. under CP16-454, et al. to update address and service list.

**1021.**    Issued By: Office of Energy Projects
Filed Date:  10/12/2018
Accession No:  20181012-3019
Description:  Draft Environmental Impact Statement Volume 1 for Rio Grande LNG Project under CP16-454, et al.

| Record Item No. | Description |
|---|---|

**1022.**    Issued By: Secretary Of The Commission, FERC
Filed Date: 10/12/2018
Accession No: 20181012-3032
Description: Notice of Availability of the Draft Environmental Impact Statement for the Proposed Rio Grand LNG Project re Rio Grande LNG, LLC et al. under CP16-454.

**1023.**    Filed By: Individual
Filed Date: 10/12/2018
Accession No: 20181012-5010
Description: Comment of John Young under CP16-454 critiquing Coast Guard Letter of Recommendation for Rio Grande LNG.

**1024.**    Filed By: Individual
Filed Date: 10/22/2018
Accession No: 20181022-5000
Description: Comment of Michael Smith in Docket(s)/Project(s) CP16-454-000, CP16-455-000. Submission Date: 10/20/2018.

**1025.**    Filed By: Individual
Filed Date: 10/23/2018
Accession No: 20181023-5017
Description: Comment of John E. Keller in Docket(s)/Project(s) CP16-454-000.

**1026.**    Issued By: Office of Energy Projects
Filed Date: 10/25/2018
Accession No: 20181025-3069
Description: Letter to Rio Grande LNG, LLC, et al., re the Essential Fish Habitat Assessment for the Rio Grande LNG Project under CP16-454 et al.

| Record Item No. | Description |
|---|---|

1027.  Issued By: Office of Energy Projects
Filed Date: 10/25/2018
Accession No: 20181025-3070
Description: Letter to Rio Grande LNG, LLC, et al. re Section 7
Endangered Species Act Consultation referencing the RG LNG
Project, under CP16-454, et al.

1028.  Issued By: Office of Energy Projects
Filed Date: 10/25/2018
Accession No: 20181025-3072
Description: Letter to Rio Grande LNG, LLC, et al. re Section 7
Endangered Species Act Consultation for the Rio Grande LNG
Project under CP16-454 et al.

1029.  Filed By: Individual
Filed Date: 10/29/2018
Accession No: 20181029-5067
Description: Comment of Kathryn Thomas in Docket(s)/Project(s)
CP16-454-000.

1030.  Filed By: Individual
Filed Date: 11/9/2018
Accession No: 20181109-5036
Description: Comment of Deborah Lee Duke in Docket(s)/Project(s)
CP16-454-000, CP16-455-000.

1031.  Filed By: Individual
Filed Date: 11/13/2018
Accession No: 20181113-5007
Description: Comment of Mike Appling in Docket(s)/Project(s)
CP16-454-000. Submission Date: 11/11/2018.

1032.  Filed By: Individual
Filed Date: 11/13/2018
Accession No: 20181113-5018
Description: Comment of Rita B. Hernandez in Docket(s)/Project(s)
CP16-454-000. Submission Date: 11/12/2018.

| Record<br>Item No. | Description |
|---|---|

1033.    Filed By: Individual
Filed Date:  11/13/2018
Accession No:  20181113-5019
Description:  Comment of Rita B. Hernandez in Docket(s)/Project(s)
CP16-454-000, CP16-455-000.  Submission Date: 11/12/2018.

1034.    Filed By: Individual
Filed Date:  11/13/2018
Accession No:  20181113-5019
Description:  Comment of Rita B. Hernandez in Docket(s)/Project(s)
CP16-454-000, CP16-455-000.  Submission Date: 11/12/2018.

1035.    Filed By: Individual
Filed Date:  11/13/2018
Accession No:  20181113-5020
Description:  Comment of Sergio O. Anguiano in Docket(s)/Project(s)
CP16-454-000, CP16-455-000.  Submission Date: 11/12/2018.

1036.    Filed By: Individual
Filed Date:  11/13/2018
Accession No:  20181113-5021
Description:  Comment of Lisa Kay Adam in Docket(s)/Project(s)
CP16-454-000, CP16-455-000.  Submission Date: 11/12/2018.

1037.    Filed By: Individual
Filed Date:  11/13/2018
Accession No:  20181113-5211
Description:  Comment of Carlos Zamora in Docket(s)/Project(s)
CP16-455-000, CP16-454-000.

1038.    Filed By: Individual
Filed Date:  11/13/2018
Accession No:  20181113-5239
Description:  Comment of Alfredo Alvarado in Docket(s)/Project(s)
CP16-454-000, CP16-455-000.

| **Record Item No.** | **Description** |
| --- | --- |

1039.   Filed By: Individual
        Filed Date: 11/13/2018
        Accession No: 20181113-5252
        Description: Comment of Kenneth Teague under CP16-454.

1040.   Filed By: Individual
        Filed Date: 11/13/2018
        Accession No: 20181113-5291
        Description: Comment of Santiago Guaajrdo in Docket(s)/Project(s)
        CP16-454-000, CP16-455-000.

1041.   Filed By: Individual
        Filed Date: 11/15/2018
        Accession No: 20181115-5030
        Description: Comment of Donna E. Eymard in Docket(s)/Project(s)
        CP16-455-000.

1042.   Filed By: Individual
        Filed Date: 11/16/2018
        Accession No: 20181116-5000
        Description: Comment of Doris Meinerding in Docket(s)/Project(s)
        CP16-454-000. Submission Date: 11/15/2018.

1043.   Filed By: Individual
        Filed Date: 11/16/2018
        Accession No: 20181116-5030
        Description: Comment of Oscar Garcia in Docket(s)/Project(s) CP16-
        454-000.

1044.   Filed By: Individual
        Filed Date: 11/19/2018
        Accession No: 20181119-5010
        Description: Comment of Dr. D. Ddolezal dc,fabda in Docket(s)/
        Project(s) CP16-454-000, CP16-455-000. Submission Date:
        11/18/2018.

| Record Item No. | Description |
|---|---|

1045.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0029
Description:  Comments of James C. Winters re the Rio Grande
Project under CP16-454 et al.

1046.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0030
Description:  Comments of Itohan Agbonkina re the Rio Grande
Project under CP15-454 et al.

1047.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0031
Description:  Comments of Black Schroeder re the Rio Grande Project
under CP16-454 et al.

1048.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0032
Description:  Comments of Christopher Huron re the Rio Grande
Project under CP16-454 et al.

1049.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0033
Description:  Comments of Monica M. Mark re the Rio Grande
Project under CP16-454 et al.

1050.    Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0034
Description:  Comments of Cemy Ruiz re the Rio Grande Project
under CP16-454 et al.

| Record Item No. | Description |
|---|---|

**1051.**   Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0035
Description: Comments of Christopher H. re the Rio Grande Project under CP15-454 et al.

**1052.**   Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0036
Description: Comments of Rosalinda Gonzales re the Rio Grande Project under CP16-454 et al.

**1053.**   Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0037
Description: Comments of Gilbert Gonzalez re the Rio Grande Project under CP16-454 et al.

**1054.**   Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0038
Description: Comments of Sergio A. Salinas re the Rio Grande Project under CP16-454 et al.

**1055.**   Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0039
Description: Comments of Christopher Basaldu re the Rio Grande Project under CP16-454 et al.

**1056.**   Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0040
Description: Comments of Joan Walker re the Rio Grande Project under CP16-454 et al.

| **Record Item No.** | **Description** |
|---|---|

1057.      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0041
Description:  Comments of Juan B. Mancias re the Rio Grande Project under CP15-454 et al.

1058.      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0042
Description:  Comments of Ava Germaine Leal re the Rio Grande Project under CP16-454 et al.

1059.      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0043
Description:  Comments of Josette A. Cruz re the Rio Grande Project under CP16-454 et al.

1060.      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0044
Description:  Comments of Juan B. Mancias re the Rio Grande Project under CP15-454 et al.

1061.      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0053
Description:  Comments of Xandra Leal for the Rio Grande Project under CP16-454 et al.

1062.      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0054
Description:  Comments of individual re the Rio Grande Project, et al. under CP16-454 et al.

| Record Item No. | Description |
|---|---|

**1063.**      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0055
Description:  Comments of Josette A. Cruz re Rio Grande Project, et al. under CP16-454, et al.

**1064.**      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0056
Description:  Comments of an individual re the Rio Grande Project, et al. under CP16-454 et al.

**1065.**      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0057
Description:  Comments of Rebekah Gomez Herrera re the Rio Grande Project, et al. under CP16-454, et al.

**1066.**      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0058
Description:  Comments of Rich Cruz re the Rio Grande Project, et al. under CP16-45 et al.

**1067.**      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0059
Description:  Comments of Michael Baguio re the Rio Grande Project, et al. under CP16-454, et al.

