# Exhibit 10

# Next Decade, Rio Grande LNG Webpage




## Rio Grande LNG

To meet global demand for sustainable energy, NextDecade is constructing the first three liquefaction trains (Phase 1) at Rio Grande LNG in Brownsville, Texas. By combining emissions reduction associated with our planned carbon capture and storage project, responsibly sourced gas, and our pledge to use net-zero electricity, Rio Grande LNG is expected to produce **a lower carbon intensive LNG** for the world. Situated on a 984-acre site on the banks of an uncongested deepwater channel, Rio Grande LNG will be the largest privately funded infrastructure project in Texas.

At full scale, Rio Grande LNG will deliver enough energy to heat and cool the equivalent of nearly 34 million U.S. households annually.

Rio Grande LNG is the **FIRST AND ONLY U.S. LNG project** offering $CO_2$ emissions reduction of more than 90 percent via planned carbon capture and storage – capturing and permanently storing more than 5 million metric tonnes of $CO_2$ per year, equivalent to removing more than one million vehicles from the road annually.



[Rio Grande LNG Fact Sheet]

**Experience:** Our leadership team is comprised of professionals with significant experience developing, marketing, financing, and operating LNG and CCS projects around the world

**Location:** 984-acre project site on a deepwater waterway, benefiting from access to a skilled workforce and extremely favorable soil conditions

**Abundant Gas Supply:** The State of Texas offers the deepest inventory of economic natural gas in the world, with the Permian Basin and Eagle Ford Shale together holding an estimated 700 trillion cubic feet of remaining low-cost resource

**World-Class Partners:** Rio Grande LNG is working with industry leading joint venture partners: Global Infrastructure Partners, TotalEnergies, GIC, and Mubadala, and is enjoying cost and schedule certainty through its collaboration with Air Products, Bechtel, Enbridge, and Baker Hughes

**Under Construction:** Phase 1 of Rio Grande LNG is now under construction

**More Sustainable LNG:** Combining emissions reduction associated with our planned carbon capture and storage project, responsibly sourced gas, and our pledge to use net-zero electricity



"NextDecade is constantly demonstrating its commitment to Cameron County and communities throughout the Rio Grande Valley. We are eager to make the Valley a center for low carbon intensive energy and emissions reduction, demonstrating the positive impacts of high-skilled job creation and the international competitiveness of more sustainable U.S. energy supply."

– Brent Wahl, Chief Financial Officer



**NextDecade plans to develop one of the largest CCS projects in North America and Rio Grande LNG is slated to be:**

**First** LNG project committed to reducing $CO_2$ emissions by more than 90 precent utilizing CCS

**First** LNG project planning to capture and store $CO_2$ from gas pre-treatment and exhaust gas

**First** and only LNG project to disclose its expected all-in costs of deploying CCS

**First** LNG project to offer a fixed-cost carbon solution throughout the LNG contract term



For inquiries or to share feedback about the Rio Grande LNG project, please visit next-decade.com/feedback, call (888) 209-6643, or e-mail feedback@riograndelng.com.





+1 (713) 574-1880
info@next-decade.com
1000 Louisiana Street,
Suite 3900
Houston, Texas, USA 77002



# NextDecade is accelerating the path to a net-zero future.

About Us    Rio Grande LNG    NEXT Carbon Solutions    ESG    Investors    News/Resources    Careers

© 2024 NextDecade Corporation. All Rights Reserved. | Privacy Policy