# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1174**                                              **September Term, 2023**

FERC-CP16-454-000
FERC-CP16-454-003
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP20-481-000

**Filed On:** March 1, 2024

City of Port Isabel, et al.,

       Petitioners

   v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,
       Intervenors

------------------------------

Consolidated with 23-1221

**BEFORE:** Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion to stay or expedite, the responses thereto, and the reply, it is

**ORDERED** that the motion for stay be denied. Petitioners have not satisfied the stringent requirements for a stay pending review. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). It is

**FURTHER ORDERED** that the following revised briefing schedule will now apply in these consolidated cases:

Joint Reply Brief for Petitioners                                    March 4, 2024

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1174**                                              **September Term, 2023**

Deferred Appendix                                            March 8, 2024

Final Briefs                                                 March 18, 2024

The Clerk is directed to calendar these cases for argument on the first appropriate date following the conclusion of briefing.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

BY:  /s/
      Selena R. Gancasz
      Deputy Clerk