ORAL ARGUMENT NOT YET SCHEDULED

No. 23-1174 (L), 23-1221

**UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

CITY OF PORT ISABEL, *et al.*,
*Petitioners*, v.
FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent.*

On Petition for Review of Orders of the
Federal Energy Regulatory Commission

**ERRATA TO PETITIONERS' JOINT FINAL OPENING BRIEF**

Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

Tom Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78723
424-346-3276
tom.gosselin@sierraclub.org

Lisa M. Diaz
Sierra Club
910 Julia Street,
New Orleans, LA 70113
305-336-2258
lisa.diaz@sierraclub.org

*Attorneys for Carrizo Comecrudo Tribe of Texas, Sierra Club, and Vecinos para el Bienestar de la Comunidad Costera*

**Additional counsel listed on inside cover.**

Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 544-4218
ghinojosa@ghinojosalaw.net

*Attorney for City of Port Isabel*

Dated March 15, 2024

Petitioners hereby respectfully submit this errata to the Opening

Proof Brief of Petitioners filed on December 6, 2023 (Doc. No. 2030336).

In the final brief, in addition to correcting punctuation and grammatical

errors, on page 15, Petitioners have replaced two record cites with an

additional pincite to the previously-included following legal authority:

> After Sierra Club and <u>others</u> challenged the
> projects' Clean Water Act permit, ~~R.1381 [JA____],~~
> Rio Bravo proposed eliminating the compressor
> station at issue. ~~R.1392, Application, 1-2 [JA____~~
> ~~___]~~ <u>*Shrimpers & Fishermen of the RGV v. United*</u>
> <u>*States Army Corps of Engineers*, 849 Fed.Appx.</u>
> <u>459, 461 (5th Cir. Mar. 9, 2021).</u> This led the
> Corps to withdraw the permit for reconsideration,
> rendering that petition unripe. ~~*Shrimpers &*~~
> ~~*Fishermen of the RGV v. United States Army*~~
> ~~*Corps of Engineers*, 849 Fed.Appx. 459, 461 (5th~~
> ~~Cir. Mar. 9, 2021).~~ <u>*Id.*</u>

This correction is appropriately within the scope of Fed. R. App. P.

30(c)(2)(B)'s requirement to only change "typographical errors," because

record item R.1381 was inadvertently cited but is not the correct

document (R.1381 is the petition for review in a separate and unrelated

Endangered Species Act lawsuit), this change does not cite any new

material not already presented, this is the smallest change that corrects

this objectively obvious error, the text surrounding these citations is

unchanged, and the subject matter is merely context not directly
pertinent to the disputed issues in this litigation.

      Dated March 15, 2024

Respectfully submitted,

> */s/ Nathan Matthews*
> Nathan Matthews
> Sierra Club
> 2101 Webster St., Suite 1300
> Oakland, CA 94612
> 415-977-5695
> nathan.matthews@sierraclub.org
>
> Lisa M. Diaz
> Sierra Club
> 910 Julia Street,
> New Orleans, LA 70113
> 305-336-2258
> lisa.diaz@sierraclub.org
>
> Tom Gosselin
> Sierra Club
> P.O. Box 4998
> Austin, TX 78723
> 424-346-3276
> tom.gosselin@sierraclub.org
> *Attorneys for Carrizo Comecrudo Tribe of*
> *Texas, Sierra Club, and Vecinos para el*
> *Bienestar de la Comunidad Costera*
>
> */s/ Gilberto Hinojosa*
> Gilberto Hinojosa
> 531 E. St. Francis St.
> Brownsville, Texas 78520

(956) 554-4218
ghinojosa@ghinojosalaw.net
Attorney for City of Port Isabel

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ Nathan Matthews
Nathan Matthews