No. 23-1174 (L), 23-1221

**UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

CITY OF PORT ISABEL, *et al.*,

*Petitioners*, v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent.*

_____

On Petition for Review of Orders of the

Federal Energy Regulatory Commission

_____

**Notice of Withdrawal of**

**Lisa Diaz as Co-Counsel for Petitioners**

Lisa M. Diaz
Sierra Club
910 Julia Street,
New Orleans, LA 70113
305-336-2258
lisa.diaz@sierraclub.org

Nathan Matthews
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
415-977-5695
nathan.matthews@sierraclub.org

*Attorneys for Carrizo Comecrudo Tribe of Texas, Sierra Club, and Vecinos para el Bienestar de la Comunidad Costera*

Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, Texas 78520
(956) 544-4218
ghinojosa@ghinojosalaw.net

*Attorney for City of Port Isabel*

Please take notice that Lisa Diaz withdraws her appearance as counsel for Petitioners Carrizo Comecrudo Tribe of Texas, Sierra Club, and Vecinos para el Bienestar de la Comunidad Costera in the above captioned matter. As of July 3, 2024, Lisa Diaz will no longer be with Sierra Club. Nathan Matthews, Tom Gosselin, and Eric Huber remain as counsel for those Petitioners; and Gilberto Hinojosa remains as counsel for the City of Port Isabel.

Dated June 7, 2024                              Respectfully submitted,

                                                /s/ Lisa M. Diaz
                                                Lisa M. Diaz
                                                Sierra Club
                                                910 Julia Street,
                                                New Orleans, LA 70113
                                                305-336-2258
                                                lisa.diaz@sierraclub.org

                                                Nathan Matthews
                                                Sierra Club
                                                2101 Webster St., Suite 1300
                                                Oakland, CA 94612
                                                415-977-5695
                                                nathan.matthews@sierraclub.org

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of June, 2024, I have served the foregoing Notice on all registered counsel through the Court's electronic filing system (ECF).

*/s/ Lisa M. Diaz*
Lisa M. Diaz
Sierra Club
910 Julia Street,
New Orleans, LA 70113
305-336-2258
lisa.diaz@sierraclub.org