**1068.**      Filed By: Individual
Filed Date:  11/20/2018
Accession No:  20181120-0060
Description:  Comments of Laura Baguio re the Ro Grande Project, et al. under CP16-454 et al.

| Record Item No. | Description |
|---|---|

**1069.**
Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0061
Description: Comments of Christopher Haron re the Rio Grande Project, et al. under CP16-454 et al.

**1070.**
Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0062
Description: Comments of Javiar Gonzalez re the Rio Grande Project, et al. under CP16-454, et al.

**1071.**
Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0063
Description: Comments of Doug Faircloth re the Rio Grande Project, et al. under CP16-454 et al.

**1072.**
Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0064
Description: Comments of Mary Helen Flores re the Rio Grande Project, et al. under CP16-454, et al.

**1073.**
Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0065
Description: Comments of Britney Marutan re the Rio Grande Project, et al. under CP16-454, et al.

**1074.**
Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0066
Description: Comments of Ivy Hinson re the Rio Grande Project, et al. under CP16-454, et al.

| Record Item No. | Description |
|---|---|

**1075.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0067
Description: Comments of Ava Leal re the Rio Grande Project, et al. under CP16-454, et al.

**1076.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0068
Description: Comments of an individual re the Rio Grande Project, et al. under CP16-454, et al.

**1077.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0069
Description: Comments of Donna Mehaffey re the Rio Grande Project, et al. under CP16-454, et al.

**1078.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0070
Description: Comments of Peter Owen re the Rio Grande Project, et al. under CP16-454, et al.

**1079.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0071
Description: Comments of Otilia Castio re the Rio Grande Project, et al. under CP16-454, et al.

**1080.** Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0072
Description: Comments of Jared Haclama re the Rio Grande Project, et al. under CP16-454, et al.

| Record Item No. | Description |
|---|---|

1081.  Filed By: Individual
        Filed Date:  11/20/2018
        Accession No:  20181120-0073
        Description:  Comments of Mark K. Bruner re the Rio Grande Project, et al. under CP16-454, et al.

1082.  Filed By: Individual
        Filed Date:  11/20/2018
        Accession No:  20181120-0074
        Description:  Comments of Tommy J. Saenz re the Rio Grande Project, et al. under CP16-454, et al.

1083.  Filed By: Individual
        Filed Date:  11/20/2018
        Accession No:  20181120-0075
        Description:  Comments of Daniel S. Griffen re the Rio Grande Project, et al. under CP16-454, et al.

1084.  Filed By: Individual
        Filed Date:  11/20/2018
        Accession No:  20181120-0076
        Description:  Comments Ellen M. Tyma re the Rio Grande Project, et al. under CP16-454, et al.

1085.  Filed By: Individual
        Filed Date:  11/20/2018
        Accession No:  20181120-0077
        Description:  Comments of Marcas Munoz re the Rio Grande Project, et al. under CP16-454, et al.

1086.  Filed By: Individual
        Filed Date:  11/20/2018
        Accession No:  20181120-0078
        Description:  Comments of Deborah Curtin re the Rio Grande Project, et al. under CP16-454, et al.

| Record Item No. | Description |
| --- | --- |

1087.    Filed By: Individual
         Filed Date:  11/20/2018
         Accession No:  20181120-0079
         Description:  Comments of Rafael Salazar III re the Rio Grande
         Project, et al. under CP16-454, et al.

1088.    Filed By: Individual
         Filed Date:  11/20/2018
         Accession No:  20181120-0080
         Description:  Comments of Beverly Ray re the Rio Grande Project, et
         al. under CP16-454, et al.

1089.    Filed By: Individual
         Filed Date:  11/20/2018
         Accession No:  20181120-0081
         Description:  Comments of Ken Orgera re the Rio Grande Project, et
         al. under CP16-454, et al.

1090.    Filed By: Individual
         Filed Date:  11/20/2018
         Accession No:  20181120-0082
         Description:  Comments of Javier Ibarea re the Rio Grande Project, et
         al. under CP16-454, et al.

1091.    Filed By: Individual
         Filed Date:  11/20/2018
         Accession No:  20181120-0084
         Description:  Comments of Joyce Hamilton re the Rio Grande LNG
         Draft Environmental Impact Study under CP16-454, et al.

1092.    Filed By: Individual
         Filed Date:  11/20/2018
         Accession No:  20181120-0085
         Description:  Comments of Lydia E. Caballero re the Rio Grande
         Project, et al. under CP16-454, et al.

| Record Item No. | Description |
|---|---|

**1093.**  Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0086
Description: Comments of Jesse Maniaz re the Rio Grande Project, et al. under CP16-454, et al.

**1094.**  Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0087
Description: Comments of Mary Voltz re the Rio Grande Project, et al. under CP16-454, et al.

**1095.**  Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0088
Description: Comments of Ed McBride re the Rio Grande Project, et al. under CP16-454, et al.

**1096.**  Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-0089
Description: Comments of Christina Salazar re the Rio Grande Project, et al. under CP16-454, et al.

**1097.**  Filed By: Individual
Filed Date: 11/20/2018
Accession No: 20181120-5103
Description: Comment of Mellissa Case in Docket(s)/Project(s) CP16-454-000.

**1098.**  Filed By: Individual
Filed Date: 11/21/2018
Accession No: 20181123-0006
Description: Comments of Roxanne M. Ray re the notice of availability of the draft environmental impact statement for the Rio Grande LNG Project under CP16-454, et al.

| **Record Item No.** | **Description** |
|---|---|

1099.    Filed By: Individual
Filed Date:  11/23/2018
Accession No:  20181123-5001
Description:  Comment of Jorge A. Hernandez in Docket(s)/Project(s)
CP16-454-000, CP16-455-000.  Submission Date: 11/21/2018.

1100.    Filed By: Individual
Filed Date:  11/23/2018
Accession No:  20181123-5042
Description:  Comment of Donald Gonzales in Docket(s)/Project(s)
CP16-455-000, CP16-454-000.

1101.    Filed By: Fish And Wildlife Service
Filed Date:  11/27/2018
Accession No:  20181127-0012
Description:  United States Department of the Interior submits the
planning process for the Rio Grande LNG, LLC and Rio Bravo
Pipeline Company, LLC under CP16-454 et al.

1102.    Filed By: Individual
Filed Date:  11/27/2018
Accession No:  20181127-5173
Description:  Comment of Kenneth Teague under CP16-454.

1103.    Filed By: Individual
Filed Date:  11/27/2018
Accession No:  20181127-5175
Description:  Comment of Kenneth Teague under CP16-455.

1104.    Filed By: Individual
Filed Date:  11/28/2018
Accession No:  20181128-0006
Description:  Comments of Eddie Garza re the Rio Grande Project
under CP16-454 et al.

| Record Item No. | Description |
| --- | --- |

1105.  Filed By: Individual
       Filed Date:  11/28/2018
       Accession No:  20181128-0007
       Description:  Comment of Rogelio Solis re the Rio Grande Project
       under CP16-454 et al.

1106.  Filed By: Individual
       Filed Date:  11/28/2018
       Accession No:  20181128-0008
       Description:  Comments of Juan Quinonez re the Rio Grande Project
       under CP16-454 et al.

1107.  Filed By: Individual
       Filed Date:  11/28/2018
       Accession No:  20181128-0009
       Description:  Comments of Jose Rodriquez re the Rio Grande Project
       under CP16-454 et al.

1108.  Filed By: Individual
       Filed Date:  11/28/2018
       Accession No:  20181128-0010
       Description:  Comments of Mario Cuevas re the Rio Grande Project
       under CP16-454 et al.

1109.  Filed By: Individual
       Filed Date:  11/28/2018
       Accession No:  20181128-0011
       Description:  Comments of Kwin Armitze re the Rio Grande Project
       under CP16-454 et al.

1110.  Filed By: Individual
       Filed Date:  11/28/2018
       Accession No:  20181128-0012
       Description:  Comment of Isidro Rodriguez re the Rio Grande Project
       under CP16-454 et al.

**Record**
**Item No.**      **Description**

1111.       Filed By: Individual
            Filed Date:  11/28/2018
            Accession No:  20181128-0013
            Description:  Comments Ricardo L. Oliuaroz re the Rio Grande
            Project under CP16-454 et al.

1112.       Filed By: Individual
            Filed Date:  11/28/2018
            Accession No:  20181128-0014
            Description:  Comments of Jose Hernandez re the Rio Grande Project
            under CP16-454 et al.

1113.       Filed By: Individual
            Filed Date:  11/28/2018
            Accession No:  20181128-0015
            Description:  Comments of Noe Villarreal Jr. re the Rio Grande
            Project under CP14-454 et al.

1114.       Filed By: Individual
            Filed Date:  11/28/2018
            Accession No:  20181128-0016
            Description:  Comment of Jose Cartreuen re the Rio Grande Project
            under CP16-454 et al.

1115.       Filed By: Individual
            Filed Date:  11/28/2018
            Accession No:  20181128-0017
            Description:  Comment of Raul Rodriguez re the Rio Grande Project
            under CP16-454 et al.

1116.       Filed By: Individual
            Filed Date:  11/28/2018
            Accession No:  20181128-0018
            Description:  Comments of Agustin Moling re the Rio Grande Project
            under CP16-454 et al.

| Record Item No. | Description |
|---|---|

**Record Item No.**   **Description**

1117.   Filed By: Individual
Filed Date:  11/28/2018
Accession No:  20181128-0019
Description:  Comments of Ruben Ochoa re the Rio Grande Project under CP16-454 et al.

1118.   Filed By: Individual
Filed Date:  11/28/2018
Accession No:  20181128-0020
Description:  Comments of Alejandro Flores re the Rio Grande Project under CP16-454 et al.

1119.   Filed By: Individual
Filed Date:  11/28/2018
Accession No:  20181128-5130
Description:  Correspondence in support of previous comment of Kenneth Teague under CP16-454. Request for dredged material testing data that was not included in the DEIS, nor in the USACE EA that this DEIS claimed it was. Note that the data is not available.

1120.   Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC, Next Decade, LLC
Filed Date:  11/29/2018
Accession No:  20181129-5109
Description:  Rio Grande LNG, LLC, et al. file response to letter from U.S. Fish & Wildlife Service under CP16-454, et al.

1121.   Filed By: Individual
Filed Date:  11/29/2018
Accession No:  20181129-5236
Description:  Comment of Julia Jorgensen in Docket(s)/Project(s) CP16-454-000.

| Record Item No. | Description |
|---|---|

**1122.**    Filed By: City of Houston, Office of the Mayor
Filed Date:  11/30/2018
Accession No:  20181130-5016
Description:  Comment of City of Houston, Office of the Mayor under CP16-454.

**1123.**    Filed By: Brownsville Navigation District of Cameron County, Texas
Filed Date:  11/30/2018
Accession No:  20181130-5155
Description:  Comment of Brownsville Navigation District of Cameron County, Texas under CP16-454, et al.

**1124.**    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-0013
Description:  Comments of Juan B. Mancias re the proposed Port of Brownsville LNG export terminal Rio Grande LNG et al. under CP16-454 et al.

**1125.**    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5011
Description:  Comment of Madeleine Sandefur in Docket(s)/Project(s) CP16-454-000.  Submission Date: 12/1/2018.

**1126.**    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5017
Description:  Comment of Joanna Ward in Docket(s)/Project(s) CP16-454-000. Submission Date: 12/2/2018.

**1127.**    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5018
Description:  Comment of Steve Wilder in Docket(s)/Project(s) CP16-454-000, CP16-455-000.  Submission Date: 12/2/2018.

| Record Item No. | Description |
|---|---|

1128.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5049
Description:  Comment of Mary Volz under CP16-454, et al.

1129.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5052
Description:  Comment of Lessie Spindle under CP16-116, et al.

1130.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5053
Description:  Comment of Monica Escobedo under CP16-116, et al.

1131.    Filed By: Laguna Atascosa NWR
Filed Date:  12/3/2018
Accession No:  20181203-5054
Description:  Report with attached comments from Laguna Atascosa NWR under CP16-454.

1132.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5055
Description:  Comment of Joyce Hamilton under CP16-116, CP16-454, CP16-455, et al.

1133.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5072
Description:  Comment of Patricia Crunk under CP16-116, CP16-454, CP16-455, et al.

**Record
Item No.**          **Description**

1134.          Filed By: Individual
               Filed Date:  12/3/2018
               Accession No:  20181203-5073
               Description:  Comment of Barry Zavah under CP16-116, CP16-454,
               CP16-455, et al.

1135.          Filed By: Individual
               Filed Date:  12/3/2018
               Accession No:  20181203-5074
               Description:  Comment of Sandra Ayala under CP16-116, CP16-454,
               CP16-455, et al.

1136.          Filed By: Individual
               Filed Date:  12/3/2018
               Accession No:  20181203-5076
               Description:  Comment of Josette Cruz under CP16-116, CP16-454,
               CP16-455, et al.

1137.          Filed By: Individual
               Filed Date:  12/3/2018
               Accession No:  20181203-5077
               Description:  Comment of Bonnie Clements under CP16-116, CP16-
               454, CP16-455, et al.

1138.          Filed By: Individual
               Filed Date:  12/3/2018
               Accession No:  20181203-5078
               Description:  Comment of Nora Solis under CP16-116, CP16-454,
               CP16-455, et al.

1139.          Filed By: Individual
               Filed Date:  12/3/2018
               Accession No:  20181203-5079
               Description:  Comment of Victoria Scharen under CP16-116, CP16-
               454, CP16-455, et al.

| Record Item No. | Description |
|---|---|

1140.  Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5089
        Description:  Comment of Sergio Contreras in Docket(s)/Project(s)
        CP16-454-000.

1141.  Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5093
        Description:  Comment of Sergio Contreras in Docket(s)/Project(s)
        CP16-454-000, CP16-454-000.

1142.  Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5093
        Description:  Comment of Sergio Contreras in Docket(s)/Project(s)
        CP16-454-000.

1143.  Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5113
        Description:  Comment of Sergio Contreras in Docket(s)/Project(s)
        CP16-454-000.

1144.  Filed By: Individual
        Filed Date:  12/3/2018
        Accession No:  20181203-5126
        Description:  Comment of Saundra Thomas under CP16-116, CP16-
        454, CP16-455, et al.

1145.  Filed By: Texas Parks and Wildlife Department
        Filed Date:  12/3/2018
        Accession No:  20181203-5128
        Description:  Comment of Texas Parks and Wildlife Department
        under CP16-454, et al.

| **Record Item No.** | **Description** |
|---|---|

1146. Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5130
Description:  Comment of Carlos Galvan under CP16-116, CP16-454, CP16-455, et al.

1147. Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5133
Description:  Comment of Norma Ramos under CP16-116, CP16-454, CP16-455, et al.

1148. Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5136
Description:  Comment of Lauren Bendiksen under CP16-116, CP16-454, CP16-455-000, et al.

1149. Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5137
Description:  Comment of Mario Garza Jr. under CP16-116, CP16-454, CP16-455, et al.

1150. Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5138
Description:  Comment of Bruce Hix under CP16-116, CP16-454, CP16-455, et al.

1151. Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5140
Description:  Comment of Catherine Faver under CP16-116, CP16-454, CP16-455, et al.

| Record Item No. | Description |
|---|---|

**Record
Item No.**     **Description**

1152.      Filed By: Individual
           Filed Date:  12/3/2018
           Accession No:  20181203-5141
           Description:  Comment of Margo MacKinnon under CP16-116,
           CP16-454, CP16-455 et al.

1153.      Filed By: Individual
           Filed Date:  12/3/2018
           Accession No:  20181203-5143
           Description:  Comment of Martha Saavedra under CP16-116 CP16-
           454, CP16-455, et al.

1154.      Filed By: Individual
           Filed Date:  12/3/2018
           Accession No:  20181203-5145
           Description:  Comment of Laura Baguio under CP16-116, CP16-454,
           CP16-455, et al.

1155.      Filed By: Individual
           Filed Date:  12/3/2018
           Accession No:  20181203-5146
           Description:  Comment of Crystal Wilson under CP16-116, CP16-
           454, CP16-455, et al.

1156.      Filed By: Individual
           Filed Date:  12/3/2018
           Accession No:  20181203-5147
           Description:  Comment of John D'Angelo under CP16-116, CP16-
           454, CP16-455, et al.

1157.      Filed By: Individual
           Filed Date:  12/3/2018
           Accession No:  20181203-5150
           Description:  Comment of Letty Roerig under CP16-116, CP16-454,
           CP16-455, et al.

| Record Item No. | Description |
|---|---|

1158.     Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5154
Description: Comment of Danielle Swopes under CP16-116, CP16-454, CP16-455, et al.

1159.     Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5155
Description: Comment of Michele Gardner under CP16-116, CP16-454, CP16-455, et al.

1160.     Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5158
Description: Comment of Amy Cummins under CP16-116, CP16-454, CP16-455, et al.

1161.     Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5161
Description: Comment of Bradley Willis under CP16-116, CP16-454, CP16-455, et al.

1162.     Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5173
Description: Comment of John Lingenfelder in Docket(s)/Project(s) CP16-454-000, CP16-455-000.

1163.     Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5186
Description: Comment of Joanna Ward in Docket(s)/Project(s) CP16-455-000.

| **Record**<br>**Item No.** | **Description** |
|---|---|
| 1164. | Filed By: Individual<br>Filed Date:  12/3/2018<br>Accession No:  20181203-5187<br>Description:  Comment of Alma Gloria Leal in Docket(s)/Project(s) CP16-454-000. |
| 1165. | Filed By: Individual<br>Filed Date:  12/3/2018<br>Accession No:  20181203-5195<br>Description:  Comment of Herbert Montalvo under CP16-116, CP16-454, CP16-455, et al. |
| 1166. | Filed By: Individual<br>Filed Date:  12/3/2018<br>Accession No:  20181203-5197<br>Description:  Comment of Rebecca Wittenburg under CP16-116, CP16-454, CP16-455, et al. |
| 1167. | Filed By: Individual<br>Filed Date:  12/3/2018<br>Accession No:  20181203-5200<br>Description:  Comment of Kent Wittenburg under CP16-116, CP16-454, CP16-455, et al. |
| 1168. | Filed By: Individual<br>Filed Date:  12/3/2018<br>Accession No:  20181203-5203<br>Description:  Comment of Glenn Boward under CP16-116, CP16-454, CP16-455, et al. |
| 1169. | Filed By: Individual<br>Filed Date:  12/3/2018<br>Accession No:  20181203-5210<br>Description:  Comment of Jean Mendoza under CP16-116, CP16-454, CP16-455, et al. |

| **Record Item No.** | **Description** |
|---|---|

1170.  Filed By: Individual
       Filed Date:  12/3/2018
       Accession No:  20181203-5211
       Description:  Comment of Sandra Stark under CP16-116, CP16-454, CP16-455, et al.

1171.  Filed By: Individual
       Filed Date:  12/3/2018
       Accession No:  20181203-5212
       Description:  Comment of Friends of the Wildlife Corridor in Docket(s)/Project(s) CP16-454-000, CP16-455-000.

1172.  Filed By: Individual
       Filed Date:  12/3/2018
       Accession No:  20181203-5213
       Description:  Comment of Mia Trevino under CP16-116, CP16-454, CP16-455, et al.

1173.  Filed By: Individual
       Filed Date:  12/3/2018
       Accession No:  20181203-5215
       Description:  Comment of Carmen Grammer under CP16-116, CP16-454, CP16-455, et al.

1174.  Filed By: Individual
       Filed Date:  12/3/2018
       Accession No:  20181203-5218
       Description:  Comment of Maria M. Galasso in Docket(s)/Project(s) CP16-454-000, CP16-455-000.

1175.  Filed By: American Petroleum Institute
       Filed Date:  12/3/2018
       Accession No:  20181203-5219
       Description:  Comment of American Petroleum Institute under CP16-454, et al.

| **Record** | |
| **Item No.** | **Description** |

1176.     Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5220
Description:  Comment of Mary Elizabeth Hollmann under CP16-116, CP16-454, CP16-455, et al.

1177.     Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5223
Description:  Comment of Larry Hollmann under CP16-116, CP16-454, CP16-455, et al.

1178.     Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5225
Description:  Comment of Rebelah Gomez under CP16-116, CP16-454, CP16-455, et al.

1179.     Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5228
Description:  Comment of Karen Boward under CP16-116, CP16-454, CP16-455, et al.

1180.     Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5229
Description:  Comment of LaNell Gerlach under CP16-116, CP16-454, CP16-455, et al.

1181.     Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5231
Description:  Comment of Mary Angela Branch in Docket(s)/ Project(s) CP16-454-000, CP16-116-000.

**Record
Item No.**    **Description**

1182.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5232
Description:  Comment of Mary Angela Branch in Docket(s)/
Project(s) CP16-455-000.

1183.    Filed By: Save RGV from LNG
Filed Date:  12/3/2018
Accession No:  20181203-5233
Description:  Motion to Intervene Out-of-Time of Save RGV from
LNG under CP16-454, et al.

1184.    Filed By: Center For Liquefied Natural Gas
Filed Date:  12/3/2018
Accession No:  20181203-5238
Description:  Comment of Center For Liquefied Natural Gas on Rio
Grande LNG and Rio Bravo Pipeline projects under CP16-454, et al.

1185.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5240
Description:  Comment of Danny Wilson in Docket(s)/Project(s)
CP16-454-000, CP16-116-000.

1186.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5241
Description:  Comment of Danny Wilson in Docket(s)/Project(s)
CP16-455-000.

1187.    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5246
Description:  Comment of Diane Teter in Docket(s)/Project(s) CP16-
454-000.

| Record Item No. | Description |
|---|---|

**1188.**   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5247
Description:  Comment of Robert Severson in Docket(s)/Project(s) CP16-454-000.

**1189.**   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5250
Description:  Comment of Diane Teter in Docket(s)/Project(s) CP16-455-000.

**1190.**   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5257
Description:  Comment of Marta Pena under CP16-116, CP16-454, CP16-455, et al.

**1191.**   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5264
Description:  Comment of Edna Goette under CP16-116, CP16-454, CP16-455, et al.

**1192.**   Filed By: Friends of Laguna Atascosa National Wildlife Refuge
Filed Date:  12/3/2018
Accession No:  20181203-5275
Description:  Comment of Friends of Laguna Atascosa National Wildlife Refuge under CP16-116, CP16-454, CP16-455, et al.

**1193.**   Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181203-5282
Description:  Comment of Henry Goette under CP16-116, CP16-454, CP16-455, et al.

| Record Item No. | Description |
| --- | --- |

**1194.** Filed By: Institute for Policy Integrity, New York University School of Law
Filed Date: 12/3/2018
Accession No: 20181203-5283
Description: Comment of Institute for Policy Integrity, New York University School of Law under CP16-454, et al.

**1195.** Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5288
Description: Comment of Sarah S. Merrill under CP16-455, et al. Summary of Comments to CP16-454 and 454-000: It is FERC's legal duty to REFUSE TO PERMIT the Rio Grande LNG and the Rio Bravo Pipeline. Their environmental impacts are significant. LNG is obsolete.

**1196.** Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5292
Description: Comment of John Young under CP16-454 regarding NextDecade's organizational and financial shortcomings.

**1197.** Filed By: Individual
Filed Date: 12/3/2018
Accession No: 20181203-5309
Description: Comment of Bank S Talking in re South Texas LNG export growth is the culmination of a history of selective deference to capital interests, grown apart from the public interest served by Green New Deal level climate urgency under CP16-454, et al.

**1198.** Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 12/3/2018
Accession No: 20181203-5310
Description: Rio Grande LNG, LLC, et al. Submit Response to DEIS under CP16-454, et al.

| **Record Item No.** | **Description** |
|---|---|

1199.   Filed By: Sierra Club
        Filed Date:  12/3/2018
        Accession No:  20181203-5318
        Description:  Exhibits to Comment of Sierra Club, et al. part 1 under
        CP16-454.

1200.   Filed By: Sierra Club
        Filed Date:  12/3/2018
        Accession No:  20181203-5319
        Description:  Comment of Sierra Club et al. under CP16-454, et al.

1201.   Filed By: Sierra Club
        Filed Date:  12/3/2018
        Accession No:  20181203-5322
        Description:  Comment of Sierra Club et al. exhibits part 2 under
        CP16-454.

1202.   Filed By: Sierra Club
        Filed Date:  12/3/2018
        Accession No:  20181203-5323
        Description:  Comment of Sierra Club under CP16-454, et al.

1203.   Filed By: Port Of Brownsville
        Filed Date:  12/3/2018
        Accession No:  20181204-0006
        Description:  Non-Decisional: Comments of Port of Brownsville re
        the Rio Grande LNG and Rio Bravo Pipeline's Rio Bravo Pipeline
        Project under CP16-454, et al.

1204.   Filed By: U.S. Congressman Kevin Brady
        Filed Date:  12/3/2018
        Accession No:  20181204-0007
        Description:  U.S. Congressman Kevin Brady submit comments re
        Rio Grande LNG Project under CP16-454, et al.

| Record Item No. | Description |
|---|---|

**1205.**    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181204-0015
Description:  Comments of Kay Mcbrayer re the proposed Port of Brownsville export terminal Rio Grande LNG et al. under CP16-454 et al.

**1206.**    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181204-0016
Description:  Comments of Ann Mcgory re the proposed Port of Brownsville LNG export terminal Rio Grande LNG et al. under CP16-454 et al.

**1207.**    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181204-0017
Description:  Comments of Molley Neeley re the proposed Port of Brownville LNG Export Terminal Project et al. under CP16-454.

**1208.**    Filed By: Individual
Filed Date:  12/3/2018
Accession No:  20181204-0018
Description:  Comments of J. Talbot re the he proposed Port of Brownsville LNG export terminal Rio Grande LNG et al. under CP16-454 et al.

**1209.**    Filed By: Individuals
Filed Date:  12/3/2018
Accession No:  20181204-0019
Description:  Comment of Don Hammond et al. for the Rio Grande LNG Project et al. under CP16-454 et al.

**Record**
**Item No.**      **Description**

1210.       Filed By: Individuals
            Filed Date:  12/3/2018
            Accession No:  20181204-0020
            Description:  Comments of Maritza Rodriguez and 116 others re the
            proposed Port Brownsville LNG export terminal Rio Grande LNG
            and the Rio Bravo Pipeline under CP16-454, et al.

1211.       Filed By: Individual
            Filed Date:  12/4/2018
            Accession No:  20181204-5003
            Description:  Comment of Rebekah Hinojosa in Docket(s)/Project(s)
            CP16-454-000, CP16-455-000.  Submission Date: 12/3/2018.

1212.       Filed By: Sierra Club et al.
            Filed Date:  12/4/2018
            Accession No:  20181204-5011
            Description:  Comment of Sierra Club et al. under CP16-454-000.
            Exhibits for comments filed, part 3 of 3.

1213.       Filed By: Individual
            Filed Date:  12/4/2018
            Accession No:  20181204-5018
            Description:  Comment of William E. Kenon, Jr. under CP16-455, et
            al.

1214.       Filed By: Individual
            Filed Date:  12/4/2018
            Accession No:  20181204-5019
            Description:  Comment of Patrick Anderson under CP16-116, et al.

1215.       Filed By: Individual
            Filed Date:  12/4/2018
            Accession No:  20181204-5024
            Description:  Comment of William Berg under CP16-454, et al.

| Record Item No. | Description |
|---|---|

1216.    Filed By: Individual
Filed Date:  12/4/2018
Accession No:  20181204-5114
Description:  Comment of Rick Morano in Docket(s)/Project(s) CP16-454-000.

1217.    Filed By: United States Senator John Cornyn
Filed Date:  12/4/2018
Accession No:  20181207-0009
Description:  United States Senator John Cornyn submits letter re the Rio Grande LNG Project under CP16-454 et al.

1218.    Filed By: Congressman Bill Johnson
Filed Date:  12/4/2018
Accession No:  20181207-0011
Description:  Comments of Congressman Bill Johnson re the Rio Grande Project under CP16-454 et al.

1219.    Filed By: Individual
Filed Date:  12/10/2018
Accession No:  20181210-0033
Description:  Comments of Eric C. Kennedy re the Rio Grande LNG et al. under CP16-45.

1220.    Filed By: U.S. Environmental Protection Agency Region 10
Filed Date:  12/10/2018
Accession No:  20181210-0041
Description:  U.S. Environmental Protection Agency Region 10 submits the Draft Environmental Impact Statement for the Rio Grande LNG Project under CP16-454 et al.

1221.    Filed By: City of Houston, Office of the Mayor
Filed Date:  12/10/2018
Accession No:  20181210-0043
Description:  The City of Houston submits comments re the Rio Grande and Rio Bravo Pipeline Project under CP16-454 et al.

| Record Item No. | Description |
|---|---|

1222.  Filed By: Individual
Filed Date:  12/10/2018
Accession No:  20181210-0044
Description:  Comments of Julie Edelstein - Best re the Rio Grande Project et al. under CP16-454 et al.

1223.  Filed By: U.S. Congressman Pete Olson
Filed Date:  12/11/2018
Accession No:  20181214-0008
Description:  U.S. Congressman Pete Olson submit comments re Rio Grande LNG Project under CP16-454, et al.

1224.  Filed By: U.S. Fish and Wildlife Service, Texas Coastal Ecological Services Field Office
Filed Date:  12/14/2018
Accession No:  20181214-5189
Description:  Comment of U.S. Fish and Wildlife Service, Texas Coastal Ecological Services Field Office under CP16-454, et al.

1225.  Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5038
Description:  Comment of Jim Chapman under CP16-116, CP16-454, CP16-455, et al.

1226.  Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5062
Description:  Comment of Christopher Basaldu under CP16-116, CP16-454, CP16-455, et al.

1227.  Filed By: Individual
Filed Date:  12/17/2018
Accession No:  20181217-5071
Description:  Comment of Laurel Steinberg under CP16-116, CP16-454., CP16-455.

**Record
Item No.**     **Description**

1228.     Filed By: Individual
          Filed Date:  12/17/2018
          Accession No:  20181217-5073
          Description:  Comment of Karen Saunders under CP16-116, CP16-
          454., CP16-455.

1229.     Filed By: Individual
          Filed Date:  12/17/2018
          Accession No:  20181217-5074
          Description:  Comment of Janie Martinez under CP16-116, CP16-
          454., CP16-455.

1230.     Filed By: Individual
          Filed Date:  12/17/2018
          Accession No:  20181217-5078
          Description:  Comment of Bebe Jowell under CP16-116, CP16-454,
          CP16-455.

1231.     Filed By: Individual
          Filed Date:  12/17/2018
          Accession No:  20181217-5080
          Description:  Comment of Claudia Montemayor under CP16-116,
          CP16-454, CP16-455.

1232.     Filed By: Individual
          Filed Date:  12/17/2018
          Accession No:  20181217-5081
          Description:  Comment of Bob Radnik under CP16-116, CP16-454.,
          CP16-455.

1233.     Filed By: Individual
          Filed Date:  12/17/2018
          Accession No:  20181217-5082
          Description:  Comment of Albert Cantua under CP16-116, CP16-454,
          CP16-455.

| Record Item No. | Description |
|---|---|

1234.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5083
         Description:  Comment of Bebe Jowell under CP16-116, CP16-454, CP16-455.

1235.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5085
         Description:  Comment of Christina Patino Houle under CP16-116, CP16-454, CP16-455.

1236.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5087
         Description:  Comment of Rob Gardner on CP16-116, CP16-454, CP16-455.

1237.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5088
         Description:  Comment of Sandra Gonzalez on CP16-116, CP16-454, CP16-455.

1238.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5089
         Description:  Comment of Mary Elizabeth Hollmann under CP16-116, CP16-454, CP16-455.

1239.    Filed By: Individual
         Filed Date:  12/17/2018
         Accession No:  20181217-5090
         Description:  Comment of Alan Diaz under CP16-116, CP16-454, CP16-455.

| Record Item No. | Description |
|---|---|

1240.    Filed By: Fish And Wildlife Service
Filed Date:  12/27/2018
Accession No:  20181228-0014
Description:  The Fish and Wildlife Service submits letter re the Rio Grande LNG LLC and Rio Bravo Pipeline LLC under CP16-116 et al.

1241.    Issued By: Federal Energy Regulatory Commission
Filed Date:  1/2/2019
Accession No:  20190102-4002
Description:  Transcript dated November 13, 2018 of a Scoping Meeting held in Kingsville, Texas for the Rio Grande Project et al. under CP16-454 et al.

1242.    Issued By: Federal Energy Regulatory Commission
Filed Date:  1/2/2019
Accession No:  20190102-4003
Description:  Transcript dated November 14, 2018 of a Scoping Meeting held in Raymondville, Texas for the Rio Grande Project et al. under CP16-454 et al.

1243.    Issued By: Federal Energy Regulatory Commission
Filed Date:  1/2/2019
Accession No:  20190102-4005
Description:  Transcript dated November 15, 2018 of a Scoping Meeting held in Port Isabel, Texas for the Rio Grande Project et al. under CP16-454 et al.

1244.    Filed By: Rio Bravo Pipeline Company, LLC
Filed Date:  1/10/2019
Accession No:  20190110-5147
Description:  RBPL Correspondence on Hydraulic Model Study under CP16-455.

| Record Item No. | Description |
|---|---|

**1245.**   Issued By: Federal Energy Regulatory Commission
Filed Date:  1/14/2019
Accession No:  20190114-4000
Description:  Memo Forwarding email correspondence from the Fish and Wildlife Service re Rio Bravo Pipeline Company, LLC under CP16-454 et al.

**1246.**   Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  1/17/2019
Accession No:  20190117-5006
Description:  Rio Grande LNG, LLC, et al. Submit Supplemental Response to FERC's Aug. 2, 2017 EIR No. 2 under CP16-454, et al.

**1247.**   Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  1/25/2019
Accession No:  20190125-5020
Description:  Rio Grande LNG, LLC, et al. Submit Response to Comments on the DEIS under CP16-454, et al.

**1248.**   Issued By: Chair And Immediate Staff
Filed Date:  1/25/2019
Accession No:  20190201-0010
Description:  Response to Congressman Kevin Brady's 12/3/18 letter re Rio Grande LNG LLC's Rio Grande LNG Project under CP16-454 et al.

**1249.**   Issued By: Chair And Immediate Staff
Filed Date:  1/25/2019
Accession No:  20190201-0011
Description:  Response to Congressman Bill Johnson's 12/3/18 letter re Rio Grande LNG LLC's Rio Grande LNG Project under CP16-454 et al.

**Record
Item No.**      **Description**

1250.        Issued By: Chair And Immediate Staff
             Filed Date:  1/25/2019
             Accession No:  20190201-0019
             Description:  Response to Congressman Pete Olson's 11/30/18 letter
             re Rio Grande LNG, LLC's Rio Grande LNG Project under CP16-454
             et al.

1251.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  2/6/2019
             Accession No:  20190206-5009
             Description:  Supplemental Response to TPWD Comments on the
             DEIS and Additional Correspondence with ACOE under CP16-455, et
             al.

1252.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  2/12/2019
             Accession No:  20190212-5112
             Description:  Rio Grande LNG, LLC, et al. Submits final Essential
             Fish Habitat Assessment under CP16-454, et al.

1253.        Issued By: Federal Energy Regulatory Commission
             Filed Date:  2/13/2019
             Accession No:  20190213-3000
             Description:  Conference Call Notes dated February 4, 2019 between
             FERC and Rio Grande LNG, LLC, et al., re the Rio Grande LNG
             Project under CP16-454, et al.

1254.        Issued By: Office of Energy Projects
             Filed Date:  2/14/2019
             Accession No:  20190214-3062
             Description:  Letter to Rio Grande LNG, LLC, et al. re the Revised
             Essential Fish Habitat Assessment for the RG LNG Project under
             CP16-454, et al.

**Record**
**Item No.**      **Description**

1255.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  2/21/2019
             Accession No:  20190221-5121
             Description:  Supplemental Information Regarding PHMSA's Subpart
             B Review of Rio Grande LNG, LLC, et al. under CP16-454, et al.

1256.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  2/21/2019
             Accession No:  20190221-5122
             Description:  Supplemental Information Regarding PHMSA's Subpart
             B Review of Rio Grande LNG, LLC, et al. under CP16-454, et al.

1257.        Filed By: NOAA Fisheries Service, Southeast Region
             Filed Date:  2/22/2019
             Accession No:  20190222-5030
             Description:  EFH Consultation response from NOAA Fisheries
             Service, Southeast Region under CP16-454, et al.

1258.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  2/22/2019
             Accession No:  20190222-5166
             Description:  Supplemental Information of Rio Grande LNG, LLC, et
             al. under CP16-455, et al.

1259.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  2/22/2019
             Accession No:  20190222-5167
             Description:  Supplemental Information of Rio Grande LNG, LLC, et
             al. under CP16-455, et al.

1260.        Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
             Filed Date:  2/25/2019
             Accession No:  20190225-0010
             Description:  Rio Grande LNG, LLC et al. submits Materials for the
             Draft Environmental Impact Statement Response to Conditions 21,
             23, and 25 under CP16-454 et al.

| Record Item No. | Description |
|---|---|

**1261.**  Filed By: Rio Grande LNG, LLC et al.
Filed Date: 2/25/2019
Accession No: 20190225-0013
Description: Rio Grande LNG, LLC et al. submits Materials for the PHMSA's Subpart B Review under CP16-454 et al.

**1262.**  Filed By: K&L Gates LLP
Filed Date: 2/25/2019
Accession No: 20190225-0014
Description: Rio Grande LNG, LLC et al. submits Materials for the PHMSA's Subpart B Review under CP16-454 et al.

**1263.**  Filed By: K&L Gates LLP
Filed Date: 2/25/2019
Accession No: 20190225-4006
Description: K&L Gates CD containing the Materials for the PHMSA's Subpart B Review under CP16-454 et al.

**1264.**  Filed By: K & L Gates LLP
Filed Date: 2/25/2019
Accession No: 20190225-4007
Description: Rio Grande LNG LLC's et al. CD containing Materials for the Draft Environmental Impact Statement under CP16-454 et al.

**1265.**  Filed By: Individual
Filed Date: 2/25/2019
Accession No: 20190225-5007
Description: Comment of Tom A. Sagona in Docket(s)/Project(s) CP16-455-000. Submission Date: 2/24/2019.

**1266.**  Filed By: Individual
Filed Date: 2/25/2019
Accession No: 20190225-5008
Description: Comment of Tom A. Sagona in Docket(s)/Project(s) CP16-454-000. Submission Date: 2/24/2019.

| Record Item No. | Description |
|---|---|

**1267.** Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 2/25/2019
Accession No: 20190225-5029
Description: Supplemental Information or Request of Rio Grande LNG, LLC, et al. under CP16-455, et al.

**1268.** Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 3/1/2019
Accession No: 20190301-5340
Description: Supplemental Information of Rio Grande LNG, LLC, et al. under CP16-455, et al.

**1269.** Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 3/6/2019
Accession No: 20190306-5013
Description: Materials for PHMSA's Subpart B Review of Rio Grande LNG, LLC, et al. under CP16-455, et al.

**1270.** Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 3/6/2019
Accession No: 20190306-5014
Description: Materials for PHMSA's Subpart B Review of Rio Grande LNG, LLC, et al. under CP16-455, et al.

**1271.** Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date: 3/13/2019
Accession No: 20190313-5186
Description: Supplemental Information of Rio Grande LNG, LLC, et al. under CP16-455, et al.

**1272.** Filed By: Defenders Of Wildlife
Filed Date: 3/26/2019
Accession No: 20190326-5051
Description: Defenders of Wildlife's Request to Update Service List under CP16-454, et al.

| Record Item No. | Description |
|---|---|

1273.  Issued By: Office of Energy Projects
Filed Date:  3/27/2019
Accession No:  20190327-3003
Description:  Email dated 3/27/19 forwarded from Ghanshyam Patel of the Office of Energy Project re the 49 CFR, Part 193, Subpart B, Siting - Letter of Determination for Rio Grande LNG Terminal under CP16-454.

1274.  Filed By: Rio Bravo Pipeline Company, LLC, Rio Grande LNG, LLC
Filed Date:  4/9/2019
Accession No:  20190409-5144
Description:  Supplemental Information of Rio Bravo Pipeline Company, LLC, et al. under CP16-455, et al.

1275.  Filed By: City of South Padre Island, Texas
Filed Date:  4/19/2019
Accession No:  20190419-5084
Description:  Report/Form of City of South Padre Island, Texas under CP16-454. During the April 17, 2019, City Council meeting, Council voted to continue its opposition to LNG development at the Port of Brownsville, Texas.

1276.  Filed By: City of South Padre Island, Texas
Filed Date:  4/22/2019
Accession No:  20190422-5149
Description:  Supplemental Information of City of South Padre Island, Texas under CP16-116, et al.  The City of South Padre Island has updated the contacts for the official service list.

1277.  Issued By: Federal Energy Regulatory Commission
Filed Date:  4/26/2019
Accession No:  20190426-3020
Description:  Final Environmental Impact Statement Volume I for the Rio Grande LNG Project et al. under CP16-454 et al.

| Record Item No. | Description |
|---|---|
| 1278. | Issued By: Secretary Of The Commission, FERC<br>Filed Date: 4/26/2019<br>Accession No: 20190426-3033<br>Description: Notice of Availability of the Final Environmental Impact Statement for the Proposed Rio Grande LNG Project re Rio Grande LNG, LLC, et al. under CP16-454. |
| 1279. | Filed By: NextDecade LLC<br>Filed Date: 5/1/2019<br>Accession No: 20190501-5182<br>Description: Request to Update Location of Corporate Headquarters and Corporate Officials Information of NextDecade under RM99-9, et al. |
| 1280. | Filed By: Individual<br>Filed Date: 5/6/2019<br>Accession No: 20190506-5004<br>Description: Comment of Doyle Wells in Docket(s)/Project(s) CP16-454-000, CP16-455-000. Submission Date: 5/5/2019. |
| 1281. | Filed By: Individual<br>Filed Date: 5/8/2019<br>Accession No: 20190508-5052<br>Description: Comment of Kenneth Teague under CP16-45. Comments on FEIS. |
| 1282. | Filed By: Individual<br>Filed Date: 5/17/2019<br>Accession No: 20190517-0008<br>Description: Comments of Davis L. Davidson re the LNG Terminals and Associated Pipeline, etc. under CP16-454, et al. |
| 1283. | Filed By: Individual<br>Filed Date: 5/24/2019<br>Accession No: 20190524-5002<br>Description: Comment of Christi Craddick in Docket(s)/Project(s) CP16-454-000, CP16-455-000. Submission Date: 5/23/2019. |

**Record**
**Item No.**     **Description**

1284.        Filed By: Individual
             Filed Date:  5/24/2019
             Accession No:  20190524-5019
             Description:  Comment of Christi Craddick under CP16-454, et al.

1285.        Filed By: Sierra Club
             Filed Date:  5/30/2019
             Accession No:  20190530-5516
             Description:  Comment of Sierra Club et al. under CP16-454.

1286.        Filed By: Rio Grande LNG, LLC Rio Bravo Pipeline Company, LLC
             Filed Date:  6/3/2019
             Accession No:  20190603-5136
             Description:  Response of Rio Grande LNG, LLC, et al. under CP16-454, et al. to Sierra Club et al. request for SEIS.

1287.        Filed By: Individual
             Filed Date:  6/11/2019
             Accession No:  20190611-5114
             Description:  Comment of Erika Garzoria in Docket(s)/Project(s) CP16-116-000, CP16-454-00.

1288.        Filed By: Sierra Club, Defenders Of Wildlife, Vecinos Para el Bienestar de la Comunidad Costera, Shrimpers and Fisherman for RGV, Save RGV from LNG
             Filed Date:  6/17/2019
             Accession No:  20190617-5138
             Description:  Renewed request for supplemental EIS with additional information CP16-454.

1289.        Filed By: Sierra Club
             Filed Date:  6/21/2019
             Accession No:  20190621-5078
             Description:  Notice of receipt of anonymous letter regarding CP16-454, et al.

**Record**
**Item No.**          **Description**

1290.          Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
               Filed Date:  7/16/2019
               Accession No:  20190716-5029
               Description:  Request to Update Service List for Rio Grande LNG,
               LLC, et al. under CP16-454, et al.

1291.          Filed By: Individual
               Filed Date:  7/17/2019
               Accession No:  20190717-5000
               Description:  Comment of Maria Galasso in Docket(s)/Project(s)
               CP16-454-000. Submission Date: 7/16/2019.

1292.          Filed By: Individual
               Filed Date:  7/18/2019
               Accession No:  20190718-5015
               Description:  Comment of John Young under CP16-454 requesting
               that FERC prepare a Supplemental EIS for Rio Grande LNG.

1293.          Filed By: Town of Laguna Vista
               Filed Date:  7/19/2019
               Accession No:  20190719-5008
               Description:  Comment of Town of Laguna Vista under CP16-454, et
               al.

1294.          Filed By: U.S. Fish And Wildlife Service
               Filed Date:  7/29/2019
               Accession No:  20190729-0013
               Description:  U.S. Fish and Wildlife Service submits response to
               FERC's 10/25/18 letter requesting initiation of formal section 7
               consultation under the Endangered Species Act for the Rio Grande
               LNG, LLC et al. under CP16-494 et al.

| Record Item No. | Description |
|---|---|

**1295.**    Filed By: Individual
Filed Date:  8/12/2019
Accession No:  20190812-5006
Description:  Comment of John Young under CP16-454. 2nd request for Supplemental EIS on Rio Grande LNG project that appears to be projecting a significantly higher production of LNG than that specified in its April 2019 FEIS.

**1296.**    Filed By: U.S. Fish And Wildlife Service
Filed Date:  8/21/2019
Accession No:  20190821-0011
Description:  U.S. Fish and Wildlife Service submits the Rio Grande LNG Brownsville Project under CP16-454 et al.

**1297.**    Filed By: National Marine Fisheries Service
Filed Date:  8/22/2019
Accession No:  20190822-4001
Description:  National Marine Fisheries Service submits their responds to the requests for consultation pursuant to Section 7 of the Endangered Species Act for the LNG Terminal and Pipeline Project et al. under CP16-454 et al.

**1298.**    Filed By: Individual
Filed Date:  9/10/2019
Accession No:  20190910-5014
Description:  Comment of John Young submittal re continuing my 07-17-2019 request for a Supplemental EIS on NextDecade's Rio Grande LNG and Rio Bravo Pipeline projects under CP16-454, et al.

**1299.**    Filed By: Individual
Filed Date:  9/10/2019
Accession No:  20190910-5054
Description:  Comment of Diane Teter in Docket(s)/Project(s) CP16-454.

| Record<br>**Item No.** | **Description** |
|---|---|

**1300.**    Filed By: Individual
Filed Date:  9/10/2019
Accession No:  20190910-5055
Description:  Comment of Diane Teter in Docket(s)/Project(s) CP16-455-000.

**1301.**    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/24/2019
Accession No:  20190924-5116
Description:  Supplemental Information of Rio Grande LNG, LLC, et al. under CP16-454, et al.

**1302.**    Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  9/24/2019
Accession No:  20190924-5117
Description:  Supplemental Information of Rio Grande LNG, LLC, et al. under CP16-454, et al.

**1303.**    Filed By: U.S. Fish and Wildlife Service, Corpus Christi Field Office
Filed Date:  10/2/2019
Accession No:  20191002-5102
Description:  Comment of U.S. Fish and Wildlife Service, Corpus Christi Field Office under CP16-454-000, et al.  Comment of U.S. Fish and Wildlife Service, Corpus Christi Field Office under CP16-455, et al.

**1304.**    Filed By: Individual
Filed Date:  10/2/2019
Accession No:  20191002-5124
Description:  Kenneth Teague Comment on revised Draft Mitigation Plan for unavoidable impacts to aquatic habitats under SWG-2015-00114 under CP16-454.

| Record Item No. | Description |
|---|---|

1305.    Issued By: Office of Energy Projects
Filed Date: 10/8/2019
Accession No: 20191008-3017
Description: Memo dated 10/08/2019 forwarding communication from U.S. Fish and Wildlife Service concurring with FERC staff's determination for the Rio Grande LNG Project under CP16-454 et al.

1306.    Filed By: U.S. Fish and Wildlife Service, Corpus Christi Field Office
Filed Date: 10/8/2019
Accession No: 20191008-5110
Description: Comment of U.S. Fish and Wildlife Service, Corpus Christi Field Office under CP16-454, et al. Comment of U.S. Fish and Wildlife Service, Corpus Christi Field Office under CP16-455, et al. Originator is Ernesto Reyes: Ernesto_reyes@fws.gov.

1307.    Filed By: Sierra Club
Filed Date: 10/22/2019
Accession No: 20191022-5104
Description: Letter to FERC and Comments of Sierra Club, et al., to USACE regarding CWA 404 Permit Application and Proposed Compensatory Mitigation Plan under CP16-454, et al.

1308.    Filed By: Individual
Filed Date: 10/23/2019
Accession No: 20191023-5026
Description: John Young's 10-21-2019 six page comment to USACE SWG-2015-00114 on Rio Grande LNG's proposed revised mitigation plan under CP16-454.

1309.    Filed By: Individual
Filed Date: 11/18/2019
Accession No: 20191118-5172
Description: Comment of John Young in Docket(s)/Project(s) CP16-454-000.

| Record Item No. | Description |
|---|---|

1310.    Filed By: Individual
Filed Date:  11/20/2019
Accession No:  20191120-5001
Description:  Comment of John Young in Docket(s)/Project(s) CP16-454-000. Submission Date: 11/19/2019.

1311.    Issued By: Office Of External Affairs
Filed Date:  11/21/2019
Accession No:  20191121-3059
Description:  News Release - FERC Approves Four LNG Export Projects under CP16-116 et al.

1312.    Filed By: Individual
Filed Date:  11/21/2019
Accession No:  20191121-5001
Description:  Comment of John Young in Docket(s)/Project(s) CP16-454-000. Submission Date: 11/20/2019.

1313.    Filed By: Individual
Filed Date:  11/21/2019
Accession No:  20191121-5022
Description:  Comment of Diane Teter in Docket(s)/Project(s) CP16-454-000.

1314.    Issued By: Secretary Of The Commission, FERC, Commissioners & Immediate Staff (The Commission)
Filed Date:  11/22/2019
Accession No:  20191122-3046
Description:  Order Granting Authorizations under Sections 3 And 7 of the Natural Gas Act re Rio Grande LNG, LLC et al. under CP16-454 et al. Commissioner Glick is dissenting with a separate statement attached.

**Record
Item No.**     **Description**

1315.     Filed By: Rio Grande LNG, LLC, Rio Bravo Pipeline Company, LLC
Filed Date:  11/22/2019
Accession No:  20191122-5214
Description:  Rio Grande LNG LLC and Rio Bravo Pipeline Company
LLC Letter Accepting FERC Authorization under CP16-455, et al.

1316.     Filed By: Rio Grande LNG, LLC
Filed Date:  11/25/2019
Accession No:  20191125-5025
Description:  Rio Grande LNG, LLC Submits Initial Implementation
Plan under CP16-454.

1317.     Filed By: Rio Grande LNG, LLC
Filed Date:  11/25/2019
Accession No:  20191125-5026
Description:  Rio Grande LNG, LLC Submits Initial Implementation
Plan under CP16-454.

1318.     Filed By: Rio Grande LNG, LLC
Filed Date:  11/25/2019
Accession No:  20191125-5027
Description:  Rio Grande LNG, LLC Submits Initial Implementation
Plan under CP16-454.

1319.     Filed By: Rio Grande LNG, LLC
Filed Date:  11/25/2019
Accession No:  20191125-5034
Description:  Rio Grande LNG, LLC Submits Implementation Plan
Volume No. 1 under CP16-454.

1320.     Filed By: Rio Grande LNG, LLC
Filed Date:  11/25/2019
Accession No:  20191125-5035
Description:  Rio Grande LNG, LLC Submits Implementation Plan
Volume No. 1 under CP16-454.

| Record Item No. | Description |
|---|---|

**1321.** Filed By: Rio Grande LNG, LLC
Filed Date: 11/25/2019
Accession No: 20191125-5036
Description: Rio Grande LNG, LLC Submits Implementation Plan Volume No. 2 under CP16-454-000.

**1322.** Filed By: Rio Grande LNG, LLC
Filed Date: 11/25/2019
Accession No: 20191125-5037
Description: Rio Grande LNG, LLC Submits Implementation Plan Volume No. 2 under CP16-454-000.

**1323.** Filed By: Rio Grande LNG, LLC
Filed Date: 11/25/2019
Accession No: 20191125-5053
Description: Rio Grande LNG, LLC Submits Implementation Plan Volume No. 3 under CP16-454.

**1324.** Filed By: Rio Grande LNG, LLC
Filed Date: 11/25/2019
Accession No: 20191125-5054
Description: Rio Grande LNG, LLC Submits Implementation Plan Volume No. 3 under CP16-454.

**1325.** Filed By: Rio Grande LNG, LLC
Filed Date: 12/20/2019
Accession No: 20191220-5093
Description: Rio Grande LNG, LLC Submits Monthly Status Report No. 1 under CP16-454.

**1326.** Filed By: Rio Grande LNG, LLC
Filed Date: 12/20/2019
Accession No: 20191220-5117
Description: Rio Grande LNG, LLC Submits Implementation Plan Volume No. 4 under CP16-454.

**Record**
**Item No.**    **Description**

1327.    Filed By: Rio Grande LNG, LLC
Filed Date:  12/20/2019
Accession No:  20191220-5118
Description:  Rio Grande LNG, LLC Submits Implementation Plan
Volume No. 4 under CP16-454.

1328.    Filed By: Individual
Filed Date:  12/23/2019
Accession No:  20191226-5011
Description:  Request for rehearing and stay, of the November 21,
2019 Order under CP16-454 et al.

1329.    Filed By: Sierra Club
Filed Date:  12/23/2019
Accession No:  20191226-5182
Description:  Request for Rehearing of Sierra Club, et al. of the
November 22, 2019 Order under CP16-454.

1330.    Filed By: Rio Grande LNG, LLC
Filed Date:  1/6/2020
Accession No:  20200106-5141
Description:  Rio Grande LNG, LLC Submits Supplement to
Implementation Plan under CP16-454.

1331.    Filed By: Rio Grande LNG, LLC
Filed Date:  1/6/2020
Accession No:  20200106-5142
Description:  Rio Grande LNG, LLC Submits Supplement to
Implementation Plan under CP16-454.

1332.    Filed By: U.S. Fish and Wildlife Service
Filed Date:  1/7/2020
Accession No:  20200107-5010
Description:  Response for Section 7 Consultation/Request of U.S.
Fish and Wildlife Service under CP16-454.

| **Record Item No.** | **Description** |
|---|---|

**1333.**    Filed By: U.S. Fish and Wildlife Service
Filed Date: 1/7/2020
Accession No: 20200107-5012
Description: Section 7 consultation letter on pipeline mitigation with
USACE/U.S. Fish and Wildlife Service under CP16-455.

**1334.**    Issued By: Office of Energy Projects
Filed Date: 1/8/2020
Accession No: 20200108-3063
Description: Memo dated 01/08/2020 forwarding RIO Grande LNG's
comments on the emergency response plan and sharing plan for the
Rio Grande LNG Project under CP16-454.

**1335.**    Filed By: U.S. Department Of The Interior
Filed Date: 1/9/2020
Accession No: 20200109-4002
Description: U.S. Department of the Interior submits an addendum to
the United States Fish and Wildlife Service's Section 7 Final
Biological Opinion Consultation number 02ETTXX0-F-0372 etc. for
the Rio Grande LNG, Project et al. under CP16-454 et al.

**1336.**    Issued By: Office of Energy Projects
Filed Date: 1/14/2020
Accession No: 20200114-3019
Description: Memo forwarding email correspondence from the U.S.
Fish and Wildlife Service re pipeline route realignment for Rio Bravo
Pipeline Company, LLC under CP16-454 et al.

**1337.**    Issued By: Federal Energy Regulatory Commission
Filed Date: 1/14/2020
Accession No: 20200114-4001
Description: Memo Forwarding email correspondence from the Fish
and Wildlife Service re Rio Bravo Pipeline Company, LLC under
CP16-454 et al.

**Record
Item No.**      **Description**

1338.      Filed By: Rio Bravo Pipeline Company, LLC
           Filed Date:  1/16/2020
           Accession No:  20200116-5126
           Description:  Rio Bravo Pipeline Company, LLC submits Final Draft
           Report under CP16-455.

1339.      Filed By: Rio Bravo Pipeline Company, LLC
           Filed Date:  1/16/2020
           Accession No:  20200116-5127
           Description:  Rio Bravo Pipeline Company, LLC submits Final Draft
           Report under CP16-455.

1340.      Filed By: U.S. Department Of The Interior
           Filed Date:  1/17/2020
           Accession No:  20200117-0007
           Description:  United States Department of the Interior submits an
           addendum to the U.S. Fish and Wildlife Service's Section 7 final
           biological opinion consultation number 02ETTXXO-F-0372 etc. for
           the Rio Grande LNG Project under CP16-454.

1341.      Filed By: Rio Bravo Pipeline Company, LLC Rio
           Filed Date:  1/21/2020
           Accession No:  20200121-5027
           Description:  Rio Bravo Pipeline Company, LLC Submits Initial
           Implementation Plan under CP16-455.

1342.      Filed By: Rio Bravo Pipeline Company, LLC
           Filed Date:  1/21/2020
           Accession No:  20200121-5028
           Description:  Rio Bravo Pipeline Company, LLC Submits Initial
           Implementation Plan under CP16-455.

1343.      Issued By: Secretary Of The Commission, FERC
           Filed Date:  1/22/2020
           Accession No:  20200122-3059
           Description:  Order Granting Rehearings for Further Consideration re
           Rio Grande LNG, LLC et al. under CP16-454 et al.

**Record
Item No.**        **Description**

1344.        Filed By: Rio Grande LNG, LLC
             Filed Date:  1/22/2020
             Accession No:  20200122-5020
             Description:  Rio Grande LNG, LLC Submits Supplement to
             Implementation Plan Vol. Nos. 01, 02 and 03 under CP16-454.

1345.        Filed By: Rio Grande LNG, LLC
             Filed Date:  1/22/2020
             Accession No:  20200122-5021
             Description:  Rio Grande LNG, LLC Submits Supplement to
             Implementation Plan Vol. Nos. 01, 02 and 03 under CP16-454.

1346.        Filed By: Individual
             Filed Date:  1/22/2020
             Accession No:  20200122-5068
             Description:  Comment of John Young in Docket(s)/Project(s) CP16-
             454-000, CP16-454-00.

1347.        Filed By: Individual
             Filed Date:  1/22/2020
             Accession No:  20200122-5109
             Description:  Comment of John Young in Docket(s)/Project(s) CP16-
             454-000, CP16-454-001.

1348.        Filed By: Individual
             Filed Date:  1/22/2020
             Accession No:  20200122-5116
             Description:  Comment of John Young in Docket(s)/Project(s) CP16-
             454-001.

| Record Item No. | Description |
|---|---|
| 1349. | Issued By: Secretary Of The Commission, FERC, Commissioners & Immediate Staff (The Commission)<br>Filed Date:  1/23/2020<br>Accession No:  20200123-3129<br>Description:  Order on Rehearing and Stay re Rio Grande LNG, LLC et al. under CP16-454 et al. Commission Glick is dissenting with a separate statement attached. |

In witness whereof I have hereunto subscribed and caused the seal of the Federal Energy Regulatory Commission to be affixed this 11th day of May, 2020, at Washington, DC.

*Kimberly D. Bose*

_____

Kimberly D. Bose,
Secretary.

*Vecinos para el Bienestar de la Comunidad*                    **Docket Nos. PF15-20,**
  *Costera, et al. v. FERC*                                           **CP16-454, CP16-455**
**D.C. Cir. No. 20-1045**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 11, 2020, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent to all parties by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's

system.

<u>*/s/ Robert M. Kennedy*</u>
Robert M. Kennedy
Senior Attorney

Federal Energy Regulatory
  Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-8904
Fax: (202) 273-0901
Email: robert.kennedy@ferc.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on October 27, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ Robert M. Kennedy_
Robert M. Kennedy
Senior Attorney